IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SNAP-ON BUSINESS SOLUTIONS, INC., | ) ) | CASE NO. 5:09-CV-1547 |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiff | ) ) | |
| vs. | ) ) | |
| | ) | **DEFENDANT'S MOTION** |
| O'NEIL & ASSOCIATES, INC., | ) | **FOR SUMMARY JUDGMENT** |
| | ) | |
| Defendant | ) ) | |

Now comes the defendant, O'Neil & Associates, Inc., ("O'Neil"), by and through undersigned counsel and hereby respectfully moves for summary judgment pursuant to Federal Rule of Civil Procedure 56(C). Summary judgment is warranted because the plaintiff has not established an essential issue of material fact as to each of claims it has asserted.

Respectfully submitted,

/s/ ALAN B. PARKER
ALAN B. PARKER (0040008)
ROY A. HULME (0001090)
Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
(216) 687-1311
(Fax) (216)687-1841
E-Mail: aparker@reminger.com
rhulme@reminger.com

/s/ MATTHEW L. SCHRADER
MATTHEW L. SCHRADER
(0074230)
Reminger Co., L.P.A
65 East State Street, 4th Floor

Capitol Square
Columbus, Ohio 43215
(614) 228-1311
(Fax) (614) 232-2410
E-Mail: mschrader@reminger.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of February, 2010, the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ ALAN B. PARKER
ALAN B. PARKER (0040008)
Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
(216) 687-1311
(Fax) (216)687-1841
E-Mail: aparker@reminger.com