# EXHIBIT A

**CONTRACT DOCUMENTS BETWEEN PLAINTIFF
AND MITSUBISHI CATERPILLAR FORKLIFT AFFILIATED COMPANIES**

*(FILED SEPARATELY UNDER SEAL)*