```
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF OHIO
 2                 EASTERN DIVISION

 3                      - - -

 4   Snap-On Business Solutions, Inc.,   :
                                         :
 5            Plaintiff,                 :
                                         :
 6      vs.                              : Case No.
                                         : 5:09-CV-01547-JG
 7   O'Neil & Associates, Inc.,          :
                                         :
 8            Defendant.                 :

 9                      - - -

10      VIDEOTAPED DEPOSITION OF BARBARA J. MOORE
                   **CONFIDENTIAL**
11              *ATTORNEYS' EYES ONLY*

12                      - - -

13

14            Tuesday, December 8, 2009
              10:25 o'clock a.m.
15            Reminger Company, LPA
              65 East State Street, Fourth Floor
16            Columbus, Ohio  43215

17
                        - - -
18
              SHAYNA M. GRIFFIN
19     REGISTERED PROFESSIONAL REPORTER
         CERTIFIED REALTIME REPORTER
20
                        - - -
21

22       ANDERSON REPORTING SERVICES, INC.
         3242 West Henderson Road, Suite A
23            Columbus, Ohio 43220
                  (614) 326-0177
24             FAX (614) 326-0214
```

```
 1  is what I don't like."
 2  Q.        Okay.
 3  A.        So --
 4  Q.        So on more than one occasion, you would
 5  have a meeting with Samuel and others where he would
 6  show you current features of the online portal?
 7  A.        Sometimes the online portal, sometimes the
 8  MCFA dealer portal.
 9  Q.        Okay.
10  A.        It depends on what the topic is.
11  Q.        Okay.  Did you ever personally log into
12  the portal?
13  A.        Probably.
14  Q.        Do you recall how many times you would
15  have done this?
16  A.        I would have no idea how many times.  Very
17  few.
18  Q.        Okay.  Did you need a user name or
19  password to log in?
20  A.        Yes.
21  Q.        Okay.  And how did you get a password?
22  A.        Samuel Herrick provided them.
23  Q.        Okay.  Have you ever met anyone else
24  besides Samuel Herrick who works at MCFA?
```

```
 1   Q.         Right.  But for the first meeting, do you
 2   know who would have authored this first page of
 3   meeting notes or agenda?
 4   A.         I would have to guess.
 5   Q.         Okay.  So you don't -- you didn't write
 6   this?
 7   A.         No.
 8   Q.         The first -- does this -- have you seen
 9   this document before?
10   A.         Not that I recall.
11   Q.         Okay.  The very first line there it says,
12   "Barbara Moore was intricate in creating -- in the
13   creation of the statement of work and will be working
14   with us on the project."
15              Would you say that that's an accurate
16   statement?
17   A.         Yes.
18   Q.         Okay.  And at the very bottom of that page
19   it says "User and passwords for all sites.  These are
20   being created now and will be delivered to O'Neil by
21   end of week."
22              Do you recall if O'Neil received those
23   passwords around that time in late November 2008?
24   A.         We received a list of passwords.  I could
```

**BARBARA J. MOORE - December 8, 2009** 45
**Confidential - Attorneys' Eyes Only**

1  not tell you when.
2  Q.         Okay.  Ms. Moore, I'm handing you a
3  document marked for identification as Exhibit 91.
4  Can you tell me what this document is.
5  A.         It looks like standard weekly meeting
6  minutes.
7  Q.         And do you recall attending this meeting?
8  A.         Not specifically, but I'm sure I did.
9  Q.         Okay.  Does this look like a true and
10 accurate copy of the notes from this meeting?
11 A.         I have no reason to think they wouldn't
12 be.
13 Q.         Okay.  Under the data acquisition project
14 status, it says that the preferred times for the MCFA
15 run will include 6:00 a.m. to noon Eastern and 4:30
16 to 7:00 p.m. Eastern Monday through Saturday.
17            How was this decided?
18 A.         Samuel Herrick said these are his
19 preferred times.
20 Q.         Do you know how he arrived at that
21 conclusion?
22            MR. SCHRADER:  Objection to form.  You can
23 answer if you know.
24 A.         The only relevant thing I know is he said

```
 1  images and -- like, what physical data did you need
 2  to create the system?
 3              MR. SCHRADER:  Objection to form.  You can
 4  answer.
 5  A.          You're kind of asking broad questions that
 6  we spent weeks determining.  So it's kind of hard to
 7  give you a 20-word answer.
 8              MR. SCHRADER:  Yeah.  I mean, it's kind of
 9  like you're asking her how do you build a rocket ship
10  and fly to the moon.  I mean, there's lots of things
11  that are involved and --
12              MS. WILCOX:  I'll ask a different
13  question.
14              MR. SCHRADER:  Yeah.
15  BY MS. WILCOX:
16  Q.          Did you talk with anyone at MCFA about
17  where their parts data would come from for use in
18  your system?
19  A.          Yes.
20  Q.          Okay.  Who did you talk to at MCFA about
21  that?
22  A.          Samuel Herrick.
23  Q.          What did you discuss with Mr. Herrick
24  about where the data would come from?
```

