# EXHIBIT 1

## RELEVANT PORTIONS OF THE TRANSCRIPT OF THE DEPOSITION OF HEATHER M. COBB, TAKEN DECEMBER 14, 2009

(FILED SEPARATELY UNDER SEAL)