EXHIBIT 2

RELEVANT PORTIONS OF THE TRANSCRIPT OF THE
DEPOSITION OF JAY N. GUSLER, TAKEN JANUARY 14, 2010.

(FILED SEPARATELY UNDER SEAL)