EXHIBIT 3

RELEVANT PORTIONS OF THE TRANSCRIPT OF THE
DEPOSITION OF ARMANDO MONZON,
TAKEN DECEMBER 7, 2009

(FILED SEPARATELY UNDER SEAL)