# EXHIBIT 4

## RELEVANT PORTIONS OF THE TRANSCRIPT OF THE DEPOSITION OF SAMUEL A. HERRICK, TAKEN JANUARY 13, 2010.

(FILED SEPARATELY UNDER SEAL)