# EXHIBIT 5

# RELEVANT PORTIONS OF THE TRANSCRIPT OF THE DEPOSITION OF DEAN M. SCHULER, TAKEN JANUARY 7, 2010

# (FILED SEPARATELY UNDER SEAL)