EXHIBIT 6

RELEVANT PORTIONS OF THE TRANSCRIPT OF THE
DEPOSITION OF BARBARA J. MOORE,
TAKEN DECEMBER 8, 2010

(FILED SEPARATELY UNDER SEAL)