EXHIBIT 7

RELEVANT PORTIONS OF THE TRANSCRIPT OF THE
DEPOSITION OF ROBERT J. HEILMAN,
TAKEN DECEMBER 18, 2009.

(FILED SEPARATELY UNDER SEAL)