# EXHIBIT 8

RELEVANT PORTIONS OF THE TRANSCRIPT OF THE
DEPOSITION OF DAVID C. STACKHOUSE,
TAKEN DECEMBER 17, 2009.

(FILED SEPARATELY UNDER SEAL)