| | | |
|---|---|---|
| **From:** | Gusler, Jay | 1/29/2007 2:52 PM |
| **To:** | Kuny, Chris; Wilczek, Matt | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **RE: O'Neil Update** | |
| **Attachments:** | | |

yes

---

**From:** Kuny, Chris
**Sent:** Monday, January 29, 2007 2:51 PM
**To:** Wilczek, Matt; Gusler, Jay
**Subject:** FW: O'Neil Update
**Importance:** High

Looks like we are on for the dates you requested. Let me know if this is OK and i'll get linda to start working on it.

matt, can you provide some guidance on Dales Request. I assume we just want to look at OMM, Parts, and Service Manuals.

Chris

---

**From:** Dale Fox [mailto:Dfox@oneil.com]
**Sent:** Monday, January 29, 2007 2:26 PM
**To:** Kuny, Chris
**Subject:** RE: O'Neil Update
**Importance:** High

Chris,

I just talked with Bob Heilman and he will be available to meet with you and your team per your request on February 26 and until noon on the 27th. If this will work for you and your team, please let me know when you will be arriving in Dayton and I will put everything in motion for your visit.

I would also like to know what areas of technical publications as well as service, parts, and etc. that you are interested in for our Content Management Solution. This will help us in focusing our efforts and maximizing the time during your visit.

I look forward to hearing from you.

Regards,
Dale Fox
ONEIL Business Development
937-865-0800

---

**From:** Kuny, Chris [mailto:Chris.Kuny@MCFA.COM]
**Sent:** Thursday, January 25, 2007 10:58 PM
**To:** Dale Fox
**Subject:** FW: O'Neil Update

Will these work? If so let's lock them in!

---

**From:** Wilczek, Matt
**Sent:** Monday, January 22, 2007 7:01 AM
**To:** Kuny, Chris; Gusler, Jay
**Subject:** RE: O'Neil Update

Gents,
Anyway we can make 26-27 work instead?

Matt

---

**From:** Kuny, Chris
**Sent:** Thursday, January 18, 2007 11:25 AM
**To:** Wilczek, Matt
**Subject:** FW: O'Neil Update

Matt,
You up for the 27th 28th? Who else needs to go?
Chris

---

**From:** Dale Fox [mailto:Dfox@oneil.com]
**Sent:** Thursday, January 18, 2007 10:06 AM
**To:** Kuny, Chris
**Cc:** Dave Atkins
**Subject:** RE: O'Neil Update

Chris,

Thank you for getting back so quickly. Any of those dates will work. Please let me know what you decide and who will be visiting. I look forward to your visit.

Dale

---

**From:** Kuny, Chris [mailto:Chris.Kuny@MCFA.COM]
**Sent:** Thursday, January 18, 2007 10:58 AM
**To:** Dale Fox
**Subject:** RE: O'Neil Update

Dale,
Thanks for the follow-up. I had you on my to do list this week to get this arranged. Here are some possible dates which would work with me and Matt Wilczek who is the manager of our Part Technical group which includes Technical Publications. We may also want to bring his boss and a couple of others.

Feb 27-28

CONFIDENTIAL                                                                                   MCFA001443

Feb 28-March 1

Any other time in March except the week of March 12th

Chris

---

**From:** Dale Fox [mailto:Dfox@oneil.com]
**Sent:** Thursday, January 18, 2007 8:45 AM
**To:** Kuny, Chris
**Subject:** O'Neil Update

Hello Chris,

I hope all is well with you.

In lieu of a pesky phone call, I just wanted to send you a quick email to get an idea when you might be visiting us with your team to discuss a CMS solution.

Like you, my schedule is hectic at times and I just wanted to get a tentative idea when you might be visiting. That way I can clear my calendar for your visit.

Please let me know when you have the time.

Have a great week.

Best Regards,
Dale

**Dale Fox**
O'Neil Business Development
dfox@oneil.com

**O'Neil & Associates, Inc.**
495 Byers Road
Miamisburg, Ohio 45342-3662
Phone: 937-865-0846, ext. 3316
Cell: 937-684-7516
Fax: 937-865-0722
www.oneil.com

****************************************************************
Confidentiality Notice
The information contained in this e-mail is confidential and intended for use only by the person(s) or organization listed in the address. If you have received this communication in error, please contact the sender at O'Neil & Associates, Inc., immediately. Any copying, dissemination, or distribution of this communication, other than by the intended recipient, is strictly prohibited.
****************************************************************

CONFIDENTIAL                                                                                                      MCFA001444