| From: | Dale Fox | 3/1/2007 11:04 AM |
|---|---|---|
| To: | Kuny, Chris | |
| Cc: | Hoppel, Elena; Gusler, Jay; Wilczek, Matt; Krakora, Kevin | |
| Bcc: | | |
| Subject: | Thank You | |
| Attachments: | | |

Chris,

I just wanted to send you a quick note to thank you and your team for spending the day with us to learn more about our capabilities.

I firmly believe that we can put solutions and processes in place to help MCFA better serve your dealer network end users, as well as reduce production cost and speed information time to market.

If you have any questions, please feel free to contact me, Bob, or Heather at anytime.

I apologize for not being at my best during your visit. Since your departure on Tuesday, I have been home ill with the flu for the past two days. My hope is that I did not infect anyone during your visit.

Best Regards,
Dale

**Dale Fox**
Business Development

**O'NEIL & ASSOCIATES, INC.**
Regional Office
Phone: 850-384-4126
dfox@oneil.com

**Corporate Headquarters**
495 Byers Road
Miamisburg, OH 45342-3662
Phone: 937-865-0800
www.oneil.com
*************************************************

Confidentiality Notice
The information contained in this e-mail is confidential and intended for use only by the person(s) or organization listed in the address. If you have received this communication in error, please contact the sender at O'Neil & Associates, Inc., immediately. Any copying, dissemination, or distribution of this communication, other than by the intended recipient, is strictly prohibited.
*************************************************