EXHIBIT 11

LETTER AGREEMENT FOR SERVICES BETWEEN DEFENDANT AND MITSUBISHI CATERPILLAR FORKLIFT AFFILIATED COMPANIES

(FILED SEPARATELY UNDER SEAL)