EXHIBIT 12

EMAIL FROM PAUL FIALA TO COREY ROBERTS AND JAY GUSLER

(FILED SEPARATELY UNDER SEAL)