# Statement of Work (SOW)

Between

# Mitsubishi Caterpillar Forklift America

And

# O'Neil & Associates, Inc.

for Technical Publications

Electronic Manual

Content Management

June 23, 2008

Produced by:



ONEIL.
REVOLUTIONIZING
DOCUMENTATION

O'Neil & Associates, Inc.
495 Byers Road
Miamisburg, OH 45342-3662
www.oneil.com

© 2008 O'Neil & Associates, Inc. All rights reserved. This document and the information contained herein is proprietary and confidential. It may not be duplicated, redistributed, reused or displayed to any other party without the expressed written consent of O'Neil & Associates, Inc.

## 9. Risks & Mitigation Strategies

Every project poses common and unique risks. The key to success is to anticipate risks and develop strategies up front to avoid or mitigate them. Table 4 is a short list of potentially critical risks of the project and a brief description of O'Neil's proposed methods of dealing with them. This list is not comprehensive in either the risks anticipated or in the proposed mitigation strategies.

**Table 4. Project Risks and Mitigation Strategies**

| Risk | Mitigation Strategy |
|---|---|
| Web and/or CD application not ready by end of Snap-on contract | O'Neil's approach is phased to meet specific near-term needs in Phase I while shifting process enhancements and additional functionality to later phases. Phase I focuses specifically on achieving replacement of minimum CD and web-based electronic parts management functionality in a very short timeframe to ensure availability by the projected cut-over deadline. Effort will be limited to replicating core functions during this phase. To shorten the initial development cycle, some interfaces, such as updates, will be handled via a temporary methodology until such time as streamlined functionality can be implemented. In the worst case scenario, MCFA could utilize a short-term extension of the Snap-On contract to bridge any short time gap before. |
| The current vendor, Snap-On, may pose objections to the wholesale acquisition of MCFA source data. | The web crawl method proposed to capture the source baseline data provides electronic markers which identify the crawler's origin. Launching this crawler from with the MCFA domain may lessen objections by Snap-On to the activity. Alternatively, O'Neil can mask the origin DNS information in the crawler. |
| Baseline source content must be captured from an external location. | Initial tests indicate that the use of a web crawling application can successfully capture the baseline information but until the actual effort is run, it is unknown if problems may arise such as inaccessible portions of data etc. The initial tests have indicated that this is a viable option. Additional problems accessing the data will need to be dealt with if and when such issues arise. |

© 2008 O'Neil & Associates, Inc. All rights reserved. This document and the information contained herein is proprietary and confidential. It may not be duplicated, redistributed, reused or displayed to any other party without the expressed written consent of O'Neil & Associates, Inc.