# EXHIBIT 14

## CONSULTING SERVICES AGREEMENT FOR SERVICES FROM MITSUBISHI CATERPILLAR FORKLIFT AFFILIATED COMPANY TO DEFENDANT

(FILED SEPARATELY UNDER SEAL)