EXHIBIT 15

MITSUBISHI CATERPILLAR FORKLIFT AFFILIATED COMPANIES DATA ACQUISITION – INITIAL SUMMARY AND STATUS DATED JANUARY 15, 2008

(FILED SEPARATELY UNDER SEAL)