| From: | Barbara Moore | 4/7/2009 1:28 PM |
|---|---|---|
| To: | Dean Schuler | |
| Cc: | Heather Cobb; Herrick, Samuel | |
| Bcc: | | |
| Subject: | **RE: Peak hours/days for MCFE and MCFS** | |
| Attachments: | | |

Dean,
MCFA --- Lets go with 2 – 3 threads during noon to 4:30pm daily - except Thurs . On Thurs lets drop to 1 – 2 threads for early afternoon.
Let's use the same plan on MCFE & MCFS and adjust as we get a feel for these server's & their load & response times.

Per Samuel...
"With the middle of April fast approaching, please run the tool through all business hours. We need to get the data as quickly as possible. please use your best judgment as to the number of threads.

6:00 a.m. to 8:00 p.m. EST– US
6:00 a.m. to 8:00 p.m. CEST – Netherlands
6:00 a.m. to 8:00 p.m. SGT – Singapore"

Regards,
BJ
**Barbara J. Moore**

Technology Strategic Business & Solutions Manager

**O'NEIL & ASSOCIATES, INC.**
495 Byers Rd.
Miamisburg, Ohio 45342-3662

Phone: (937) 865-0846 ext. 3335
Fax: (937) 865-5858
E-mail: barbara.moore@oneil.com

*REVOLUTIONIZING DOCUMENTATION >>> POWERING PRODUCT SUPPORT*

---

**From:** Herrick, Samuel [mailto:Samuel.Herrick@MCFA.COM]
**Sent:** Tuesday, April 07, 2009 2:17 PM
**To:** Barbara Moore
**Cc:** Heather Cobb; Dean Schuler
**Subject:** RE: Peak hours/days for MCFE and MCFS

With the middle of April fast approaching, please run the tool through all business hours. We need to get the data as quickly as possible. please use your best judgment as to the number of threads.

CONFIDENTIAL                                    MCFA014406
                                                EXHIBIT 16

6:00 a.m. to 8:00 p.m. EST– US
6:00 a.m. to 8:00 p.m. CEST – Netherlands
6:00 a.m. to 8:00 p.m. SGT – Singapore


As for the presentation, I forwarded the information to the Global team and have meetings scheduled with my colleagues in Japan, Singapore, The Netherlands, and internally this week and next. Thanks again for helping me meet the deadline. The review of the information comes a little later. I'll let you know how it goes.

Sincerley,

Samuel Herrick
Mgr., Parts Information and Publications
Mitsubishi Caterpillar Forklift of America Inc. ("MCFA")
Phone: 713-365-1620
Fax: 713-737-1655
Cellular: 713-737-5304

**From:** Barbara Moore [mailto:barbara.moore@oneil.com]
**Sent:** Tuesday, April 07, 2009 11:41 AM
**To:** Herrick, Samuel
**Cc:** Heather Cobb; Dean Schuler
**Subject:** Peak hours/days for MCFE and MCFS

Samuel,
Do you have information regarding peak usage times and days for the MCFE and MCFS websites? Also, we are currently not running MCFA during the early afternoon hours (Noon to 4:30pm) due to peak times. Given the tool's ability to run varying numbers of threads, do you think running one or two threads during this time frame for MCFA would be problematic?

Also, how was your presentation received by Japan? I was traveling last week and did not hear how things went. I am glad we were able to support the effort for you and hope that it aided in achieving progress.

Regards,
BJ
**Barbara J. Moore**

Technology Strategic Business & Solutions Manager

**O'NEIL & ASSOCIATES, INC.**
495 Byers Rd.
Miamisburg, Ohio 45342-3662

Phone: (937) 865-0846 ext. 3335
Fax: (937) 865-5858
E-mail: barbara.moore@oneil.com

CONFIDENTIAL MCFA014407

*REVOLUTIONIZING DOCUMENTATION >>> POWERING PRODUCT SUPPORT*

```
*********************************************************************
Confidentiality Notice
The information contained in this e-mail is confidential and intended for use
only by the person(s) or organization listed in the address. If you have
received this communication in error, please contact the sender at O'Neil &
Associates, Inc., immediately. Any copying, dissemination, or distribution of
this communication, other than by the intended recipient, is strictly
prohibited.
*********************************************************************
```

CONFIDENTIAL MCFA014408