ONEIL/MCF Weekly Meeting                                              Thursday, November 20, 2008

## Introduction
- Barbara Moore was intricate in the creation of the SOW and will be working with us on the project.

## Invoice
- Purchase Order has not yet been issued. This should be completed soon.
- Work cannot start until the PO # number is received.
- Data Services pre-work is slotted at 3 weeks of time which currently pushes the project into mid-Dec. before Data Services can be executed.

## T&C's
- ONEIL okay w/MCFA T&C's
- SLA covers ONEIL's concerns
- MCFA legal reviewing T&C's
- MCFA I.S. Director reviewing SLA
- Samuel will provide feedback to Heather prior to meeting

## INV Schedule and Timeline
- Revised Invoice schedule and project plan is much better.  (Thank you!)
- Paul/Samuel reviewing and will provide feedback prior to meeting.
- Biggest addition to Schedule and Timeline needs to be when the new system can be used and payments to other vendor will end.

## Authentication to other systems
- Critical to first part of the project is to secure time with I.T. Department at MCFA/E/S & RPI to integrate systems.
- Samuel will handle securing necessary internal resources to support the project.

## USR & Passwords for all sites (CAT&MIT for MCFA/E/S)
- These are being created now and will be delivered to ONEIL by end of week.

## Complete data lists in excel format
- Samuel will be sending 3 excel files containing a complete list of published manuals on MCFA/E/S.
- Quick compare of the files for these three sites will provide complete list of unique data for each region.

Page 1 of 1