EXHIBIT 18

CMS PROJECT UPDATE

(FILED SEPARATELY UNDER SEAL)