EXHIBIT 19

EMAIL FROM DEAN SCHULER TO SAMUEL HERRICK,
BARBARA MOORE, AND HEATHER COBB DATED MAY 7, 2009

(FILED SEPARATELY UNDER SEAL)