EXHIBIT 20

EMAIL FROM BARBARA MOORE TO SAMUEL HERRICK
DATED MAY 15, 2009

(FILED SEPARATELY UNDER SEAL)