EXHIBIT 21

EMAIL FROM SAMUEL HERRICK TO BARBARA MOORE
DATED JUNE 22, 2009

(FILED SEPARATELY UNDER SEAL)