# EXHIBIT 23

## INDEMNIFICATION AGREEMENT BETWEEN O'NEIL AND MCF DATED MAY 29, 2009

(FILED SEPARATELY UNDER SEAL)