## ABSTRACT OF SNAP-ON SERVER LOG FILES

2009-06-23   04:00:04   **W3SVC1579944688**   74.219.170.191   GET   /Login.cfm   -   80   -
**66.192.117.101**
Mozilla/4.0+(compatible;+MSIE+6.0;+Windows+NT+5.2;+SV1;+.NET+CLR+1.1.4322;+.NET
+CLR+2.0.50727;+.NET+CLR+3.0.04506.648;+.NET+CLR+3.5.21022) 200 0 0


2009-06-26 13:02:49 **W3SVC4096216** 74.219.170.192 GET /Login.cfm - 80 - **66.192.117.101**
Mozilla/4.0+(compatible;+MSIE+6.0;+Windows+NT+5.2;+SV1;+.NET+CLR+1.1.4322;+.NET
+CLR+2.0.50727;+.NET+CLR+3.0.04506.648;+.NET+CLR+3.5.21022) 200 0 0


2009-02-02 20:25:08 **W3SVC306804665** 74.219.170.104 GET /Login.cfm - 80 - **66.194.184.34**
Mozilla/4.0+(compatible;+MSIE+7.0;+Windows+NT+5.1;+Avant+Browser;+.NET+CLR+1.1.4
322;+.NET+CLR+2.0.50727;+.NET+CLR+3.0.04506.30;+InfoPath.1;+.NET+CLR+3.0.04506.6
48;+.NET+CLR+3.5.21022;+WWTClient2;+MS-
RTC+LM+8;+.NET+CLR+3.0.4506.2152;+.NET+CLR+3.5.30729) 200 0 0


2009-04-22 12:11:30 **W3SVC346979470** 74.219.170.104 GET /Login.cfm - 80 - **66.192.117.98**
Mozilla/4.0+(compatible;+MSIE+6.0;+Windows+NT+5.2;+SV1;+.NET+CLR+1.1.4322;+.NET
+CLR+2.0.50727;+.NET+CLR+3.0.04506.648;+.NET+CLR+3.5.21022) 200 0 0


2009-04-07 18:57:23 **W3SVC4096216** 74.219.170.192 GET /Login.cfm - 443 - **66.194.184.35**
Mozilla/4.0+(compatible;+MSIE+7.0;+Windows+NT+5.1;+Avant+Browser;+.NET+CLR+1.1.4
322;+.NET+CLR+2.0.50727;+.NET+CLR+3.0.04506.30;+.NET+CLR+3.0.04506.648;+.NET+
CLR+3.5.21022;+WWTClient2;+MS-
RTC+LM+8;+.NET+CLR+3.0.4506.2152;+.NET+CLR+3.5.30729;+InfoPath.2) 200 0 0


**EXHIBIT 25**