# EXHIBIT 26

# MEETING MINUTES SUMMARY BETWEEN DEFENDANT AND MITSUBISHI CATERPILLAR FORKLIFT AFFILIATED COMPANIES DATED FEBRUARY 17, 2009

# (FILED SEPARATELY UNDER SEAL)