IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SNAP-ON BUSINESS SOLUTIONS, INC., | ) ) ) | CASE NO. 5:09-CV-1547 |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiff | ) ) | |
| vs. | ) ) | **STIPULATION** |
| O'NEIL & ASSOCIATES, INC., | ) ) | |
| Defendant | ) ) ) | |

The Parties, Snap-on Business Solutions, Inc. ("Snap-on") and O'Neil & Associates, Inc. ("O'Neil"), by and through their counsel, hereby stipulate and agree as follows:

1. O'Neil produced the source code for the reclamation tool during the course of discovery;

2. O'Neil produced the reclamation tool in executable format during the course of discovery;

3. O'Neil produced databases containing all of the data that it obtained using the reclamation tool in discovery;

4. Snap-on produced the firewall and website logs for its computer servers during the course of discovery;

5. Witnesses shall be permitted to testify as to whether he/she has reviewed the source code for the reclamation tool, the reclamation tool in executable format and the databases containing all of that data obtained using the reclamation tool without the necessity of identifying such by Exhibit and without the necessity of offering such into evidence.

6. The source code for the reclamation tool, the reclamation tool in executable format and the databases containing all of the data obtained using the reclamation tool that were produce by O'Neil during discovery are authentic and complete.

7. Witnesses shall be permitted to testify as to whether he/she has reviewed the Snap-on website logs and Snap-on firewall logs without the necessity of identifying such by Exhibit and without the necessity of offering such into evidence.

8. The website log extracts from Snap-on's computer servers (Plaintiff's trial exhibits 230 and 231) may be used in place of the actual, voluminous website log files.

9. Each party can play demonstration videos of each others software products during trial and may also use still screen shots from these videos.

Respectfully submitted,

HAHN LOESER & PARKS LLP

By: /s/ Amanda H. Wilcox
R. Eric Gaum (Ohio Reg. No. 66,573)
Amanda H. Wilcox (Ohio Reg. No. 73,832)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
216-621-0150 (phone)
330-864-7986 (fax)
regaum@hahnlaw.com (e-mail)
awilcox@hahnlaw.com (e-mail)

        Phillip G. Eckenrode (Ohio Reg. No. 84,187)
        65 East State Street, Suite 1400
        Columbus, Ohio 43215
        614-233-5147 (phone)
        614-233-5194 (fax)
        peckenrode@hahnlaw.com (e-mail)

        *Counsel for Plaintiff Snap-on Business Solutions, Inc.*

        */s/  ALAN B. PARKER*
        ALAN B. PARKER (0040008)
        Reminger Co., L.P.A.
        1400 Midland Building
        101 Prospect Avenue, West
        Cleveland, Ohio  44115
        (216) 687-1311
        (Fax) (216)687-1841
        E-Mail: aparker@reminger.com

        */s/ MATTHEW L. SCHRADER*
        MATTHEW L. SCHRADER (0074230)
        Reminger Co., L.P.A
        65 East State Street, 4th Floor
        Capitol Square
        Columbus, Ohio  43215
        (614) 228-1311
        (Fax) (614) 232-2410
        E-Mail: mschrader@reminger.com

        *Counsel for Defendant O'Neil & Associate, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2010, the foregoing was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        By: */s/ Amanda H. Wilcox*
        Amanda H. Wilcox (Ohio Reg. No. 73,832)