UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

FILED
2010 MAY 19 PM 4:48
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

SNAP-ON BUSINESS SOLUTIONS, : CASE NO. 5:09CV1547

Plaintiff,

vs. : VERDICT FOR PLAINTIFF
AGAINST DEFENDANT

O'NEIL & ASSOCIATES,

Defendant.

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

We, the Jury, find the issues in this case in favor of the Plaintiff Snap-on Business Solutions, and against Defendant O'Neil & Associates, and award damages to plaintiff in the amount of:

$658,000 ⁰⁰ (write your answer in figures in ink)

Each of us Jurors concurring in said verdict signs his/her name hereto this 19 day of May, 2010.



FOREPERSON