UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
                                                                  :
SNAP-ON BUSINESS SOLUTIONS, INC.,   :         CASE NO. 5:09CV01547
                                                                  :
      Plaintiff,                              :
                                                                  :
vs.                                                             :         JUDGMENT
                                                                  :
O'NEIL & ASSOCIATES, INC.,                  :
                                                                  :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

      This action came before the Court and a jury.  The jury rendered the following verdict on May 19, 2010:

      1) verdict in favor of Plaintiff Snap-On Business Solutions, Inc., and against Defendant O'Neil & Associates, Inc., in the amount of $658,000.00.

      This Judgment is hereby entered pursuant to Federal Rule of Civil Procedure 58 and this case is terminated.

      IT IS SO ORDERED.


Dated: May 24, 2010                              s/     *James S. Gwin*
                                                      JAMES S. GWIN
                                                      UNITED STATES DISTRICT JUDGE