

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177   Fax:614-326-0214

R. Eric Gaum
Hahn, Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH 44114

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18645 | 4/9/2010 | 12943 |
| Job Date | Case No. | |
| 12/7/2009 | 5:09 CV 01547 JG | |
| Case Name | | |
| Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Second Copy of Synch'd DVD
   Armando Monzon
      Synch video w/trans.     35.00    35.00
      Federal Express (Reg)    25.00    25.00

TOTAL DUE >>>   $60.00
AFTER 5/9/2010 PAY   $66.00

Thank you for your business.

LOCATION _____
DEPARTMENT _____
TIMEKEEPER _____
ACCOUNT NO. 19990
MATTER NO. 8653.368
APPROVED BY DAW
DATE 4.14.10

8653-368

185506

**Tax ID:** 31-1432008                                                    Phone: 216 621 0150   Fax:

*Please detach bottom portion and return with payment.*

---

R. Eric Gaum
Hahn, Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH 44114

Invoice No.   : 18645
Invoice Date  : 4/9/2010
**Total Due**   : **$ 60.00**
AFTER 5/9/2010 PAY $66.00

Remit To: **Anderson Reporting Services, Inc.**
         **3242 West Henderson Road**
         **Suite A**
         **Columbus, OH 43220**

Job No.   : 12943
BU ID     : 1-MAIN
Case No.  : 5:09 CV 01547 JG
Case Name : Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc.

0086853.0368

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177  Fax:614-326-0214

181746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17691 | 12/21/2009 | 12943 |
| Job Date | Case No. | |
| 12/7/2009 | 5:09 CV 01547 JG | |
| Case Name | | |
| Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Phillip G. Eckenrode
Hahn, Loeser & Parks
65 East State Street
14th Floor
Columbus, OH  43215

ATTENDANCE/ORIG. TRANSCRIPT OF:
  Armando Monzon
    AndersonWeb Repository                                    1,582.50
    ASCII/Condensed Transcri              0.00                    0.00
                                          0.00                    0.00

                                   TOTAL DUE >>>            $1,582.50
Thank you for your business.      AFTER 1/20/2010 PAY       $1,740.75

LOCATION    _____
DEPARTMENT  _____
PRACTICE AREA _____
TIMEKEEPER  _____
ACCOUNT NO. 19990 -$1582.50
MATTER NO.  8653.368
APPROVED BY _____
DATE        _____

Tax ID: 31-1432008

Phone: 614-221-0240   Fax:

*Please detach bottom portion and return with payment.*

Phillip G. Eckenrode
Hahn, Loeser & Parks
65 East State Street
14th Floor
Columbus, OH  43215

Invoice No.   :  17691
Invoice Date  :  12/21/2009
**Total Due**  :  **$ 1,582.50**
AFTER 1/20/2010 PAY  $1,740.75

Remit To: **Anderson Reporting Services, Inc.**
            **3242 West Henderson Road**
            **Suite A**
            **Columbus, OH  43220**

Job No.    :  12943
BU ID      :  1-MAIN
Case No.   :  5:09 CV 01547 JG
Case Name  :  Snap-On Business Solutions, Inc. vs. O'Neil &
              Associates, Inc.



Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177  Fax:614-326-0214

R. Eric Gaum
Hahn, Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH 44114

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18644 | 4/9/2010 | 12944 |
| Job Date | Case No. | |
| 12/8/2009 | 5:09 CV 01547 JG | |
| Case Name | | |
| Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Second Copy of Synch'd DVD
   Barbara J. Moore
      Synch video w/trans.                                         35.00        35.00

                                              TOTAL DUE >>>          $35.00
                                              AFTER 5/9/2010 PAY     $38.50

Thank you for your business.

