# HAHN ⊞ LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

| | |
|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. |
| Your Claim No.: | 4353 |
| Our File No.: | 008653.00368 |

Invoice No. 421033                                                             Date: 07/31/09

## SUMMARY OF CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| R. Eric Gaum | REG | $400/hr | 0.50 | 200.00 |
| Shannon V. McCue | SVM | $355/hr | 6.50 | 2,307.50 |
| Amanda H. Wilcox | AHW | $305/hr | 10.40 | 3,172.00 |
| | | TOTAL CURRENT FEES | | 5,679.50 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 13.20 | $ 4,398.50 |
| L120 | Analysis/Strategy | 4.20 | 1,281.00 |
| | TOTAL CURRENT FEES: | 17.40 | $ 5,679.50 |
| | CURRENT INVOICE DUE: | | $ 5,679.50 |

200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

Bil - 148245.1

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 421033 Date: 07/31/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/17/09 | Review e-mails from client and materials for meeting with client, prepare for meeting. | 0774 | L110 | 1.90 | 579.50 |
| 06/18/09 | Attend meeting with client regarding dispute. | 0774 | L110 | 2.30 | 701.50 |
| 06/18/09 | Draft litigation plan and litigation budget to forward to client, correspond with client regarding meeting and case. | 0774 | L120 | 2.80 | 854.00 |
| 06/18/09 | Fact investigation and strategy development with client. | 0950 | L110 | 6.50 | 2,307.50 |
| 06/22/09 | Forward patents to SV McCue for review, receipt of agreements for MCFA and employee agreements, review agreements. | 0774 | L110 | 0.80 | 244.00 |
| 06/26/09 | Review client e-mails regarding recent scraping activity and enforcement options, discuss with RE Gaum, perform research for beginning complaint and cease & desist letters. | 0774 | L110 | 1.20 | 366.00 |
| 06/26/09 | Discussion with AH Wilcox regarding options for emergency relief against data mining to client's website. | 0543 | L110 | 0.50 | 200.00 |
| 06/30/09 | Draft e-mail to client regarding options for proceeding with litigation. | 0774 | L120 | 1.40 | 427.00 |

Costs Advanced Amount

TOTAL CURRENT COSTS $ 0.00

CURRENT INVOICE DUE $ 5,679.50

TOTAL BALANCE DUE $ 5,679.50

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

Bil - 148245.1