# HAHN LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

|  |  |
|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. |
| Your Claim No.: | 4353 |
| Our File No.: | 008653.00368 |

Invoice No. 421237   Date: 08/26/09

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| R. Eric Gaum | REG | $400/hr | 5.20 | 2,080.00 |
| Shannon V. McCue | SVM | $355/hr | 7.80 | 2,769.00 |
| Jason R. Strobel | JRS | $195/hr | 9.90 | 1,930.50 |
| Amanda H. Wilcox | AHW | $305/hr | 33.80 | 10,309.00 |
| Theresa K. Stefanich | TKS | $160/hr | 2.50 | 400.00 |
| Meghan E. Sheehan | MES | $140/hr | 5.70 | 798.00 |
|  |  | TOTAL CURRENT FEES |  | 18,286.50 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 11.30 | $ 3,071.50 |
| L120 | Analysis/Strategy | 28.20 | 7,688.00 |
| L140 | Document/File Management | 2.50 | 400.00 |
| L190 | Other Case Assessment,Devel/Admin | 2.70 | 852.00 |
| L210 | Pleadings | 20.20 | 6,275.00 |
|  | TOTAL CURRENT FEES: | 64.90 | $ 18,286.50 |
|  | TOTAL CURRENT COSTS: |  | $ 1,398.02 |
|  | CURRENT INVOICE DUE: |  | $ 19,684.52 |

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 421237                                  Date: 08/26/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/01/09 | Draft complaint against O'Neil & Associates, Inc. | 0774 | L210 | 3.20 | 976.00 |
| 07/01/09 | Legal research regarding data scraping in Ohio district courts and the Sixth Circuit court of appeals. | 0869 | L110 | 2.40 | 468.00 |
| 07/02/09 | Continue preparation of draft complaint and perform legal research relating to causes of action in complaint. | 0774 | L210 | 6.10 | 1,860.50 |
| 07/02/09 | Telephone conversation with client regarding end user license agreement requirements for use of database. | 0950 | L110 | 0.90 | 319.50 |
| 07/02/09 | Review end-user license agreements and screen shots from client. | 0950 | L110 | 0.60 | 213.00 |
| 07/03/09 | Draft cease & desist letter to O'Neil & Associates, Inc. | 0774 | L210 | 0.90 | 274.50 |
| 07/06/09 | Continue preparation of cease & desist letter to O'Neil & Associates, Inc. and draft complaint, review website terms of use for claims against O'Neil, discuss draft complaint with RE Gaum, e-mail drafts to client for review. | 0774 | L210 | 4.40 | 1,342.00 |
| 07/06/09 | Revise draft cease and desist letter and complain and discussion with AH Wilcox. | 0543 | L210 | 0.90 | 360.00 |
| 07/06/09 | Review correspondence from client regarding materials for copyright application. | 0950 | L110 | 0.20 | 71.00 |
| 07/06/09 | Review end user license agreement from client. | 0950 | L110 | 0.50 | 177.50 |
| 07/06/09 | Discuss complaint with co-counsel. | 0950 | L110 | 0.30 | 106.50 |
| 07/07/09 | Discuss cease and desist letter, complaint, and service of process with co-counsel. | 0950 | L120 | 0.30 | 106.50 |
| 07/07/09 | Attend to civil cover sheet, serivce of complaint, summons and coordinate filing of complaint. | 0712 | L140 | 1.40 | 224.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ✦ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 421237  Date: 08/26/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/07/09 | Receipt of client approval to file complaint; proceed with filing of complaint, and preparation of related documents, execute service on defendant, forward all documents filed and cease & desist letter to client. | 0774 | L210 | 4.40 | 1,342.00 |
| 07/10/09 | Response to client inquiry regarding proposed additional claims and perform research relating to same, teleconference with client. | 0774 | L120 | 1.30 | 396.50 |
| 07/10/09 | Discussion with AH Wilcox regarding potential trade secret misappropriation claim and whether to pursue a preliminary injunction. | 0543 | L120 | 0.50 | 200.00 |
| 07/13/09 | Case strategy conference with RE Gaum, AH Wilcox, and SV McCue; legal research regarding irreparable harm in cases of data scraping. | 0869 | L120 | 3.10 | 604.50 |
| 07/13/09 | Telephone conference and meeting with co-counsel discussing case strategy in terms of preliminary injunction, expedited discovery, and amending pleadings to include additional claims. | 0950 | L120 | 1.20 | 426.00 |
| 07/13/09 | Review materials from client in preparation for copyright application. | 0950 | L120 | 0.80 | 284.00 |
| 07/13/09 | Begin preparing copyright application.and request for special handling. | 0950 | L120 | 2.00 | 710.00 |
| 07/13/09 | Conference with AH Wilcox on expedited discovery. | 1003 | L120 | 1.20 | 168.00 |
| 07/13/09 | Begin analyzing materials on expedited discovery. | 1003 | L120 | 1.00 | 140.00 |
| 07/13/09 | Review of final complaint as file. | 0543 | L110 | 0.30 | 120.00 |
| 07/13/09 | Conference with AH Wilcox , SV McCue, and JR Strobel regarding how to proceed with the litigation including whether to pursue a preliminary injunction and/or expedited discovery claims and issues related to each. | 0543 | L120 | 1.40 | 560.00 |

