# HAHN ⊕ LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

| | |
|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. |
| Your Claim No.: | 4353 |
| Our File No.: | 008653.00368 |

Invoice No. 423740                                              Date: 09/30/09

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| R. Eric Gaum | REG | $400/hr | 12.00 | 4,800.00 |
| Shannon V. McCue | SVM | $355/hr | 0.10 | 35.50 |
| Amanda H. Wilcox | AHW | $305/hr | 32.50 | 9,912.50 |
| Theresa K. Stefanich | TKS | $160/hr | 4.30 | 688.00 |
| Mary Rookard | MR | $70/hr | 0.40 | 28.00 |
| | | TOTAL CURRENT FEES | | 15,464.00 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 10.20 | $ 3,028.00 |
| L120 | Analysis/Strategy | 3.20 | 1,042.50 |
| L140 | Document/File Management | 2.90 | 464.00 |
| L190 | Other Case Assessment,Devel/Admin | 0.20 | 61.00 |
| L210 | Pleadings | 0.90 | 360.00 |
| L230 | Court Mandated Conferences | 0.40 | 160.00 |
| L310 | Written Discovery | 23.60 | 7,825.00 |
| L320 | Document Production | 0.50 | 200.00 |
| L350 | Discovery Motions | 0.70 | 280.00 |
| L390 | Other Discovery | 6.70 | 2,043.50 |
| | TOTAL CURRENT FEES: | 49.30 | $ 15,464.00 |
| | TOTAL CURRENT COSTS: | | $ 384.84 |
| | CURRENT INVOICE DUE: | | $ 15,848.84 |

# HAHN LOESER

| | |
|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. |
| Your Claim No.: | 4353 |
| Our File No.: | 008653.00368 |

Invoice No. 423740      Date: 09/30/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/03/09 | Correspond with client regarding updates on MCFA activity, locate new site referenced by client. | 0774 | L110 | 0.50 | 152.50 |
| 08/04/09 | Locate O'Neil e-learning sites, correspond with client regarding same, receipt and review of backup discs from client for ex-employee computer, discuss data handling with T. Stefanich. | 0774 | L110 | 0.60 | 183.00 |
| 08/04/09 | Attend to coordinate with vendor regarding client documents for possible use in document production. | 0712 | L110 | 0.30 | 48.00 |
| 08/11/09 | Receipt and review of answer to complaint from O'Neil, discuss with RE Gaum; correspond with client regarding same. | 0774 | L120 | 2.50 | 762.50 |
| 08/11/09 | Review license agreements with MCFA and draft memorandum regarding same. | 0774 | L110 | 4.50 | 1,372.50 |
| 08/11/09 | Review of the Answer filed by Defendant O'Neil. | 0543 | L210 | 0.60 | 240.00 |
| 08/11/09 | Discussion with AH Wilcox regarding the Answer filed by Defendant O'Neil. | 0543 | L210 | 0.30 | 120.00 |
| 08/11/09 | Review of license agreement with Mitsubishi. | 0543 | L110 | 1.30 | 520.00 |
| 08/11/09 | Discussion with AH Wilcox regarding license agreement with Mitsubishi. | 0543 | L110 | 0.40 | 160.00 |
| 08/12/09 | Review end-user license agreement for software, correspond with client. | 0774 | L110 | 0.50 | 152.50 |
| 08/12/09 | Correspond with co-counsel regarding status of copyright application. | 0950 | L110 | 0.10 | 35.50 |
| 08/13/09 | Attend to general file maintenance and to pleadings bible. | 0712 | L110 | 1.10 | 176.00 |

# HAHN 🟦 LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 423740                                                                                      Date: 09/30/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/13/09 | Electronic Filing of Four Executed Returns of Service Regarding Defendant O'Neil and Associates Inc. | 0871 | L110 | 0.40 | 28.00 |
| 08/13/09 | Discussion with AH Wilcox regarding the status of the litigation and discovery planning. | 0543 | L120 | 0.30 | 120.00 |
| 08/13/09 | Preparation of first set of written discovery requests to Defendant O'Neil. | 0543 | L310 | 1.80 | 720.00 |
| 08/13/09 | Telephone conference with J. Heinz and AH Wilcox regarding the status of the litigation and plans for moving forward. | 0543 | L120 | 0.40 | 160.00 |
| 08/13/09 | Call court regarding opening of discovery, prepare for call with RE Gaum and J. Heinz regarding case, conference call with RE Gaum and J. Heinz. | 0774 | L390 | 1.20 | 366.00 |
| 08/13/09 | Draft first set of discovery requests to O'Neil. | 0774 | L310 | 4.20 | 1,281.00 |
| 08/14/09 | Continue preparation of first set of discovery requests to O'Neil, draft stipulated protective order for client review, finalize discovery requests and serve upon counsel for O'Neil. | 0774 | L310 | 4.90 | 1,494.50 |
| 08/14/09 | Review and revisions to first set of interrogatories and first set of requests for documents to Defendant O'Neil. | 0543 | L310 | 2.20 | 880.00 |
| 08/14/09 | Preparation of e-mails to AH Wilcox regarding the same and other issues related to discovery. | 0543 | L310 | 0.50 | 200.00 |
| 08/17/09 | Continue preparation of draft stipulated protective order, forward to client for review. | 0774 | L390 | 2.60 | 793.00 |
| 08/17/09 | Begin preparation of subpoena to MCFA. | 0774 | L310 | 0.20 | 61.00 |
| 08/17/09 | Attend to update correspondence file and pleadings in matter Centricity. | 0712 | L140 | 0.90 | 144.00 |
| 08/17/09 | (Work in Progress)Review and revisions to draft of Stipulated Protective Order. | 543 | 350 | 0.70 | 280.00 |

