# HAHN ⊕ LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

| | | |
|---|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. | |
| Your Claim No.: | 4353 | |
| Our File No.: | 008653.00368 | |

Invoice No. 424464                                                      Date: 10/13/09

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| R. Eric Gaum | REG | $400/hr | 34.40 | 13,760.00 |
| Shannon V. McCue | SVM | $355/hr | 3.20 | 1,136.00 |
| MacAllister A. Modic | MAM | $190/hr | 1.20 | 228.00 |
| Jason R. Strobel | JRS | $195/hr | 3.60 | 702.00 |
| Amanda H. Wilcox | AHW | $305/hr | 39.50 | 12,047.50 |
| Amy L. Allen | AA | $160/hr | 1.60 | 256.00 |
| Theresa K. Stefanich | TKS | $160/hr | 36.40 | 5,824.00 |
| | | TOTAL CURRENT FEES | | 33,953.50 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 9.50 | $ 3,105.00 |
| L120 | Analysis/Strategy | 6.20 | 2,299.50 |
| L140 | Document/File Management | 40.80 | 6,934.00 |
| L190 | Other Case Assessment, Devel/Admin | 1.70 | 661.00 |
| L230 | Court Mandated Conferences | 16.80 | 6,368.50 |
| L250 | Other Written Motions and Submissions | 5.10 | 1,417.50 |
| L310 | Written Discovery | 12.20 | 3,999.50 |
| L320 | Document Production | 2.60 | 1,040.00 |
| L350 | Discovery Motions | 3.70 | 1,480.00 |
| L390 | Other Discovery | 19.60 | 6,130.00 |
| L440 | Other Trial Preparation and Support | 1.70 | 518.50 |
| | TOTAL CURRENT FEES: | 119.90 | $ 33,953.50 |
| | CURRENT INVOICE DUE: | | $ 33,953.50 |

