# HAHN ⬩ LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

| | |
|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. |
| Your Claim No.: | 4353 |
| Our File No.: | 008653.00368 |

Invoice No. 426607            Date: 11/11/09

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| R. Eric Gaum | REG | $400/hr | 18.70 | 7,480.00 |
| Phillip G. Eckenrode | PGE | $195/hr | 11.10 | 2,164.50 |
| Amanda H. Wilcox | AHW | $305/hr | 50.90 | 15,524.50 |
| Abigail R. Chenoweth | ARC | $130/hr | 0.60 | 78.00 |
| Theresa K. Stefanich | TKS | $160/hr | 27.90 | 4,464.00 |
| Mary Rookard | MR | $70/hr | 0.70 | 49.00 |
| | | TOTAL CURRENT FEES | | 29,760.00 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 5.40 | $ 1,151.50 |
| L120 | Analysis/Strategy | 10.70 | 2,582.50 |
| L130 | Experts/Consultants | 6.00 | 2,400.00 |
| L140 | Document/File Management | 29.30 | 4,856.00 |
| L190 | Other Case Assessment, Devel/Admin | 0.70 | 280.00 |
| L210 | Pleadings | 0.20 | 61.00 |
| L250 | Other Written Motions and Submissions | 1.40 | 560.00 |
| L310 | Written Discovery | 3.10 | 1,240.00 |
| L320 | Document Production | 12.60 | 3,801.50 |
| L340 | Expert Discovery | 5.10 | 1,555.50 |
| L390 | Other Discovery | 26.20 | 8,466.00 |
| L420 | Expert Witnesses | 1.40 | 427.00 |
| L440 | Other Trial Preparation and Support | 7.80 | 2,379.00 |
| | TOTAL CURRENT FEES: | 109.90 | $ 29,760.00 |
| | TOTAL CURRENT COSTS: | | $ 422.93 |

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

        Invoice No. 426607                                               Date: 11/11/09
CURRENT INVOICE DUE:                                 $ 30,182.93

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 426607            Date: 11/11/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/24/09 | Electronic Filing of Motion to Attend to Case Management Conference by Telephone. | 0871 | L110 | 0.30 | 21.00 |
| 10/01/09 | Review of the Court's scheduling order and order related to expert witnesses and preparation of e-mail to AH Wilcox regarding the same. | 0543 | L190 | 0.70 | 280.00 |
| 10/01/09 | Attend to e-discovery process log files. | 0712 | L140 | 4.20 | 672.00 |
| 10/01/09 | Receipt and review of orders from court regarding future scheduling dates, docket dates. | 0774 | L440 | 0.70 | 213.50 |
| 10/02/09 | Continue document review for document production. | 0774 | L320 | 0.90 | 274.50 |
| 10/02/09 | Attend to e-discovery review and update database with e-discovery. | 0712 | L140 | 3.90 | 624.00 |
| 10/05/09 | Continue preparation of discovery responses and document review. | 0774 | L320 | 1.40 | 427.00 |
| 10/05/09 | Preparation of objections and responses to O'Neil's first set of interrogatories and requests for production of documents and things. | 0543 | L310 | 2.60 | 1,040.00 |
| 10/06/09 | Attend to OCR document production for RE Gaum and AH Wilcox review. | 0712 | L140 | 3.10 | 496.00 |
| 10/07/09 | Continue preparation of discovery responses. | 0774 | L390 | 0.20 | 61.00 |
| 10/07/09 | Continue preparation of draft discovery responses and document review for document production, call with opposing counsel regarding document production. | 0774 | L390 | 3.50 | 1,067.50 |
| 10/07/09 | Discussion with AH Wilcox regarding discovery deadlines. | 0543 | L390 | 0.50 | 200.00 |
| 10/07/09 | Preparation of responses to O'Neil's first set of interrogatories. | 0543 | L390 | 1.90 | 760.00 |

