# HAHN ⬤ LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 429532                                    Date: 12/18/09

SUMMARY OF CHARGES

Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| R. Eric Gaum | REG | $400/hr | 4.50 | 1,800.00 |
| Phillip G. Eckenrode | PGE | $195/hr | 61.90 | 12,070.50 |
| Amanda H. Wilcox | AHW | $305/hr | 80.60 | 24,583.00 |
| Abigail R. Chenoweth | ARC | $130/hr | 7.30 | 949.00 |
| Katharine L. Essex | KLE | $190/hr | 1.00 | 190.00 |
| Cheri Michel | CM | $185/hr | 15.60 | 2,886.00 |
| Theresa K. Stefanich | TKS | $160/hr | 8.60 | 1,376.00 |
| | | TOTAL CURRENT FEES | | 43,854.50 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 19.00 | $ 5,795.00 |
| L120 | Analysis/Strategy | 16.50 | 4,114.50 |
| L130 | Experts/Consultants | 0.30 | 120.00 |
| L140 | Document/File Management | 15.30 | 2,767.50 |
| l140 | Document/File Management | 12.90 | 2,386.50 |
| L140 | Document/File Management | 48.20 | 9,041.50 |
| L190 | Other Case Assessment,Devel/Admin | 0.80 | 320.00 |
| L210 | Pleadings | 3.10 | 686.50 |
| L310 | Written Discovery | 0.30 | 58.50 |
| L320 | Document Production | 5.10 | 785.00 |
| L330 | Depositions | 4.90 | 1,365.50 |
| L350 | Discovery Motions | 0.30 | 120.00 |
| L390 | Other Discovery | 50.10 | 15,470.50 |
| L440 | Other Trial Preparation and Support | 2.70 | 823.50 |
| | TOTAL CURRENT FEES: | 179.50 | $ 43,854.50 |
| | TOTAL CURRENT COSTS: | | $ 593.98 |



Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 429532 Date: 12/18/09

CURRENT INVOICE DUE: $ 44,448.48

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 429532          Date: 12/18/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/02/09 | Attend to Metadata file for fields to populate into production. | 0712 | L140 | 0.70 | 112.00 |
| 11/02/09 | Continue to draft statement of facts. | 0774 | L110 | 0.60 | 183.00 |
| 11/02/09 | Continue review of MCFA documents, forward O'Neil hard drive documents to client. | 0774 | L390 | 3.80 | 1,159.00 |
| 11/03/09 | Review P. Eckinrode legal research and e-mail RE Gaum and P. Eckinrode, forward documents to client, correspond with client and opposing counsel regarding possible demonstration of reclamation tool. | 0774 | L390 | 3.20 | 976.00 |
| 11/03/09 | Research regarding causes of action for misappropriation of trade secrets; research regarding unfair trade practices; research regarding the preemption of state law claims by the Copyright Act; compile memorandum on same. | 1039 | L120 | 1.30 | 253.50 |
| 11/04/09 | Review of MCFA documents. | 1039 | L140 | 1.00 | 195.00 |
| 11/04/09 | Continue statement of facts. | 0774 | L110 | 0.40 | 122.00 |
| 11/04/09 | Correspond with client regarding O'Neil discovery documents. | 0774 | L390 | 0.40 | 122.00 |
| 11/04/09 | Review local rules regarding discovery deficiency and draft letter to opposing counsel, review response from opposing counsel regarding document deficiency. | 0774 | L110 | 1.40 | 427.00 |
| 11/04/09 | Review P. Eckinrode legal research and memorandum, continue document review. | 0774 | L390 | 2.60 | 793.00 |
| 11/04/09 | Review and revisions to discovery dispute letter; preparation of e-mail to AH Wilcox regarding the same. | 0543 | L350 | 0.30 | 120.00 |
| 11/05/09 | Attend to Summation database review. | 0712 | L140 | 1.10 | 176.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 429532　　　　　　　　　　　　　　　　　　　Date: 12/18/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/05/09 | Access case in Summation and begin review of documents. | 0728 | L120 | 0.70 | 133.00 |
| 11/05/09 | Correspond with opposing counsel regarding deposition dates, continue document review of MCFA documents. | 0774 | L390 | 4.30 | 1,311.50 |
| 11/05/09 | Research to determine elements of various causes of action already pled and to be pled to fill in "issue map". | 1039 | L120 | 1.30 | 253.50 |
| 11/05/09 | Review and analysis of documents provided by MCFA. | 1039 | L140 | 3.10 | 604.50 |
| 11/06/09 | Review and analysis of documents provided by MCFA. | 1039 | L140 | 1.60 | 312.00 |
| 11/06/09 | Research regarding unjust enrichment in Ohio; research to look for cases where courts have granted preliminary injunctions based on misappropriation of trade secrets, unfair competition, or unjust enrichment. | 1039 | L120 | 1.60 | 312.00 |
| 11/06/09 | Discuss trade secret claims with P. Eckinrode, perform research regarding same; discuss potential additional claims and depositions with RE Gaum. | 0774 | L390 | 2.40 | 732.00 |
| 11/06/09 | Discussion with AH Wilcox regarding trade secret claims, scheduling depositions, and document review. | 0543 | L190 | 0.40 | 160.00 |
| 11/08/09 | Correspond with opposing counsel regarding production of code for reclamation tool; continue review of O'Neil documents, e-mail G. Feezel regarding contents of drive from O'Neil, draft letter to O'Neil regarding deposition dates, draft letter to counsel for MCFA regarding deposition dates. | 0774 | L390 | 2.20 | 671.00 |
| 11/08/09 | Review and analysis of documents provided by MCFA. | 1039 | L140 | 3.40 | 663.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 429532                                                Date: 12/18/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/09/09 | Correspond with client and opposing counsel regarding demonstration of reclamation tool and regarding status of case, correspond with opposing counsel and counsel for MCFA regarding deposition dates. | 0774 | L390 | 3.30 | 1,006.50 |
| 11/09/09 | Continue review of MCFA documents. | 0774 | L390 | 3.20 | 976.00 |
| 11/09/09 | Review of e-mail from AH Wilcox regarding experts and discovery. | 0543 | L130 | 0.30 | 120.00 |
| 11/09/09 | Attend to OCR database; attend to data fields in Summation. | 0712 | L140 | 2.10 | 336.00 |
| 11/09/09 | Review documents provided by MCFA. | 1039 | L140 | 3.40 | 663.00 |
| 11/10/09 | Review of documents provided by MCFA at HLP Cleveland office. | 1039 | L140 | 11.00 | 2,145.00 |
| 11/10/09 | Attend to OCR documents in Summation. | 0712 | L140 | 0.40 | 64.00 |
| 11/10/09 | Discussion with AH Wilcox regarding pursuing a preliminary injunction, ongoing discovery, software demonstration by O'Neil, and use of expert witnesses. | 0543 | L190 | 0.40 | 160.00 |
| 11/10/09 | Perform legal research and evaluation of potential additional claims, discuss with RE Gaum, prepare for and conduct call with client regarding case and additional claims, correspond with opposing counsel regarding document production, reclamation tool demonstration, and 30(b)(6) deposition topics. | 0774 | L390 | 2.80 | 854.00 |
| 11/10/09 | Continue review of MCFA documents. | 0774 | L390 | 3.60 | 1,098.00 |
| 11/10/09 | Consideration of issues with TK Stefanich regarding review process of documents in Summation database. | 0917 | L140 | 0.10 | 13.00 |
| 11/11/09 | Review and summarize documents in Summation database. | 0917 | L140 | 4.40 | 572.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 429532                                                    Date: 12/18/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/11/09 | Continue review of MCFA documents, discuss document review and tagging with C. Michel. | 0774 | L390 | 4.40 | 1,342.00 |
| 11/11/09 | Correspond with counsel for MCFA and counsel for O'Neil regarding deposition dates. | 0774 | L440 | 0.20 | 61.00 |
| 11/11/09 | Assist attorney with document review in Summation. | 0834 | L140 | 2.70 | 499.50 |
| 11/11/09 | Review documents provided by MCFA. | 1039 | L140 | 8.50 | 1,657.50 |
| 11/12/09 | Assist attorney with document review in Summation. | 0834 | l140 | 5.00 | 925.00 |
| 11/12/09 | Review protective order for provisions on treatment of third party documents, forward confidentiality page to in-house counsel for signature, discuss status of MCFA document review and deposition dates with RE Gaum, e-mail client regarding protective order and disclosure of documents. | 0774 | L390 | 1.80 | 549.00 |
| 11/12/09 | Continue review of MCFA documents | 0774 | L390 | 3.70 | 1,128.50 |
| 11/12/09 | Discussions with AH Wilcox regarding depositions and scheduling of the same, and stipulated protective order. | 0543 | L330 | 0.70 | 280.00 |
| 11/13/09 | Correspond with client regarding data from O'Neil, correspond with counsel for MCFA regarding deposition dates and functionality of "reclamation tool", prepare notices of deposition. | 0774 | L120 | 1.50 | 457.50 |
| 11/13/09 | Continue review of MCFA documents. | 0774 | L390 | 1.40 | 427.00 |
| 11/13/09 | Assist attorney with document review in Summation. | 0834 | l140 | 3.90 | 721.50 |
| 11/13/09 | Review documents provided by third party MCFA. | 1039 | L140 | 2.70 | 526.50 |
| 11/15/09 | Review documents provided by MCFA. | 1039 | L140 | 4.00 | 780.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 429532                                              Date: 12/18/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/15/09 | Continue review of MCFA documents and O'Neil documents. | 0774 | L110 | 1.60 | 488.00 |
| 11/15/09 | Prepare deposition notices for R. Heilman, H. Cobb, A. Monzon, B. Moore, and D. Stackhouse. | 1039 | L210 | 0.40 | 78.00 |
| 11/16/09 | Continue review of MCFA and O'neil documents, correspond with opposing counsel regarding deposition dates, correspond with client regarding data from O'Neil. | 0774 | L110 | 4.10 | 1,250.50 |
| 11/16/09 | Review of documents provided by MCFA. | 1039 | L140 | 4.10 | 799.50 |
| 11/16/09 | Assist with document organization and review of Summation database. | 0917 | L140 | 0.10 | 13.00 |
| 11/17/09 | Prepare for and conduct call with J. Drass regarding O'Neil data, e-mail RE Gaum and P Eckinrode summary of call. | 0774 | L390 | 1.10 | 335.50 |
| 11/17/09 | Continue review of MCFA documents. | 0774 | L110 | 4.30 | 1,311.50 |
| 11/17/09 | Final review of documents provided by MCFA. | 1039 | L140 | 3.60 | 702.00 |
| 11/18/09 | Review documents received from O'Neil & Associates, Inc. | 0774 | L110 | 0.30 | 91.50 |
| 11/18/09 | Assist with document preparation and loading of documents into Summation database; coding summaries of same. | 0917 | L140 | 0.90 | 117.00 |
| 11/18/09 | Assist attorney with document review in Summation. | 0834 | 1140 | 4.00 | 740.00 |
| 11/19/09 | Prepare Motion for Leave to Amend Final Complaint; prepare Amended Complaint to add two new causes of action for misappropriation of trade secrets and copyright infringement | 1039 | L210 | 2.30 | 448.50 |
| 11/19/09 | Continue review of O'Neil documents. | 0774 | L110 | 1.60 | 488.00 |

