# HAHN ⊕ LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

| | | |
|---|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. | |
| Your Claim No.: | 4353 | |
| Our File No.: | 008653.00368 | |

Invoice No. 431852                                                Date: 01/21/10

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| R. Eric Gaum | REG | $400/hr | 47.60 | 19,040.00 |
| Amanda H. Wilcox | AHW | $305/hr | 86.90 | 26,504.50 |
| Phillip G. Eckenrode | PGE | $195/hr | 29.90 | 5,830.50 |
| Shannon V. McCue | SVM | $355/hr | 15.40 | 5,467.00 |
| Katharine L. Essex | KLE | $190/hr | 0.90 | 171.00 |
| Cheri Michel | CM | $185/hr | 29.30 | 5,420.50 |
| Theresa K. Stefanich | TKS | $160/hr | 27.40 | 4,384.00 |
| Mary Rookard | MR | $70/hr | 0.40 | 28.00 |
| | | TOTAL CURRENT FEES | | 66,845.50 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $ 28.00 |
| L120 | Analysis/Strategy | 22.10 | 7,235.50 |
| L140 | Document/File Management | 5.10 | 943.50 |
| l140 | Document/File Management | 24.20 | 4,477.00 |
| L140 | Document/File Management | 27.40 | 4,384.00 |
| L190 | Other Case Assessment,Devel/Admin | 0.40 | 160.00 |
| L210 | Pleadings | 0.20 | 80.00 |
| L320 | Document Production | 5.30 | 1,396.50 |
| L330 | Depositions | 145.50 | 45,907.00 |
| L390 | Other Discovery | 7.20 | 2,234.00 |
| | TOTAL CURRENT FEES: | 237.80 | $ 66,845.50 |
| | TOTAL CURRENT COSTS: | | $ 7,003.73 |
| | CURRENT INVOICE DUE: | | $ 73,849.23 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 431852                                              Date: 01/21/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/01/09 | Telephone call with Anderson Reporting to schedule Court Reporter and Videographer for upcoming depositions; prepare electronic versions of Notices and forward via e-mail to Anderson Reporting; follow-up telephone call with Anderson Reporting relating to pricing. | 0728 | L120 | 0.60 | 114.00 |
| 12/01/09 | Prepare deposition exhibits and outline. | 0774 | L320 | 3.30 | 1,006.50 |
| 12/02/09 | Revise and send discovery deficiency letter to O'Neil, continue preparation of deposition outlines and exhibits. | 0774 | L330 | 5.30 | 1,616.50 |
| 12/02/09 | Review correspondence from Anderson Reporting regarding rates; forward e-mail with information. | 0728 | L120 | 0.30 | 57.00 |
| 12/03/09 | Attend to deposition preparation; attend to exhibits for use in deposition. | 0712 | L140 | 5.20 | 832.00 |
| 12/03/09 | Continue preparation of deposition outlines and exhibits, prepare timeline of events from documents. | 0774 | L330 | 4.60 | 1,403.00 |
| 12/04/09 | Continue preparation of deposition exhibits and outlines, e-mail client regarding status. | 0774 | L330 | 5.30 | 1,616.50 |
| 12/04/09 | Attend to deposition preparation; attend to exhibits for use in deposition. | 0712 | L140 | 7.20 | 1,152.00 |
| 12/04/09 | Review deposition outline and supplement same with citations to various documents produced by MCFA and O'Neil. | 1039 | L330 | 1.00 | 195.00 |
| 12/04/09 | Review of draft e-mail for AH Wilcox regarding the status of the litigation and potential for seeking a preliminary injunction. | 0543 | L190 | 0.40 | 160.00 |
| 12/04/09 | Discussion with AH Wilcox regarding upcoming depositions of fact witnesses. | 0543 | L330 | 0.70 | 280.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 431852  Date: 01/21/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/09 | Continue preparation of outlines and exhibits for depositions. | 0774 | L330 | 3.10 | 945.50 |
