# HAHN ◉ LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

| | |
|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. |
| Your Claim No.: | 4353 |
| Our File No.: | 008653.00368 |

Invoice No. 436674                                        Date: 03/31/10

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| R. Eric Gaum | REG | $400/hr | 76.20 | 30,480.00 |
| Amanda H. Wilcox | AHW | $305/hr | 24.00 | 7,320.00 |
| Phillip G. Eckenrode | PGE | $195/hr | 1.60 | 312.00 |
| Shannon V. McCue | SVM | $355/hr | 0.40 | 142.00 |
| Katharine L. Essex | KLE | $190/hr | 1.60 | 304.00 |
| Cheri Michel | CM | $185/hr | 12.70 | 2,349.50 |
| Mary Rookard | MR | $70/hr | 0.40 | 28.00 |
| | | TOTAL CURRENT FEES | | 40,935.50 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.30 | $ 750.00 |
| L120 | Analysis/Strategy | 27.80 | 8,752.00 |
| l140 | Document/File Management | 12.70 | 2,349.50 |
| L160 | Settlement/Non-Binding ADR | 11.30 | 4,520.00 |
| L190 | Other Case Assessment,Devel/Admin | 0.60 | 240.00 |
| L230 | Court Mandated Conferences | 5.20 | 1,936.50 |
| L240 | Dispositive Motions | 1.00 | 400.00 |
| L330 | Depositions | 53.60 | 21,255.50 |
| L390 | Other Discovery | 2.40 | 732.00 |
| | TOTAL CURRENT FEES: | 116.90 | $ 40,935.50 |
| | TOTAL CURRENT COSTS: | | $ 5,830.83 |
| | CURRENT INVOICE DUE: | | $ 46,766.33 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436674                                                          Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/04/10 | Discussion with AH Wilcox regarding depositions and status conference. | 0543 | L330 | 0.30 | 120.00 |
| 01/04/10 | Telephone discussion with M. Schrader, counsel for O'Neil, regarding depositions. | 0543 | L330 | 0.20 | 80.00 |
| 01/04/10 | Preparation for deposition of M. Schuller of O'Neil. | 0543 | L330 | 2.90 | 1,160.00 |
| 01/04/10 | Discussion with AH Wilcox regarding e-mails between the parties; telephone conference with J. Heinz and AH Wilcox regarding the same. | 0543 | L120 | 0.50 | 200.00 |
| 01/04/10 | Preparation of e-mail to J. Heinz regarding settlement strategy. | 0543 | L120 | 0.80 | 320.00 |
| 01/04/10 | Prepare Motion for G. Heinz to attend status conference by telephone and Proposed Order granting same. | 1039 | L230 | 0.70 | 136.50 |
| 01/04/10 | Call with RE Gaum regarding status conference, e-mail client regarding upcoming status conference, assist RE Gaum with preparation for depositions, teleconference with RE Gaum and client. | 0774 | L390 | 1.80 | 549.00 |
| 01/04/10 | Access docket and obtain Notice of Status Conference; review Notice of Deposition; telephone call with Anderson Reporting to schedule Court Reporter and videographer for D. Schuler. | 0728 | L120 | 0.50 | 95.00 |
| 01/05/10 | Electronic Filing of Plaintiff's Motion to Permit In House counsel to Attend the Status conference via Telephone. | 0871 | L110 | 0.40 | 28.00 |

HAHN LOESER & PARKS LLP
200 Public Square Suite 2800 Cleveland, OH 44114-2316 phone 216.621.0150 fax 216.241.2824 hahnlaw.com

