# HAHN ⊕ LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

| | |
|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. |
| Your Claim No.: | 4353 |
| Our File No.: | 008653.00368 |

Invoice No. 436685  Date: 03/31/10

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Deborah A. Coleman | DAC | $475/hr | 0.20 | 95.00 |
| R. Eric Gaum | REG | $400/hr | 77.00 | 30,800.00 |
| Amanda H. Wilcox | AHW | $305/hr | 96.30 | 29,371.50 |
| Phillip G. Eckenrode | PGE | $195/hr | 35.90 | 7,000.50 |
| Amy L. Allen | AA | $160/hr | 1.30 | 208.00 |
| R. Luke Clossman | RLC | $160/hr | 35.60 | 5,696.00 |
| | | TOTAL CURRENT FEES | | 73,171.00 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 8.80 | $ 2,684.00 |
| L120 | Analysis/Strategy | 82.60 | 25,193.00 |
| L130 | Experts/Consultants | 20.50 | 7,734.50 |
| L140 | Document/File Management | 36.90 | 5,904.00 |
| L150 | Budgeting | 0.70 | 280.00 |
| L160 | Settlement/Non-Binding ADR | 1.80 | 720.00 |
| L190 | Other Case Assessment,Devel/Admin | 0.20 | 95.00 |
| L210 | Pleadings | 35.90 | 7,000.50 |
| L240 | Dispositive Motions | 58.50 | 23,400.00 |
| L340 | Expert Discovery | 0.40 | 160.00 |
| | TOTAL CURRENT FEES: | 246.30 | $ 73,171.00 |
| | TOTAL CURRENT COSTS: | | $ 18,401.91 |
| | CURRENT INVOICE DUE: | | $ 91,572.91 |

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685                                                    Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/01/10 | Initial review of Defendant O'Neil's motion for summary judgment, discussion with AH Wilcox regarding the same | 0543 | L240 | 2.90 | 1,160.00 |
| 02/01/10 | Telephone discussion with A. Parker, counsel for O'Neil, regarding exhibits to motion for summary judgment filed under seal. | 0543 | L240 | 0.30 | 120.00 |
| 02/01/10 | Receipt and review the Motion for Summary Judgment filed by O'Neil. | 0774 | L110 | 1.50 | 457.50 |
| 02/02/10 | Review Motion for Summary Judgment and O'Neil exhibits, forward Motion for Summary Judgment to client and forward transcripts and Motion for Summary Judgment to TK Stefanich for filing and uploading. | 0774 | L120 | 1.60 | 488.00 |
| 02/02/10 | Attention to obtaining case law from LEXIS and print, revise e-mail from LEXIS to separate and save each case electronically in Word format, e-mail correspondence to AH Wilcox regarding same. | 0787 | L140 | 1.30 | 208.00 |
| 02/03/10 | Research what threshold a party moving for summary judgment must demonstrate under Rule 56 to show a lack of a genuine issue of material fact, in light of O'Neil's motion for summary judgment on SBS' trade secret claim. | 1039 | L210 | 1.00 | 195.00 |
| 02/03/10 | Draft insert for SBS' memorandum in opposition to O'Neil's motion for summary judgment regarding O'Neil's failure to adequately move under Rule 56 for summary judgment on SBS' trade secret claim. | 1039 | L210 | 1.00 | 195.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685                                                           Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/03/10 | Analysis and evaluation of O'Neil Motion for Summary Judgment and exhibits, call with RE Gaum and client regarding O'Neil Motion for Summary Judgment and proposed response, continue analysis, discuss research needed with P Eckinrode, evaluate Motion for Summary Judgment exhibits, review agreement sections cited by O'Neil. | 0774 | L120 | 2.30 | 701.50 |
| 02/03/10 | Review of Defendant O'Neil's motion for summary judgment, discussion with AH Wilcox regarding the same. | 0543 | L240 | 3.90 | 1,560.00 |
| 02/03/10 | Telephone conference with J. Heinz and AH Wilcox regarding Defendant O'Neil's motion for summary judgment and how to respond. | 0543 | L240 | 0.40 | 160.00 |
| 02/03/10 | Review of cases cited in Defendant's motion for summary judgment, e-mail to AH Wilcox regarding the same. | 0543 | L240 | 0.40 | 160.00 |
| 02/04/10 | E-mail to PG Eckenrode regarding burden when moving for summary judgment and opposing O'Neil's arguments related to Snap-on's trade secret claims. | 0543 | L240 | 0.60 | 240.00 |
| 02/04/10 | Review of local rules and district court's scheduling order on requirements for summary judgment briefing. | 0543 | L240 | 0.70 | 280.00 |
| 02/04/10 | Review of exhibits to Defendant O'Neil's motion for summary judgment. | 0543 | L240 | 3.70 | 1,480.00 |
| 02/04/10 | Legal research on browse-wrap agreements and exhibits related to the same, discussion with AH Wilcox regarding the same. | 0543 | L240 | 3.40 | 1,360.00 |
