# HAHN LOESER

Snap-On Business Solutions. Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

| | | |
|---|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. |
| Your Claim No.: | 4353 |
| Our File No.: | 008653.00368 |

Invoice No. 438717                      Date: 04/28/10

SUMMARY OF CHARGES

Summary of Time

| | | | | |
|---|---|---|---|---|
| R. Eric Gaum | REG | $400/hr | 31.80 | 12,720.00 |
| Amanda H. Wilcox | AHW | $305/hr | 48.40 | 14,762.00 |
| Phillip G. Eckenrode | PGE | $195/hr | 23.70 | 4,621.50 |
| Amy L. Allen | AA | $160/hr | 6.90 | 1,104.00 |
| R. Luke Clossman | RLC | $160/hr | 2.50 | 400.00 |
| Katharine L. Essex | KLE | $190/hr | 0.30 | 57.00 |
| Theresa K. Stefanich | TKS | $160/hr | 31.70 | 5,072.00 |
| Mary Rookard | MR | $70/hr | 0.40 | 28.00 |
| | | | TOTAL CURRENT FEES | 38,764.50 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 14.90 | $  4,450.50 |
| L120 | Analysis/Strategy | 34.20 | 10,396.50 |
| L140 | Document/File Management | 41.10 | 6,576.00 |
| L160 | Settlement/Non-Binding ADR | 18.40 | 7,360.00 |
| L190 | Other Case Assessment,Devel/Admin | 6.50 | 2,600.00 |
| L210 | Pleadings | 20.00 | 3,900.00 |
| L250 | Other Written Motions and Submissions | 1.00 | 195.00 |
| L330 | Depositions | 0.60 | 240.00 |
| L340 | Expert Discovery | 1.60 | 640.00 |
| L410 | Fact Witnesses | 2.70 | 526.50 |
| L430 | Written Motions and Submissions | 2.90 | 1,160.00 |
| L440 | Other Trial Preparation and Support | 1.80 | 720.00 |
| | TOTAL CURRENT FEES: | 145.70 | $ 38,764.50 |
| | TOTAL CURRENT COSTS: | | $ 10,754.26 |

Re:                         Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:             4353
Our File No.:               008653.00368

Invoice No. 438717                                      Date: 04/28/10

CURRENT INVOICE DUE:                          $  49,518.76

# HAHN ⬤ LOESER

<table>
<tr><td>Re:</td><td>Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.</td></tr>
<tr><td>Your Claim No.:</td><td>4353</td></tr>
<tr><td>Our File No.:</td><td>008653.00368</td></tr>
</table>

Invoice No. 438717        Date: 04/28/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 03/03/10 | E-mail opposing counsel regarding mediation and discuss with RE Gaum. | 0774 | L120 | 0.70 | 213.50 |
| 03/03/10 | Discussion with AH Wilcox regarding objections to O'Neil's designated experts and attention to docketing of deadlines related to the same, e-mail to AH Wilcox regarding the same. | 0543 | L340 | 0.80 | 320.00 |
| 03/03/10 | Discussion with AH Wilcox regarding e-mail to A. Parker, counsel for O'Neil, and settlement counteroffer. | 0543 | L160 | 0.20 | 80.00 |
| 03/04/10 | Discussion with AH Wilcox regarding upcoming mediation. | 0543 | L160 | 0.20 | 80.00 |
| 03/04/10 | Discussion with AH Wilcox regarding summary judgment and trial preparation. | 0543 | L430 | 0.40 | 160.00 |
| 03/04/10 | Draft letter to Judge Gwin notifying the court of Snap-on's Expert Report, burn expert report to compact disc and coordinate with the docket department to hand-deliver and update case calendar with Judge Gwin's standing order on all relevant court dates. | 1064 | L140 | 2.50 | 400.00 |
| 03/04/10 | Discuss the deadline for objection to experts and case status and strategy with RE Gaum and RL Clossman. | 0774 | L110 | 0.50 | 152.50 |
| 03/04/10 | Delivery of Package to Judge Gwin's Chambers at United States District Court. | 0871 | L110 | 0.40 | 28.00 |
| 03/08/10 | Attend to updates on case development. | 0712 | L140 | 0.40 | 64.00 |
| 03/09/10 | Attend to case file management, organization of documents and update case task list and trial preparation list. | 0712 | L140 | 3.20 | 512.00 |

# HAHN ◉ LOESER

Re:                     Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:         4353
Our File No.:           008653.00368

