# HAHN ⊕ LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

| | |
|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. |
| Your Claim No.: | 4353 |
| Our File No.: | 008653.00368 |

Invoice No. 441096                                Date: 05/25/10

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---:|---:|
| Michael J. Garvin | MJG | $420/hr | 0.60 | 252.00 |
| R. Eric Gaum | REG | $400/hr | 53.40 | 21,360.00 |
| Amanda H. Wilcox | AHW | $305/hr | 84.00 | 25,620.00 |
| Phillip G. Eckenrode | PGE | $195/hr | 104.60 | 20,397.00 |
| Amy L. Allen | AA | $160/hr | 15.60 | 2,496.00 |
| R. Luke Clossman | RLC | $160/hr | 17.00 | 2,720.00 |
| Theresa K. Stefanich | TKS | $160/hr | 83.30 | 13,328.00 |
| | | TOTAL CURRENT FEES | | 86,173.00 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---:|---:|
| L140 | Document/File Management | 54.50 | $ 8,720.00 |
| L160 | Settlement/Non-Binding ADR | 1.10 | 440.00 |
| L210 | Pleadings | 15.00 | 3,013.00 |
| L240 | Dispositive Motions | 3.00 | 991.00 |
| L250 | Other Written Motions and Submissions | 3.40 | 663.00 |
| L330 | Depositions | 50.50 | 15,898.50 |
| L340 | Expert Discovery | 6.40 | 2,560.00 |
| L410 | Fact Witnesses | 57.30 | 13,034.50 |
| L420 | Expert Witnesses | 0.20 | 80.00 |
| L430 | Written Motions and Submissions | 5.50 | 1,734.50 |
| L440 | Other Trial Preparation and Support | 161.60 | 39,038.50 |
| | TOTAL CURRENT FEES: | 358.50 | $ 86,173.00 |
| | TOTAL CURRENT COSTS: | | $ 2,496.92 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

    Invoice No. 441096                                Date: 05/25/10
CURRENT INVOICE DUE:                           $ 88,669.92

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN 🄷 LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096                                               Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/01/10 | Attend to index documents from deposition prep binder and prepare hyperlink index of documents used in all briefs and depositions. | 0712 | L140 | 4.60 | 736.00 |
| 04/01/10 | Prepare for deposition preparation meeting, travel to and attend deposition preparation meeting with A. Coffman, J. Drass & G. Feezel. | 0774 | L330 | 5.80 | 1,769.00 |
| 04/01/10 | Discussions with AH Wilcox regarding preparation for upcoming depositions of Snap-on personnel. | 0543 | L330 | 0.80 | 320.00 |
| 04/01/10 | Reply brief in support of Snap-on's Motion to Exclude A. Monzon and D. Stackhouse from testifying as expert witnesses. | 1039 | L250 | 0.40 | 78.00 |
| 04/01/10 | Review memorandum in opposition to Snap-on's Motion to exclude the expert report of D. Kemmerer as untimely. | 1039 | L250 | 1.00 | 195.00 |
| 04/01/10 | Begin preparation of reply brief in support of same. | 1039 | L250 | 2.00 | 390.00 |
| 04/04/10 | Prepare for depositions of G. Feezel and J. Drass. | 0774 | L330 | 0.90 | 274.50 |
| 04/05/10 | Pre-deposition meeting with G. Feezel, defend deposition of G. Feezel, follow up meeting with RE Gaum, e-mail J. Drass regarding tomorrow's deposition, e-mail J. Heinz regarding deposition of O'Neil technical expert, discuss trial preparation with TK Stefanich. | 0774 | L330 | 6.20 | 1,891.00 |
| 04/05/10 | Meeting with G. Feezel and AH Wilcox regarding preparation for deposition | 0543 | L330 | 0.80 | 320.00 |
| 04/05/10 | Discussion with AH Wilcox regarding details from the deposition of G. Feezel. | 0543 | L330 | 0.40 | 160.00 |
| 04/05/10 | Telephone discussion with J. Mordaunt, Snap-on's damages expert, regarding preparation for his upcoming deposition | 0543 | L340 | 0.30 | 120.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096                                              Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/05/10 | Revise and edit Reply Brief in support of Plaintiff's Motion to Exclude Defendant's Technical Experts. | 1039 | L210 | 1.30 | 253.50 |
