# HAHN ⬡ LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

| | |
|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. |
| Your Claim No.: | 4353 |
| Our File No.: | 008653.00368 |

### Invoice No. 441124        Date: 06/07/10
### SUMMARY OF CHARGES

#### Summary of Time

| Name | Init | Rate | Hours | Amount |
|---|---|---|---|---|
| Michael J. Garvin | MJG | $420/hr | 10.00 | 4,200.00 |
| R. Eric Gaum | REG | $400/hr | 155.60 | 62,240.00 |
| Amanda H. Wilcox | AHW | $305/hr | 119.70 | 36,508.50 |
| Phillip G. Eckenrode | PGE | $195/hr | 95.80 | 18,681.00 |
| Shannon V. McCue | SVM | $355/hr | 26.50 | 9,407.50 |
| Amy L. Allen | AA | $160/hr | 90.70 | 14,512.00 |
| R. Luke Clossman | RLC | $160/hr | 72.00 | 11,520.00 |
| Theresa K. Stefanich | TKS | $160/hr | 111.10 | 17,776.00 |
| | | TOTAL CURRENT FEES | | 174,845.00 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 47.90 | $ 14,609.50 |
| L120 | Analysis/Strategy | 4.10 | 1,455.50 |
| L140 | Document/File Management | 60.70 | 9,712.00 |
| L160 | Settlement/Non-Binding ADR | 3.80 | 1,453.50 |
| L190 | Other Case Assessment,Devel/Admin | 0.50 | 80.00 |
| L210 | Pleadings | 6.60 | 1,335.00 |
| L250 | Other Written Motions and Submissions | 27.60 | 8,518.00 |
| L320 | Document Production | 2.80 | 935.50 |
| L390 | Other Discovery | 0.20 | 84.00 |
| L410 | Fact Witnesses | 16.50 | 6,078.50 |
| L420 | Expert Witnesses | 1.60 | 640.00 |
| L430 | Written Motions and Submissions | 24.50 | 8,593.50 |
| L440 | Other Trial Preparation and Support | 312.00 | 76,247.00 |
| L450 | Trial and Hearing Attendance | 154.40 | 39,045.00 |
| L460 | Post-Trial Motions and Submissions | 14.50 | 4,578.00 |
| L470 | Enforcement | 3.70 | 1,480.00 |

# HAHN ◉ LOESER

<br>

Re:                 Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:       4353
Our File No.:         008653.00368

| Invoice No. 441124 | | Date: 06/07/10 |
|---|---|---|
| TOTAL CURRENT FEES: | 681.40 | $ 174,845.00 |
| TOTAL CURRENT COSTS: | | $ 17,081.11 |
| CURRENT INVOICE DUE: | | $ 191,926.11 |

# HAHN [HL] LOESER

Re:            Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:    4353
Our File No.:       008653.00368

Invoice No. 441124                  Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 05/03/10 | Attend to document production; attend to trial preparation. | 0712 | L440 | 4.70 | 752.00 |
| 05/03/10 | Attention to copyright production issue and conflicting registrations; discussions with SV McCue and AH Wilcox regarding the same; e-mail to A. Parker, counsel for O'Neil's, with supplemental document production related to corrected copyright registration. | 0543 | L440 | 3.70 | 1,480.00 |
| 05/03/10 | Review and revisions to proposed stipulation of facts pursuant to the Court's trial order. | 0543 | L430 | 1.60 | 640.00 |
| 05/03/10 | Continue trial preparation, including revisions to issue & evidence chart and revisions to draft stipulated facts. | 0774 | L440 | 4.70 | 1,433.50 |
| 05/03/10 | Attention to scanning documents for production. | 0787 | L320 | 0.10 | 16.00 |
| 05/03/10 | Attention to bates labeling documents for production. | 0787 | L320 | 0.10 | 16.00 |
| 05/03/10 | E-mail bates labeled documents to TK Stefanich. | 0787 | L320 | 0.10 | 16.00 |
| 05/03/10 | Conference with RE Gaum regarding discovery issue. | 0541 | L390 | 0.20 | 84.00 |
| 05/03/10 | Discuss copyright registration as it relates to damage and attorney fee issues in litigation with co-counsel. | 0950 | L120 | 0.30 | 106.50 |
| 05/03/10 | Review requests for production regarding copyright registration; gather and prepare copies of copyright registration materials; verify that materials had not been previously produced; and deliver documents to be produced to co-counsel. | 0950 | L320 | 2.00 | 710.00 |
| 05/04/10 | Conference with RE Gaum regarding trial questions. | 0541 | L440 | 0.10 | 42.00 |
| 05/04/10 | Prepare cross examination of J. Gusler for trial. | 1039 | L410 | 1.20 | 234.00 |

# HAHN LOESER

Re:           Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:    4353
Our File No.:     008653.00368

Invoice No. 441124                Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/04/10 | Attention to replacing copy with exhibit sticker with original exhibit sticker copy, | 0787 | L140 | 0.60 | 96.00 |
| 05/04/10 | E-mail client regarding witness preparation meeting, review O'Neil proposed stipulations of fact and e-mail comments to RE Gaum, and revise evidence chart. | 0774 | L440 | 3.80 | 1,159.00 |
| 05/04/10 | Discussion with TK Stefanich regarding use of trial presentation software in conjunction with electronic courtroom. | 0543 | L440 | 0.30 | 120.00 |
| 05/04/10 | Preparation for upcoming trial, review of evidence and presentation of the same at trial. | 0543 | L440 | 2.00 | 800.00 |
| 05/04/10 | Telephone discussion with B. Hendricks regarding attendance and testifying at trial; e-mail to Team regarding the same and issuing subpoena. | 0543 | L410 | 0.40 | 160.00 |
| 05/04/10 | Attend to pretrial preparation. | 0712 | L440 | 5.90 | 944.00 |
| 05/05/10 | Attend to trial preparation; attend to exhibit drafts for RE Gaum review. | 0712 | L440 | 3.60 | 576.00 |
| 05/05/10 | Attend to trial preparation; attend to exhibit labels for exhibits per trial order. | 0712 | L440 | 2.20 | 352.00 |
| 05/05/10 | Review of order denying request to reschedule time of final pretrial conference; voice message to A. Parker, counsel for O'Neil's, regarding the same; discussion with AH Wilcox regarding the same. | 0543 | L440 | 0.30 | 120.00 |
| 05/05/10 | E-mail to J. Heinz on responding to O'Neil's last settlement offer. | 0543 | L160 | 0.20 | 80.00 |
| 05/05/10 | Attention to preparation of exhibit list and stipulations of fact; discussion with AH Wilcox regarding the same. | 0543 | L440 | 2.30 | 920.00 |
| 05/05/10 | Telephone discussion with opposing counsel regarding settlement and miscellaneous issues. | 0543 | L160 | 0.30 | 120.00 |

