# HAHN ⊕ LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

| | |
|---|---|
| Re: | Snap-On Business Solutions, Inc. |
| | Database Copyright Registration |
| Your Claim No.: | 4353 |
| Our File No.: | 008653.00369 |

Invoice No. 421236                                    Date: 08/26/09

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Shannon V. McCue | SVM | $355/hr | 9.00 | 3,195.00 |
| Amanda H. Wilcox | AHW | $305/hr | 0.20 | 61.00 |
| | | TOTAL CURRENT FEES | | 3,256.00 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| I210 | Drafting of Application | 7.10 | $ 2,520.50 |
| I290 | Other Application Preparation | 0.90 | 319.50 |
| I310 | Filing | 0.30 | 106.50 |
| I330 | Examination | 0.70 | 248.50 |
| I360 | Status Inquiry | 0.20 | 61.00 |
| | TOTAL CURRENT FEES: | 9.20 | $ 3,256.00 |
| | CURRENT INVOICE DUE: | | $ 3,256.00 |

# HAHN ⬢ LOESER

Re: Snap-On Business Solutions, Inc.
Database Copyright Registration
Your Claim No.: 4353
Our File No.: 008653.00369

Invoice No. 421236                                          Date: 08/26/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/19/09 | Research copyright deposit requirements for automated database and report requirements to Snap-On. | 0950 | I210 | 2.50 | 887.50 |
| 07/02/09 | Telephone conversations with client regarding information needed for copyright application. | 0950 | I210 | 0.60 | 213.00 |
| 07/02/09 | Review information provided by client with client. | 0950 | I210 | 1.00 | 355.00 |
| 07/02/09 | Correspond with co-counsel regarding copyright application. | 0950 | I210 | 0.30 | 106.50 |
| 07/14/09 | Prepare copyright application and request for expedited handling. | 0950 | I210 | 1.50 | 532.50 |
| 07/14/09 | Prepare deposit for copyright office. | 0950 | I210 | 1.20 | 426.00 |
| 07/15/09 | Attend to filing copyright application. | 0950 | I310 | 0.30 | 106.50 |
| 07/17/09 | Follow up with SV McCue regarding copyright filing. | 0774 | I360 | 0.20 | 61.00 |
| 07/27/09 | Review correspondence from copyright examiner requesting additional information. | 0950 | I330 | 0.30 | 106.50 |
| 07/27/09 | Telephone conversation with examiner regarding details of information requested. | 0950 | I330 | 0.40 | 142.00 |
| 07/27/09 | Send request for additional information to client. | 0950 | I290 | 0.30 | 106.50 |
| 07/30/09 | Review additional materials relating to MCFA copyright application. | 0950 | I290 | 0.30 | 106.50 |
| 07/30/09 | Discuss additional materials with B. Branch. | 0950 | I290 | 0.20 | 71.00 |
| 07/30/09 | Correspondence to client with example description for copyright office. | 0950 | I290 | 0.10 | 35.50 |

Costs Advanced                                                        Amount

# HAHN LOESER

Re:                Snap-On Business Solutions, Inc.
                   Database Copyright Registration
Your Claim No.:    4353
Our File No.:      008653.00369

    Invoice No. 421236                                                Date: 08/26/09

|  | | |
|---|---|---|
| TOTAL CURRENT COSTS | $ | 0.00 |
| CURRENT INVOICE DUE | $ | 3,256.00 |
| TOTAL BALANCE DUE | $ | 3,256.00 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

| | |
|---|---|
| Re: | Snap-On Business Solutions, Inc. |
| | Database Copyright Registration |
| Your Claim No.: | 4353 |
| Our File No.: | 008653.00369 |

Invoice No. 423659　　　　　　　　　　　　　　　　Date: 09/29/09

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Shannon V. McCue | SVM | $355/hr | 8.70 | 3,088.50 |
| Amanda H. Wilcox | AHW | $305/hr | 0.20 | 61.00 |
| | | TOTAL CURRENT FEES | | 3,149.50 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| I110 | Searches and Oppinion | 8.30 | $ 2,946.50 |
| I330 | Examination | 0.40 | 142.00 |
| I990 | Other Miscellaneous | 0.20 | 61.00 |
| | TOTAL CURRENT FEES: | 8.90 | $ 3,149.50 |
| | CURRENT INVOICE DUE: | | $ 3,149.50 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ⊕ LOESER

Re: Snap-On Business Solutions, Inc.
Database Copyright Registration
Your Claim No.: 4353
Our File No.: 008653.00369