1  A.          It depends on which piece of data as to
2  which source it would come from.
3  Q.          What are the various pieces of data that
4  you needed?
5  A.          This isn't an inclusive list, but there's
6  the parts files, the parts list, the illustration for
7  each parts list which are bundled into models.  So we
8  need the relationship of all of those to the model.
9  Many models share components, so we need the
10 relationship of the shared piece.  There's also many
11 other sets of data that are used, including pricing
12 files, standard nomenclature files, standard
13 abbreviation data sets, standard measurement data
14 sets, third-party vendor data sets, schematics.
15 There's a whole host of data sets.
16 Q.          Was this data to be provided in digital
17 format or in paper, hard copy format?
18 A.          Again, it depends on the data set.  Some
19 files they have FTP'd us, some they provided paper
20 copies.
21 Q.          What about the data that was reclaimed
22 from Snap-On's site?
23              MR. SCHRADER:  Objection to form.  It was
24 MCF's site.

1   MS. WILCOX: Well, Snap-On hosts the
2   site --
3   MR. SCHRADER: Right.
4   MS. WILCOX: -- and they own the data.
5   MR. SCHRADER: Uh-huh. Well, that's what
6   we're here about.
7   MS. WILCOX: That's why we're here.
8   MR. SCHRADER: I mean, it's our position
9   that it's an MCF site that's hosted by Snap-On.
10  MS. WILCOX: And it's ours that Snap-On
11  hosts the site for MCFA, and we create the software
12  that powers the site and we created their data.
13  BY MS. WILCOX:
14  Q.      What -- for the data that was reclaimed
15  from the site hosted by Snap-On, could you have used
16  paper or pdf catalogs or files to get that data?
17  A.      If they had pdf versions.
18  Q.      Did they have -- did you ask them for pdf
19  versions of that information?
20  A.      We asked them what data they had, how they
21  wanted us to acquire that set. We asked them that
22  for each of the data sources.
23  Q.      And how did they tell you they wanted to
24  acquire the data?

**BARBARA J. MOORE - December 8, 2009** 66
**Confidential - Attorneys' Eyes Only**

1  A.         We would have to ask the specific IT
2  people.
3  Q.         Do you know what IT people were involved
4  with the data acquisition and saving it to a server?
5  A.         Dave Stackhouse is the head of the IT
6  group, and he can certainly tell you where that was
7  stored. I have no interest where it's stored.
8  Q.         So what does O'Neil plan on doing with the
9  data that it downloaded from the website hosted by
10 Snap-On?
11 A.         Enriching the data and putting it into our
12 custom content management system and website.
13 Q.         What do you mean by enriching the data?
14 A.         That means the value add that we bring to
15 the data.
16 Q.         What, in particular, do you do to enrich
17 the data?
18 A.         The association and hyperlinking of the
19 coordinates to the parts list is one piece of
20 enrichment, standardizing their data, normalizing
21 their data, consolidating from multiple data sets
22 into a single data set. That's not a complete list.
23 Q.         Does the data need to be arranged
24 differently in the CMS than it was arranged on the

```
 1  website hosted by Snap-On?
 2  A.         Absolutely.
 3  Q.         How -- how does it need to be arranged
 4  differently?
 5  A.         Well, one major difference is currently
 6  MCF's data is stored in six separate sites based on
 7  region and brand.  We're creating a global
 8  consolidated database which will handle all regions
 9  and both brands.
10             MR. SCHRADER:  That's highly confidential.
11             MS. WILCOX:  Okay.
12             MR. SCHRADER:  We'll probably mark this
13  deposition just like we did yesterday.
14             MS. WILCOX:  Yeah, portions
15  confidential --
16             MR. SCHRADER:  Yeah, mark the whole thing
17  for now as highly confidential.  You can let me know
18  what portions you want to share with your client and
19  we can have a dialog.
20             MS. WILCOX:  Okay.
21             MR. SCHRADER:  Is that okay?
22             MS. WILCOX:  That's fine.
23             MR. SCHRADER:  Thanks, Amanda.
24  BY MS. WILCOX:
```