LOCATION  _____
DEPARTMENT _____
TIMEKEEPER _____
ACCOUNT NO. 19990
MATTER NO. 8653.368
APPROVED BY DAW
DATE  4.15.10

185507 8653-368

Tax ID: 31-1432008                                           Phone: 216 621 0150  Fax:

*Please detach bottom portion and return with payment.*

R. Eric Gaum                              Invoice No.   : 18644
Hahn, Loeser & Parks                      Invoice Date  : 4/9/2010
200 Public Square                         **Total Due**     : **$ 35.00**
Suite 2800                                AFTER 5/9/2010 PAY $38.50
Cleveland, OH 44114

Remit To: **Anderson Reporting Services, Inc.**       Job No.   : 12944
          **3242 West Henderson Road**                BU ID     : 1-MAIN
          **Suite A**                                 Case No.  : 5:09 CV 01547 JG
          **Columbus, OH 43220**                      Case Name : Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc.

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177  Fax:614-326-0214

181748

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17591 | 12/21/2009 | 12944 |
| Job Date | Case No. | |
| 12/8/2009 | 5:09 CV 01547 JG | |
| Case Name | | |
| Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Phillip G. Eckenrode
Hahn, Loeser & Parks
65 East State Street
14th Floor
Columbus, OH 43215

ATTENDANCE/ORIG. TRANSCRIPT OF:
Barbara J. Moore                                                                 1,817.75
    AndersonWeb Repository                                            0.00      0.00
    ASCII/Condensed Transcri                                          0.00      0.00

                                                    TOTAL DUE >>>            $1,817.75
                                                    AFTER 1/20/2010 PAY     $1,999.53

Thank you for your business.

LOCATION  _____
DEPARTMENT _____
PRACTICE AREA _____
TIMEKEEPER
ACCOUNT NO. 19990-3  1817.75
MATTER NO. 8653.368
APPROVED BY _____
DATE _____

Tax ID: 31-1432008                                              Phone: 614-221-0240  Fax:

*Please detach bottom portion and return with payment.*

Phillip G. Eckenrode
Hahn, Loeser & Parks
65 East State Street
14th Floor
Columbus, OH 43215

Invoice No.    : 17591
Invoice Date   : 12/21/2009
**Total Due**  : **$ 1,817.75**
AFTER 1/20/2010 PAY $1,999.53

Remit To: **Anderson Reporting Services, Inc.**
**3242 West Henderson Road**
**Suite A**
**Columbus, OH 43220**

Job No.    : 12944
BU ID      : 1-MAIN
Case No.   : 5:09 CV 01547 JG
Case Name  : Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc.

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177  Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17713 | 12/22/2009 | 12945 |
| Job Date | Case No. | |
| 12/14/2009 | 5:09 CV 01547 JG | |
| Case Name | | |
| Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Amanda H. Wilcox
Hahn, Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH 44114

ATTENDANCE/ORIG. TRANSCRIPT OF:
Heather M. Cobb                                            1,793.75
   AndersonWeb Repository                       0.00        0.00
   ASCII/Condensed Transcri                    0.00        0.00

                                TOTAL DUE >>>            $1,793.75
                                AFTER 1/21/2010 PAY      $1,973.13

Thank you for your business.

LOCATION    1
B...        40
Pr...       470
T...        0774
Ac...       19990
Ma...
APPR...     mw
DATE        12/31/09

Tax ID: 31-1432008                                   Phone: 216 621 0150  Fax:

*Please detach bottom portion and return with payment.*

Amanda H. Wilcox                    Invoice No.   : 17713
Hahn, Loeser & Parks                Invoice Date  : 12/22/2009
200 Public Square                   **Total Due**     : **$ 1,793.75**
Suite 2800                          AFTER 1/21/2010 PAY $1,973.13
Cleveland, OH 44114

                                    Job No.       : 12945
Remit To: **Anderson Reporting Services, Inc.**   BU ID         : 1-MAIN
          **3242 West Henderson Road**             Case No.      : 5:09 CV 01547 JG
          **Suite A**                              Case Name     : Snap-On Business Solutions, Inc. vs. O'Neil &
          **Columbus, OH 43220**                                   Associates, Inc.

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177  Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17724 | 12/22/2009 | 12946 |
| **Job Date** | **Case No.** | |
| 12/17/2009 | 5:09 CV 01547 JG | |
| **Case Name** | | |
| Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

R. Eric Gaum
Hahn, Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH 44114

ATTENDANCE/ORIG. TRANSCRIPT OF:
    David C. Stackhouse      1,247.00
        AndersonWeb Repository    0.00    0.00
        ASCII/Condensed Transcri    0.00    0.00

TOTAL DUE  >>>  $1,247.00
AFTER 1/21/2010 PAY  $1,371.70

Thank you for your business.