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 421237　　　　　　　　　　　　　　　　　　Date: 08/26/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/13/09 | Perform legal research relating to injunctive relief in data scraping cases and relating to pre-conference discovery. | 0774 | L120 | 2.00 | 610.00 |
| 07/13/09 | Meet with RE Gaum, S. McCue, and J. Strobel regarding next steps in case. | 0774 | L120 | 0.50 | 152.50 |
| 07/13/09 | E-mail client regarding research. | 0774 | L120 | 0.40 | 122.00 |
| 07/14/09 | Research regarding expedited discovery in Northern District of Ohio generally, as well as in cases of data scraping specifically per AH Wilcox. | 0869 | L110 | 2.40 | 468.00 |
| 07/14/09 | Finish analysis of materials on expedited discovery and prepare summary for AH Wilcox and forward for review. | 1003 | L120 | 3.50 | 490.00 |
| 07/14/09 | Review JR Strobel research, perform additional legal research regarding injunctions in data scraping cases, follow up on status of copyright registration with S. McCue. | 0774 | L120 | 1.20 | 366.00 |
| 07/15/09 | Review JR Strobel research and perform additional legal research. | 0774 | L120 | 2.70 | 823.50 |
| 07/15/09 | Legal research regarding nonjoinder of a third party as a reason for expedited discovery. | 0869 | L110 | 1.30 | 253.50 |
| 07/16/09 | Conference with AH Wilcox and SV McCue regarding preliminary injunction strategy. | 0869 | L120 | 0.70 | 136.50 |
| 07/16/09 | Meet with co-counsel to discuss preliminary injunction issues and research regarding irreparable harm in scraping cases. | 0950 | L120 | 0.70 | 248.50 |
| 07/16/09 | Call G. Feezel to get more information about harm to Snap-On. | 0950 | L120 | 0.30 | 106.50 |
| 07/16/09 | Draft e-mail to client regarding case and perform additional research. | 0774 | L120 | 2.40 | 732.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ⊞ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 421237                                              Date: 08/26/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/16/09 | Meet with JR Strobel and SV McCue regarding options going forward in case, including pursuit of injunctive relief. | 0774 | L110 | 0.60 | 183.00 |
| 07/21/09 | Attend to general organization of file and to bible. | 0712 | L140 | 1.00 | 160.00 |
| 07/23/09 | Draft preservation letter and internal memorandum for client, forward to client. | 0774 | L190 | 0.90 | 274.50 |
| 07/23/09 | Call from opposing counsel regarding extension of time to answer, e-mail RE Gaum regarding same. | 0774 | L190 | 0.30 | 91.50 |
| 07/24/09 | E-mail opposing counsel regarding extension of time to answer. | 0774 | L190 | 0.50 | 152.50 |
| 07/24/09 | Review of e-mail from defendant's counsel regarding an extension to answer.. | 0543 | L210 | 0.30 | 120.00 |
| 07/27/09 | Review of defendant's motion for an extension of time to answer or plead and discuss with AH WIlcox | 0543 | L190 | 0.30 | 120.00 |
| 07/27/09 | Receipt and review of notice of appearance, corporate disclosure statement, motion for an extension of time to answer, and order granting extension of time from O'Neil, e-mail client regarding same, review client litigation hold letter. | 0774 | L190 | 0.70 | 213.50 |
| 07/29/09 | Attend to file for location of chart for AH Wilcox review. | 0712 | L140 | 0.10 | 16.00 |
| 07/30/09 | Meet with AH Wilcox regarding the status of the litigation and evidence of data scraping provided by the client. | 0543 | L110 | 1.00 | 400.00 |
| 07/30/09 | Legal research regarding data scraping and the Computer Fraud and Abuse Act. | 0543 | L110 | 0.50 | 200.00 |
| 07/30/09 | Prepare for and meet with RE Gaum regarding scraping evidence and case, verify O'Neil IP address | 0774 | L110 | 0.30 | 91.50 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ⊞ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 421237                                                                 Date: 08/26/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/30/09 | Perform follow-up research regarding Computer Fraud and Abuse Act.. | 0774 | L120 | 1.00 | 305.00 |

| Costs Advanced | | Amount |
|---|---|---|
| Overnight Delivery/Messenger Service | $ | 62.22 |
| Filing Fees | | 350.00 |
| Imaging | | 6.50 |
| Miscellaneous | | 730.00 |
| Subpoena Fees | | 249.30 |

|  |  |  |
|---|---|---|
| TOTAL CURRENT COSTS | $ | 1,398.02 |
| CURRENT INVOICE DUE | $ | 19,684.52 |
| PREVIOUS DUE | $ | 5,679.50 |
| TOTAL BALANCE DUE | $ | 25,364.02 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com