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 423740                                Date: 09/30/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/18/09 | Continue preparation of subpoenas to MCFA, forward draft protective order to opposing counsel. | 0774 | L310 | 1.20 | 366.00 |
| 08/19/09 | Correspond with counsel for O'Neil regarding protective order, finalize draft subpoena to MCFA and forward to client for review. | 0774 | L310 | 1.70 | 518.50 |
| 08/19/09 | Review and revisions to draft of subpoena to Mitsubishi. | 0543 | L320 | 0.50 | 200.00 |
| 08/19/09 | Review of e-mails from client regarding data scraping. | 0543 | L110 | 0.20 | 80.00 |
| 08/19/09 | Discussion with AH Wilcox regarding discovery and opposing counsel. | 0543 | L310 | 0.20 | 80.00 |
| 08/20/09 | Review of case management conference scheduling order from the Court. | 0543 | L230 | 0.30 | 120.00 |
| 08/20/09 | Preparation of e-mail to AH Wilcox regarding the same. | 0543 | L230 | 0.10 | 40.00 |
| 08/20/09 | Receipt and review of Case Management Conference order, e-mail RE Gaum, calculate due dates and docket, evaluate consent for magistrate judge. | 0774 | L390 | 1.00 | 305.00 |
| 08/20/09 | Continue preparation of subpoena to MCFA, call MCFA and MCFA outside counsel to inquire about acceptance of service. | 0774 | L310 | 0.80 | 244.00 |
| 08/20/09 | Attend to subpoena for Mitsubishi Caterpillar Forklift America, Inc. | 0712 | L140 | 0.90 | 144.00 |
| 08/21/09 | Call to MCFA outside counsel regarding subpoena. | 0774 | L310 | 0.10 | 30.50 |
| 08/24/09 | Attempt to contact MCFA outside counsel, serve subpoena upon MCFA. | 0774 | L310 | 1.20 | 366.00 |
| 08/24/09 | Attend to subpoena attachments and service. | 0712 | L140 | 0.90 | 144.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 423740                                                     Date: 09/30/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/26/09 | Attend to general file maintenance. | 0712 | L140 | 0.20 | 32.00 |
| 08/26/09 | Receipt and review of discovery requests from counsel for O'Neil. | 0774 | L310 | 0.30 | 91.50 |
| 08/27/09 | Discuss discovery requests received from O'Neil with RE Gaum. | 0774 | L310 | 0.20 | 61.00 |
| 08/27/09 | Discussion with AH Wilcox regarding discovery requests served by Defendant O'Neil. | 0543 | L310 | 0.40 | 160.00 |
| 08/27/09 | Review and analysis of discovery requests. | 0543 | L310 | 1.20 | 480.00 |
| 08/27/09 | Preparation of e-mail to AH Wilcox with feedback on O'Neil's first set of interrogatories and requests for production of documents. | 0543 | L310 | 0.30 | 120.00 |
| 08/27/09 | Discussion with AH Wilcox regarding the copyright registration and infringement of the same. | 0543 | L110 | 0.30 | 120.00 |
| 08/28/09 | Review regarding potential claim for copyright infringement. | 0774 | L190 | 0.20 | 61.00 |
| 08/28/09 | Follow up with opposing counsel regarding protective order. | 0774 | L310 | 0.20 | 61.00 |
| 08/28/09 | Review RE Gaum comments regarding draft discovery responses and begin responding to discovery. | 0774 | L310 | 0.40 | 122.00 |
| 08/28/09 | Forward discovery requests to client and correspond with client regarding meeting to prepare responses. | 0774 | L310 | 0.80 | 244.00 |
| 08/31/09 | Prepare preservation letter for MCFA. | 0774 | L390 | 1.90 | 579.50 |
| 08/31/09 | Review comments from opposing counsel regarding proposed protective order. | 0774 | L310 | 0.80 | 244.00 |

| Costs Advanced | Amount |
|---|---|

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 423740                                                            Date: 09/30/09

| Costs Advanced | | Amount |
|---|---|---|
| Imaging | $ | 3.60 |
| Lexis | | 381.24 |
| TOTAL CURRENT COSTS | $ | 384.84 |
| CURRENT INVOICE DUE | $ | 15,848.84 |
| TOTAL BALANCE DUE | $ | 15,848.84 |