# HAHN ⬛ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 424464                                          Date: 10/13/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/01/09 | Attend to mailing and preparing in firm format letter to MCFA and update file. | 0712 | L140 | 0.90 | 144.00 |
| 09/01/09 | Forward preservation letter to MCFA with copy to client. | 0774 | L190 | 0.20 | 61.00 |
| 09/01/09 | Correspond with client regarding meeting to review discovery requests and responses. | 0774 | L110 | 0.20 | 61.00 |
| 09/02/09 | Review notices of appearance for new counsel, e-mail client regarding meeting for discovery. | 0774 | L390 | 0.20 | 61.00 |
| 09/03/09 | Setup for and prepare for call with client, call with client and RE Gaum regarding discovery responses. | 0774 | L390 | 1.20 | 366.00 |
| 09/03/09 | Telephone conference with client and AH Wilcox regarding O'Neil' written discovery requests. | 0543 | L110 | 1.20 | 480.00 |
| 09/03/09 | Discussion with AH Wilcox regarding responding to O'Neil's written discovery requests. | 0543 | L110 | 0.30 | 120.00 |
| 09/04/09 | Attend to general file administration. | 0712 | L140 | 0.60 | 96.00 |
| 09/08/09 | Draft 26(f) report for review by opposing counsel, e-mail opposing counsel regarding substitute counsel, call from opposing counsel, revise 26(f) report and e-mail to new counsel. | 0774 | L440 | 1.70 | 518.50 |
| 09/08/09 | Teleconference with counsel for MCFA regarding subpoena, e-mail RE Gaum regarding same. | 0774 | L390 | 0.30 | 91.50 |
| 09/08/09 | Review of case management plan. | 0543 | L190 | 0.30 | 120.00 |
| 09/08/09 | Review of e-mails from Reminger firm regarding substitution of counsel for O'Neil. | 0543 | L190 | 0.20 | 80.00 |
| 09/08/09 | Discussion with AH Wilcox regarding substitution of counsel for O'Neil. | 0543 | L190 | 0.20 | 80.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN 🅗 LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 424464                                      Date: 10/13/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/09/09 | Review of the local rules regarding electronically stored information in discovery and discussion with AH Wilcox regarding the same. | 0543 | L320 | 1.00 | 400.00 |
| 09/09/09 | Teleconference with opposing counsel regarding draft 26(f) report, discuss with RE Gaum, draft supplemental document requests. | 0774 | L250 | 1.50 | 457.50 |
| 09/09/09 | Telephone conference with A. Parker, counsel for O'Neil, and AH Wilcox regarding preparation of the joint planning report and discussion with AH Wilcox regarding the same. | 0543 | L390 | 1.20 | 480.00 |
| 09/09/09 | Review and revisions to draft of second set of requests for production of documents. | 0543 | L320 | 0.40 | 160.00 |
| 09/09/09 | Review and revisions to cover letter to A. Parker with second set of requests for production of documents and preparation of e-mail to SV McCue with a copy of the same. | 0543 | L320 | 0.30 | 120.00 |
| 09/09/09 | Prepare cover letter and second set of requests for production of documents, and serve the same on opposing counsel by mail and e-mail. | 0950 | L110 | 1.00 | 355.00 |
| 09/10/09 | Review discovery requests to O'Neil regarding insurance. | 0774 | L390 | 0.10 | 30.50 |
| 09/15/09 | Attend to general file organization. | 0712 | L140 | 1.10 | 176.00 |
| 09/16/09 | Attend to general file maintenance. | 0712 | L140 | 1.10 | 176.00 |
| 09/16/09 | Conference with AH Wilcox regarding preparation of discovery responses. | 0543 | L310 | 0.60 | 240.00 |
| 09/16/09 | Preparation for meeting with client to review discovery requests from the defendant. | 0543 | L310 | 0.90 | 360.00 |
| 09/16/09 | Prepare for meeting with client regarding discovery. | 0774 | L390 | 0.30 | 91.50 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 424464                                  Date: 10/13/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/16/09 | Prepare memo regarding scope of copyright registration in connection with claim of infringement by O'Neil. | 0950 | L120 | 1.40 | 497.00 |
| 09/17/09 | Review and revise memo regarding scope of copyright protection and viability of infringement claim based on O'Neil's scraping. | 0950 | L120 | 0.50 | 177.50 |
| 09/17/09 | Attend meeting with client at client location regarding discovery and document production, travel back to Cleveland office. | 0774 | L390 | 4.30 | 1,311.50 |
| 09/17/09 | Meeting at Snap-On's headquarters in Richfield, Ohio with AH Wilcox and team involved in responding to defendant's written discovery requests. | 0543 | L310 | 4.00 | 1,600.00 |
| 09/17/09 | Attend to update file. | 0712 | L140 | 1.10 | 176.00 |
| 09/18/09 | Review confidentiality agreement between client and MCFA | 0774 | L390 | 0.40 | 122.00 |
| 09/21/09 | Review correspondence regarding revisions to protective order. | 0774 | L250 | 0.20 | 61.00 |
| 09/21/09 | Review and revisions to draft of stipulated protective order. | 0543 | L350 | 0.40 | 160.00 |
| 09/21/09 | Discussion with AH Wilcox regarding stipulated protective order. | 0543 | L350 | 0.10 | 40.00 |
| 09/21/09 | Preparation of e-mail to A. Parker, counsel for O'Neil, regarding stipulated protective order. | 0543 | L350 | 0.10 | 40.00 |
| 09/21/09 | Review of memorandum prepared by SV McCue regarding analysis of copyright infringement claim based on defendant's copying of web site database. | 0543 | L120 | 0.60 | 240.00 |
| 09/21/09 | Review of Copyright Office document on production of online databases. | 0543 | L120 | 0.30 | 120.00 |