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 426607                                                                 Date: 11/11/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/07/09 | Telephone discussion with counsel for O'Neil regarding discovery deadlines. | 0543 | L390 | 0.50 | 200.00 |
| 10/08/09 | Continue document review for preparation of discovery responses. | 0774 | L390 | 2.90 | 884.50 |
| 10/08/09 | Attend to document production processing. | 0712 | L140 | 1.60 | 256.00 |
| 10/09/09 | Finalize documents for production and process documents for vendor to create production set. | 0712 | L140 | 2.20 | 352.00 |
| 10/09/09 | Finalize written discovery responses and forward to opposing counsel, continue document review for document production, receipt and review of documents from O'Neil. | 0774 | L390 | 1.80 | 549.00 |
| 10/12/09 | Receipt and review of additional documents from O'Neil. | 0774 | L390 | 0.80 | 244.00 |
| 10/12/09 | Forward documents to opposing counsel pursuant to requests for production. | 0774 | L320 | 0.20 | 61.00 |
| 10/12/09 | Review of documents produced by O'Neil to understand the facts. | 0543 | L110 | 0.80 | 320.00 |
| 10/12/09 | Attend to finalize documents for production to defense counsel. | 0712 | L140 | 3.30 | 528.00 |
| 10/13/09 | Discussion with AH Wilcox regarding preparation of responses to written discovery requests. | 0543 | L310 | 0.20 | 80.00 |
| 10/13/09 | Perform research relating to RAM copying in copyright litigation. | 0774 | L390 | 1.40 | 427.00 |
| 10/14/09 | E-mail RE Gaum regarding O'Neil document production and e-discovery disclosures, e-mail G. Feezel regarding e-discovery disclosures. | 0774 | L120 | 0.50 | 152.50 |
| 10/14/09 | Preparation of e-discovery required disclosures. | 0543 | L390 | 0.60 | 240.00 |
| 10/14/09 | Discussion with AH Wilcox regarding e-discovery required disclosures. | 0543 | L390 | 0.30 | 120.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 426607                                               Date: 11/11/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/14/09 | Preparation of e-mail to AH Wilcox with a copy of the draft e-discovery disclosures. | 0543 | L390 | 0.20 | 80.00 |
| 10/15/09 | Attend to document production. | 0712 | L140 | 1.40 | 224.00 |
| 10/15/09 | Perform copyright research relating to copyright infringement by copying into computer RAM. | 0774 | L110 | 0.20 | 61.00 |
| 10/15/09 | Draft e-discovery disclosures, teleconference with G. Feezel regarding same. | 0774 | L390 | 0.50 | 152.50 |
| 10/15/09 | Perform research regarding whether the loading of software or website into a computer's Random Access Memory (RAM) constitutes a "copying" of that program in violation of the Copyright Act. | 1039 | L120 | 3.00 | 585.00 |
| 10/15/09 | Prepare memorandum summarizing case law on same. | 1039 | L120 | 0.80 | 156.00 |
| 10/16/09 | Continue e-discovery disclosures and e-mail client. | 0774 | L390 | 0.40 | 122.00 |
| 10/16/09 | Review PG Eckenrode memorandum regarding RAM in copyright cases. | 0774 | L120 | 0.40 | 122.00 |
| 10/16/09 | Receipt of and review of documents from MCFA, forward letter to client. | 0774 | L140 | 0.90 | 274.50 |
| 10/16/09 | Review of memorandum prepared on copyright infringement claim by loading software into RAM for further processing, i.e., scraping. | 0543 | L120 | 0.40 | 160.00 |
| 10/16/09 | Discuss discovery with RE Gaum. | 0774 | L120 | 0.30 | 91.50 |
| 10/16/09 | Telephone call with opposing counsel regarding document production, e-mail client. | 0774 | L120 | 0.70 | 213.50 |
| 10/16/09 | Review of the local rules regarding electronic discovery. | 0543 | L320 | 0.20 | 80.00 |
| 10/16/09 | Discussion with AH Wilcox regarding electronic discovery. | 0543 | L320 | 0.10 | 40.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 426607                                                      Date: 11/11/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/16/09 | Telephone electronic discovery conference with counsel for O'Neil. | 0543 | L390 | 0.40 | 160.00 |
| 10/16/09 | Discussion with AH Wilcox regarding electronic discovery. | 0543 | L390 | 0.30 | 120.00 |
| 10/16/09 | Preparation of e-mail to counsel for O'Neil regarding agreements related to the same. | 0543 | L390 | 0.30 | 120.00 |
| 10/19/09 | Attend to document production for AH Wilcox review. | 0712 | L140 | 8.20 | 1,312.00 |
| 10/19/09 | Review and revisions to Snap-On's e-discovery disclosures. | 0543 | L310 | 0.30 | 120.00 |
| 10/19/09 | Complete e-discovery disclosures and forward to opposing counsel, correspond with client. | 0774 | L390 | 2.10 | 640.50 |
| 10/21/09 | Receipt and review of correspondence from counsel for O'Neil enclosing additional documents. | 0774 | L140 | 0.30 | 91.50 |
| 10/22/09 | Discuss expert witnesses with RE Gaum, review profession bios for potential experts. | 0774 | L420 | 1.40 | 427.00 |
| 10/22/09 | Telephone discussion with J. Mordaunt, potential damages expert witness, regarding acting as expert witness. | 0543 | L130 | 0.60 | 240.00 |
| 10/22/09 | Preparation of e-mail to J. Mordaunt regarding acting as damages expert. | 0543 | L130 | 0.40 | 160.00 |
| 10/22/09 | Review of CVs for potential technical expert witnesses. | 0543 | L130 | 1.30 | 520.00 |
| 10/22/09 | Telephone discussion with S. Soffer, potential technical expert, regarding acting as expert witness. | 0543 | L130 | 0.60 | 240.00 |
| 10/22/09 | Discussion with AH Wilcox regarding interviewing and use of damages and technical experts. | 0543 | L130 | 0.70 | 280.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 426607                                            Date: 11/11/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/23/09 | Continue review of expert witness information, e-mail client regarding proposed experts. | 0774 | L340 | 1.60 | 488.00 |
| 10/23/09 | Revise motion to extend deadline to amendment, file with court. | 0774 | L210 | 0.20 | 61.00 |
| 10/23/09 | Review documents received from O'Neil and e-mail opposing counsel regarding production of additional documents. | 0774 | L320 | 1.40 | 427.00 |
| 10/23/09 | Preparation of motion to extend the deadline to amend the pleadings to add a claim for copyright infringement; attention to electronic filing of the same with the Court. | 0543 | L250 | 0.00 | 0.00 |
| 10/23/09 | Telephone interview of J. Freedman, potential technical expert. | 0543 | L130 | 0.40 | 160.00 |
| 10/23/09 | Discussion with AH Wilcox regarding potential technical expert. | 0543 | L130 | 0.20 | 80.00 |
| 10/23/09 | Telephone discussion with J. Mordaunt, potential damages experts. | 0543 | L130 | 0.20 | 80.00 |
| 10/23/09 | Preparation of e-mail to AH Wilcox with CVs for proposed experts. | 0543 | L130 | 0.20 | 80.00 |
| 10/23/09 | Preparation of motion to extend the deadline to amend the pleadings to add a claim for copyright infringement. | 0543 | L250 | 0.70 | 280.00 |
| 10/23/09 | Attention to electronic filing of the same with the Court. | 0543 | L250 | 0.70 | 280.00 |
| 10/23/09 | Electronic filing of motion for extension of time to extend deadline to amend pleadings. | 0871 | L110 | 0.40 | 28.00 |
| 10/26/09 | Review and revisions to draft letter disclosing expert witnesses pursuant to the Court's scheduling order. | 0543 | L130 | 0.20 | 80.00 |