# HAHN ⬛ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 429532                                Date: 12/18/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/19/09 | Review consulting agreement for expert witness, correspond with expert firm, correspond with opposing counsel regarding deposition dates, discuss motion to amendment with P. Eckinrode. | 0774 | L390 | 1.80 | 549.00 |
| 11/19/09 | Obtain Motion for Leave to Amend Complaint and review applicable local rule regarding same. | 0728 | L120 | 0.30 | 57.00 |
| 11/20/09 | Discussion with AH Wilcox regarding outstanding discovery and deposition scheduling. | 0543 | L390 | 0.30 | 120.00 |
| 11/20/09 | Attend to document production; attend to Summation database. | 0712 | L320 | 1.80 | 288.00 |
| 11/20/09 | Review draft motion for leave to file amended complaint, revise amended complaint, review O'Neil documents, correspond with opposing counsel regarding O'Neil errors in document production. | 0774 | L440 | 1.90 | 579.50 |
| 11/20/09 | Prepare for depositions of O'Neil personnel, prepare exhibits for deposition of O'Neil personnel. | 0774 | L330 | 2.60 | 793.00 |
| 11/20/09 | Assist with document production and review of documents in Summation database. | 0917 | L320 | 1.50 | 195.00 |
| 11/22/09 | Continue revisions to amended complaint. | 0774 | L440 | 0.60 | 183.00 |
| 11/23/09 | Continue preparation of amended complaint. | 0774 | L120 | 0.80 | 244.00 |
| 11/23/09 | Correspond with opposing counsel regarding deposition dates. | 0774 | L110 | 0.20 | 61.00 |
| 11/23/09 | Continue review of O'Neil documents. | 0774 | L120 | 0.60 | 183.00 |
| 11/23/09 | Attend to document production. | 0712 | L320 | 1.40 | 224.00 |
| 11/23/09 | Review documents provided by Defendant O'Neil. | 1039 | L140 | 2.00 | 390.00 |
| 11/24/09 | Review documents provided by Defendant O'Neil. | 1039 | L140 | 1.50 | 292.50 |