| 12/06/09 | Continue preparation of outlines and exhibits for depositions, discuss exhibits and questions with RE Gaum. | 0774 | L330 | 6.70 | 2,043.50 |
| 12/06/09 | Review and revisions to deposition outlines. | 0543 | L330 | 2.60 | 1,040.00 |
| 12/06/09 | Preparation of e-mail to AH Wilcox regarding deposition outlines. | 0543 | L330 | 0.30 | 120.00 |
| 12/06/09 | Review of exhibits for use in upcoming depositions. | 0543 | L330 | 1.70 | 680.00 |
| 12/06/09 | Discussion with AH Wilcox regarding upcoming depositions. | 0543 | L330 | 0.30 | 120.00 |
| 12/07/09 | Conference with AH Wilcox regarding upcoming depositions of O'Neil personnel. | 0543 | L330 | 1.20 | 480.00 |
| 12/07/09 | Travel to deposition, continue preparation for deposition, conduct deposition of A. Monzon, revoew deposition transcript of A. Monzon, and prepare dor depostion of B. Moore. | 0774 | L330 | 11.40 | 3,477.00 |
| 12/07/09 | Assist attorney with document review in Summation. | 0834 | L140 | 5.10 | 943.50 |
| 12/07/09 | Attend to additional deposition exhibits regarding e-mail attachments; prepare exhibits for use in deposition. | 0712 | L140 | 4.80 | 768.00 |
| 12/07/09 | Prepare for and attend 30(b)(1) deposition of O'Neil employee A.Monzon. | 1039 | L330 | 5.80 | 1,131.00 |
| 12/08/09 | Prepare for and attend 30(b)(1) deposition of O'Neil employee Barbara Moore. | 1039 | L330 | 8.00 | 1,560.00 |
| 12/08/09 | Assist attorney with document review in Summation. | 0834 | l140 | 5.20 | 962.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 431852          Date: 01/21/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/08/09 | Prepare for deposition of B.Moore, conduct deposition of B. Moore, travel back from deposition. | 0774 | L330 | 10.40 | 3,172.00 |
| 12/08/09 | E-mail to AH Wilcox regarding the deposition of B. Moore; discussion with AH Wilcox regarding the same. | 0543 | L330 | 1.10 | 440.00 |
| 12/09/09 | Prepare for deposition of Heather Cobb. | 0774 | L330 | 0.40 | 122.00 |
| 12/09/09 | Assist attorney with document review in Summation. | 0834 | L140 | 5.80 | 1,073.00 |
| 12/10/09 | Review documents for use in depositions. | 0712 | L140 | 2.10 | 336.00 |
| 12/10/09 | Discussion with AH Wilcox regarding preparation of amended complaint to include additional claims. | 0543 | L210 | 0.20 | 80.00 |
| 12/10/09 | Discussion with AH Wilcox regarding depositions and review of transcripts. | 0543 | L330 | 0.50 | 200.00 |
| 12/10/09 | Discuss depositions with RE Gaum, prepare for deposition of Heather Cobb, finalize and file amended complaint per order received granting motion to amendment. | 0774 | L330 | 2.60 | 793.00 |
| 12/10/09 | Electronic Filing of Amended Complaint Against O'Neil & Associates. | 0871 | L110 | 0.40 | 28.00 |
| 12/11/09 | Prepare for deposition of B Moore. | 0774 | L330 | 1.70 | 518.50 |
| 12/11/09 | Prepare exhibits for deposition; attend to review of documents for AH Wilcox review. | 0712 | L140 | 4.80 | 768.00 |
| 12/12/09 | Review Monzon & Moore deposition transcripts and prepare for Heather Cobb deposition. | 0774 | L330 | 3.10 | 945.50 |
| 12/14/09 | Travel to and from deposition and conduct deposition of H. Cobb. | 0774 | L330 | 12.40 | 3,782.00 |
| 12/14/09 | Prepare binder for RE Gaum for use in deposition; load deposition transcripts into database. | 0712 | L140 | 3.30 | 528.00 |