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436674                                                    Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/05/10 | Conference with RE Gaum regarding proposal for settlement demand, draft settlement demand letter, file motion for client to attend status conference by phone; prepare for depositions and serve deposition notices. | 0774 | L120 | 2.90 | 884.50 |
| 01/05/10 | Prepare memorandum regarding suggested contract revisions and security measures. | 0774 | L120 | 1.80 | 549.00 |
| 01/05/10 | Telephone call with Anderson Reporting to cancel Court Reporter and Videographer. | 0728 | L120 | 0.30 | 57.00 |
| 01/05/10 | Prepare notices of deposition for MCFA witnesses Samuel Herrick and Jay Gusler. | 1039 | L330 | 0.90 | 175.50 |
| 01/05/10 | Telephone discussion with A. Parker, counsel for O'Neil, regarding settlement negotiations and depositions. | 0543 | L160 | 0.30 | 120.00 |
| 01/05/10 | Voice message for M. Schrader, counsel for O'Neil, regarding depositions. | 0543 | L330 | 0.10 | 40.00 |
| 01/05/10 | Discussion with AH Wilcox regarding settlement negotiations and depositions. | 0543 | L160 | 0.30 | 120.00 |
| 01/05/10 | Preparation of draft settlement demand; discussion with AH Wilcox regarding the same. | 0543 | L160 | 1.20 | 480.00 |
| 01/05/10 | Preparation of memorandum regarding facts of case in light of depositions to date; discussion with AH Wilcox regarding the same. | 0543 | L110 | 0.90 | 360.00 |
| 01/05/10 | E-mail to A. Parker regarding depositions of MCFA in Houston, Texas; e-mail to legal assistant regarding the same. | 0543 | L330 | 0.40 | 160.00 |
| 01/05/10 | Review and revisions to settlement demand letter. | 0543 | L160 | 0.70 | 280.00 |
| 01/05/10 | E-mail to J. Heinz with draft settlement demand letter; discussion with AH Wilcox regarding the same. | 0543 | L160 | 0.70 | 280.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436674                                    Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/05/10 | Review and revisions to memo on technical recommendations to Snap-On to avoid scraping problems in the future; discussion with AH Wilcox regarding the same. | 0543 | L190 | 0.60 | 240.00 |
| 01/05/10 | Review and revisions to 30(b)(6) deposition notice to MCFA; review and revisions to deposition notice to S. Herrick. | 0543 | L330 | 0.30 | 120.00 |
| 01/06/10 | Preparation for conference with client regarding settlement negotiations; discussion with AH Wilcox regarding the same. | 0543 | L160 | 1.10 | 440.00 |
| 01/06/10 | Telephone conference with J. Heinz and AH Wilcox regarding settlement negotiations and damages. | 0543 | L160 | 0.80 | 320.00 |
| 01/06/10 | Electronic search for documents related to offers by Snap-on to MCFA for purchase of data. | 0543 | L110 | 0.60 | 240.00 |
| 01/06/10 | Teleconference with RE Gaum and client regarding settlement demand, discuss with RE Gaum; correspond with counsel for MCFA regarding depositions, correspond with client regarding data taken by O'Neil and price of data, prepare for status conference, review O'Neil insurance policy and e-mail RE Gaum regarding same. | 0774 | L120 | 4.40 | 1,342.00 |
| 01/06/10 | Review Notices of Depositions for J. Gusler and S. Herrick; telephone call with Anderson Reporting to schedule reporter and videographer in Houston; prepare Notices in electronic format and forward same to J. Smulski; review confirmation of Reporter from Anderson. | 0728 | L120 | 0.50 | 95.00 |
| 01/07/10 | Assist attorney with document review in Summation. | 0834 | I140 | 1.70 | 314.50 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436674                                                Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/07/10 | Travel to and from Columbus, Ohio for the deposition of D. Schuler of O'Neil; conducted the deposition of D. Schuler. | 0543 | L330 | 11.50 | 4,600.00 |