| 02/04/10 | Telephone conference with J. Heinz and AH Wilcox regarding expert report deadline and preparation of expert report on damages. | 0543 | L340 | 0.40 | 160.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685                                                    Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/04/10 | Review RE Gaum e-mail and memo, regarding Summary Judgment guidelines and case law cited by O'Neil, discuss Summary Judgment legal research with P. Eckinrode, Review P. Eckinrode memo and case law, review license agreement, call client regarding expert opinion, discuss response with RE Gaum, continue to work on opposition to Motion for Summary Judgment. | 0774 | L120 | 6.80 | 2,074.00 |
| 02/04/10 | Research regarding trespass to chattels claim under Ohio law and whether interference with another's computer system is actionable as trespass. | 1039 | L210 | 1.00 | 195.00 |
| 02/04/10 | Draft insert for SBS' memorandum in opposition to O'Neil's motion for summary judgment regarding SBS' trespass to chattels claim and incorporate research regarding ability to bring trespass claim for access to and interference with SBS' servers, distinguish case law cited by O'Neil in its motion. | 1039 | L210 | 2.10 | 409.50 |
| 02/05/10 | Finalize preparation of insert for memorandum in opposition to O'Neil's motion for summary judgment regarding O'Neil's argument that SBS' claim for trespass to chattels is barred because SBS did not "touch" SBS' property. | 1039 | L210 | 0.80 | 156.00 |
| 02/05/10 | Draft statement of facts for Motion for Summary Judgment. | 0774 | L120 | 5.80 | 1,769.00 |
| 02/06/10 | Continue Snap-on's opposition to O'Neil's Motion for Summary Judgment. | 0774 | L120 | 1.20 | 366.00 |
| 02/07/10 | Continue Snap-on's opposition to O'Neil's Motion for Summary Judgment. | 0774 | L120 | 4.80 | 1,464.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685                                                          Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/07/10 | Prepare section of opposition to O'Neil's motion for summary judgment related to Snap-on's claim for trespass to chattels, prepare section of opposition to summary judgment related to Snap-on's claim for unjust enrichment. | 1039 | L210 | 5.20 | 1,014.00 |
| 02/08/10 | Review RE Gaum memo to damages experts, continue preparation of opposition to O'Neil Motion for Summary Judgment, discuss opposition to O'Neil Motion for Summary Judgment with RE Gaum and counsel for O'Neil regarding filing documents under seal, discuss additional research needed with P Eckinrode. | 0774 | L120 | 7.60 | 2,318.00 |
| 02/08/10 | Preparation of memo on potential damages for J. Mordaunt, damages expert witness, e-mail to J. Mordaunt with a copy of the same. | 0543 | L130 | 2.40 | 960.00 |
| 02/08/10 | E-mail to PG Eckenrode regarding the facts and law on browse-wrap agreements and how they relate to Snap-on's End User License Agreements. | 0543 | L240 | 0.60 | 240.00 |
| 02/08/10 | Legal research on scope of copyright and O'Neil's arguments related to the same. | 0543 | L240 | 2.60 | 1,040.00 |
| 02/08/10 | Review of deposition transcripts used as part of dispositive motion practice, discussion with AH Wilcox regarding the same. | 0543 | L240 | 2.20 | 880.00 |
| 02/08/10 | Telephone conference with A. Parker, counsel for O'Neil, and AH Wilcox regarding review of documents to be filed under seal and procedure for doing so under the agreed to protective order. | 0543 | L240 | 0.40 | 160.00 |
| 02/08/10 | Prepare section for opposition to O'Neil's motion for summary judgment regarding Snap-on's breach of contract claim based on the End User License Agreements, revise declarations of J. Drass and G. Feezel to establish factual basis for breach of contract. | 1039 | L210 | 5.00 | 975.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685                                                      Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/08/10 | Research regarding the distinction between agents and independent contractors under Ohio law in anticipation of O'Neil argument that its scraping activities were permitted as an agent of MCF. | 1039 | L210 | 1.00 | 195.00 |
| 02/09/10 | Revise and edit declaration of G. Feezel, create exhibits to Snap-on's opposition to O'Neil's motion for summary judgment for the MCF websites and their respective End User License Agreements, locate and identify additional exhibits for Snap-on's opposition brief. | 1039 | L210 | 1.60 | 312.00 |