Invoice No. 438717                                    Date: 04/28/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 03/09/10 | Telephone conference with RE Gaum regarding response to demand and mediation, e-mail expert report on damages to client, review e-mail from opposing counsel, review docketing and trial preparation checklist with TK Stefanich, review declarations field in support of opposition to motion for summary judgment. | 0774 | L120 | 1.40 | 427.00 |
| 03/10/10 | Review RE Gaum's e-mail regarding settlement proposal, correspond with RE Gaum and client. | 0774 | L120 | 0.40 | 122.00 |
| 03/10/10 | Preparation of detailed e-mail to J. Heinz regarding settlement negotiations, damages, and the upcoming mediation. | 0543 | L160 | 1.00 | 400.00 |
| 03/10/10 | Review of declarations of Snap-on in support of its opposition to O'Neil's motion for summary judgment and discussion with AH Wilcox regarding the same and O'Neil's issue related to copying of the Net Compass software in preparation for mediation. | 0543 | L160 | 0.40 | 160.00 |
| 03/11/10 | Telephone discussion with J. Heinz and AH Wilcox regarding mediation and discussion with AH Wilcox regarding the same. | 0543 | L160 | 1.20 | 480.00 |
| 03/11/10 | Prepare for telephone call with client regarding mediation, telephone call with J. Heinz and RE Gaum. | 0774 | L110 | 1.20 | 366.00 |
| 03/11/10 | Attend to general file maintenance. | 0712 | L140 | 1.20 | 192.00 |
| 03/12/10 | Review correspondence regarding mediation, research potential mediators and discuss with RE Gaum. | 0774 | L120 | 1.20 | 366.00 |
| 03/12/10 | Multiple telephone discussions with A. Parker, B. Wilson, and AH Wilcox in order to arrange and schedule mediation. | 0543 | L160 | 1.40 | 560.00 |

# HAHN LOESER

Re:          Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:     4353
Our File No.:       008653.00368

Invoice No. 438717                         Date: 04/28/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/15/10 | Review of potential Daubert issues, discussion with PG Eckenrode regarding the same and e-mail to PG Eckenrode regarding the same. | 0543 | L430 | 0.60 | 240.00 |
| 03/15/10 | Discussion with AH Wilcox regarding outstanding issues related to Snap-on's damage expert report. | 0543 | L340 | 0.20 | 80.00 |
| 03/15/10 | Discussion with AH Wilcox regarding planning for upcoming mediation. | 0543 | L160 | 0.30 | 120.00 |
| 03/15/10 | Review RE Gaum correspondence regarding filing motions to exclude, review supplemental production of documents to include any documents provided to damages expert and any additional documents relied upon in summary judgment. | 0774 | L120 | 3.30 | 1,006.50 |
| 03/15/10 | Attend to prepare documents for supplemental document production. | 0712 | L140 | 1.30 | 208.00 |
| 03/15/10 | Review of expert witness disclosures of O'Neil & Associates, prepare motion to exclude A. Monzon and D. Stackhouse from testifying as expert witnesses and perform research in support of same. | 1039 | L210 | 3.70 | 721.50 |
| 03/16/10 | Finalize document production and prepare mediation documents for B. Wilson review. | 0712 | L140 | 3.10 | 496.00 |
| 03/16/10 | Continue work on supplemental document production, begin draft settlement agreement, telephone call with opposing counsel regarding mediation dates, Teleconference with opposing counsel and RE Gaum regarding mediation, e-mail regarding mediation and deposition dates, review draft motion to exclude defendants experts, review expert testimony order and rules for O'Neil's proposed late reports, review 30(b)(6) topics and compile materials for mediation. | 0774 | L120 | 4.10 | 1,250.50 |

# HAHN ⬤ LOESER

Re:      Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:      4353
Our File No.:      008653.00368

Invoice No. 438717                 Date: 04/28/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/16/10 | Prepare Motion to Exclude Defendant's technical experts A. Monzon and D. Stackhouse under Daubert. | 1039 | L210 | 4.90 | 955.50 |
| 03/16/10 | Telephone discussion with A. Parker, counsel for O'Neil, and AH Wilcox regarding mediation. | 0543 | L160 | 0.20 | 80.00 |
| 03/16/10 | Review and revisions to draft motion in limine to preclude expert testimony and e-mail to PG Eckenrode regarding the same. | 0543 | L430 | 0.60 | 240.00 |
| 03/17/10 | Discussion with PG Eckenrode regarding motion to strike O'Neil's technical expert report and review and revisions to the same. | 0543 | L430 | 0.30 | 120.00 |
| 03/17/10 | Telephone conference with J. Drass regarding copying of Net Compass software and discussion with AH Wilcox regarding the same. | 0543 | L330 | 0.60 | 240.00 |
| 03/17/10 | Finalize Motion to Exclude Defendants' technical experts A. Monzon and D. Stackhouse based on Daubert and file same and prepare motion to file exhibits under seal and file same. | 1039 | L210 | 6.00 | 1,170.00 |
| 03/17/10 | Begin preparation of deposition citations for exhibits to Motion in Limine. | 0728 | L120 | 0.30 | 57.00 |
| 03/17/10 | Teleconference with PG Eckenrode regarding rule 26 research on late expert reports and draft settlement agreements, identify witnesses for 30(b)(6) topics, e-mail opposing counsel regarding exchange of expert reports, e-mail expert witness for availability for depositions, review expert report received from O'Neil, coordinate deposition dates, and teleconference with Snap-On damages expert. | 0774 | L120 | 5.10 | 1,555.50 |
| 03/17/10 | Meeting with AH Wilcox regarding binders to prepare for mediation on Monday and attention to printing documents for mediation binder and additional documents for mediation. | 0787 | L140 | 1.80 | 288.00 |