| 04/05/10 | Attend to index documents from deposition prep binder. | 0712 | L140 | 2.10 | 336.00 |
| 04/05/10 | Attend to hyperlink documents. | 0712 | L140 | 0.70 | 112.00 |
| 04/05/10 | Attend to trial preparation. | 0712 | L140 | 1.10 | 176.00 |
| 04/06/10 | Attend to documents and deposition videos for trial preparation. | 0712 | L440 | 2.90 | 464.00 |
| 04/06/10 | Attend to wireless internet application for courtroom. | 0712 | L440 | 0.40 | 64.00 |
| 04/06/10 | Meeting with C. Roberts and J. Harvey regarding preparation for their upcoming depositions. | 0543 | L330 | 4.00 | 1,600.00 |
| 04/06/10 | Revise and edit reply briefs in support of Snap-on's Motion to Exclude Defendant's Technical Experts and Snap-on's Motion to Strike R. Kemmerer's report as untimely filed. | 1039 | L210 | 2.10 | 409.50 |
| 04/06/10 | Meeting with J. Drass in advance of deposition, defend deposition of J. Drass. | 0774 | L330 | 3.80 | 1,159.00 |
| 04/06/10 | Follow up with P Eckinrode on replies to motions to exclude, review motions to exclude, e-mail RE Gaum regarding depositions, e-mail client regarding depositions, review court pretrial order, review video deposition clips for potential exhibits. | 0774 | L440 | 2.40 | 732.00 |
| 04/07/10 | Defend depositions of T. Coffman and J. Harvey, teleconference with C. Roberts regarding deposition, correspond with RE Gaum and P Eckinrode regarding depositions and filing of exhibits to motions to exclude experts. | 0774 | L330 | 6.40 | 1,952.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096                                                      Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/07/10 | Revise and edit reply briefs in support of Snap-on's Motion to Exclude Defendant's Technical Experts and Snap-on's Motion to Strike R. Kemmerer's report as untimely filed. | 1039 | L210 | 6.00 | 1,170.00 |
| 04/07/10 | Review deposition transcripts of J. Gusler and B. Heilman and identify relevant portions of same which Snap-on may use at trial for impeachment purposes. | 1039 | L410 | 0.50 | 97.50 |
| 04/07/10 | Attend to trial preparation. | 0712 | L140 | 0.50 | 80.00 |
| 04/07/10 | Prepare trial binders and pull documents from Summation database. | 0712 | L140 | 2.70 | 432.00 |
| 04/07/10 | General organization. | 0712 | L140 | 0.90 | 144.00 |
| 04/08/10 | Attend to trial preparation. | 0712 | L140 | 2.50 | 400.00 |
| 04/08/10 | Coordinate with PG Eckenrode regarding filing. | 0712 | L140 | 0.30 | 48.00 |
| 04/08/10 | Update pleadings. | 0712 | L140 | 0.40 | 64.00 |
| 04/08/10 | Prepare index of transcript sites. | 0712 | L140 | 1.10 | 176.00 |
| 04/08/10 | Meeting with J. Mordaunt, Snap-on's damages expert, regarding preparation for his upcoming deposition. | 0543 | L340 | 1.90 | 760.00 |
| 04/08/10 | Meet with C. Roberts beforehand and defended his deposition. | 0543 | L330 | 2.20 | 880.00 |
| 04/08/10 | Discussion with A. Parker, counsel for O'Neil, regarding settlement negotiations. | 0543 | L160 | 0.20 | 80.00 |
| 04/08/10 | E-mail to A. Parker with copy of supplemental expert report of J. Mordaunt on Snap-on's damages. | 0543 | L340 | 0.20 | 80.00 |
| 04/08/10 | Discussion with T Stefanich regarding trial preparation and logistics. | 0543 | L440 | 0.50 | 200.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096  Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/08/10 | Telephone discussion with J. Mordaunt regarding apportionment, unjust enrichment, and other issues related to damages. | 0543 | L440 | 0.60 | 240.00 |
| 04/08/10 | Review deposition transcripts of S. Herrick and J. Gusler to determine which portions Snap-on may use at trial for impeachment purposes. | 1039 | L410 | 2.70 | 526.50 |