# HAHN LOESER

Re:             Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:   4353
Our File No.:     008653.00368

Invoice No. 441124                                          Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 05/05/10 | Discussion with SV McCue and AH Wilcox regarding request for certified copy of copyright registration. | 0543 | L440 | 0.20 | 80.00 |
| 05/05/10 | Review and revisions to Snap-on's proposed jury instructions. | 0543 | L440 | 1.50 | 600.00 |
| 05/05/10 | Telephone conference with J. Heinz and AH Wilcox regarding settlement negotiations and miscellaneous matters. | 0543 | L160 | 0.30 | 120.00 |
| 05/05/10 | Continue trial preparation, continue revision to issue & evidence chart, review exhibits, discuss trial preparation with RE Gaum, telephone conference with RE Gaum and J. Heinz, correspond with client regarding performing software demonstration at trial. | 0774 | L440 | 5.30 | 1,616.50 |
| 05/05/10 | Attention to scanning trial exhibits on color printer as tiff images; attention to opening tiff images and saving in G drive. | 0787 | L440 | 4.00 | 640.00 |
| 05/05/10 | Divide document identified as SBS001308 through SBS002557 into documents used by expert witness J. Mordaunt to compile his report into the following designations in preparation to use as exhibits for trial - SBS001308 to SBS001892, SBS001893 to SBS002007, SBS002008 to SBS002029, SBS002030, SBS002031, SBS002032, SBS002033, SBS002034 to SBS002038, SBS002039 to SBS002270, and SBS002271 to SBS002277. | 1064 | L140 | 2.50 | 400.00 |

# HAHN ☰ LOESER

Re:      Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:      4353
Our File No.:      008653.00368

Invoice No. 441124          Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 05/05/10 | Continue to divide document identified as SBS001308 through SBS002557 into documents used by expert witness J. Mordaunt to compile his report into the following designations in preparation to use as exhibits for trial - SBS002278 to SBS002353, SBS002354 to SBS002409, SBS002410 to SBS002475, SBS002476 to SBS002509, SBS002510 to SBS002521, and SBS002522 to SBS002557. | 1064 | L140 | 2.90 | 464.00 |
| 05/05/10 | Discuss process for obtaining certified copy of registration with co-counsel, and attend to ordering certified copy of copyright registration from Copyright Office. | 0950 | L320 | 0.50 | 177.50 |
| 05/06/10 | Create DVDs of the video depositions of H. Cobb, J. Gusler, R. Heilman, and S. Herrick in preparation to submit to the court in preparation for trial. | 1064 | L140 | 3.50 | 560.00 |
| 05/06/10 | Create DVDs of the video depositions of A. Monzon, B. Moore, D. Schuler, and D. Stackhouse in preparation to submit to the court in preparation for trial. | 1064 | L140 | 3.70 | 592.00 |
| 05/06/10 | Revise and edit final pretrial order, including proposed jury instructions, voir dire questions, witness list, and nature of the parties' claims. | 1039 | L440 | 3.10 | 604.50 |
| 05/06/10 | Attention to reviewing exhibits, renaming and saving in G drive for loading into Sanction. | 0787 | L440 | 5.50 | 880.00 |
| 05/06/10 | Review revisions to pretrial order, discuss filing of exhibits with TK Stefanich, discuss settlement proposals with RE Gaum, coordinate witness preparation meetings, review revisions to final pretrial order, review O'Neil proposed stipulated facts and provide suggested revisions, correspond with opposing counsel regarding pretrial order. | 0774 | L430 | 6.20 | 1,891.00 |

# HAHN HL LOESER

Re:              Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:  4353
Our File No.:    008653.00368

Invoice No. 441124                                  Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 05/06/10 | Review and revisions to final pretrial order and proposed jury instructions. | 0543 | L430 | 2.70 | 1,080.00 |
| 05/06/10 | Attend to trial preparation. | 0712 | L440 | 5.40 | 864.00 |
| 05/06/10 | Telephone discussion with A. Parker, counsel for O'Neil's, regarding settlement; e-mail to J. Heinz regarding the same. | 0543 | L160 | 0.70 | 280.00 |
| 05/06/10 | Review and revisions to statement of facts in final pretrial order and other portions of the final pretrial order. | 0543 | L430 | 1.20 | 480.00 |
| 05/07/10 | Review of outline of testimony for J. Harvey; meeting with J. Harvey to prepare him to testify at trial. | 0543 | L410 | 3.80 | 1,520.00 |
| 05/07/10 | Telephone discussion with J. Heinz regarding settlement negotiations with O'Neil's. | 0543 | L160 | 0.30 | 120.00 |
| 05/07/10 | Preparation of witness list and summaries of expected testimony. | 0543 | L430 | 1.00 | 400.00 |
| 05/07/10 | Preparation of final pretrial statement; discussion with AH Wilcox regarding the same. | 0543 | L430 | 1.20 | 480.00 |
| 05/07/10 | Attention to O'Neil's's motion in limine to exclude use of copyright related documents. | 0543 | L440 | 1.10 | 440.00 |
| 05/07/10 | Legal research on Stored Wire Communication Act raised by Defendant in its portion of the final pretrial statement. | 0543 | L440 | 0.30 | 120.00 |
| 05/07/10 | Review draft pretrial order, prepare direct examination questions for B Hendricks, continue preparation of and revisions to final pretrial order, finalize joint pretrial order and file with Court. | 0774 | L430 | 6.50 | 1,982.50 |
| 05/07/10 | Playback DVDs of H. Cobb, J. Gusler, R. Heilman, S. Herrick, A. Monzon, B. Moore, and D. Schuler for correctness in format, exhibit reference links and visual clarity. | 1064 | L140 | 3.50 | 560.00 |