Invoice No. 423659                                Date: 09/29/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/03/09 | Review additional materials for copyright application from client, and discuss additional materials with client. | 0950 | I110 | 1.30 | 461.50 |
| 08/03/09 | Add table descriptions to materials provided by client in preparation of response to copyright office. | 0950 | I110 | 2.20 | 781.00 |
| 08/03/09 | Conference with S. McCue regarding status of copyright application. | 0774 | I990 | 0.20 | 61.00 |
| 08/04/09 | Prepare response to copyright office. | 0950 | I110 | 2.00 | 710.00 |
| 08/04/09 | Review compact disk with additional information for copyright office from client, and write to client regarding additional information. | 0950 | I110 | 0.80 | 284.00 |
| 08/05/09 | Finalize response to copyright office and file response with copyright office by Express Mail. | 0950 | I110 | 2.00 | 710.00 |
| 08/13/09 | Review and respond to correspondence from copyright examiner regarding preexisting material in database. | 0950 | I330 | 0.40 | 142.00 |

Costs Advanced                                                                                  Amount

TOTAL CURRENT COSTS         $       0.00

CURRENT INVOICE DUE         $   3,149.50

TOTAL BALANCE DUE           $   3,149.50

# HAHN ⊞ LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

    Re:               Snap-On Business Solutions, Inc.
                      Database Copyright Registration
    Your Claim No.:     4353
    Our File No.:        008653.00369

Invoice No. 424465                                     Date: 10/13/09
SUMMARY OF CHARGES

Summary of Time

| | | | | |
|---|---|---|---|---|
| Shannon V. McCue | SVM | $355/hr | 0.40 | 142.00 |
| Amanda H. Wilcox | AHW | $305/hr | 0.10 | 30.50 |
| | | TOTAL CURRENT FEES | | 172.50 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| I120 | Infringement Investigation | 0.40 | $ 142.00 |
| I990 | Other Miscellaneous | 0.10 | 30.50 |
| | TOTAL CURRENT FEES: | 0.50 | $ 172.50 |
| | CURRENT INVOICE DUE: | | $ 172.50 |

# HAHN 🔲 LOESER

Re: Snap-On Business Solutions, Inc.
Database Copyright Registration
Your Claim No.: 4353
Our File No.: 008653.00369

Invoice No. 424465                                        Date: 10/13/09

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/09/09 | Meet with co-counsel to discuss scope of copyright application. | 0950 | I120 | 0.40 | 142.00 |
| 09/16/09 | Follow up with S McCue regarding copyright memorandum. | 0774 | I990 | 0.10 | 30.50 |

Costs Advanced                                                                  Amount

|  |  |  |
|---|---|---|
| TOTAL CURRENT COSTS | $ | 0.00 |
| CURRENT INVOICE DUE | $ | 172.50 |
| TOTAL BALANCE DUE | $ | 172.50 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

# HAHN ⊕ LOESER

Snap-On Business Solutions, Inc.
Attn: Gerald J. Heinz, Corporate Counsel
2801 80th Street
Kenosha, WI 53141-1410

    Re:               Snap-On Business Solutions, Inc.
                     Database Copyright Registration
    Your Claim No.:    4353
    Our File No.:      008653.00369

Invoice No. 431853                         Date: 01/21/10
SUMMARY OF CHARGES

Summary of Time

| | | | | |
|---|---|---|---|---|
| Shannon V. McCue | SVM | $355/hr | 0.50 | 177.50 |
| | | TOTAL CURRENT FEES | | 177.50 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| I390 | Other Prosecution/Registration | 0.50 | $ 177.50 |
| | TOTAL CURRENT FEES: | 0.50 | $ 177.50 |
| | CURRENT INVOICE DUE: | | $ 177.50 |

HAHN LOESER

HAHN LOESER & PARKS LLP
200 Public Square   Suite 2800   Cleveland, OH  44114-2316   phone 216.621.0150   fax 216.241.2824   hahnlaw.com

# HAHN LOESER

Re: Snap-On Business Solutions, Inc.
Database Copyright Registration
Your Claim No.: 4353
Our File No.: 008653.00369

Invoice No. 431853                                                Date: 01/21/10

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/29/09 | Correspond with copyright examiner regarding correction of copyright certificate. | 0950 | I390 | 0.50 | 177.50 |

| Costs Advanced | | Amount |
|---|---|---|
| | TOTAL CURRENT COSTS | $ 0.00 |
| | CURRENT INVOICE DUE | $ 177.50 |
| | TOTAL BALANCE DUE | $ 177.50 |

HAHN LOESER & PARKS LLP
200 Public Square  Suite 2800  Cleveland, OH  44114-2316  phone 216.621.0150  fax 216.241.2824  hahnlaw.com