1  other options available of how to get the data.
2  Q.          And what were those options?
3  A.          I don't recall all of them.  One of them
4  was to redo the work that MCFA had already paid to
5  change the Japanese data to contain the America's
6  changes.  And we could have had our offering group do
7  that.  They could have hired someone else to do that.
8  We could have gone with the MHI data as it was
9  without the changes and let it be incorrect and have
10 MCF update it at their leisure.  MCF could have
11 updated the data manually.
12 Q.          How long would that have taken to do this
13 manually?
14 A.          With the size of data, two, three people,
15 I'd guess a year or more.
16             MR. SCHRADER:  Don't guess.
17 BY MS. WILCOX:
18 Q.          How much would it cost to recreate the
19 data manually?
20 A.          A lot.
21 Q.          Okay.  Was this option considered?
22 A.          I was not involved in the pricing
23 discussions.
24 Q.          Okay.  But in the discussions about how to

1  alternatively source the data, were there discussions
2  as to how to get the data if it wasn't available from
3  Snap-On's website?  Was that considered?
4  A.          Yes.
5  Q.          And why was it decided to not go with any
6  of those ways of obtaining data?
7  A.          The choice to go with the reclaiming data
8  was made because it was efficient, cost effective and
9  the most accurate data.
10 Q.          And who was part of the decision to source
11 the data by acquiring it from the website hosted by
12 Snap-On?
13 A.          Ultimately, that would be the customer's
14 decision.
15 Q.          Who else at O'Neil was in on that
16 discussion?
17 A.          I know Heather was involved.  As far as
18 who else, I don't -- I don't know.
19 Q.          When you were given a password to access
20 the portal on the site hosted by Snap-On, was it a
21 user name and password created for you or was it
22 somebody else's user name and password?
23 A.          I was given a list of passwords and user
24 names to use.

```
 1   Q.         Okay.  And were the user names names of
 2   any employees at O'Neil?
 3   A.         We have O'Neil user names.
 4   Q.         Okay.  Do you know if any of the user
 5   names or passwords were -- belonged to employees of
 6   MCFA?
 7   A.         I don't know anything about the list of
 8   user names and passwords, except we said we need
 9   multiple user names and passwords if we're going to
10   run multiple sessions.  And MCFA said "Here is a list
11   to use."
12   Q.         Okay.  And you ran multiple sessions?
13   A.         Yes.
14   Q.         Now, does that mean multiple threads or
15   multiple -- like were there multiple sessions with
16   one or more threads each?
17   A.         Multiple -- multiple threads.
18   Q.         Okay.  So for each thread you needed a
19   user name and password?
20   A.         Yes.
21   Q.         Is a thread and a session the same thing?
22   A.         In my program management nomenclature,
23   yes.
24   Q.         Okay.
```

```
 1  to skill set and availability.
 2  Q.        So are the three people you mentioned here
 3  the team leads?
 4  A.        Ryan is not the -- he's the designated
 5  lead for the CMS.  He's not the head of that
 6  department.
 7  Q.        What is a content management system?
 8  A.        Other than what it says?
 9  Q.        Yeah.
10  A.        It manages --
11  Q.        What does it do?
12  A.        It's a structured way to manage data sets.
13  Q.        What is the content management system that
14  O'Neil is designing for MCFA?  What does it do?
15  What's -- what will MCFA use it for?
16  A.        Used for authoring of technical
17  documentation.
18  Q.        And then what will be done with that
19  documentation?
20  A.        It's provided to the customers.
21  Q.        Okay.  What's an electronic parts catalog?
22  A.        It's a parts catalog that's not in printed
23  form.
24  Q.        Okay.  And is O'Neil building an
```

```
 1  electronic parts catalog for MCFA?
 2  A.         The content management system will allow
 3  you to generate parts catalogs.
 4  Q.         So what is the end product that MCFA and
 5  its dealers will use?
 6             MR. SCHRADER:  Highly confidential.  Go
 7  ahead.
 8  A.         Well, they'll use different parts of it.
 9  Q.         Well --
10  A.         The dealers would use the website and the
11  media-based version of that.
12  Q.         Of which one?
13  A.         The -- they'll use a media-based version
14  similar to the website, like a disk version.
15  Q.         Of the content management system --
16  A.         No.
17  Q.         -- or the electronic parts catalog?
18  A.         Of the website.
19  Q.         What's the website?
20  A.         The website shows illustrated parts lists
21  in a searchable form so that you can look up what
22  widget you need for your forklift.
23  Q.         So that's different than an electronic
24  parts catalog?
```

BARBARA J. MOORE - December 8, 2009              110
Confidential - Attorneys' Eyes Only