182593

Tax ID: 31-1432008          Phone: 216.621.0150  Fax:


4804

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177   Fax:614-326-0214

*Reg*

R. Eric Gaum
Hahn, Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH 44114

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18642 | 4/9/2010 | 12946 |
| Job Date | Case No. | |
| 12/17/2009 | 5:09 CV 01547 JG | |
| Case Name | | |
| Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Second Copy of Synch'd DVD
    David C. Stackhouse
        Synch video w/trans.                                           35.00        35.00

                                                    TOTAL DUE >>>       $35.00
                                                    AFTER 5/9/2010  PAY    $38.50

Thank you for your business.

LOCATION      _____
DEPARTMENT    _____
TIMEKEEPER    _____
ACCOUNT NO.   19990
MATTER NO.    8653·368
APPROVED BY   DAW
DATE          4·15·10

185508         8653-368

Tax ID: 31-1432008                                              Phone: 216 621 0150    Fax:

*Please detach bottom portion and return with payment.*

R. Eric Gaum                              Invoice No.   : 18642
Hahn, Loeser & Parks                      Invoice Date  : 4/9/2010
200 Public Square                         **Total Due**   : **$ 35.00**
Suite 2800                                AFTER 5/9/2010 PAY $38.50
Cleveland, OH 44114

                                          Job No.       : 12946
                                          BU ID         : 1-MAIN
Remit To: **Anderson Reporting Services, Inc.**   Case No.      : 5:09 CV 01547 JG
         **3242 West Henderson Road**             Case Name     : Snap-On Business Solutions, Inc. vs. O'Neil &
         **Suite A**                                               Associates, Inc.
         **Columbus, OH 43220**

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177  Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17725 | 12/22/2009 | 12947 |
| Job Date | Case No. | |
| 12/18/2009 | 5:09 CV 01547 JG | |
| Case Name | | |
| Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

R. Eric Gaum
Hahn, Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH 44114

008653.00368

ATTENDANCE/ORIG. TRANSCRIPT OF:
   Robert J. Heilman                                                                905.00
     AndersonWeb Repository                0.00    0.00
     ASCII/Condensed Transcri           0.00    0.00

TOTAL DUE >>>   $905.00
(AFTER 1/21/2010) PAY   $995.50

Thank you for your business.

182592

Phone: 216.621.0150

2787



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 178390 | 4/13/2010 | 27305 |
| Job Date | Case No. | |
| 4/6/2010 | 5:09 CV 1547 | |
| Case Name | | |
| Snap-On Business Solutions, Inc., v. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Amanda H. Wilcox
Hahn Loeser
200 Public Square
2800 BP Tower
Cleveland, OH 44114-2316

| | | | | |
|---|---|---|---|---|
| Certified Deposition Transcript | | | | |
| Jewel Drass | | | | 298.70 |
| Exhibit Copies (PDF) | 22.00 Pages | @ | 0.25 | 5.50 |
| | TOTAL DUE >>> | | | $304.20 |
| | AFTER 6/12/2010 PAY | | | $328.54 |

We thank you for your payment upon receipt of this invoice.

LOCATION _____
DEPARTMENT _____
TIMEKEEPER _____
ACCOUNT NO. 19990
MATTER NO. 8653,368
APPROVED BY DAW
DATE 4·15·10

8653,368
185503

**Tax ID:** 34-1852140     Phone: (216) 621-0150   Fax:(216) 241-2824

*Please detach bottom portion and return with payment.*

Amanda H. Wilcox
Hahn Loeser
200 Public Square
2800 BP Tower
Cleveland, OH 44114-2316

Invoice No.  : 178390
Invoice Date : 4/13/2010
**Total Due** : **$ 304.20**
AFTER 6/12/2010 PAY $328.54

Job No.   : 27305
BU ID     : Cleveland
Case No.  : 5:09 CV 1547
Case Name : Snap-On Business Solutions, Inc., v. O'Neil & Associates, Inc.