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 424464                                                                Date: 10/13/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/22/09 | Preparation of draft response to interrogatories and requests for production and forward to AH Wilcox for review. | 0869 | L310 | 3.60 | 702.00 |
| 09/22/09 | Prepare initial disclosures, forward to RE Gaum for review. | 0774 | L310 | 1.50 | 457.50 |
| 09/22/09 | Correspond with client regarding discovery responses, receipt of discovery materials from client. | 0774 | L390 | 1.10 | 335.50 |
| 09/23/09 | Review document production and electronic discovery issues with T. Stefanich, discuss production issues with G. Feezel, begin review of documents. | 0774 | L140 | 2.80 | 854.00 |
| 09/23/09 | Revise initial disclosures and joint planning reports, forward to opposing counsel for review, review revised protective order, teleconference with client regarding case management conference, e-mail B. Branch regarding attendance at conference. | 0774 | L390 | 3.20 | 976.00 |
| 09/23/09 | Review and revisions to Snap-On's initial disclosures. | 0543 | L310 | 0.70 | 280.00 |
| 09/23/09 | Preparation of e-mail to AH Wilcox with feedback on draft of Snap-On's initial disclosures. | 0543 | L310 | 0.30 | 120.00 |
| 09/23/09 | Review and revisions to draft of stipulated protective order. | 0543 | L350 | 2.00 | 800.00 |
| 09/23/09 | Preparation of e-mail to M. Schrader, counsel for O'Neil, with a revised draft of the stipulated protective order. | 0543 | L350 | 0.10 | 40.00 |
| 09/23/09 | Review and revisions to draft of the parties' joint planning report under FRCP 26(f). | 0543 | L230 | 0.50 | 200.00 |
| 09/23/09 | Telephone conference with J. Heinz and AH Wilcox regarding overall case status. | 0543 | L190 | 0.50 | 200.00 |

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 424464                                                                   Date: 10/13/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/23/09 | Attend to document production processing and coordination. | 0712 | L140 | 6.60 | 1,056.00 |
| 09/24/09 | E-mail exchange with M. Schrader, counsel for O'Neil, regarding the stipulated protective order. | 0543 | L350 | 0.40 | 160.00 |
| 09/24/09 | Review and revisions to motion for J. Heinz to attend the case management conference by telephone. | 0543 | L190 | 0.30 | 120.00 |
| 09/24/09 | Review e-mail from opposing counsel regarding protective order. | 0774 | L390 | 0.20 | 61.00 |
| 09/24/09 | E-mail B. Branch regarding case management conference, revise motion to attend by phone, telephone opposing counsel for consent for motion to attend by phone, file motion to attend by phone. | 0774 | L250 | 0.90 | 274.50 |
| 09/24/09 | Review documents received from client. | 0774 | L390 | 1.00 | 305.00 |
| 09/24/09 | Revise 26(f) report, discuss with RE Gaum. | 0774 | L250 | 0.60 | 183.00 |
| 09/24/09 | Teleconference with opposing counsel regarding 26(f) report and request to limit discovery to subject matter jurisdiction, perform research relating to damage and loss requirements under Computer Fraud and Abuse Act. | 0774 | L390 | 1.60 | 488.00 |
| 09/24/09 | Attend to process e-discovery and attend to document load and preparation of documents. | 0712 | L140 | 5.60 | 896.00 |
| 09/24/09 | Confer with AH Wilcox regarding assignment to draft motion to attend case management conference via telephone. | 1009 | L250 | 0.10 | 19.00 |
| 09/24/09 | Draft motion to attend case management conference via telephone. | 1009 | L250 | 1.10 | 209.00 |
| 09/25/09 | Attend to process e-discovery. | 0712 | L140 | 2.70 | 432.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 424464                                                      Date: 10/13/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/25/09 | Attention to loading e-documents into Summation and phone correspondence with TK Stefanich regarding instructions of same. | 0787 | L140 | 1.60 | 256.00 |
| 09/25/09 | Continue document production. | 0774 | L390 | 0.60 | 183.00 |
| 09/25/09 | Discuss production of e-mails with TK Stefanich. | 0774 | L390 | 0.20 | 61.00 |
| 09/25/09 | Report motion to attend by phone granted to client, e-mail client details for calling in to case management conference. | 0774 | L230 | 0.20 | 61.00 |
| 09/25/09 | E-mail client regarding case management conference. | 0774 | L230 | 0.20 | 61.00 |
| 09/25/09 | Continue research regarding Computer Fraud and Abuse Act cases, e-mail RE Gaum regarding research. | 0774 | L110 | 1.40 | 427.00 |
| 09/25/09 | E-mail opposing counsel regarding 26(f) report, revise and file report with court. | 0774 | L250 | 0.70 | 213.50 |
| 09/26/09 | Review and revisions to draft stipulated protective order. | 0543 | L350 | 0.60 | 240.00 |
| 09/26/09 | Discussion with AH Wilcox regarding the joint planning report pursuant to FRCP 26(f). | 0543 | L230 | 0.40 | 160.00 |
| 09/28/09 | Legal research regarding subject matter jurisdiction requirements under the Computer Fraud and Abuse Act. | 0543 | L120 | 2.40 | 960.00 |
| 09/28/09 | Discussion with AH Wilcox regarding preparation of responses to O'Neil's written discovery requests. | 0543 | L310 | 0.20 | 80.00 |
| 09/28/09 | Conference with AH Wilcox and TK Stefanich regarding preparation of documents and electronic information to be produced in response to discovery requests from O'Neil. | 0543 | L320 | 0.90 | 360.00 |
| 09/28/09 | Review of O'Neil's initial disclosures. | 0543 | L310 | 0.40 | 160.00 |