# HAHN ⊞ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 426607  Date: 11/11/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/26/09 | Discussion with AH Wilcox regarding use of in-house technical experts. | 0543 | L130 | 0.60 | 240.00 |
| 10/26/09 | Telephone conference with J. Heinz and AH Wilcox regarding the same and overall litigation strategy. | 0543 | L130 | 0.60 | 240.00 |
| 10/26/09 | Perform research regarding employees as expert witnesses to determine if an expert report is required under Rule 16(a)(2)(B), discuss proposed experts with client, e-mail client license expiration dates, follow up with opposing counsel regarding the production of documents. | 0774 | L340 | 2.60 | 793.00 |
| 10/26/09 | Draft expert disclosures and forward to opposing counsel. | 0774 | L340 | 0.90 | 274.50 |
| 10/27/09 | Assist AH Wilcox with document hard drive. | 0917 | L320 | 0.40 | 52.00 |
| 10/27/09 | Receipt of hard drive from O'Neil with copied database data and scraping tool, e-mail scraping tool to G. Feezel, review of data on hard drive, correspond with opposing counsel regarding problems with data, discuss with opposing counsel, correspond with client regarding software demonstration of O'Neil scraping tool. | 0774 | L390 | 4.10 | 1,250.50 |
| 10/28/09 | Correspond with client, opposing counsel, and Hahn Loeser & Parks LLP IT department regarding hard drive on-line meeting, review documents from O'Neil. | 0774 | L390 | 2.70 | 823.50 |
| 10/29/09 | Receipt of substitute hard drive, obtain copy for client, discuss loading of files into document system with IT and paralegal staff. | 0774 | L390 | 0.80 | 244.00 |
| 10/29/09 | Review MCFA docs and O'Neil docs. | 0774 | L320 | 3.60 | 1,098.00 |
| 10/29/09 | Review of summation files per AH Wilcox request and e-mail to TK Stefanich regarding same. | 0917 | L140 | 0.20 | 26.00 |