HAHN LOESER & PARKS LLP
200 Public Square Suite 2800 Cleveland, OH 44114-2316 phone 216.621.0150 fax 216.241.2824 hahnlaw.com

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 429532                                                    Date: 12/18/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/24/09 | Review discovery provided by Defendant O'Neil to determine whether it provided all documents responsive to SBS' supplemental discovery requests related to insurance coverage. | 1039 | L310 | 0.30 | 58.50 |
| 11/24/09 | Draft proposed notices of deposition for 5 O'Neil witnesses. | 1039 | L330 | 0.50 | 97.50 |
| 11/24/09 | Review of draft of amended complaint and exhibits. | 0543 | L210 | 0.40 | 160.00 |
| 11/24/09 | Discussion with AH Wilcox regarding deposition planning. | 0543 | L390 | 0.30 | 120.00 |
| 11/24/09 | Forward amended complaint and motion to amendment to client for review, e-mail client regarding previous negotiations with customer and status, teleconference with client regarding amended complaint and status, discuss case with RE Gaum, file motion to amendment and amended complaint, finalize notices of depositions. | 0774 | L120 | 4.20 | 1,281.00 |
| 11/25/09 | Prepare for and conduct teleconference with RE Gaum regarding depositions and motions for preliminary injunction and summary judgment. | 0774 | L120 | 1.10 | 335.50 |
| 11/25/09 | Finalize 30(b)(1) deposition notices and revise 30(b)(6) deposition notices. | 0774 | L110 | 0.70 | 213.50 |
| 11/25/09 | Discussion with AH Wilcox regarding deposition planning and scheduling, and pursuing a preliminary injunction. | 0543 | L390 | 0.40 | 160.00 |
| 11/25/09 | Review and revisions to draft of Rule 30(b)(6) deposition notice to O'Neil & Associates. | 0543 | L390 | 1.00 | 400.00 |
| 11/25/09 | Perform legal research regarding whether irreparable injury, for purposes of obtaining a preliminary injunction, is presumed in a misappropriation of trade secrets action. | 1039 | L120 | 0.20 | 39.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 429532                                                         Date: 12/18/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/25/09 | Finalize preparation of deposition notices for four 30(b)(1) witnesses and one 30(b)(6) witness of Defendant O'Neil; review same and serve. | 1039 | L330 | 0.80 | 156.00 |
| 11/30/09 | Revise fact outline to add citations to documents in support of various points of fact. | 1039 | L120 | 2.90 | 565.50 |
| 11/30/09 | Prepare correspondence to opposing counsel highlighting deficiency in O'Neil's supplemental document production related to missing reservation of rights letters from insurance company. | 1039 | L320 | 0.40 | 78.00 |
| 11/30/09 | Assist with preparation of upcoming depositions. | 0917 | L330 | 0.30 | 39.00 |
| 11/30/09 | Attend to document review for AH Wilcox for use in deposition. | 0712 | L140 | 1.10 | 176.00 |
| 11/30/09 | Prepare deposition exhibits for O'Neil depositions begin deposition outlines for O'Neil depositions. | 0774 | L110 | 3.80 | 1,159.00 |
| 11/30/09 | Update statement of facts outline, forward research to P. Eckinrode for brief in support of preliminary injunction, correspond with opposing counsel regarding supplemental discovery responses. | 0774 | L390 | 2.10 | 640.50 |

| Costs Advanced | | Amount |
|---|---|---|
| Auto-Mileage | $ | 156.82 |
| Communication Lines | | 14.64 |
| Overnight Delivery/Messenger Service | | 12.46 |
| Imaging | | 2.70 |
| Lexis | | 151.36 |
| Miscellaneous | | 104.25 |
| Outside Photocopy | | 107.75 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 429532                                                    Date: 12/18/09

| Costs Advanced | Amount |
|---|---|
| Parking | 44.00 |

|  | TOTAL CURRENT COSTS | $ | 593.98 |
|---|---|---|---|
|  | CURRENT INVOICE DUE | $ | 44,448.48 |
|  | TOTAL BALANCE DUE | $ | 44,448.48 |