HAHN LOESER & PARKS LLP
200 Public Square Suite 2800 Cleveland, OH 44114-2316 phone 216.621.0150 fax 216.241.2824 hahnlaw.com

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 431852                                           Date: 01/21/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/14/09 | Attend deposition of H. Cobb. | 1039 | L330 | 6.30 | 1,228.50 |
| 12/15/09 | Prepare deficiency letter to counsel for O'Neil following review of transcripts from B. Moore, A. Monzon, and H. Cobb to determine which documents were identified by witnesses but not yet produced. | 1039 | L320 | 2.00 | 390.00 |
| 12/15/09 | Assist attorney with document review in Summation. | 0834 | 1140 | 5.00 | 925.00 |
| 12/15/09 | Review of the transcript from the deposition of A. Monzon of O'Neil. | 0543 | L330 | 3.50 | 1,400.00 |
| 12/15/09 | Preparation for upcoming depositions of O'Neil & Associates. | 0543 | L330 | 5.50 | 2,200.00 |
| 12/15/09 | Follow up on open discovery items from depositions, review deposition transcript for Heather Cobb, assist RE Gaum with preparation for depositions. | 0774 | L330 | 3.70 | 1,128.50 |
| 12/15/09 | Draft letter to O'Neil regarding O'Neil compliance with protective order and designation of third party documents. | 0774 | L390 | 1.40 | 427.00 |
| 12/16/09 | Review copyright registrations for coverage of data scraped by O'Neil, correspond with client regarding domains for MCFA login. | 0774 | L390 | 1.90 | 579.50 |
| 12/16/09 | Preparation for upcoming depositions of O'Neil personnel. | 0543 | L330 | 6.00 | 2,400.00 |
| 12/16/09 | Assist attorney with document review in Summation. | 0834 | 1140 | 2.60 | 481.00 |
| 12/16/09 | Perform legal research regarding SBS' obligations following the production of potentially-privileged documents by MCFA. | 1039 | L120 | 1.60 | 312.00 |