| 01/08/10 | Preparation for status conference with the district court; discussion with AH Wilcox regarding the same. | 0543 | L230 | 2.50 | 1,000.00 |
| 01/08/10 | Conference with B. Branch, J. Heinz (via telephone), and AH Wilcox in preparation for status conference. | 0543 | L230 | 0.60 | 240.00 |
| 01/08/10 | Attend the status conference with Judge Gwin. | 0543 | L230 | 1.00 | 400.00 |
| 01/08/10 | Telephone conference with J. Heinz and AH Wilcox regarding the status conference. | 0543 | L230 | 0.40 | 160.00 |
| 01/08/10 | Assist attorney with document review in Summation. | 0834 | 1140 | 3.60 | 666.00 |
| 01/08/10 | Meet with RE Gaum, teleconference with B Branch, J Heinz, and RE Gaum, attend status conference with client and RE Gaum; follow up call with RE Gaum and J Heinz, draft memorandum regarding damages. | 0774 | L120 | 3.70 | 1,128.50 |
| 01/10/10 | Continue preparation of memorandum regarding damages. | 0774 | L120 | 1.20 | 366.00 |
| 01/11/10 | Correspond with RE Gaum and continue preparation for MCFA depositions. | 0774 | L110 | 0.20 | 61.00 |
| 01/11/10 | Continue memorandum regarding damages, review documents for breakdown of O'Neil pricing and forward to RE Gaum. | 0774 | L120 | 0.80 | 244.00 |
| 01/11/10 | Review timeline of O'Neil infringement and discuss possibility of recovering statutory damages and attorney's fees under copyright act with co-counsel. | 0950 | L120 | 0.40 | 142.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436674                                        Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/11/10 | E-mail to PG Eckenrode and follow up discussion regarding shipping exhibits to Houston, Texas for upcoming depositions of MCFA personnel. | 0543 | L330 | 0.30 | 120.00 |
| 01/11/10 | Review and revisions to memo on insurance carrier, limits of coverage, and damages. | 0543 | L120 | 0.90 | 360.00 |
| 01/11/10 | Review and revisions to settlement demand letter; discussion with AH Wilcox regarding the same. | 0543 | L160 | 0.80 | 320.00 |
| 01/11/10 | Legal research on damages and recovery of attorneys' fees under the Copyright Act. | 0543 | L120 | 2.40 | 960.00 |
| 01/11/10 | E-mail to J. Heinz with copies of insurance and damages memo and revised settlement demand letter. | 0543 | L160 | 0.30 | 120.00 |
| 01/12/10 | Attention to logistics for upcoming depositions in Houston, Texas. | 0543 | L330 | 0.30 | 120.00 |
| 01/12/10 | Conference call with J. Heinz, AH Wilcox, and executives at Snap-On regarding settlement negotiations. | 0543 | L160 | 0.70 | 280.00 |
| 01/12/10 | Preparation of revised settlement demand to O'Neil & Associates. | 0543 | L160 | 0.90 | 360.00 |
| 01/12/10 | E-mail to J. Heinz with copies of e-mails between the parties regarding sale of the data. | 0543 | L160 | 0.20 | 80.00 |
| 01/12/10 | Travel to Houston, Texas for the upcoming depositions of MCFA personnel; preparation for the depositions. | 0543 | L330 | 7.00 | 2,800.00 |
| 01/12/10 | Assist attorney with document review in Summation. | 0834 | I140 | 4.70 | 869.50 |
| 01/12/10 | Confirm deposition setup, teleconference with RE Gaum and client regarding demand, forward demand to counsel for O'Neil. | 0774 | L120 | 2.10 | 640.50 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436674                                                            Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/12/10 | Telephone call with Anderson Reporting to confirm upcoming depositions. | 0728 | L120 | 0.30 | 57.00 |
| 01/13/10 | Correspond with RE Gaum regarding documents for MCFA depositions. | 0774 | L120 | 0.20 | 61.00 |
| 01/13/10 | Assist attorney with document review in Summation. | 0834 | l140 | 2.70 | 499.50 |
| 01/13/10 | Preparation for the deposition of S. Herrick of MCFA; conducted the deposition of S. Herrick. | 0543 | L330 | 11.30 | 4,520.00 |