| 02/09/10 | Preparation of brief in opposition to O'Neil's motion for summary judgment, review and revisions to declarations on Snap-on's End User License Agreements and login screens as part of opposition to motion for summary judgment. | 0543 | L240 | 2.90 | 1,160.00 |
| 02/09/10 | Telephone discussion with J. Mordaunt, damages expert witness, regarding preparation of his expert report, discussion with AH Wilcox regarding the same, telephone conference with J. Heinz and AH Wilcox regarding the same. | 0543 | L130 | 1.30 | 520.00 |
| 02/09/10 | Review of O'Neil agreements with MCFA, e-mail to J. Mordaunt with various O'Neil agreements and Snap-on contact information. | 0543 | L130 | 0.70 | 280.00 |
| 02/09/10 | Review of engagement agreement with J. Mordaunt and his firm, e-mail to J. Heinz with a copy of the same. | 0543 | L130 | 0.40 | 160.00 |
| 02/09/10 | Review and revisions to preliminary draft of Snap-on's opposition to O'Neil's motion for summary judgment. | 0543 | L240 | 1.50 | 600.00 |
| 02/09/10 | Continue Snap-on opposition to O'Neil's Motion for Summary Judgment, e-mail client regarding need for declaration signatures later this week. | 0774 | L120 | 3.60 | 1,098.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685                                      Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/10/10 | Continue opposition to O'Neil's Motion for Summary Judgment. | 0774 | L120 | 7.90 | 2,409.50 |
| 02/10/10 | Preparation of brief in opposition to O'Neil's motion for summary judgment. | 0543 | L240 | 5.40 | 2,160.00 |
| 02/10/10 | Attention to executed engagement letter with J. Mordaunt, damages expert witness, e-mail to J. Mordaunt with the same and additional pleadings. | 0543 | L130 | 0.50 | 200.00 |
| 02/10/10 | Review latest draft of Snap-on's opposition brief to O'Neil's motion for summary judgment, insert exhibit references into brief, insert citations to deposition testimony into brief, perform revisions to brief. | 1039 | L210 | 2.50 | 487.50 |
| 02/11/10 | Revisions to Snap-on's opposition brief to O'Neil's motion for summary judgment, identify citations to the record for propositions contained in opposition brief, identify deposition testimony for inclusion in brief, revise and edit Declaration of G. Feezel and incorporate changes into brief. | 1039 | L210 | 5.80 | 1,131.00 |
| 02/11/10 | Preparation of documents for use by J. Mordaunt, damages expert report, in preparation of his expert report, telephone discussion with J. Mordaunt regarding the same. | 0543 | L130 | 1.10 | 440.00 |
| 02/11/10 | Preparation of declaration for J. Drass in support of opposition to O'Neil's motion for summary judgment, e-mail of the same to J. Drass. | 0543 | L240 | 1.50 | 600.00 |
| 02/11/10 | Multiple telephone conferences with J. Drass and AH Wilcox regarding Snap-on's End User License Agreements, login screens, and review of firewall logs. | 0543 | L240 | 3.00 | 1,200.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685                                                                 Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/11/10 | Telephone discussion with R. Spector, counsel for MCFA, regarding application of the protective order to exhibits from MCFA and their use in Snap-on's opposition to O'Neil's motion for summary judgment. | 0543 | L240 | 0.40 | 160.00 |
| 02/11/10 | Telephone discussion with J. Mordaunt regarding preparation of his expert report, discussion with AH Wilcox regarding the same. | 0543 | L130 | 1.20 | 480.00 |
| 02/11/10 | Review of deposition transcripts as part of opposition to O'Neil's motion for summary judgment. | 0543 | L240 | 0.70 | 280.00 |
| 02/11/10 | Continue on Opposition to O'Neil's Motion for Summary Judgment, discuss case with RE Gaum and teleconference with RE Gaum and damages expert. | 0774 | L120 | 6.30 | 1,921.50 |
| 02/12/10 | Travel to and from client, meet with client and damages expert, discuss meeting with RE Gaum, forward witness materials for report. | 0774 | L130 | 4.90 | 1,494.50 |
| 02/12/10 | Review client e-mails regarding declaration, continue to work on opposition to O'Neil's Motion for Summary Judgment, review exhibits and motion to leave to file exhibits under seal, forward proposed exhibits to opposing counsel for review for filing under seal. | 0774 | L120 | 5.50 | 1,677.50 |