# HAHN LOESER

| | | |
|---|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. | |
| Your Claim No.: | 4353 | |
| Our File No.: | 008653.00368 | |

Invoice No. 438717                                          Date: 04/28/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/18/10 | Attention to printing pleadings and preparing RE Gaum and AH Wilcox binders for mediation. | 0787 | L140 | 5.10 | 816.00 |
| 03/18/10 | Correspond with client and opposing counsel regarding proposed deposition dates, review correspondence from client regarding mediation & discuss with RE Gaum, review O'Neil insurance policy, review PG Eckenrode's motion to strike, revise and forward to PG Eckenrode, correspond with opposing counsel regarding mediation and depositions, and attention to filing deposition transcripts under seal. | 0774 | L120 | 3.40 | 1,037.00 |
| 03/18/10 | Finalize Motion to Exclude D. Ferrerer as expert witness due to untimely disclosure of his report, oversee filing of same and finalize Motion for Leave to File Exhibits Under Seal and Proposed Order granting same, oversee filing of same. | 1039 | L210 | 5.40 | 1,053.00 |
| 03/18/10 | Prepare deposition transcripts for filing with court, draft motion for leave to file transcripts under seal and notice of filing under seal. | 0712 | L140 | 2.40 | 384.00 |
| 03/18/10 | Conference with AH Wilcox regarding planning for upcoming mediation. | 0543 | L160 | 1.40 | 560.00 |
| 03/18/10 | Telephone discussion with B. Wilson regarding acting as mediator. | 0543 | L160 | 0.20 | 80.00 |
| 03/18/10 | Review and revisions to motion to exclude technical expert report and e-mail PG Eckenrode regarding the same and review of O'Neil's technical expert report. | 0543 | L430 | 0.50 | 200.00 |
| 03/19/10 | Preparation for meeting at Snap-on to discuss entire case and settlement positions with executives and in-house counsel. | 0543 | L190 | 3.20 | 1,280.00 |
| 03/19/10 | Meeting at Snap-on to discuss entire case and settlement positions with executives and in-house counsel. | 0543 | L190 | 3.30 | 1,320.00 |

# HAHN ◉ LOESER

Re:     Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:  4353
Our File No.:   008653.00368

Invoice No. 438717        Date: 04/28/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 03/19/10 | Review of order from the district court denying requests to file exhibits under seal, e-mail to PG Eckenrode regarding the same and voice message for A. Parker, counsel for O'Neil, regarding the same. | 0543 | L430 | 0.50 | 200.00 |
| 03/19/10 | Attend to deposition exhibit binders. | 0712 | L140 | 1.90 | 304.00 |
| 03/19/10 | Prepare for pre-mediation meeting with client, travel to client for meeting, attend meeting with client and RE Gaum regarding mediation, follow-up discussion with RE Gaum, review court order denying motion to file documents under seal and correspond with co-counsel regarding the same and prepare for mediation. | 0774 | L120 | 4.70 | 1,433.50 |
| 03/21/10 | Review and revise draft settlement agreement. | 0774 | L120 | 0.80 | 244.00 |
| 03/22/10 | Prepare for mediation and revise settlement agreement, pick client up from airport, attend mediation with RE Gaum and client, return client to airport, and post-mediation follow-up. | 0774 | L120 | 8.80 | 2,684.00 |
| 03/22/10 | Preparation for upcoming mediation. | 0543 | L160 | 4.40 | 1,760.00 |
| 03/22/10 | Participate in mediation/settlement conference with O'Neil & Associates. | 0543 | L160 | 7.10 | 2,840.00 |
| 03/23/10 | Discussion with AH Wilcox regarding preparation for upcoming mediation. | 0543 | L160 | 0.40 | 160.00 |
| 03/23/10 | Discuss mediation wrap-up with RE Gaum and correspond with client regarding deposition dates. | 0774 | L110 | 0.60 | 183.00 |
| 03/23/10 | Attend to case calendar and research response to opposing counsel request of expert documents. | 0712 | L140 | 1.30 | 208.00 |
| 03/24/10 | Attend to discovery issue sand prepare supplemental document production. | 0712 | L140 | 2.30 | 368.00 |