| 04/08/10 | Revise and edit reply briefs in support of Snap-on's Motion to Exclude Defendant's Technical Experts and Snap-on's Motion to Strike R. Kemmerer's report as untimely filed. | 1039 | L210 | 2.00 | 390.00 |
| 04/08/10 | Perform additional research in support of the argument that Kemmerer's report is not a "rebuttal report." | 1039 | L210 | 0.80 | 156.00 |
| 04/08/10 | Discuss depositions and case with RE Gaum. | 0774 | L330 | 0.20 | 61.00 |
| 04/09/10 | Review Snap-on Business Solutions list of potential witnesses, review supplemental expert report on damages, initial disclosures for information on Brian Hendricks, e-mail B. Branch to set up meeting with B. Hendricks, telephone conference with B. Hendricks, e-mail RE Gaum regarding the same, review P Eckinrode's draft reply in support motion to exclude defendant's experts, reply is support of motion to exclude Richard Kemmerer as a testifying expert, discuss O'Neil 30b(6) requests with RE Gaum, review 30b(6) list and e-mail B. Hendricks regarding knowledge of O'Neil incident. | 0774 | L410 | 3.70 | 1,128.50 |
| 04/09/10 | Review deposition transcripts of S. Herrick and A. Monzon to determine which portions Snap-on may use at trial for impeachment purposes. | 1039 | L410 | 3.00 | 585.00 |
| 04/09/10 | Meeting beforehand and defended the deposition of J. Mordaunt, Snap-on's damages expert. | 0543 | L340 | 3.00 | 1,200.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096　　　　　　　　　　　　　　　　　Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/09/10 | Meeting with J. Mordaunt after his deposition to discuss the same. | 0543 | L340 | 1.00 | 400.00 |
| 04/09/10 | Discussion with AH Wilcox regarding witnesses for trial. | 0543 | L440 | 0.30 | 120.00 |
| 04/09/10 | Discussion with AH Wilcox regarding O'Neil's 30(b)(6) deposition notice and witnesses needed for the same. | 0543 | L330 | 0.40 | 160.00 |
| 04/09/10 | Attend to trial preparation. | 0712 | L440 | 3.60 | 576.00 |
| 04/11/10 | Review deposition transcripts of O'Neil employees to determine which portions may be relevant at trial for purposes of impeachment or substantive testimony. | 1039 | L410 | 1.70 | 331.50 |
| 04/12/10 | Review deposition transcripts of O'Neil employees to determine which portions may be relevant at trial for purposes of impeachment or substantive testimony. | 1039 | L410 | 1.80 | 351.00 |
| 04/12/10 | Research subpoena power of district courts and whether subpoenas can be served outside of judicial district but within the state of Ohio. | 1039 | L440 | 0.50 | 97.50 |
| 04/12/10 | Attend to trial preparation. | 0712 | L440 | 1.20 | 192.00 |
| 04/12/10 | Attend to deposition transcript review for exhibits sited in selected sites. | 0712 | L440 | 1.70 | 272.00 |
| 04/12/10 | Review and revisions to reply briefs in support of motions to preclude O'Neil's expert witnesses and feedback of the same to PG Eckenrode. | 0543 | L430 | 0.60 | 240.00 |
| 04/12/10 | Revise and edit reply briefs in support of Snap-on's Motion in Limine to exclude O'Neil's technical experts and Snap-on's Motion to Strike the Expert Report of R. Kemmerer. | 1039 | L210 | 1.80 | 351.00 |
| 04/12/10 | File same. | 1039 | L210 | 0.20 | 39.00 |

HAHN LOESER & PARKS LLP
200 Public Square　Suite 2800　Cleveland, OH　44114-2316　phone 216.621.0150　fax 216.241.2824　hahnlaw.com

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096                                    Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/12/10 | Review comments on P Eckinrode reply brief, correspond with P Eckinrode regarding case. | 0774 | L210 | 0.80 | 244.00 |
| 04/12/10 | Evaluate procedures for producing O'Neil witnesses at trial, discuss 30(b)(6) issues with RE Gaum, e-mail B. Hendricks for deposition availability, correspond with client and opposing counsel regarding additional deposition dates and witnesses. | 0774 | L410 | 1.00 | 305.00 |