# HAHN ⬤ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441124                                         Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 05/07/10 | Create document to mirror Judge Gwin's template in preparation to electronically file plaintiff's witness list. | 1064 | L140 | 0.50 | 80.00 |
| 05/07/10 | Prepare brief in opposition to motion to exclude copyright registration. | 0950 | L250 | 5.50 | 1,952.50 |
| 05/07/10 | Playback DVD of D. Stackhouse for correctness in format, exhibit reference links and visual clarity. | 1064 | L140 | 0.60 | 96.00 |
| 05/07/10 | Review, convert, format documents, and electronically file final pretrial order with appendices a, b, and c. and add electronic copy to client matter pleadings folder and hard copy to pleadings bible. | 1064 | L140 | 2.20 | 352.00 |
| 05/09/10 | Prepare brief in opposition to motion to exclude copyright registration, and forward draft to co-counsel for review. | 0950 | L250 | 3.50 | 1,242.50 |
| 05/09/10 | Perform research in opposition to O'Neil's motion in limine regarding the Stored Wire and Communications Act. | 1039 | L210 | 2.50 | 487.50 |
| 05/09/10 | Continue preparation of direct examination of B. Hendricks and prepare direct examination for B. Heilman. | 0774 | L410 | 2.90 | 884.50 |
| 05/10/10 | Continue preparation for trial, review voir dire & jury instructions, finalize for filing, review PG Eckenrode draft response to Motion in Limine, review Herrick deposition transcript & designate additional material for use at trial, review draft opposition to O'Neil Motion in Limine to exclude Snap-on's copyright registration, continue direct examination of B. Hilman, and review revised opposition to Motion in Limine to exclude Snap-on's copyright registration. | 0774 | L110 | 7.40 | 2,257.00 |
| 05/10/10 | Attention to extracting new exhibits from pdf and exporting as tiffs. | 0787 | L440 | 4.00 | 640.00 |

| | | | | | |
|---|---|---|---|---|---|
| Re: | | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. | | | |
| Your Claim No.: | | 4353 | | | |
| Our File No.: | | 008653.00368 | | | |

Invoice No. 441124                                     Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/10/10 | Attention to locating documents on highlighted list for new exhibit numbers. | 0787 | L440 | 0.20 | 32.00 |
| 05/10/10 | Attention to printing first page of replacement exhibits and relabeling. | 0787 | L440 | 0.30 | 48.00 |
| 05/10/10 | Attention to scanning first pages on color scanner. | 0787 | L440 | 0.20 | 32.00 |
| 05/10/10 | Attention to replacing first page of unlabeled exhibits with scanned labeled exhibits. | 0787 | L440 | 0.70 | 112.00 |
| 05/10/10 | Attention to saving pdf version and tiff version in G drive. | 0787 | L440 | 0.80 | 128.00 |
| 05/10/10 | Attend to trial preparation; prepare video clips, exhibits; attend to documents and filing. | 0712 | L440 | 5.30 | 848.00 |
| 05/10/10 | Prepare memorandum in opposition to O'Neil's motion in limine regarding the Stored Wire and Communications Act. | 1039 | L210 | 3.80 | 741.00 |
| 05/10/10 | Prepare brief in opposition to motion in limine incorporating comments from co-counsel. | 0950 | L250 | 4.00 | 1,420.00 |
| 05/10/10 | Research in connection with brief in opposition to motion in limine. | 0950 | L250 | 3.50 | 1,242.50 |
| 05/10/10 | Review and revise notice of filing to accompany deposition. | 0950 | L210 | 0.30 | 106.50 |
| 05/10/10 | Prepare template of notice of manually filing depositions in preparation for submission to the court. | 1064 | L140 | 0.50 | 80.00 |
| 05/10/10 | Prepare attorney wi-fi registration forms for E. Gaum, A. Wilcox, T. Stefanich and L. Clossman in preparation for gaining access to the court's internet during trial. | 1064 | L140 | 0.70 | 112.00 |
| 05/10/10 | Record deposition excerpts of S. Herrick by page and line reference in preparation to build video clip to use during trial. | 1064 | L140 | 1.40 | 224.00 |

# HAHN ⬡ LOESER

| | |
|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. |
| Your Claim No.: | 4353 |
| Our File No.: | 008653.00368 |