1  A.         Well, a parts catalog is generally for a
2  model or a set of models that are very similar.
3  Q.         So what will the website have -- will it
4  have multiple models?
5  A.         It should have all of their models for MIT
6  and CAT.  And then the content management system is a
7  totally different piece, which the output of it will
8  feed the website updates and it will also produce
9  printed or electronic parts catalogs as requested.
10 Q.         Does O'Neil provide similar systems for
11 other customers?
12 A.         Yes.
13 Q.         Okay.  About how many customers?
14            MR. SCHRADER:  Highly confidential.
15 A.         I couldn't tell you.
16 Q.         How long has O'Neil been creating these
17 types of systems?
18 A.         Since before I joined.
19 Q.         Okay.  Who would know how many --
20 approximately how many customers O'Neil provides
21 similar systems for?
22 A.         Heather Cobb.
23 Q.         Are you working on the design or
24 implementation for the electronic parts catalog or

**BARBARA J. MOORE - December 8, 2009**　　111
**Confidential - Attorneys' Eyes Only**

```
 1   the content management system?
 2   A.        I'm a project manager, so I don't design
 3   the system.
 4   Q.        What is your role in the project?
 5   A.        My focus is schedule, budget, scope.
 6   Q.        Okay.
 7   A.        And I tell the team here's what you've got
 8   to do when you've got to do it by.
 9   Q.        Okay.  So you help implement the project.
10   Yes?
11             MR. SCHRADER:  Objection.
12   A.        We use "implement" in a specific way in
13   technology.
14   Q.        Okay.  Then what do you mean by implement?
15   What do you understand implement to mean?
16   A.        Maybe the better way to say it is my role
17   is to oversee the project and make sure it happens on
18   time and in budget.
19   Q.        Okay.  Who at O'Neil is primarily
20   responsible for the CMS and the electronic parts
21   catalog projects?
22   A.        Well, I'm the project manager.
23   Q.        Okay.  So are you primarily responsible
24   for these?
```

1  Q.      Okay.  Do you remember when O'Neil and
2  MCFA were having discussions and decided that O'Neil
3  should acquire the data for MCFA?
4  A.      I know that there had been discussions
5  about us doing this project from before I hired on.
6  Q.      Okay.  When did the other parts of the
7  project begin, the design of the actual systems?
8  A.      More recently; but, again, I'd have to
9  refer to system notes and things.
10 Q.      Is the data acquisition phase of the
11 project complete?
12 A.      No.
13 Q.      Okay.  What's the current status of that?
14 A.      Well, the reclamation effort as it was is
15 complete.  But since that did not finish, we're still
16 discussing how to fill the gap.  And there are the
17 numerous other data sources that I mentioned that
18 they are sending us files or they are discussing how
19 to provide that data.
20 Q.      And what are they currently discussing as
21 far as methods for providing that data?
22 A.      It varies by source.  So --
23 Q.      What are the different sources?
24 A.      Again, it's price files, aftermarket parts

BARBARA J. MOORE - December 8, 2009    114
Confidential - Attorneys' Eyes Only

```
 1  lists, there are change files, service bulletins.
 2  There's a host of other sources.
 3  Q.          And do any of those other sources -- will
 4  those be acquired in digital format or in hard copy?
 5  A.          Some of them.  Both.
 6  Q.          And where are they currently located, the
 7  digital -- where are the digital files currently
 8  located?
 9  A.          That they have given to us or that they
10  are going to provide?
11  Q.          Both.
12  A.          I have no clue where the ones are on their
13  side.
14  Q.          Okay.
15  A.          Which is why we request them and wait.  On
16  our side we have various file folders called MCF
17  data, MCF disk data, MCF price file.  Some of them
18  are just files.  Some of them are sets of files.
19  Q.          Okay.  So MCF is still supposed to give
20  you some information in digital format; correct?
21  A.          We're hoping for that.
22  Q.          What did O'Neil charge for the data
23  acquisition services to MCF?
24              MR. SCHRADER:  Highly confidential.
```

```
 1  Q.        Did you ever wonder why -- if it was MCF's
 2  data, why MCF didn't just directly give it to O'Neil?
 3  A.        I've already stated my understanding of
 4  that.
 5  Q.        And can you remind me what your
 6  understanding of that is, please.
 7  A.        That the data that they had on the website
 8  was the most accurate version that they had.
 9  Q.        Are you aware of any issues that occurred
10  with the Snap-On website around the time of the data
11  acquisition?
12  A.        That's -- that's a pretty broad question.
13  Q.        Were you aware of site outages while the
14  data acquisition was occurring?
15  A.        There was one time period where an end
16  user had sent in to Samuel a note about not being
17  able to access some piece of data, and he passed that
18  on to us.  And we looked at our tool and the records
19  of the tool of its run to see if that could possibly
20  be caused by anything we did.  And we found no
21  indication that it was caused by that.  We asked
22  Samuel to request what caused that from Snap-On, and
23  he said later that Snap-On replied "problem fixed"
24  and didn't give him any detail.
```