Remit To: **Rennillo Deposition & Discovery**
**100 Erieview Tower**
**1301 East Ninth Street**
**Cleveland, OH 44114**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 178388 | 4/12/2010 | 27266 |
| Job Date | Case No. | |
| 4/5/2010 | 5:09 CV 1547 | |
| Case Name | | |
| Snap-On Business Solutions, Inc., v. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Amanda H. Wilcox
Hahn Loeser
200 Public Square
2800 BP Tower
Cleveland, OH 44114-2316

Certified Deposition Transcript
  Greg Feezel                                                                368.52
    Exhibit Copies (PDF)          11.00 Pages    @    0.25               2.75
                                  TOTAL DUE >>>                       $371.27
                                  AFTER 5/12/2010 PAY              ~~$400.97~~

We thank you for your payment upon receipt of this invoice.

LOCATION _____
DEPARTMENT _____
TIMEKEEPER _____
ACCOUNT NO. 19990
MATTER NO. 8653.368
APPROVED BY DAW
DATE 4.15.10

8653.368

185501

**Tax ID:** 34-1852140                                    Phone: (216) 621-0150   Fax:(216) 241-2824

*Please detach bottom portion and return with payment.*

Amanda H. Wilcox
Hahn Loeser
200 Public Square
2800 BP Tower
Cleveland, OH 44114-2316

Invoice No.   : 178388
Invoice Date  : 4/12/2010
**Total Due**   : **$ 371.27**
AFTER 5/12/2010 PAY $400.97

Job No.    : 27266
BU ID      : Cleveland
Case No.   : 5:09 CV 1547
Case Name  : Snap-On Business Solutions, Inc., v. O'Neil & Associates, Inc.

Remit To: **Rennillo Deposition & Discovery**
          **100 Erieview Tower**
          **1301 East Ninth Street**
          **Cleveland, OH 44114**

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177   Fax:614-326-0214

*File # 008653.00368*
*Eric [signature]*

R. Eric Gaum
Hahn, Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH 44114

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18066 | 2/2/2010 | 13152 |
| Job Date | Case No. | |
| 1/14/2010 | 5:09 CV 01547 JG | |
| Case Name | | |
| Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

ATTENDANCE/ORIG + ONE TRANSCRIPT OF:
  Jay N. Gusler                                                774.25
    AndersonWeb Repository                     0.00            0.00
    ASCII/Condensed Transcri                   0.00            0.00

                                TOTAL DUE >>>          $774.25
                                AFTER 3/4/2010 PAY     $851.68

Thank you for your business.

LOCATION      _____
DEPARTMENT    _____
TIMEKEEPER    _____
ACCOUNT NO.   19990
MATTER NO.    8653.368
APPROVED BY   DMW
DATE          2·11·10

183386

Tax ID: 31-1432008                                  Phone: 216 621 0150   Fax:

*Please detach bottom portion and return with payment.*

R. Eric Gaum
Hahn, Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH 44114

Invoice No.    : 18066
Invoice Date   : 2/2/2010
**Total Due**  : **$ 774.25**
AFTER 3/4/2010 PAY $851.68

Job No.    : 13152
BU ID      : 1-MAIN
Case No.   : 5:09 CV 01547 JG
Case Name  : Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc.

Remit To: **Anderson Reporting Services, Inc.**
          **3242 West Henderson Road**
          **Suite A**
          **Columbus, OH 43220**

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177  Fax:614-326-0214

4004

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18063 | 2/2/2010 | 13151 |
| Job Date | Case No. | |
| 1/13/2010 | 5:09 CV 01547 JG | |
| Case Name | | |
| Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

File # 008653.
            00368

R. Eric Gaum
Hahn, Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH 44114

ATTENDANCE/ORIG + ONE TRANSCRIPT OF:
  Samuel A. Herrick
    AndersonWeb Repository                                           1,834.75
    ASCII/Condensed Transcri                                 0.00       0.00
                                                             0.00       0.00
                                          TOTAL DUE >>>           $1,834.75
                                          AFTER 3/4/2010 PAY      $2,018.23

Thank you for your business.