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 424464                                    Date: 10/13/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/28/09 | Meeting with RE Gaum and TK Stefanich regarding electronic discovery issues, correspond with client regarding discovery issues, discuss jurisdiction research with RE Gaum. | 0774 | L390 | 1.00 | 305.00 |
| 09/28/09 | Review initial disclosures from O'Neil and attachments, correspond with client and TK Stefanich regarding discovery. | 0774 | L390 | 1.90 | 579.50 |
| 09/28/09 | Attend to process e-discovery and attend to document review. | 0712 | L140 | 5.60 | 896.00 |
| 09/29/09 | Continue document production, prepare for case management conference. | 0774 | L110 | 5.10 | 1,555.50 |
| 09/29/09 | Review of documents to prepare for upcoming case management conference with the district court. | 0543 | L230 | 6.00 | 2,400.00 |
| 09/29/09 | Preparation of e-mail to A. Parker, counsel for O'Neil, regarding the status of the data scraped by O'Neil. | 0543 | L390 | 0.40 | 160.00 |
| 09/29/09 | Attend to e-discovery review and to process e-discovery for AH Wilcox review. | 0712 | L140 | 6.80 | 1,088.00 |
| 09/29/09 | Prepare copies of copyright application file history and discuss with co-counsel. | 0950 | L110 | 0.30 | 106.50 |
| 09/30/09 | Attend to e-discovery review. | 0712 | L140 | 4.30 | 688.00 |
| 09/30/09 | Preparation of initial estimate of fees and costs pursuant to the Court's order. | 0543 | L230 | 0.70 | 280.00 |
| 09/30/09 | Review of documents to prepare for upcoming case management conference with the district court. | 0543 | L230 | 1.90 | 760.00 |
| 09/30/09 | Attended the case management conference with the district court. | 0543 | L230 | 2.30 | 920.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ⬤ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 424464                                    Date: 10/13/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 09/30/09 | Telephone conference with J. Heinz and AH Wilcox regarding the case management conference, settlement discussions, and proceeding with the litigation. | 0543 | L230 | 0.50 | 200.00 |
| 09/30/09 | Discussion with AH Wilcox regarding the case management conference and preparation of a memo to the file regarding the same. | 0543 | L230 | 0.80 | 320.00 |
| 09/30/09 | Prepare for and attend Case Management Conference. | 0774 | L230 | 3.30 | 1,006.50 |
| 09/30/09 | Continue document production. | 0774 | L390 | 0.40 | 122.00 |
| 09/30/09 | Meeting with RE Gaum regarding litigation strategy, teleconference with client regarding case management conference. | 0774 | L120 | 1.00 | 305.00 |

Costs Advanced                                                          Amount

TOTAL CURRENT COSTS            $         0.00

CURRENT INVOICE DUE            $    33,953.50

TOTAL BALANCE DUE              $    33,953.50

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com