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 426607                                           Date: 11/11/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/30/09 | Strategy regarding research needed prior to document review. | 1039 | L120 | 1.00 | 195.00 |
| 10/30/09 | Review pleadings in preparation for research regarding various causes of action which may be filed. | 1039 | L120 | 1.00 | 195.00 |
| 10/30/09 | Initial research memorandum on same. | 1039 | L120 | 1.60 | 312.00 |
| 10/30/09 | Meet with RE Gaum and PG Eckenrode regarding case schedule, additional claims, and injunctive relief, review hard drive documents and look at decompiled code for scraping tool, e-mail opposing counsel regarding production of source code. | 0774 | L440 | 4.20 | 1,281.00 |
| 10/30/09 | Draft issue map for document review and outline research issues for G. Eckenrode, begin draft statement of facts. | 0774 | L440 | 2.30 | 701.50 |
| 10/30/09 | Meet with AH Wilcox and PG Eckenrode regarding overall case planning, discovery tasks, and required legal research. | 0543 | L120 | 1.00 | 400.00 |
| 10/31/09 | Continue review of MCFA documents. | 0774 | L320 | 4.40 | 1,342.00 |
| 10/31/09 | Continue draft statement of facts. | 0774 | L440 | 0.60 | 183.00 |
| 10/31/09 | Research causes of action under Ohio law for unfair competition and misappropriation of trade secrets and prepare memorandum on same. | 1039 | L110 | 3.70 | 721.50 |

| Costs Advanced | | Amount |
|---|---|---|
| Overnight Delivery/Messenger Service | $ | 9.71 |
| Lexis | | 20.85 |
| Outside Photocopy | | 392.37 |
| TOTAL CURRENT COSTS | $ | 422.93 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN 🔲 LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 426607                                        Date: 11/11/09

                CURRENT INVOICE DUE      $   30,182.93

                TOTAL BALANCE DUE       $   30,182.93