# HAHN ◉ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 431852                                                                 Date: 01/21/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/16/09 | Communications with co-counsel regarding time periods during which data was scraped for purposes of coverage by copyright registration. | 0950 | L120 | 1.00 | 355.00 |
| 12/17/09 | Prepare exhibits and conduct strategy regarding 30(b)(6) deposition of D. Stackhouse | 1039 | L330 | 2.80 | 546.00 |
| 12/17/09 | Assist attorney with document review in Summation. | 0834 | I140 | 5.60 | 1,036.00 |
| 12/17/09 | Travel to and from Columbus, Ohio for depositions; conducted the deposition of D. Stackhouse, O'Neil's IT Director. | 0543 | L330 | 11.00 | 4,400.00 |
| 12/17/09 | Correspond with opposing counsel and counsel for MCFA regarding additional O'Neil depositions and MCFA depositions, finalize letter to O'Neil regarding protective order. | 0774 | L330 | 2.20 | 671.00 |
| 12/18/09 | Teleconference with RE Gaum regarding depositions and case, teleconference with RE Gaum and client regarding case. | 0774 | L330 | 1.30 | 396.50 |
| 12/18/09 | Travel to and from Columbus, Ohio for depositions; conducted the deposition of R. Heilman, O'Neil's CEO. | 0543 | L330 | 9.00 | 3,600.00 |
| 12/18/09 | Telephone conference with J. Heinz and AH Wilcox regarding depositions and seeking a preliminary injunction. | 0543 | L330 | 1.00 | 400.00 |
| 12/18/09 | Review of exhibits to be used at deposition of R. Heilman and preparation for same. | 1039 | L330 | 0.80 | 156.00 |
| 12/20/09 | Research issue of potentially-privileged documents inadvertently produced by third party and what the recipient's obligations are under both the Ohio Rules of Professional Conduct and the Federal Rules of Civil Procedure. | 1039 | L120 | 0.40 | 78.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 431852                                              Date: 01/21/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/21/09 | Legal research regarding jurisdiction to file claims based on MCFS, MCFE database scraping, and scraping of MCFA database prior to April registration. | 0950 | L120 | 1.90 | 674.50 |
| 12/21/09 | Discussion with AH Wilcox regarding depositions of Mitsubishi Forklift America. | 0543 | L330 | 0.30 | 120.00 |
| 12/21/09 | Review of draft letter to O'Neil's counsel regarding the stipulated protective order and its review of documents produced by Mitsubishi Forklift of America. | 0543 | L390 | 0.40 | 160.00 |
| 12/21/09 | Review P Eckinrode research regarding inadvertent disclosure, correspond with opposing counsel regarding additional depositions dates and protective order. | 0774 | L330 | 1.30 | 396.50 |
| 12/22/09 | Review copyright issues. | 0774 | L390 | 0.50 | 152.50 |
| 12/22/09 | Correspond with P Eckinrode and RE Gaum regarding production of reservation of rights letter and next steps in case, teleconference with RE Gaum regarding case, forward discovery deficiency letter to opposing counsel. | 0774 | L390 | 2.40 | 732.00 |
| 12/22/09 | Discussion with AH Wilcox regarding potential settlement discussions and strategy for the same. | 0543 | L120 | 0.60 | 240.00 |
| 12/22/09 | Correspond with MCFA and O'Neil regarding deposition dates. | 0774 | L330 | 0.60 | 183.00 |
| 12/22/09 | Follow up on production of reservation of rights letter, begin draft settlement proposal. | 0774 | L390 | 0.50 | 152.50 |
| 12/22/09 | Perform legal research and draft memo to co-counsel regarding jurisdiction to file claims based on MCFS, MCFE database scraping, and scraping of MCFA database prior to April registration. | 0950 | L120 | 5.40 | 1,917.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 431852                                                                      Date: 01/21/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/22/09 | Perform legal research as to whether "reservation of rights" letters from a party's insurer are discoverable. | 1039 | L120 | 0.70 | 136.50 |
| 12/23/09 | Review draft memo analyzing jurisdiction for copyright infringement claims and perform additional research relating to memo. | 0950 | L120 | 1.30 | 461.50 |
| 12/23/09 | Review documents provided by O'Neil and MCFA to determine when "data acquisition tool" was used on MCFE and MCFS databases. | 1039 | L120 | 0.50 | 97.50 |
| 12/23/09 | Teleconference with RE Gaum and G. Heinz regarding case, review RE Gaum e-mails for client. | 0774 | L120 | 0.70 | 213.50 |
| 12/23/09 | Telephone conference with J. Heinz and AH Wilcox regarding potential settlement discussions. | 0543 | L120 | 0.70 | 280.00 |
| 12/23/09 | Preparation of draft e-mail for J. Heinz regarding recommendations for potential settlement discussions. | 0543 | L120 | 0.60 | 240.00 |
| 12/24/09 | Review correspondence from co-counsel regarding timing of scraping, and draft memo to co-counsel analyzing whether additional copyright registrations need to be filed. | 0950 | L120 | 3.30 | 1,171.50 |
| 12/28/09 | Perform additional research regarding cases requiring express inclusion of unregistered preexisting material in copyright registration to satisfy jurisdictional requirements of copyright act, revise research memo to include additional research, and send copy of the memorandum to co-counsel. | 0950 | L120 | 2.50 | 887.50 |
| 12/29/09 | E-mail from opposing counsel regarding attendance of insurance representative. | 0774 | L390 | 0.10 | 30.50 |

Costs Advanced                                                                                                    Amount

# HAHN ⬛ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 431852                                            Date: 01/21/10

| Costs Advanced | | Amount |
|---|---|---:|
| Auto-Mileage | $ | 635.80 |
| Court Reporters | | 5,194.00 |
| Imaging | | 460.90 |
| Lexis | | 376.29 |
| Outside Photocopy | | 336.74 |
| TOTAL CURRENT COSTS | $ | 7,003.73 |
| CURRENT INVOICE DUE | $ | 73,849.23 |
| TOTAL BALANCE DUE | $ | 73,849.23 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com