| 01/13/10 | Preparation for the 30(b)(6) corporate deposition of MCFA. | 0543 | L330 | 3.80 | 1,520.00 |
| 01/14/10 | Preparation for the 30(b)(6) corporate deposition of MCFA. | 0543 | L330 | 2.70 | 1,080.00 |
| 01/14/10 | Conduct the 30(b)(6) corporate deposition of MCFA. | 0543 | L330 | 7.70 | 3,080.00 |
| 01/14/10 | Travel from Houston, Texas back to Cleveland, Ohio. | 0543 | L330 | 2.30 | 920.00 |
| 01/14/10 | Correspond with RE Gaum regarding MCFA depositions, correspond with TK Stefanich regarding organization of deposition information. | 0774 | L110 | 0.20 | 61.00 |
| 01/15/10 | Debrief and organization after depositions of MCFA in Houston, Texas. | 0543 | L330 | 0.60 | 240.00 |
| 01/19/10 | Call counsel for O'Neil regarding demand, e-mail client regarding same, discuss with RE Gaum. | 0774 | L390 | 0.60 | 183.00 |
| 01/19/10 | Review research on privilege and forward to RE Gaum. | 0774 | L120 | 0.70 | 213.50 |
| 01/19/10 | Attention to invoices for deposition transcripts. | 0543 | L330 | 0.20 | 80.00 |
| 01/19/10 | Discussion with AH Wilcox regarding the depositions of MCFA personnel. | 0543 | L330 | 0.80 | 320.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436674                                                                                      Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 01/20/10 | Telephone conference with J. Heinz and AH Wilcox regarding the status of the litigation and settlement negotiations; discussion with AH Wilcox regarding the same. | 0543 | L160 | 0.90 | 360.00 |
| 01/20/10 | Teleconference with RE Gaum and J Heinz regarding litigation. | 0774 | L120 | 0.70 | 213.50 |
| 01/27/10 | Receipt of status inquiry from client regarding demand, correspond with client regarding same, discuss with RE Gaum, review correspondence regarding possible Summary Judgment filing. | 0774 | L120 | 1.50 | 457.50 |
| 01/27/10 | Discussion with AH Wilcox regarding strategy for dispositive motion practice. | 0543 | L240 | 0.60 | 240.00 |
| 01/27/10 | Telephone conference with J. Heinz regarding strategy for dispositive motion practice. | 0543 | L240 | 0.40 | 160.00 |
| 01/28/10 | E-mail to J. Heinz regarding settlement discussions; discussion with AH Wilcox regarding the same. | 0543 | L160 | 0.80 | 320.00 |
| 01/28/10 | Telephone discussion with A. Parker, counsel for O'Neil, regarding response to settlement demand. | 0543 | L160 | 0.50 | 200.00 |
| 01/28/10 | E-mail to J. Heinz regarding discussion with A. Parker related to Snap-on's settlement demand; discussion with AH Wilcox regarding the same. | 0543 | L160 | 1.10 | 440.00 |
| 01/28/10 | Discuss possible Summary Judgment filing and with RE Gaum and case strategy going forward, review RE Gaum draft e-mail. | 0774 | L120 | 1.20 | 366.00 |

Costs Advanced                                                                                                            Amount

Auto-Mileage                                                                                                       $    125.00
BP Parking Garage                                                                                                        12.50
Court Reporters                                                                                                       3,457.40

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436674                                         Date: 03/31/10

| Costs Advanced | Amount |
|---|---:|
| Overnight Delivery/Messenger Service | 114.96 |
| Imaging | 64.90 |
| Lodging | 489.06 |
| Lexis | 144.92 |
| Meals | 103.87 |
| Outside Photocopy | 120.14 |
| Parking | 30.00 |
| Travel Fare | 1,108.08 |
| Taxi | 60.00 |

| | | |
|---|---|---:|
| TOTAL CURRENT COSTS | $ | 5,830.83 |
| CURRENT INVOICE DUE | $ | 46,766.33 |
| PREVIOUS DUE | $ | 91,572.91 |
| TOTAL BALANCE DUE | $ | 138,339.24 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com