| 02/12/10 | E-mails to and from G. Feezel regarding information on firewall logs and O'Neil accessing the Snap-on websites. | 0543 | L240 | 0.90 | 360.00 |
| 02/12/10 | Review of deposition transcripts as part of preparing opposition to O'Neil's motion for summary judgment. | 0543 | L240 | 0.40 | 160.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685                                                                 Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/12/10 | Telephone discussion with AH Wilcox regarding meeting with J. Mordaunt, damages expert witness, and client to assist with the preparation of his expert report. | 0543 | L130 | 0.50 | 200.00 |
| 02/12/10 | Revisions to Declaration of J. Drass regarding the log-in/password portion of the six MCF websites, revisions to opposition brief based on same, identify additional exhibits to cite in brief. | 1039 | L210 | 2.60 | 507.00 |
| 02/12/10 | Assist A. Wilcox with gathering, scanning and marking exhibit with identifiers in preparation to file plaintiff's opposition brief on February 15, 2010, check exhibits' subject matter correctness in comparison to our exhibits list, organize electronic copies of all depositions and store in matter centricity database, review hard file to take inventory of the deposition hard copies and review to verify all depositions were signed and certified by the court reporter, update B. Moore's deposition with errata sheet. | 1064 | L140 | 7.00 | 1,120.00 |
| 02/13/10 | Continue Opposition to O'Neil's Motion for Summary Judgment. | 0774 | L120 | 0.60 | 183.00 |
| 02/14/10 | Continue work on opposition to O'Neil's Motion for Summary Judgment. | 0774 | L110 | 7.30 | 2,226.50 |
| 02/14/10 | Finalize declarations of G. Feezel and J. Drass in support of Snap-on's opposition brief to O'Neil's motion for summary judgment, review of final draft of brief and edit same. | 1039 | L210 | 1.60 | 312.00 |
| 02/14/10 | Preparation of copyright portion of opposition to O'Neil's motion for summary judgment. | 0543 | L240 | 7.90 | 3,160.00 |
| 02/14/10 | Review and revisions to declaration of G. Feezel regarding login and firewall information, e-mail to G. Feezel, AH Wilcox, and PJ Eckenrode regarding the same. | 0543 | L240 | 0.60 | 240.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685                                               Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/14/10 | Assist A. Wilcox in finalizing exhibits in preparation for filing plaintiff's opposition brief on February 15, 2010, review and insert dates and bates reference numbers of cited exhibits in A. Wilcox's declaration in support of plaintiff's opposition brief and send to A. Wilcox and P. Eckenrode for review and to use as a reference in finalizing plaintiff's opposition brief. | 1064 | L140 | 3.50 | 560.00 |
| 02/15/10 | Assist A. Wilcox in the final preparation and the filing of plaintiff's motion for leave to file exhibits under seal with attachments, opposition to defendant's motion for summary judgment and exhibits, declaration of A. Wilcox, G. Feezel, J. Drass. | 1064 | L140 | 7.00 | 1,120.00 |
| 02/15/10 | Preparation of brief in opposition to O'Neil's motion for summary judgment, including exhibits and declarations, discussion with AH Wilcox regarding the same. | 0543 | L240 | 5.90 | 2,360.00 |
| 02/15/10 | Telephone conferences with J. Mordaunt, damages expert witness, and AH Wilcox regarding preparation of damages expert report, attention to obtaining documents for J. Mordaunt regarding the same. | 0543 | L130 | 1.90 | 760.00 |
| 02/15/10 | Finalize Snap-on's opposition brief to O'Neil's motion for summary judgment, review of exhibits in support of same. | 1039 | L210 | 1.00 | 195.00 |
| 02/15/10 | Continue to work on Snap-on's opposition to O'Neil's Motion for Summary Judgment, continue preparations of Snap-on's opposition to O'Neil's Motion for Summary Judgment, finalize brief, declarations and exhibits, file with Court, send copy to opposing counsel. | 0774 | L120 | 8.60 | 2,623.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685                                                                                          Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/16/10 | Respond to inquiry regarding filing from Court, receipt and review of order granting motion to file under seal, coordinate manual filing of exhibits, telephone conference with client and damages expert, forward additional documentation to damages expert witness | 0774 | L120 | 1.20 | 366.00 |