# HAHN ⬤ LOESER

Re:             Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:      4353
Our File No.:        008653.00368

Invoice No. 438717                          Date: 04/28/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 03/24/10 | Receipt and review of correspondence from opposing counsel regarding supplement document production accordingly, coordinate case plan, correspond with opposing counsel regarding discovery, continue supplementation of document production, schedule depositions, and correspond with client and opposing counsel regarding depositions. | 0774 | L110 | 2.50 | 762.50 |
| 03/24/10 | Review of letter from M. Schrader, counsel for O'Neil, regarding request for documents relied upon by J. Mordaunt in his expert report on damages. | 0543 | L340 | 0.30 | 120.00 |
| 03/25/10 | Discussion with AH Wilcox regarding trial preparation planning. | 0543 | L440 | 1.80 | 720.00 |
| 03/25/10 | Correspond with opposing counsel and client regarding depositions, plan agenda for trial preparation meeting, review e-mail from opposing counsel regarding corporate witness topics, meeting with RE Gaum regarding trial preparation, e-mail client regarding depositions, and coordinate preparations for depositions. | 0774 | L110 | 4.20 | 1,281.00 |
| 03/25/10 | Attend to deposition exhibits organization for trial preparation. | 0712 | L140 | 2.70 | 432.00 |
| 03/26/10 | Attend to deposition exhibit index for trial preparation. | 0712 | L140 | 1.20 | 192.00 |
| 03/26/10 | Prepare for defense of depositions. | 0774 | L110 | 1.30 | 396.50 |
| 03/28/10 | Correspond with client regarding deposition preparations. | 0774 | L110 | 1.30 | 396.50 |
| 03/29/10 | Correspond with client and opposing counsel regarding deposition dates and correspond with PG Eckenrode regarding trial preparation. | 0774 | L110 | 2.10 | 640.50 |
| 03/29/10 | Attend to transcript sites for use in trial. | 0712 | L140 | 2.60 | 416.00 |

# HAHN ⬤ LOESER

Invoice No. 438717　　　　　　　　　　　　Date: 04/28/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 03/30/10 | Attend to documents for AH Wilcox review and attend to document chronology. | 0712 | L140 | 4.20 | 672.00 |
| 03/30/10 | Review deposition testimony of H. Cobb to identify relevant pages to be potentially introduced as exhibits at trial. | 1039 | L410 | 1.20 | 234.00 |
| 03/30/10 | Continue supplemental document production and deposition preparations, discuss trial preparation tasks with PG Eckenrode and prepare for deposition preparation meeting. | 0774 | L110 | 0.80 | 244.00 |
| 03/31/10 | Review deposition testimony of B. Moore and identify relevant portions to potentially use at trial. | 1039 | L410 | 1.50 | 292.50 |
| 03/31/10 | Review O'Neil's Memorandum in Opposition to Snap-on's Motion to Exclude A. Monzon and D. Stackhouse as expert witnesses and begin preparing reply brief in support of same. | 1039 | L250 | 1.00 | 195.00 |
| 03/31/10 | Review of O'Neil's opposition to Snap-on's motion in limine to exclude employees from testifying as expert witnesses and preparation of e-mail to PG Eckenrode regarding the same. | 0543 | L340 | 0.30 | 120.00 |
| 03/31/10 | Attend to chronology and document review for trial preparation. | 0712 | L140 | 3.90 | 624.00 |

| Costs Advanced | | Amount |
|----------------|---|--------|
| Arbitrators/Mediators | $ | 1,218.75 |
| Overnight Delivery/Messenger Service | | 24.90 |
| Imaging | | 1.40 |
| Local Counsel Fees | | 9,416.25 |
| Lexis | | 53.00 |
| Meals | | 39.96 |

HAHN LOESER & PARKS LLP

200 Public Square  Suite 2800  Cleveland. OH  44114-2316  phone 216.621.0150  fax 216.741.2824  hahnlaw.com

# HAHN ⬤ LOESER

Re:                          Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:              4353
Our File No.:                008653.00368

Invoice No. 438717                                          Date: 04/28/10

TOTAL CURRENT COSTS              $    10,754.26

CURRENT INVOICE DUE              $    49,518.76

TOTAL BALANCE DUE                $    49,518.76