| 04/13/10 | Correspond with client regarding deposition dates and deposition preparation, correspond with opposing counsel regarding the same. | 0774 | L330 | 0.60 | 183.00 |
| 04/13/10 | Attention to redacting exhibit stickers for clean copy to put in deposition preparation binders. | 0787 | L440 | 1.80 | 288.00 |
| 04/13/10 | Attention to preparing binder covers and spines for team trial binders. | 0787 | L440 | 0.30 | 48.00 |
| 04/13/10 | Attend to trial preparation. | 0712 | L440 | 1.50 | 240.00 |
| 04/13/10 | Review procedures for Judge Gwin's court room. | 0712 | L440 | 0.90 | 144.00 |
| 04/13/10 | Call court regarding court reporters. | 0712 | L440 | 0.30 | 48.00 |
| 04/14/10 | Attention to miscellaneous e-mails and trial preparation. | 0543 | L440 | 0.30 | 120.00 |
| 04/14/10 | Attend to transcript. | 0712 | L140 | 1.30 | 208.00 |
| 04/14/10 | Review transmittal letters. | 0712 | L140 | 0.80 | 128.00 |
| 04/14/10 | Attend to trial exhibits. | 0712 | L140 | 1.90 | 304.00 |
| 04/14/10 | Follow up on trial details with AH Wilcox. | 0712 | L140 | 0.20 | 32.00 |
| 04/14/10 | Receive and review deposition deposition transcripts for Feezel and Drass, trial preparation and prepare issue/evidence chart. | 0774 | L440 | 4.60 | 1,403.00 |

# HAHN ⬡ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096                                    Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/14/10 | Review deposition transcripts of O'Neil employees to determine which portions may be relevant at trial for purposes of impeachment or substantive testimony. | 1039 | L410 | 4.30 | 838.50 |
| 04/14/10 | Begin preparing Final Pretrial Order. | 1039 | L440 | 0.50 | 97.50 |
| 04/15/10 | Review deposition transcripts of O'Neil employees to determine which portions may be relevant at trial for purposes of impeachment or substantive testimony. | 1039 | L410 | 1.40 | 273.00 |
| 04/15/10 | Meeting with RE Gaum and AH Wilcox regarding trial. | 0541 | L440 | 0.50 | 210.00 |
| 04/15/10 | Snap-On team meeting for trial preparation, review O'Neil 30(b)(6) notice, follow up e-mail from team meeting, review deposition transcripts, continue chart of issue and evidence for trial preparation, contact client to request keying manuals and sample raw data, meeting with MJ Garvin and RE Gaum regarding Trial strategy, and draft letter to O'Neil objecting to 30(b)(6) notice. | 0774 | L440 | 5.70 | 1,738.50 |
| 04/15/10 | Strategy regarding trial preparation. | 1039 | L440 | 1.00 | 195.00 |
| 04/15/10 | Revise and edit Final Pretrial Order. | 1039 | L440 | 1.60 | 312.00 |
| 04/15/10 | Attend to errata sheets, exhibit log, and pretrial preparation. | 0712 | L140 | 4.60 | 736.00 |
| 04/15/10 | Review of transcript from deposition of J. Drass. | 0543 | L330 | 2.40 | 960.00 |
| 04/15/10 | Meeting with AH Wilcox and PG Eckenrode regarding preparation and planning for trial. | 0543 | L440 | 1.00 | 400.00 |
| 04/15/10 | Preparation and planning to present breach of contract claim at trial. | 0543 | L440 | 2.00 | 800.00 |
| 04/15/10 | Discussion with MJ Garvin and AH Wilcox regarding preparation and planning for trial, including presentation of various exhibits. | 0543 | L440 | 0.90 | 360.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096                                                         Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/16/10 | Meeting with B. Hendricks at Snap-on to assist in preparing him for his upcoming deposition. | 0543 | L330 | 1.50 | 600.00 |
| 04/16/10 | Attend to exhibits and trial details. | 0712 | L140 | 3.80 | 608.00 |
| 04/16/10 | Receipt and review of opinion and order regarding O'Neil's motion for summary judgment, forward to client. | 0774 | L240 | 2.20 | 671.00 |
| 04/16/10 | Discuss summary judgment ruling with RE Gaum. | 0774 | L330 | 1.00 | 305.00 |
| 04/18/10 | Draft stipulated facts for pretrial order. | 0774 | L430 | 2.30 | 701.50 |