Invoice No. 441124                                      Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/10/10 | Add court document numbers 58 through 80 to the matter centricity pleadings folder and add hard copies to pleadings bible. | 1064 | L140 | 4.10 | 656.00 |
| 05/11/10 | Create DVD of the video deposition of S. Herrick omitting all exhibits in preparation to submit record to the court. | 1064 | L140 | 0.70 | 112.00 |
| 05/11/10 | Research regarding Defendant's defense under 18 U.S.C. 2007. | 0950 | L120 | 1.30 | 461.50 |
| 05/11/10 | Prepare background materials regarding registration of automated database, and discuss the same with co-counsel. | 0950 | L250 | 0.80 | 284.00 |
| 05/11/10 | Trial strategy (.5); begin review of direct examinations to determine whether additional exhibits can be added to the same. (.9) | 1039 | L440 | 1.40 | 273.00 |
| 05/11/10 | Attend to trial preparation; attend to prepare for pretrial conference. | 0712 | L440 | 4.80 | 768.00 |
| 05/11/10 | Telephone call to and e-mails with the Court regarding rescheduling time of final pretrial conference. | 0543 | L440 | 0.20 | 80.00 |
| 05/11/10 | Review and revisions to opposition to motion in limine to exclude copyright documents. | 0543 | L440 | 1.00 | 400.00 |
| 05/11/10 | Telephone discussion with A. Parker, counsel for O'Neil, regarding jury instructions and definition of "unauthorized"; e-mail to team regarding the same. | 0543 | L440 | 1.10 | 440.00 |
| 05/11/10 | Preparation for trial including review of evidence and potential testimony. | 0543 | L440 | 2.40 | 960.00 |
| 05/11/10 | Attended the final pretrial conference. | 0543 | L450 | 3.70 | 1,480.00 |
| 05/11/10 | Further attention to deleting first page of trial exhibit and replacing with labeled color copy. | 0787 | L440 | 1.70 | 272.00 |
| 05/11/10 | Attention to exporting pdf of trial exhibit. | 0787 | L440 | 1.70 | 272.00 |

# HAHN Ⓗ LOESER

Re:             Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:     4353
Our File No.:       008653.00368

Invoice No. 441124                  Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/11/10 | Attention to saving full exhibit with color label as multipage tiff. | 0787 | L440 | 1.80 | 288.00 |
| 05/11/10 | E-mail opposing counsel regarding handling of exhibits, revise direct examination of J. Harvey, finish direct examination of R. Heilman, meet with client and attend Pre-trial conference. | 0774 | L110 | 7.80 | 2,379.00 |
| 05/12/10 | Attend trial preparation meeting with RE Gaum and PG Eckenrode, continua revisions to J. Harvey direct examination, meeting with TK Stefanich, e-mail J. Drass regarding net-compass demand, revise G. Feezel direct examination, review O'Neil's motion in limine to exclude indemnification agreements, review net-compass demonstration video, revise direct examination of H. Cobb. | 0774 | L110 | 7.30 | 2,226.50 |
| 05/12/10 | Attention to scanning first page of exhibits on color scanner. | 0787 | L440 | 0.10 | 16.00 |
| 05/12/10 | Attention to replacing page 1 of exhibits with color page 1 of exhibits. | 0787 | L440 | 0.50 | 80.00 |
| 05/12/10 | Attention to saving complete color exhibits. | 0787 | L440 | 0.50 | 80.00 |
| 05/12/10 | Attention to exporting complete color exhibits as pdf. | 0787 | L440 | 0.50 | 80.00 |
| 05/12/10 | Attention to renaming pdf's of exhibit 129. | 0787 | L440 | 0.20 | 32.00 |
| 05/12/10 | Attention to rotating certain pages of exhibits. | 0787 | L440 | 0.30 | 48.00 |
| 05/12/10 | Attention to combining multipage pdf's to complete exhibit 129 (680 pages) saving as pdf and tiff. | 0787 | L440 | 1.10 | 176.00 |
| 05/12/10 | Preparation for upcoming jury trial including review of evidence, depositions, testimony, and pleadings. | 0543 | L440 | 7.50 | 3,000.00 |

# HAHN LOESER

Re:          Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:     4353
Our File No.:       008653.00368

Invoice No. 441124                 Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/12/10 | Review of O'Neil's proposed verdict form and jury instructions. | 0543 | L430 | 0.90 | 360.00 |
| 05/12/10 | Discussion with MJ Garvin regarding voir dire and challenges. | 0543 | L440 | 0.40 | 160.00 |
| 05/12/10 | Review of designated deposition testimony of S. Herrick of Mitsubishi Caterpillar Forklift America. | 0543 | L410 | 1.40 | 560.00 |
| 05/12/10 | Preparation of direct examination of J. Mordaunt, Snap-on's damages expert witness. | 0543 | L420 | 1.60 | 640.00 |
| 05/12/10 | E-mail to J. Heinz regarding status update on trial preparation. | 0543 | L440 | 0.40 | 160.00 |
| 05/12/10 | Attend to trial preparation. | 0712 | L440 | 6.20 | 992.00 |
| 05/12/10 | Review of direct and cross examinations to add additional exhibits needed to develop case (3.0); strategy regarding use of exhibits at trial (1.0); revise and edit direct examination of J. Harvey (.8). | 1039 | L440 | 4.80 | 936.00 |
| 05/12/10 | Assist T. Stefanich with organization of documents in preparation for trial set for May 17, 2010. | 1064 | L140 | 5.00 | 800.00 |
| 05/12/10 | Discuss copyright issues and pretrial conference with co-counsel. | 0950 | L120 | 0.30 | 106.50 |
| 05/12/10 | Conferences with RE Gaum regarding trial issues. | 0541 | L440 | 0.70 | 294.00 |
| 05/12/10 | Record S. Herricks corresponding exhibits used during his deposition, organize and print out hard copies for A. Wilcox to review. | 1064 | L140 | 1.30 | 208.00 |
| 05/13/10 | Research and prepare memorandum in opposition to O'Neil's motion in limine seeking the exclusion of the indemnification agreement entered into between O'Neil and MCFA. | 1039 | L250 | 8.00 | 1,560.00 |

# HAHN ⬢ LOESER

Re: Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.: 4353
Our File No.: 008653.00368