LOCATION     _____
DEPARTMENT   _____
TIMEKEEPER   _____
ACCOUNT NO.  19990
MATTER NO.   8653.368
APPROVED BY  DAW
DATE         2·11·10

183387

Tax ID: 31-1432008

Phone: 216 621 0150   Fax:

*Please detach bottom portion and return with payment.*

R. Eric Gaum
Hahn, Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH 44114

Invoice No.   : 18063
Invoice Date  : 2/2/2010
**Total Due**  : $ 1,834.75
AFTER 3/4/2010 PAY $2,018.23

Remit To: **Anderson Reporting Services, Inc.**
          **3242 West Henderson Road**
          **Suite A**
          **Columbus, OH 43220**

Job No.    : 13151
BU ID      : 1-MAIN
Case No.   : 5:09 CV 01547 JG
Case Name  : Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc.

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17855 | 1/13/2010 | 13147 |
| **Job Date** | **Case No.** ||
| 1/7/2010 | 5:09 CV 01547 JG ||
| **Case Name** |||
| Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc. |||
| **Payment Terms** |||
| Net 30 |||

R. Eric Gaum
Hahn, Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH  44114

ATTENDANCE/ORIG. TRANSCRIPT OF:
   Dean M. Schuler     1,305.40
      AndersonWeb Repository    0.00    0.00
      ASCII/Condensed Transcri    0.00    0.00

TOTAL DUE >>>    $1,305.40
~~AFTER 2/12/2010 PAY~~    ~~$1,435.94~~

Thank you for your business.

182594

Tax ID: 31-1432008        Phone: 216 621 0150   Fax:

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH  43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18643 | 4/9/2010 | 13147 |
| Job Date | Case No. | |
| 1/7/2010 | 5:09 CV 01547 JG | |
| Case Name | | |
| Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

R. Eric Gaum
Hahn, Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH  44114

Second Copy of Synch'd DVD
  Dean M. Schuler
    Synch video w/trans.                                        35.00    35.00

TOTAL DUE  >>>         $35.00
AFTER 5/9/2010  PAY    $38.50

Thank you for your business.

LOCATION
DEPARTMENT
TIMEKEEPER
ACCOUNT NO.   19990
MATTER NO.    8653.368
APPROVED BY   DAW
DATE          4·15·10

8653-368

185505

Tax ID: 31-1432008                                                    Phone: 216 621 0150   Fax:

*Please detach bottom portion and return with payment.*

R. Eric Gaum
Hahn, Loeser & Parks
200 Public Square
Suite 2800
Cleveland, OH  44114

Invoice No.   : 18643
Invoice Date  : 4/9/2010
**Total Due**  : **$ 35.00**
AFTER 5/9/2010 PAY $38.50

Remit To: **Anderson Reporting Services, Inc.**
          **3242 West Henderson Road**
          **Suite A**
          **Columbus, OH  43220**

Job No.    : 13147
BU ID      : 1-MAIN
Case No.   : 5:09 CV 01547 JG
Case Name  : Snap-On Business Solutions, Inc. vs. O'Neil & Associates, Inc.

2787



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 178515 | 4/14/2010 | 27267 |
| Job Date | Case No. | |
| 4/7/2010 | 5:09 CV 1547 | |
| Case Name | | |
| Snap-On Business Solutions, Inc., v. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Amanda H. Wilcox
Hahn Loeser
200 Public Square
2800 BP Tower
Cleveland, OH 44114-2316

Certified Deposition Transcript
  Anthony Coffman
Certified Deposition Transcript                                    190.60
  Jonathan Harvey
                                                                  231.30
    Exhibit Copies (PDF)                     2.00 Pages      @     0.25     0.50

**TOTAL DUE >>>**        **$422.40**
AFTER 6/13/2010 PAY      ~~$456.19~~

We thank you for your payment upon receipt of this invoice.

LOCATION _____
DEPARTMENT _____
TIMEKEEPER _____
ACCOUNT NO. 19990
MATTER NO. 8653.368
APPROVED BY DAW
DATE 4·15·10

8653.368

185502

Tax ID: 34-1852140                                                                 Phone: (216) 621-0150   Fax:(216) 241-2824

*Please detach bottom portion and return with payment.*

Amanda H. Wilcox
Hahn Loeser
200 Public Square
2800 BP Tower
Cleveland, OH 44114-2316

Job No.   : 27267       BU ID    : Cleveland
Case No.  : 5:09 CV 1547
Case Name : Snap-On Business Solutions, Inc., v. O'Neil & Associates, Inc.