| 02/16/10 | Multiple telephone discussions with J. Mordaunt, damages expert witness, regarding preparation of his expert report. | 0543 | L130 | 0.90 | 360.00 |
| 02/17/10 | Review of e-mails from G. Feezel regarding Snap-on firewall logs, e-mail to G. Feezel and AH Wilcox regarding supplemental evidence showing O'Neil's access to the Snap-on MCFA website. | 0543 | L240 | 0.30 | 120.00 |
| 02/17/10 | Meeting with J. Mordaunt, damages expert report, and K. Pierce regarding review of expert report on damages, service of damages expert report on A. Parker, counsel for O'Neil. | 0543 | L130 | 2.90 | 1,160.00 |
| 02/17/10 | Telephone call with damages expert regarding additional documentation needed, e-mail client requesting the additional information, receipt and review of additional information from the client regarding website access for supplement to opposition, attention to filing exhibits under seal, forward additional documents to damages expert, telephone conference with client and damages expert, discuss firewall with P Eckinrode, telephone conference with client and damages expert, discuss supplement declaration and exhibits with P Eckinrode, file exhibits under seal, draft motion for supplement to opposition, call with G Feezel and P Eckinrode regarding firewall data and review damages report, and verify documents filed under seal were filed properly. | 0774 | L120 | 6.90 | 2,104.50 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685    Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/17/10 | Revise and edit supplemental filing in support of Snap-on's Memorandum in Opposition to O'Neil's motion for summary judgment and affidavit of G. Feezel in support of same, review of MCFA firewall logs to determine whether O'Neil data scraping tool accessed MCFA websites. | 1039 | L210 | 2.30 | 448.50 |
| 02/17/10 | Electronically file under seal plaintiff's exhibits in support of plaintiff's opposition to defendant's motion for summary judgment, electronically file plaintiff's notice of service regarding serving plaintiff's opposition brief via overnight mail on February 15, 2010. | 1064 | L140 | 1.30 | 208.00 |
| 02/18/10 | Re-file plaintiff's notice of service regarding serving plaintiff's opposition brief via overnight mail on February 15, 2010, download court documents identified as 19 through 51 and print hard copies, update pleadings bible with documents 19 through 51 with tab dividers, create master pleadings index with hyper linked documents, store all electronic pleadings in matter centricity in compliance with internal information technology procedure. | 1064 | L140 | 7.00 | 1,120.00 |
| 02/18/10 | Revise supplemental filing and Affidavit of G. Feezel regarding O'Neil's access of MCFA websites. | 1039 | L210 | 0.70 | 136.50 |
| 02/18/10 | Teleconference with J. Drass, correspond with client regarding firewall damages, prepare supplement to opposition and supporting documentation, draft Motion for Leave to file supplement to opposition and supplement to apportion, forward declaration to client for signature, call opposition counsel, and correspond with client regarding declaration. | 0774 | L120 | 4.10 | 1,250.50 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685                                                                                        Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/18/10 | Preparation of supplemental brief in opposition to O'Neil's motion for summary judgment, discussion with AH Wilcox regarding the same, telephone discussion with A. Parker, counsel for O'Neil, regarding the same. | 0543 | L240 | 2.30 | 920.00 |
| 02/19/10 | Discussion with AH Wilcox regarding supplement to opposition to O'Neil's motion for summary judgment, telephone conference with A. Parker, counsel for O'Neil, and AH Wilcox regarding the same. | 0543 | L240 | 0.50 | 200.00 |
| 02/19/10 | Discuss exhibits filed under seal with P Eckinrode, revise declaration in support of opposition, telephone call with RE Gaum and opposing counsel, revise motion, file motion for leave to Supplement Opposition. | 0774 | L120 | 1.90 | 579.50 |