| 04/19/10 | Defend deposition of Brian Hendrick. | 0774 | L330 | 3.20 | 976.00 |
| 04/19/10 | Meeting with RE Gaum to discuss summary judgment ruling, teleconference call with J.Heinz and RE Gaum regarding trial preparation, e-mail witnesses regarding trial attendance, forward deposition transcripts to J. Heinz, continue trial preparation, and correspond with client regarding supplementing discovery. | 0774 | L440 | 3.00 | 915.00 |
| 04/19/10 | Attention to extracting page 1 of each trial exhibit and combining. | 0787 | L440 | 1.00 | 160.00 |
| 04/19/10 | Print pdf package of page 1 of each exhibit and label with trial exhibit labels. | 0787 | L440 | 1.20 | 192.00 |
| 04/19/10 | Attend to errata sheets. | 0712 | L140 | 0.70 | 112.00 |
| 04/19/10 | Attend to deposition highlight designations for pretrial conference. | 0712 | L140 | 2.60 | 416.00 |
| 04/19/10 | Attend to daily transcript details for trial. | 0712 | L140 | 0.40 | 64.00 |
| 04/19/10 | Review of order from the district court denying-in-part and granting-in-part O'Neil's motion for summary judgment. | 0543 | L240 | 0.80 | 320.00 |
| 04/19/10 | Defended the deposition of B. Hendricks. | 0543 | L330 | 3.10 | 1,240.00 |
| 04/19/10 | Conference call with J. Heinz and AH Wilcox regarding trial preparation and planning. | 0543 | L440 | 0.90 | 360.00 |

# HAHN 🏛 LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096  Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/19/10 | Conference with AH Wilcox and PG Eckenrode regarding trial preparation and planning. | 0543 | L440 | 0.40 | 160.00 |
| 04/19/10 | Preparation of Power Point presentation for use in opening statement. | 0543 | L440 | 0.50 | 200.00 |
| 04/19/10 | Telephone discussion with J. Mordaunt, Snap-on's damages expert, regarding upcoming trial dates and times. | 0543 | L440 | 0.30 | 120.00 |
| 04/19/10 | Trial preparation, including revisions to final pre-trial order, review of witness testimony and identification of exhibits to be used at trial. | 1039 | L440 | 5.10 | 994.50 |
| 04/20/10 | Attention to issues with B. Hendrix acting as a witness for Snap-on. | 0543 | L440 | 0.20 | 80.00 |
| 04/20/10 | Attend to hotel accomodations for P. Eckenrode regarding trial. | 0712 | L440 | 0.80 | 128.00 |
| 04/20/10 | Trial preparation. | 0712 | L440 | 4.70 | 752.00 |
| 04/20/10 | Trial preparation, including identifying portions of witness depositions to potentially use for impeachment purposes. | 1039 | L440 | 5.00 | 975.00 |
| 04/20/10 | Strategy regarding motions in limine. | 1039 | L440 | 0.20 | 39.00 |
| 04/20/10 | Prepare list of proposed voir dire questions. | 1039 | L440 | 1.00 | 195.00 |
| 04/20/10 | Correspond with client regarding supplemental discovery and trial dates, continue draft stipulated facts, continue revisions to issue and evidence chart, provide supplemental discovery responses to O'Neil, discuss trial organization with TK Stefanich, forward deposition transcripts to witnesses for review, and call G Feezel regarding cold fusion logs. | 0774 | L440 | 4.00 | 1,220.00 |
| 04/20/10 | Attention to further labeling exhibits for trial and begin scanning on color copier. | 0787 | L440 | 1.50 | 240.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096                                                                 Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/21/10 | Correspond with client regarding deposition verifications, review P Eckinrode e-mail regarding motions in limine, review draft jury instructions, review C. Roberts deposition transcript, correspond with P Eckinrode regarding jury instructions and stipulated facts. | 0774 | L430 | 2.60 | 793.00 |
| 04/21/10 | Attend to sanction database for trial preparation. | 0712 | L140 | 4.10 | 656.00 |