Invoice No. 441124                                  Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|--------------------------------|---------|------|-------|--------|
| 05/13/10 | Several conferences with ER Gaum and AH Wilcox regarding trial issues. | 0541 | L440 | 0.80 | 336.00 |
| 05/13/10 | Telephone conversation with co-counsel regarding supplement to brief in opposition, perform research for supplemental brief and prepare supplemental brief. | 0950 | L250 | 2.30 | 816.50 |
| 05/13/10 | Attend to trial preparation; scan exhibits. | 0712 | L440 | 1.20 | 192.00 |
| 05/13/10 | Meetings at Snap-on with J. Drass and G. Feezel to prepare them for their upcoming testimony at trial. | 0543 | L410 | 6.30 | 2,520.00 |
| 05/13/10 | Review and revisions to opposition to motion in limine to exclude copyright documents. | 0543 | L430 | 1.10 | 440.00 |
| 05/13/10 | Review and revisions to opposition to motion in limine to exclude the Mitsubishi indemnity agreement. | 0543 | L430 | 0.90 | 360.00 |
| 05/13/10 | Preparation of opening statement and Power Point presentation. | 0543 | L430 | 1.20 | 480.00 |
| 05/13/10 | Review of A. Coffman deposition transcript. | 0543 | L410 | 0.50 | 200.00 |
| 05/13/10 | Attend to trial preparation; update trial binders. | 0712 | L440 | 0.40 | 64.00 |
| 05/13/10 | Attend to trial preparation; update exhibits. | 0712 | L440 | 0.90 | 144.00 |
| 05/13/10 | Attend to trial preparation; attend to sanction database. | 0712 | L440 | 3.40 | 544.00 |
| 05/13/10 | Attend to trial preparation; coordinate with vendors regarding trial. | 0712 | L440 | 0.60 | 96.00 |
| 05/13/10 | Attention to exporting pdf's from tiffs and saving. | 0787 | L440 | 1.50 | 240.00 |
| 05/13/10 | Further attention to replacing page 1 of exhibits with color scanned copies. | 0787 | L440 | 1.40 | 224.00 |
| 05/13/10 | Attention to preparing cover and spine for plaintiff's exhibit binders. | 0787 | L440 | 0.10 | 16.00 |

# HAHN ⬡ LOESER

Re:               Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:    4353
Our File No.:      008653.00368

### Invoice No. 441124                  Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 05/13/10 | E-mail Profile cover and spine. | 0787 | L440 | 0.10 | 16.00 |
| 05/13/10 | Attention to scanning subpoena for B. Hendricks. | 0787 | L440 | 0.10 | 16.00 |
| 05/13/10 | Phone and e-mail Cady Reporting to serve subpoena on B. Hendricks. | 0787 | L440 | 0.30 | 48.00 |
| 05/13/10 | Attention to hyperlinking exhibit list. | 0787 | L440 | 0.70 | 112.00 |
| 05/13/10 | E-mail Profile regarding attaching additional exhibits to blowback. | 0787 | L440 | 0.10 | 16.00 |
| 05/13/10 | Attention to reviewing exhibits and rotating specific pages to landscape from portrait. | 0787 | L440 | 0.50 | 80.00 |
| 05/13/10 | Attention to copying depositions into exhibit folder and renaming same. | 0787 | L440 | 0.50 | 80.00 |
| 05/13/10 | Attention to reviewing depositions and deleting word index and unexecuted signature pages. | 0787 | L440 | 6.00 | 960.00 |
| 05/13/10 | Attention to locating executed signature pages and inserting into complete depositions. | 0787 | L440 | 0.80 | 128.00 |
| 05/13/10 | Attention to printing and labeling additional exhibits and scanning. | 0787 | L440 | 0.30 | 48.00 |
| 05/13/10 | Attention to burning disc of exhibits for vendor to make copies for trial binders. | 0787 | L440 | 0.50 | 80.00 |
| 05/13/10 | Attend witness preparation meeting with J. Drass and G. Feezel at client facility, review Hennrick transcript designations and objections, discuss issues with RE Gaum, review draft opposition to O'Neil motion in limine regarding indemnification, e-mail additional witness and client regarding being called to testify and draft stipulated facts from Hennrick deposition. | 0774 | L110 | 9.60 | 2,928.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN LOESER

Re:              Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:    4353
Our File No.:     008653.00368

Invoice No. 441124              Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/14/10 | Trial preparation including preparation of examination questions, exhibits and other documents, finalize clips of Herrick deposition for use at trial, and review RE Gaum draft opening argument. | 0774 | L110 | 9.00 | 2,745.00 |
| 05/14/10 | Attention to viewing transcripts to add to video clip list. | 0787 | L440 | 0.70 | 112.00 |
| 05/14/10 | Further attention to replacing first page of exhibits with color scanned page and saving tiff and/or pdf. | 0787 | L440 | 4.80 | 768.00 |
| 05/14/10 | Attention to meeting Judge Gwin's law clerk at court for test run of technical equipment and questions. | 0787 | L440 | 0.50 | 80.00 |
| 05/14/10 | Attention to adding exhibit discs to binder sets. | 0787 | L440 | 0.50 | 80.00 |
| 05/14/10 | Attention to having binder sets couriered to courtroom for trial Monday. | 0787 | L440 | 1.00 | 160.00 |
| 05/14/10 | Further attention to hyperlinking plaintiff's exhibit list. | 0787 | L440 | 1.60 | 256.00 |
| 05/14/10 | E-mail trial team latest version of hyperlinked Plaintiff's exhibit list. | 0787 | L440 | 0.10 | 16.00 |
| 05/14/10 | Attend to trial preparation; finalize all deposition exhibits. | 0712 | L440 | 3.40 | 544.00 |
| 05/14/10 | Attend to trial preparation; meeting with court deputy regarding trial set up and procedures. | 0712 | L440 | 1.30 | 208.00 |
| 05/14/10 | Attend to trial preparation; coordinate with vendor regarding exhibits. | 0712 | L440 | 1.10 | 176.00 |
| 05/14/10 | Attend to trial preparation; file Hendricks certificate of service. | 0712 | L440 | 0.30 | 48.00 |
| 05/14/10 | Attend to trial preparation; attend to exhibit CD's for large exhibits. | 0712 | L440 | 1.10 | 176.00 |