Invoice No. : 178515      Invoice Date : 4/14/2010
**Total Due : $ 422.40**
AFTER 6/13/2010 PAY $456.19

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Rennillo Deposition & Discovery**
         **100 Erieview Tower**
         **1301 East Ninth Street**
         **Cleveland, OH 44114**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 178517 | 4/15/2010 | 27269 |
| Job Date | Case No. | |
| 4/8/2010 | 5:09 CV 1547 | |
| Case Name | | |
| Snap-On Business Solutions, Inc., v. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

R. Eric Gaum
Hahn Loeser
501 South Main Street
One GOJO Plaza, Suite 300
Akron, OH  44311-1076

Certified Deposition Transcript
  Corey Roberts

                                                                188.20

**TOTAL DUE >>>    $188.20**
AFTER 6/14/2010  PAY

We thank you for your payment upon receipt of this invoice.

*8653-368*
*185878*

LOCATION  _____
DEPARTMENT  _____
TIMEKEEPER  _____
ACCOUNT NO.  19990
MATTER NO.  8653.368
APPROVED BY  DAW
DATE  4·27·10

**Tax ID:** 34-1852140                                Phone: (330) 864-5550   Fax:(330) 864-7986

*Please detach bottom portion and return with payment.*

R. Eric Gaum
Hahn Loeser
501 South Main Street
One GOJO Plaza, Suite 300
Akron, OH  44311-1076

Invoice No.   :  178517
Invoice Date  :  4/15/2010
**Total Due**   :  **$ 188.20**
AFTER 6/14/2010  PAY $203.26

Remit To: **Rennillo Deposition & Discovery**
**100 Erieview Tower**
**1301 East Ninth Street**
**Cleveland, OH  44114**

Job No.    :  27269
BU ID      :  Cleveland
Case No.   :  5:09 CV 1547
Case Name  :  Snap-On Business Solutions, Inc., v. O'Neil & Associates, Inc.

APR 2 2 2010

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 178642 | 4/16/2010 | 27270 |
| Job Date | Case No. | |
| 4/9/2010 | 5:09 CV 1547 | |
| Case Name | | |
| Snap-On Business Solutions, Inc., v. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |



R. Eric Gaum
Hahn Loeser
501 South Main Street
One GOJO Plaza, Suite 300
Akron, OH 44311-1076

*Rey*
*008653.00368*

Certified Deposition Transcript
   Jeffery Mordaunt     352.00
      Exhibit Copies (PDF)    128.00 Pages @ 0.25   32.00

**TOTAL DUE >>>**   **$384.00**
AFTER 6/15/2010 PAY ~~$414.72~~

We thank you for your payment upon receipt of this invoice.

LOCATION        _____
DEPARTMENT     _____
TIMEKEEPER      _____
ACCOUNT NO.    *19990*
MATTER NO.      *8653.368*
APPROVED BY    *DMW*
DATE              *4·27·10*

*185897*

**Tax ID:** 34-1852140      Phone: (330) 864-5550    Fax:(330) 864-7986

*Please detach bottom portion and return with payment.*

R. Eric Gaum
Hahn Loeser
501 South Main Street
One GOJO Plaza, Suite 300
Akron, OH 44311-1076

Invoice No.     : 178642
Invoice Date   : 4/16/2010
**Total Due**      : $ 384.00
AFTER 6/15/2010 PAY $414.72

Job No.       : 27270
BU ID        : Cleveland
Case No.     : 5:09 CV 1547
Case Name   : Snap-On Business Solutions, Inc., v. O'Neil & Associates, Inc.