| 02/19/10 | Electronically file and update pleadings bible, index and matter centricity database with plaintiff's motion for leave to file supplemental opposition to defendant's motion for summary judgment, supplemental declaration of G. Feezel, and supplemental exhibit 25-A, upload to Summation the depositions of A. Monzon, B. Moore, D. Schular, D. Stackhouse, H. Cobb, R. Heilman, J. Gusler, and S. Herrick, review significant pleadings to become familiar with claims and issues of the matter in preparation for trial in May 2010. | 1064 | L140 | 7.00 | 1,120.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685                                            Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/22/10 | Electronically file and update pleadings bible, index and matter centricity database with plaintiff's supplemental opposition to defendant's motion for summary judgment, supplemental declaration of G. Feezel, and supplemental exhibit 25-A, download court documents 54, 55, and 56 and update pleadings bible, index and matter centricity, review court scheduling order and post various dates related to discovery and pretrial preparation. | 1064 | L140 | 2.40 | 384.00 |
| 02/22/10 | Correspond with client regarding Summary Judgment briefing and expert report, review protective order for handling of expert reports, receipt and review of order from Court granting motion to file supplement, file supplement to opposition with Court, correspond with client regarding expert report, redact report and supplement opposition. | 0774 | L120 | 2.60 | 793.00 |
| 02/22/10 | Review and revisions to updated litigation budget, discussion with AH Wilcox regarding the same. | 0543 | L150 | 0.70 | 280.00 |
| 02/22/10 | Review of Snap-on's damages expert report and preparation of redacted version, discussion with AH Wilcox regarding the same. | 0543 | L130 | 1.80 | 720.00 |
| 02/23/10 | Obtain list of proposed mediators from J Marsh, redact expert report and forward to opposing counsel for review. | 0774 | L120 | 0.50 | 152.50 |
| 02/24/10 | Receipt and review of O'Neil's reply to Snap-on's opposition to Summary Judgment, correspond with RE Gaum and P Eckinrode regarding the same, correspond with RE Gaum regarding potential mediators, research proposed mediators. | 0774 | L120 | 1.30 | 396.50 |
| 02/24/10 | Attention to identifying mediators and screening their qualifications. | 0543 | L160 | 1.00 | 400.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685                                              Date: 03/31/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/24/10 | Review of O'Neil's reply brief in support of its motion for summary judgment, e-mail to AH Wilcox and PG Eckenrode regarding the same. | 0543 | L240 | 1.70 | 680.00 |
| 02/25/10 | Conference with AH Wilcox and PG Eckenrode regarding O'Neil's reply in support of its motion for summary judgment. | 0543 | L240 | 0.50 | 200.00 |
| 02/25/10 | Discussion with DA Coleman regarding selection of mediators and settlement strategy, e-mail to AH Wilcox regarding the same. | 0543 | L160 | 0.80 | 320.00 |
| 02/25/10 | Prepare for and telephone call with RE Gaum and P Eckinrode regarding review of brief and whether a supplemental reply is necessary, e-mail client regarding O'Neil reply brief and mediation, and correspond with RE Gaum regarding mediation and supplementing discovery responses. | 0774 | L120 | 1.50 | 457.50 |
| 02/25/10 | Review reply brief filed by O'Neil in support of its Motion for Summary Judgment, strategy regarding same and whether a sur-reply is warranted. | 1039 | L210 | 0.70 | 136.50 |
| 02/25/10 | Conference with RE Gaum regarding mediator candidates and strategy. | 0522 | L190 | 0.20 | 95.00 |
| 02/25/10 | Update pleadings bible, index and matter centricity with defendant's reply to plaintiff's opposition brief to defendant's motion for summary judgment and related documents exhibit 1 through 4. | 1064 | L140 | 0.40 | 64.00 |

| Costs Advanced | Amount |
|---|---|
| Consulting Fees | $ 15,000.00 |
| Communication Lines | 53.44 |
| Court Reporters | 2,609.00 |
| Overnight Delivery/Messenger Service | 14.30 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 436685                                                      Date: 03/31/10

| Costs Advanced | Amount |
|---|---|
| Imaging | 13.40 |
| Lexis | 344.67 |
| Outside Photocopy | 367.10 |

|  |  |
|---|---|
| TOTAL CURRENT COSTS | $ 18,401.91 |
| CURRENT INVOICE DUE | $ 91,572.91 |
| PREVIOUS DUE | $ 46,829.83 |
| TOTAL BALANCE DUE | $ 138,402.74 |

HAHN LOESER

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com