| 04/21/10 | Review of e-mail from PG Eckenrode regarding potential motions in limine. | 0543 | L440 | 0.20 | 80.00 |
| 04/21/10 | Trial preparation, including completion of proposed voir dire questions, finalizing final pre-trial order, and strategy regarding order and selection of witnesses. | 1039 | L440 | 5.70 | 1,111.50 |
| 04/22/10 | Meeting with AH Wilcox and PG Eckenrode regarding trial preparation and planning. | 0543 | L440 | 0.70 | 280.00 |
| 04/22/10 | Attend to trial preparation. | 0712 | L440 | 3.10 | 496.00 |
| 04/22/10 | Attention to loading videos and transcripts into Sanction. | 0787 | L440 | 0.80 | 128.00 |
| 04/22/10 | Attend trial preparation meeting and review direct examination, correspond with client regarding deposition transcripts and witness availability, prepare examination questions for O'Neil witnesses. | 0774 | L440 | 2.30 | 701.50 |
| 04/22/10 | Trial preparation, including preparing direct examination questions for D. Schuler as if on cross-examination. | 1039 | L440 | 3.00 | 585.00 |
| 04/22/10 | Strategy regarding selection and order of witness. | 1039 | L440 | 1.00 | 195.00 |
| 04/22/10 | Revisions to proposed jury instructions and voir dire questions. | 1039 | L440 | 1.30 | 253.50 |
| 04/22/10 | Attention to making video clips in Sanction. | 0787 | L440 | 1.00 | 160.00 |

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096                                                                 Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/23/10 | Prepare direct examination questions for H. Cobb, correspond with client regarding witness availability, prepare direct examination questions, e-mail team meeting summary and next set of deadlines to P Eckenrode and RE Gaum, review document requests and response on damages. | 0774 | L440 | 3.80 | 1,159.00 |
| 04/23/10 | Attention to loading video and transcript into Sanction. | 0787 | L140 | 0.20 | 32.00 |
| 04/23/10 | Attend to trial preparation. | 0712 | L440 | 4.90 | 784.00 |
| 04/23/10 | Review of discovery requests and responses related to actual damages in preparation for trial. | 0543 | L440 | 1.10 | 440.00 |
| 04/23/10 | Prepare questions for direct examination of D. Schuler as if on cross-examination. | 1039 | L410 | 4.10 | 799.50 |
| 04/25/10 | Prepare direct examination of D. Schuler (as if on cross). | 1039 | L410 | 4.00 | 780.00 |
| 04/25/10 | Review D. Schuler's deposition transcript in preparing same. | 1039 | L410 | 2.00 | 390.00 |
| 04/26/10 | Prepare direct examination of J. Harvey. | 1039 | L410 | 3.50 | 682.50 |
| 04/26/10 | Review J. Harvey's deposition transcript in preparing same. | 1039 | L410 | 2.00 | 390.00 |
| 04/26/10 | Attention to extracting unmarked page 1 of trial exhibit and replacing with labeled. | 0787 | L440 | 1.00 | 160.00 |
| 04/26/10 | Prepare direct examination for H. Cobb, discuss alternate witnesses with B. Branch, correspond with P Eckinrode regarding witnesses, and continue preparation of direct examination of H. Cobb. | 0774 | L410 | 5.20 | 1,586.00 |
| 04/26/10 | Preparation of outlines and strategy for trial. | 0543 | L440 | 0.90 | 360.00 |
| 04/26/10 | Review and revisions to draft of final pretrial order. | 0543 | L440 | 0.80 | 320.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096                                               Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/26/10 | Review and revisions to draft of proposed jury instructions. | 0543 | L440 | 1.20 | 480.00 |
| 04/26/10 | Review of the transcript from the deposition of J. Harvey in order to prepare for direct examination at trial. | 0543 | L410 | 2.80 | 1,120.00 |
| 04/26/10 | Coordinate projects with RL Clossman regarding trial preparation. | 0712 | L440 | 0.30 | 48.00 |
| 04/26/10 | Attend to trial preparation. | 0712 | L440 | 3.10 | 496.00 |
| 04/26/10 | Attend to task list for trial preparation. | 0712 | L440 | 1.30 | 208.00 |