# HAHN HL LOESER

Re:              Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:    4353
Our File No.:      008653.00368

Invoice No. 441124                             Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/14/10 | Preparation of opening statement and Power Point presentation for use with the same. | 0543 | L440 | 10.30 | 4,120.00 |
| 05/14/10 | Overall preparation for upcoming trial; multiple discussions with AH Wilcox and PG Eckenrode regarding the same. | 0543 | L440 | 1.70 | 680.00 |
| 05/14/10 | Meet with RE Gaum regarding AH Wilcox regarding trial preparation. | 0541 | L440 | 1.90 | 798.00 |
| 05/14/10 | Add court document numbers 95 through 101 to matter centricity pleadings folder and hard copies to pleadings bible and add selective documents to E. Gaum and A. Wilcox's trial binders with custom tabs. | 1064 | L140 | 1.90 | 304.00 |
| 05/15/10 | Research regarding joint ownership of a compilation, and report to co-counsel. | 0950 | L120 | 2.20 | 781.00 |
| 05/15/10 | Trial preparation, including direct and cross examinations, assistance with preparation of opening statement, perform research in support of arguing motions in limine, and other general tasks related to preparing for upcoming trial. | 1039 | L440 | 9.00 | 1,755.00 |
| 05/15/10 | Preparation of opening statement and Power Point presentation to be used in the opening. | 0543 | L440 | 4.50 | 1,800.00 |
| 05/15/10 | Overall trial preparation including review of evidence, witness testimony, exhibits, opening statement, and multiple pretrial motions in limine. | 0543 | L440 | 10.50 | 4,200.00 |
| 05/15/10 | Attend to trial preparation; attend to deposition video of Herrick, attend to sync exhibits to video. | 0712 | L440 | 3.10 | 496.00 |
| 05/15/10 | Attend to trial preparation; attend to duration list and update video clips. | 0712 | L440 | 0.80 | 128.00 |
| 05/15/10 | Attention to updating deposition clip list. | 0787 | L440 | 0.20 | 32.00 |
| 05/15/10 | Attention to reviewing e-mail exhibits for complete attachments. | 0787 | L440 | 1.50 | 240.00 |

# HAHN LOESER

Re:                     Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:         4353
Our File No.:           008653.00368

### Invoice No. 441124                                    Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/15/10 | Further attention to printing pdf exhibits to tiff images and saving in G drive. | 0787 | L440 | 0.80 | 128.00 |
| 05/15/10 | Continue trial preparation including examination of witnesses, finalize S. Herrick deposition clips for use at trial, e-mail text of deposition excerpts to opposing counsel with deposition stipulations to read into record, review evidence hearsay rules and exceptions for objected-to exhibits, revise direct examination question outlines. | 0774 | L110 | 6.80 | 2,074.00 |
| 05/16/10 | Continue trial preparation, including preparation of witness examination outlines, review of hearsay exceptions, review of motions in limine filed by O'Neil, telephone conference with B. Hendricks to prepare witness. | 0774 | L440 | 6.60 | 2,013.00 |
| 05/16/10 | Attention to redacting exhibits for trial. | 0787 | L440 | 0.30 | 48.00 |
| 05/16/10 | Attention to saving redacted exhibits. | 0787 | L440 | 0.20 | 32.00 |
| 05/16/10 | Further attention to printing pdf exhibits to tiff images and saving in G drive. | 0787 | L440 | 0.20 | 32.00 |
| 05/16/10 | Attention to reviewing 'Mordaunt documents considered' and locating exhibit numbers. | 0787 | L440 | 0.30 | 48.00 |
| 05/16/10 | Attention to revising 'Mordaunt documents considered.' | 0787 | L440 | 0.20 | 32.00 |
| 05/16/10 | Attention to e-mailing 'Mordaunt documents considered' to TK Stefanich. | 0787 | L440 | 0.10 | 16.00 |
| 05/16/10 | Attention to printing direct and cross examinations and exhibits for the assembly of binders. | 0787 | L440 | 6.00 | 960.00 |
| 05/16/10 | Attention to preparing covers and spines for binders. | 0787 | L440 | 1.00 | 160.00 |
| 05/16/10 | Attend to finalize all trial preparation. | 0712 | L440 | 8.20 | 1,312.00 |
| 05/16/10 | Attend to new trial exhibits. | 0712 | L440 | 2.10 | 336.00 |

# HAHN HL LOESER

Re:               Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:     4353
Our File No.:       008653.00368

Invoice No. 441124                      Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/16/10 | Edit images for RE Gaum opening power point presentation. | 0712 | L440 | 1.30 | 208.00 |
| 05/16/10 | Attend to expert exhibits. | 0712 | L440 | 1.30 | 208.00 |
| 05/16/10 | Attend to trial organization. | 0712 | L440 | 2.10 | 336.00 |
| 05/16/10 | Attend to review and update video transcript. | 0712 | L440 | 2.10 | 336.00 |
| 05/16/10 | Preparation of opening statement and Power Point presentation to be used in the opening. | 0543 | L440 | 2.60 | 1,040.00 |
| 05/16/10 | Overall trial preparation including review of evidence, witness testimony, exhibits, opening statement, and multiple pretrial motions in limine. | 0543 | L440 | 12.30 | 4,920.00 |
| 05/16/10 | Trial preparation, including outlines for motions in limine argument, revision to direct examination of O'Neil witnesses, assistance with opening statement, identification and review of exhibits, and other issues related to preparation for trial. | 1039 | L440 | 13.00 | 2,535.00 |
| 05/16/10 | Assist E. Gaum, A. Wilcox, and P. Eckenrode in preparing for trial set for May 17, 2010. | 1064 | L140 | 9.00 | 1,440.00 |
| 05/16/10 | Review draft opening statement; meet with team for run through. | 0541 | L440 | 3.30 | 1,386.00 |
| 05/17/10 | Work on closing argument; conference with RE Gaum. | 0541 | L440 | 1.50 | 630.00 |
| 05/17/10 | Attention to assisting at trial. | 0787 | L440 | 10.50 | 1,680.00 |
| 05/17/10 | Attend and assist E. Gaum, A. Wilcox, and P. Eckenrode at trial in Judge Gwin's courtroom. | 1064 | L450 | 9.00 | 1,440.00 |
| 05/17/10 | Prepare for and attend day one of jury trial (motions in limine, voir dire, opening statement, and testimony of J. Harvey, J. Drass, B. Hendricks, and B. Heilman. | 1039 | L450 | 10.50 | 2,047.50 |
| 05/17/10 | Preparation for day two of trial (witnesses and exhibits). | 1039 | L440 | 4.00 | 780.00 |