Remit To: **Rennillo Deposition & Discovery**
            **100 Erieview Tower**
            **1301 East Ninth Street**
            **Cleveland, OH 44114**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 178988 | 4/26/2010 | 27643 |
| Job Date | Case No. | |
| 4/19/2010 | 5:09 CV 1547 | |
| Case Name | | |
| Snap-On Business Solutions, Inc., v. O'Neil & Associates, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Amanda H. Wilcox
Hahn Loeser
200 Public Square
2800 BP Tower
Cleveland, OH 44114-2316

Certified Deposition Transcript
  Brian Hendricks
                                                                       357.50

                              TOTAL DUE >>>         $357.50
                              AFTER 6/25/2010 PAY   ~~$386.10~~

We thank you for your payment upon receipt of this invoice.

LOCATION     _____
DEPARTMENT   _____
TIMEKEEPER   _____
ACCOUNT NO.  19990
MATTER NO.   8653.365
APPROVED BY  DMW
DATE         4·27·10

185911

Tax ID: 34-1852140                           Phone: (216) 621-0150   Fax:(216) 241-2824

*Please detach bottom portion and return with payment.*

Amanda H. Wilcox
Hahn Loeser
200 Public Square
2800 BP Tower
Cleveland, OH 44114-2316

Invoice No.   : 178988
Invoice Date  : 4/26/2010
**Total Due**  : **$ 357.50**
AFTER 6/25/2010 PAY $386.10

Job No.    : 27643
BU ID      : Cleveland
Case No.   : 5:09 CV 1547
Case Name  : Snap-On Business Solutions, Inc., v. O'Neil & Associates, Inc.

Remit To: **Rennillo Deposition & Discovery**
**100 Erieview Tower**
**1301 East Ninth Street**
**Cleveland, OH 44114**

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO |
|---|---|

INVOICE NO: 00001000

**MAKE CHECKS PAYABLE TO:**

R. Eric Gaum
Hahn, Loeser & Parks
3300 BP America Center
200 Public Square
Cleveland, OH 44114-2301
Phone:

JUDITH A. GAGE, RMR-CRR
US Court Reporters
801 West Superior Avenue
Room 7-189
Cleveland, OH 44113
Phone: (216) 357-7238
FAX: (216) 357-7037
Tax ID: 26-2146137
judygage@ymail.com

| CRIMINAL | X CIVIL | DATE ORDERED: 05-12-2010 | DATE DELIVERED: 05-17-2010 |
|---|---|---|---|

**Case Style:** 5:09CV1547, Snap-On Business Solutions v O'Neil & Associates

Deposit for real-time feed with ordinary transcript delivery for trial commencing May 17, 2010.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

Misc. Desc. Deposit

| | |
|---|---|
| MISC. CHARGES: | 3,000.00 |
| TOTAL: | 3,000.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $3,000.00 |

**ADDITIONAL INFORMATION**

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: 05-12-2010 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

| | | | |
|---|---|---|---|
| AO44 (Rev. 11/07) | | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO | |

INVOICE NO: 00001000

MAKE CHECKS PAYABLE TO:

R. Eric Gaum
Hahn, Loeser & Parks
3300 BP America Center
200 Public Square
Cleveland, OH 44114-2301
Phone:

JUDITH A. GAGE, RMR-CRR
US Court Reporters
801 West Superior Avenue
Room 7-189
Cleveland, OH 44113
Phone: (216) 357-7238
FAX (216) 357-7037
Tax ID: 26-2146137
judygage@ymail.com

☐ CRIMINAL  ☒ CIVIL

DATE ORDERED: 05-12-2010

DATE DELIVERED: 05-17-2010

**Case Style:** 5:09CV1547, Snap-On Business Solutions v O'Neil & Associates
Transcripts of proceedings, May 17 - 20, 2010
Real time and original

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 530 | 3.65 | 1,934.50 | | 0.90 | | | 0.60 | | 1,934.50 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | 530 | 3.05 | 1,616.50 | | 1.20 | | | | | 1,616.50 |

Misc. Desc.

MISC. CHARGES:

TOTAL: 3,551.00

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

**Deposit Date: 05-17-2010**   LESS AMOUNT OF DEPOSIT: 3,000.00

TOTAL REFUND:

TOTAL DUE: $551.00

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE 06-01-2010

*(All previous editions of this form are cancelled and should be destroyed)*