| 04/26/10 | Create individual trial preparation notebooks with relevant exhibits regarding the depositions of J. Drass, C. Roberts, J. Mordaunt, A. Coffman, and J. Harvey. | 1064 | L140 | 6.50 | 1,040.00 |
| 04/27/10 | Review and highlight H. Cobbs' 168 full page deposition preparing base data extracted from page references with correlating exhibits in preparation for TK Stefanich to build Sanction video clips for trial. | 1064 | L140 | 3.80 | 608.00 |
| 04/27/10 | Review and highlight S. Herrick's 200 full page deposition preparing base data extracted from page references with correlating exhibits in preparation for TK Stefanich to build Sanction video clips for trial. | 1064 | L140 | 3.20 | 512.00 |
| 04/27/10 | Preparation and planning for upcoming trial. | 0543 | L440 | 3.60 | 1,440.00 |
| 04/27/10 | Legal research on jury instructions for Snap-on's claims under the Computer Fraud and Abuse Act. | 0543 | L440 | 0.70 | 280.00 |
| 04/27/10 | Continue preparation of direct examination of J. Drass. | 0774 | L410 | 0.40 | 122.00 |
| 04/27/10 | Attend to trial preparation. | 0712 | L440 | 3.80 | 608.00 |

# HAHN ⓗ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096                                    Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 04/28/10 | Correspond with client regarding additional witnesses and digital pictures, continue preparation of direct examination of J. Drass, discuss trial preparation with RE Gaum, correspond with client regarding supplemental discovery questions, continue trial preparation. | 0774 | L440 | 4.30 | 1,311.50 |
| 04/28/10 | Prepare cross examination of S. Herrick. | 1039 | L410 | 3.00 | 585.00 |
| 04/28/10 | Review deposition testimony in preparing same. | 1039 | L410 | 2.00 | 390.00 |
| 04/28/10 | Attention to comparing highlighted mini transcript with full version. | 0787 | L330 | 0.10 | 16.00 |
| 04/28/10 | Attention to highlighting full version of transcript. | 0787 | L330 | 0.90 | 144.00 |
| 04/28/10 | Attention to preparing deposition chart of designated transcript line information. | 0787 | L330 | 0.40 | 64.00 |
| 04/28/10 | Prepare direct examination of G. Feezel. | 1039 | L410 | 2.30 | 448.50 |
| 04/28/10 | Review G. Feezel's deposition testimony in preparing same. | 1039 | L410 | 1.50 | 292.50 |
| 04/28/10 | Telephone discussion with J. Mordaunt, Snap-on's damages expert witness, regarding review of his deposition transcript. | 0543 | L420 | 0.20 | 80.00 |
| 04/28/10 | Review of model jury instructions for trade secret and copyright claims. | 0543 | L440 | 0.30 | 120.00 |
| 04/28/10 | Discussion with AH Wilcox regarding trial preparation and planning. | 0543 | L440 | 0.40 | 160.00 |
| 04/28/10 | Preparation of opening statement and Power Point presentation to be used during the opening statement. | 0543 | L440 | 1.40 | 560.00 |
| 04/28/10 | Attend to trial preparation. | 0712 | L440 | 3.90 | 624.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096　　　　　　　　　　　　　　　　　　　　　　　　Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/28/10 | Review and highlight D. Stackhouse's 150 full page deposition preparing base data extracted from page references with correlating exhibits in preparation for TK Stefanich to build Sanction video clips for trial. | 1064 | L140 | 3.50 | 560.00 |
| 04/28/10 | Revise and edit final pre-trial order, including jury instructions and voir dire questions. | 1039 | L440 | 3.50 | 682.50 |
| 04/28/10 | Trial preparation strategy, including review of which witnesses to be called. | 1039 | L440 | 0.50 | 97.50 |
| 04/29/10 | Revise proposed jury instructions to add additional instructions for Copyright Infringement and Misappropriation of Trade Secrets claims and perform research to find case law from the Ohio Supreme Court, Northern District of Ohio or Sixth Circuit Court of Appeals to support said instructions. | 1039 | L440 | 6.30 | 1,228.50 |