# HAHN ⊕ LOESER

HL

Re:        Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:   4353
Our File No.:    008653.00368

Invoice No. 441124                Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|--------------------------------|---------|------|-------|--------|
| 05/17/10 | Preparation of opening statement and Power Point presentation to be used for the same. | 0543 | L440 | 1.90 | 760.00 |
| 05/17/10 | First day of trial. | 0543 | L450 | 10.60 | 4,240.00 |
| 05/17/10 | Preparation for second day of trial. | 543 | 440 | 2.00 | 800.00 |
| 05/17/10 | Assist at trial. | 0712 | L450 | 10.00 | 1,600.00 |
| 05/17/10 | Prepare for and attend trial, trial preparation for next day, including review of transcript and discussion with RE Gaum. | 0774 | L450 | 12.10 | 3,690.50 |
| 05/18/10 | Prepare for and attend trial and attend post-trial meetings regarding closing arguments, prepare draft portions of closing arguments. | 0774 | L450 | 13.20 | 4,026.00 |
| 05/18/10 | Assist at trial. | 0712 | L450 | 10.20 | 1,632.00 |
| 05/18/10 | Attend to condense trial exhibits for submission. | 0712 | L440 | 0.30 | 48.00 |
| 05/18/10 | Preparation for second day of trial. | 0543 | L440 | 2.50 | 1,000.00 |
| 05/18/10 | Second day of trial. | 0543 | L450 | 9.30 | 3,720.00 |
| 05/18/10 | Preparation for third day of trial including closing arguments and Power Point presentation to be used as part of closing. | 0543 | L440 | 7.80 | 3,120.00 |
| 05/18/10 | Plan for and attend day two of trial (witnesses G. Feezel, J. Mordaunt) and O'Neil's case-in-chief. | 1039 | L450 | 10.00 | 1,950.00 |
| 05/18/10 | Attend and assist E. Gaum, A. Wilcox, and P. Eckenrode at trial in Judge Gwin's courtroom. | 1064 | L450 | 9.00 | 1,440.00 |
| 05/18/10 | Attention to assisting at trial. | 0787 | L440 | 9.70 | 1,552.00 |
| 05/18/10 | Several conferences with team regarding closing, jury instructions. | 0541 | L440 | 0.60 | 252.00 |
| 05/18/10 | Preparation for day three of trial. | 1039 | L440 | 8.50 | 1,657.50 |
| 05/19/10 | Prepare for and attend day three of trial (O'Neil's expert, R. Kemmerer), closing arguments, and jury verdict. | 1039 | L450 | 10.00 | 1,950.00 |

# HAHN ⬡ LOESER

|  |  |  |
|---|---|---|
| Re: | Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc. | |
| Your Claim No.: | 4353 | |
| Our File No.: | 008653.00368 | |

### Invoice No. 441124

Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/19/10 | Return portions of the case file and copies of exhibit binders to the office. | 1064 | L190 | 0.50 | 80.00 |
| 05/19/10 | Add court documents 102 through 112 to matter centricity pleadings folder and hard copies to pleadings bible. | 1064 | L140 | 1.20 | 192.00 |
| 05/19/10 | Conferences with RE Gaum regarding jury instruction issues. | 0541 | L440 | 0.50 | 210.00 |
| 05/19/10 | Attend and assist E. Gaum, A. Wilcox, and P. Eckenrode at trial in Judge Gwin's courtroom. | 1064 | L450 | 4.80 | 768.00 |
| 05/19/10 | Third day of trial; closing arguments; jury deliberations; judgment for Snap-on. | 0543 | L450 | 10.50 | 4,200.00 |
| 05/19/10 | Assist at trial. | 0712 | L450 | 6.40 | 1,024.00 |
| 05/19/10 | Prepare for and attend day three of trial. | 0774 | L450 | 9.80 | 2,989.00 |
| 05/19/10 | Attention to assisting at trial. | 0787 | L450 | 5.30 | 848.00 |
| 05/20/10 | Phone/e-mail G. Mackey, Courtroom Deputy regarding e-mailing plaintiff's admitted exhibits list and retrieving defendant's copy of exhibit binders. | 0787 | L440 | 0.20 | 32.00 |
| 05/20/10 | Attention to going to court to retrieve defendant's copy of exhibit binders. | 0787 | L440 | 1.00 | 160.00 |
| 05/20/10 | Attention to disassembling exhibit binders for shredding (confidential). | 0787 | L440 | 3.10 | 496.00 |
| 05/20/10 | Attend to clean up of trial documents. | 0712 | L140 | 1.60 | 256.00 |
| 05/21/10 | Attend to finalize file clean up. | 0712 | L140 | 3.50 | 560.00 |
| 05/21/10 | Attend to documents to be destroyed; attend to file organization. | 0712 | L140 | 2.80 | 448.00 |
| 05/21/10 | Attend to finalize bills and invoices. | 0712 | L140 | 0.40 | 64.00 |
| 05/21/10 | Coordinate with vendor regarding trial exhibit binders. | 0712 | L140 | 0.30 | 48.00 |