| 04/29/10 | Attend to sanction set up for trial. | 0712 | L440 | 2.10 | 336.00 |
| 04/29/10 | Attend to power point clips for RE Gaum review. | 0712 | L440 | 1.60 | 256.00 |
| 04/29/10 | Preparation of Power Point presentation for use with opening statement and preparation of the opening statement itself. | 0543 | L440 | 4.30 | 1,720.00 |
| 04/29/10 | Prepare cross examination of S. Herrick. | 1039 | L410 | 2.00 | 390.00 |
| 04/29/10 | Review Herrick's deposition transcript to prepare same. | 1039 | L410 | 1.00 | 195.00 |
| 04/29/10 | Further attention to comparing highlighted mini transcript with full version and highlighting same (Heilman, Gusler, Monzon, Moore and Schuler). | 0787 | L330 | 3.00 | 480.00 |
| 04/29/10 | Attention to preparing deposition chart of designated transcript line information. | 0787 | L330 | 1.80 | 288.00 |
| 04/29/10 | Continue preparation of direct examination of J Drass and trial preparation. | 0774 | L410 | 1.40 | 427.00 |

# HAHN LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096  Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/29/10 | Attention to highlighting Gusler deposition completely and Herrick deposition. | 0787 | L330 | 0.60 | 96.00 |
| 04/30/10 | Legal and factual research on copyright dates and potential for attorneys' fees under the Copyright Act. | 0543 | L440 | 1.50 | 600.00 |
| 04/30/10 | Review revised draft of final pretrial order, telephone conference with RE Gaum and A. Parker regarding case, continue preparation of direct examination of J. Drass, meeting with RE Gaum regarding trial preparation, telephone conference with RE Gaum and P Eckinrode regarding trial preparation, telephone conference with RE Gaum and J. Heinz, revise issue and evidence chart. | 0774 | L440 | 6.20 | 1,891.00 |
| 04/30/10 | Revise final pre-trial order, including proposed jury instructions. | 1039 | L440 | 3.00 | 585.00 |
| 04/30/10 | Strategy for trial preparation. | 1039 | L440 | 1.00 | 195.00 |
| 04/30/10 | Update chart with elements of Snap-on's claims to add testimony which will need to be developed at trial to support each element. | 1039 | L440 | 4.00 | 780.00 |
| 04/30/10 | Telephone discussion with A. Parker, counsel for O'Neil, and AH Wilcox regarding settlement offer from Defendant. | 0543 | L160 | 0.50 | 200.00 |
| 04/30/10 | Discussions with AH Wilcox and PG Eckenrode regarding overall trial preparation and planning. | 0543 | L440 | 0.90 | 360.00 |
| 04/30/10 | Telephone conference with J. Heinz and AH Wilcox regarding Defendants' most recent settlement offer and miscellaneous matters. | 0543 | L160 | 0.40 | 160.00 |
| 04/30/10 | Attend to trial preparation. | 0712 | L440 | 2.30 | 368.00 |
| 04/30/10 | Attend to view courtroom for technical set up. | 0712 | L440 | 1.60 | 256.00 |
| 04/30/10 | Conference with RE Gaum regarding trial issues. | 0541 | L440 | 0.10 | 42.00 |

# HAHN ⊕ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441096                                    Date: 05/25/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
|      | Costs Advanced                |         |      |       | Amount |
|      | Court Reporters               |         |      |   $   | 2,192.57 |
|      | Overnight Delivery/Messenger Service | | |       | 101.79 |
|      | Imaging                       |         |      |       | 15.40 |
|      | Meals                         |         |      |       | 9.65 |
|      | Outside Photocopy             |         |      |       | 177.51 |
|      |                               | TOTAL CURRENT COSTS | | $ | 2,496.92 |
|      |                               | CURRENT INVOICE DUE | | $ | 88,669.92 |
|      |                               | TOTAL BALANCE DUE | | $ | 88,669.92 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com