# HAHN LOESER

Re:            Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:      4353
Our File No.:        008653.00368

Invoice No. 441124                              Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 05/21/10 | Attention to disassembling direct cross examination binders for shredding (confidential). | 0787 | L440 | 0.50 | 80.00 |
| 05/21/10 | Attention to discarding trial documents for shredding (confidential). | 0787 | L440 | 0.50 | 80.00 |
| 05/21/10 | Attention to general trial clean up. | 0787 | L440 | 2.00 | 320.00 |
| 05/21/10 | Add court documents 113 through 115 to matter centricity folder and hard copies to pleadings bible, update entire pleadings index in preparation for closing case. | 1064 | L140 | 3.50 | 560.00 |
| 05/24/10 | Perform research regarding whether attorneys' fees can be awarded following general jury verdict. | 1039 | L460 | 0.50 | 97.50 |
| 05/24/10 | Conference with RE Gaum regarding post-trial strategies. | 0541 | L460 | 0.40 | 168.00 |
| 05/24/10 | Review correspondence regarding settlement discussions with O'Neil. | 0774 | L160 | 0.70 | 213.50 |
| 05/24/10 | Finalize bills and invoices outstanding. | 0712 | L140 | 0.20 | 32.00 |
| 05/24/10 | Attend to review collection policy for Montgomery County. | 0712 | L140 | 0.40 | 64.00 |
| 05/24/10 | E-mail to J. Heinz answering questions related to collecting on judgment. | 0543 | L470 | 0.90 | 360.00 |
| 05/24/10 | Discussion with MJ Garvin regarding collection of judgment and attorneys' fee issue. | 0543 | L470 | 0.80 | 320.00 |
| 05/24/10 | Telephone discussion with A. Parker, counsel for O'Neil, regarding potential quick resolution of case. | 0543 | L160 | 0.60 | 240.00 |
| 05/24/10 | Legal research on recovering attorneys' fees for breach of EULA based on general verdict. | 0543 | L470 | 0.80 | 320.00 |

# HAHN ◯ LOESER

Re:                  Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:      4353
Our File No.:         008653.00368

### Invoice No. 441124                  Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 05/24/10 | Discussion with TK Stefanich regarding FRCP 62(a) and its mandatory 14 day stay of execution of judgment; e-mail to J. Heinz regarding the same. | 0543 | L470 | 0.30 | 120.00 |
| 05/25/10 | Telephone discussion with J. Heinz regarding potential settlement. | 0543 | L160 | 0.30 | 120.00 |
| 05/25/10 | Attend to detailed memo regarding collection process for client consideration. | 0712 | L140 | 0.90 | 144.00 |
| 05/25/10 | E-mail to TK Stefanich regarding outline of collection process. | 0543 | L470 | 0.60 | 240.00 |
| 05/25/10 | Telephone discussion with A. Parker, counsel for O'Neil's, regarding potential settlement. | 0543 | L160 | 0.40 | 160.00 |
| 05/25/10 | Perform research regarding whether attorneys' fees can be awarded for breach of contract following general verdict. | 1039 | L460 | 4.10 | 799.50 |
| 05/26/10 | Perform research regarding whether Snap-on can still pursue injunctive relief relative to O'Neil's use of the data at issue despite being awarded damages by the jury. | 1039 | L460 | 1.40 | 273.00 |
| 05/26/10 | Review of fax from MCFA providing notice of termination of the License and other agreements; e-mail to J. Heinz regarding the same. | 0543 | L460 | 1.10 | 440.00 |
| 05/26/10 | Discussion with TK Stefanich regarding preparation of bill of costs as prevailing party. | 0543 | L460 | 0.20 | 80.00 |
| 05/26/10 | Review of judgment collection process and e-mail to J. Heinz regarding the same. | 0543 | L460 | 0.40 | 160.00 |
| 05/26/10 | Legal research on recovering attorneys' fees based on provisions in form agreements. | 0543 | L460 | 0.90 | 360.00 |
| 05/26/10 | Attend to follow up regarding daily transcript. | 0712 | L140 | 0.20 | 32.00 |
| 05/26/10 | Attend to cost log details. | 0712 | L140 | 1.10 | 176.00 |

# HAHN LOESER

Re:              Snap-on Business Solutions, Inc. v. O'Neil & Assoc., Inc.
Your Claim No.:        4353
Our File No.:          008653.00368

Invoice No. 441124                  Date: 06/07/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 05/27/10 | Legal research on legal fees as damages and how a general verdict is interpreted when trying to decide legal fees under one of several claims. | 0543 | L460 | 4.60 | 1,840.00 |
| 05/28/10 | Legal research on general verdicts and form contracts; discussion with PG Eckenrode regarding the same. | 0543 | L460 | 0.90 | 360.00 |
| 05/28/10 | Discussion with TK Stefanich regarding preparation of the bill of costs. | 0543 | L470 | 0.30 | 120.00 |

| Costs Advanced | | Amount |
|----------------|---|--------|
| Color Reproduction | $ | 5.00 |
| Court Reporters | | 3,551.00 |
| Overnight Delivery/Messenger Service | | 21.69 |
| Imaging | | 44.60 |
| Local Counsel Fees | | 8,504.05 |
| Lexis | | 320.27 |
| Meals | | 174.32 |
| Outside Photocopy | | 4,418.18 |
| Parking | | 42.00 |

|  |  |  |
|---|---|---|
| TOTAL CURRENT COSTS | $ | 17,081.11 |
| CURRENT INVOICE DUE | $ | 191,926.11 |
| TOTAL BALANCE DUE | $ | 191,926.11 |

**HAHN LOESER & PARKS LLP**
200 Public Square   Suite 2800   Cleveland, OH   44114-2316   phone 216.621.0150   fax 216.241.2824   hahnlaw.com