

February 10, 2010

R. Eric Gaum, Esq.
Hahn Loeser + Parks LLP
200 Public Square
Suite 2800
Cleveland, OH 44114-2316

Snap-On
008653.00368
*Eric H*
2-11-10

## Statement of Retainer

For Consulting Services Related to Snap-On Business Solutions, Inc. v. O'Neil & Associates      $15,000.00

If you have any comments or questions, please do not hesitate to contact Jeff Mordaunt at (216) 373-2995. Please note that receipt of this retainer amount and a signed engagement letter is required prior to the commencement of our work, and that the retainer will be applied against the final invoice issued in this matter.

Please remit to:

| Stout Risius Ross, Inc. | | Stout Risius Ross, Inc. |
| --- | --- | --- |
| 4000 Town Center | | Fifth Third Bank |
| 20th Floor | - or - | Wire ABA Number 042000314 |
| Southfield, MI 48075 | | ACH ABA Number 072405455 |
| | | Account Number 7911786619 |

Sincerely,

**STOUT RISIUS ROSS, INC.**

**Payable Upon Receipt**

FED ID 38-3003685

LOCATION _____
DEPARTMENT _____
TIMEKEEPER _____
ACCOUNT NO. 19990
MATTER NO. 8653.368
APPROVED BY *DAW*
DATE 2.11.10

183377

600 Superior Avenue East, Suite 1700
Cleveland, OH 44114
ph. 216 685-5000
fax 216 685-5001
www.srr.com

March 10, 2010

R. Gaum, Esq.
Hahn Loeser & Parks LLP
200 Public Square Suite 2800
Cleveland, OH 44114-2316



In Reference To: Snap-On Business Solutions, Inc. v. O'Neil & Associates
Matter #: 2218658
Invoice #: 57202

|  | Amount |
|---|---|
| For Professional Services Rendered | $19,416.25 |
| Total Out-of-Pocket Expenses | $0.00 |
| Total Amount of This Bill | $19,416.25 |
| Previous Balance | $0.00 |
| Balance Due | $19,416.25 |

The retainer will be applied to the final invoice.

*8653.368*

− 10,000⁰⁰

balance 9,416.25

Ry OK to Pay

185267

Please include the matter number and invoice number with your payment. If you have any questions, contact Accounts Receivable at 248-208-8800.

Please remit check and invoice copy to:

STOUT RISIUS ROSS, INC.
4000 Town Center, 20th Floor
Southfield, MI 48075

Payments may be made electronically to:

STOUT RISIUS ROSS, INC.
Fifth Third Bank
ACH ABA Number 072405455
Wire ABA Number 042000314
Account Number 7911786619

**Invoice Payable Upon Receipt**
Fed ID 38-3003685



March 10, 2010

R. Gaum, Esq.
Hahn Loeser & Parks LLP
200 Public Square Suite 2800
Cleveland, OH 44114-2316

In Reference To: Snap-On Business Solutions, Inc. v. O'Neil & Associates
Matter #: 2218658
Invoice #: 57202

|  | Amount |
|---|---:|
| For Professional Services Rendered | $19,416.25 |
| Total Out-of-Pocket Expenses | $0.00 |
| Total Amount of This Bill | $19,416.25 |
| Previous Balance | $0.00 |
| Balance Due | $19,416.25 |

The retainer will be applied to the final invoice.

Please include the matter number and invoice number with your payment. If you have any questions, contact Accounts Receivable at 248-208-8800.

Please remit check and invoice copy to:

**STOUT RISIUS ROSS, INC.**
4000 Town Center, 20th Floor
Southfield, MI 48075

Payments may be made electronically to:

**STOUT RISIUS ROSS, INC.**
Fifth Third Bank
ACH ABA Number 072405455
Wire ABA Number 042000314
Account Number 7911786619

**Invoice Payable Upon Receipt**
Fed ID 38-3003685



| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/15/10 | Jeffrey J. Mordaunt | Preparation of report; financial analysis; engagement management; call with counsel | 4.50 | 325.00 | 1,462.50 |
| 02/15/10 | Kevin M. Pierce | Document Inventory, Review and Analysis; Financial Analysis; Phone Calls with Counsel and Client; Engagement Management | 6.50 | 250.00 | 1,625.00 |
| 02/16/10 | Jeffrey J. Mordaunt | Preparation of report; financial analysis; engagement management; call with counsel | 3.75 | 325.00 | 1,218.75 |
| 02/16/10 | Kevin M. Pierce | Financial Analysis; Preparation of Exhibits; Phone Calls with Counsel and Client | 7.75 | 250.00 | 1,937.50 |
| 02/17/10 | Brian R. Potter | Financial analysis | 0.50 | 250.00 | 125.00 |
| 02/17/10 | Jeffrey J. Mordaunt | Preparation of report; financial analysis; engagement management; meeting with counsel | 6.00 | 325.00 | 1,950.00 |
| 02/17/10 | Kevin M. Pierce | Financial Analysis; Preparation of Report; Preparation of Exhibits; Phone Calls with Counsel and Client; Meeting with Counsel; Engagement Management | 10.50 | 250.00 | 2,625.00 |
| 02/17/10 | Raymond A. Roth | Financial Analysis. | 4.00 | 180.00 | 720.00 |
| 02/18/10 | Kevin M. Pierce | Review of Report; Review of Financial Analyses | 2.50 | 250.00 | 625.00 |
| Total | | | 71.75 | | $19,416.25 |



Invoice Date: 03/10/10        Invoice #: 57202        Matter#: 2218658

## PROFESSIONAL CHARGES

In Reference To: Snap-On Business Solutions, Inc. v. O'Neil & Associates

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/04/10 | Kevin M. Pierce | Engagement Management | 1.50 | 250.00 | 375.00 |
| 02/09/10 | Jeffrey J. Mordaunt | Call with counsel; document inventory, review and analysis; engagement management | 1.75 | 325.00 | 568.75 |
| 02/09/10 | Kevin M. Pierce | Document Inventory, Review and Analysis; Phone Call with Counsel | 1.75 | 250.00 | 437.50 |
| 02/10/10 | Jeffrey J. Mordaunt | Document inventory, review and analysis; engagement management | 3.50 | 325.00 | 1,137.50 |
| 02/10/10 | Kevin M. Pierce | Document Inventory, Review and Analysis | 2.00 | 250.00 | 500.00 |
| 02/10/10 | Raymond A. Roth | Financial Analysis. | 2.00 | 180.00 | 360.00 |
| 02/11/10 | Jeffrey J. Mordaunt | Document inventory, review and analysis; calls with counsel/client; engagement management | 3.25 | 325.00 | 1,056.25 |
| 02/11/10 | Kevin M. Pierce | Financial Analysis; Phone Call with Counsel; Engagement Management | 2.00 | 250.00 | 500.00 |
| 02/12/10 | Jeffrey J. Mordaunt | Meeting with counsel/client; engagement management; travel | 3.50 | 325.00 | 1,137.50 |
| 02/12/10 | Kevin M. Pierce | Meeting with Counsel and Client; Travel | 3.50 | 250.00 | 875.00 |
| 02/12/10 | Raymond A. Roth | Financial Analysis. | 1.00 | 180.00 | 180.00 |

May 25, 2010

R. Gaum, Esq.
Hahn Loeser & Parks LLP
200 Public Square Suite 2800
Cleveland, OH 44114-2316

008653.00368

**SRR**
STOUT | RISIUS | ROSS

*Rg*
6-1-10

In Reference To: Snap-On Business Solutions, Inc. v. O'Neil & Associates
Matter #: 2218658
Invoice #: 58367

|  | Amount |
|---|---|
| For Professional Services Rendered | $5,143.75 |
| Total Out-of-Pocket Expenses | $25.15 |
| Total Amount of This Bill | $5,168.90 |
| Previous Balance | $18,335.15 |
| Applied Retainer | ($15,000.00) |
| Balance Due | $8,504.05 |

Handwritten: 19990  8653.368  DAW  6·1·10

### AR Aging

| 0 to 30 | 31 to 60 | 61 to 90 | 91 to 120 | over 120 | Total |
|---|---|---|---|---|---|
| $8,504.05 | $0.00 | $0.00 | $0.00 | $0.00 | $8,504.05 |

Please include the matter number and invoice number with your payment. If you have any questions, contact Accounts Receivable at 248-208-8800.

Please remit check and invoice copy to:
**STOUT RISIUS ROSS, INC.**
4000 Town Center, 20th Floor
Southfield, MI 48075

Payments may be made electronically to:
**STOUT RISIUS ROSS, INC.**
Fifth Third Bank
ACH ABA Number 072405455
Wire ABA Number 042000314
Account Number 7911786619

**Invoice Payable Upon Receipt**
Fed ID 38-3003685

18608



Invoice Date: 05/25/10  Invoice #: 58367  Matter# : 2218658

## PROFESSIONAL CHARGES

In Reference To: Snap-On Business Solutions, Inc. v. O'Neil & Associates

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/07/10 | Jeffrey J. Mordaunt | Trial exhibits | 0.50 | 325.00 | 162.50 |
| 05/07/10 | Kevin M. Pierce | Trial exhibits | 0.75 | 250.00 | 187.50 |
| 05/12/10 | Jeffrey J. Mordaunt | Call with counsel | 0.25 | 325.00 | 81.25 |
| 05/13/10 | Jeffrey J. Mordaunt | Preparation for trial; call with counsel | 0.50 | 325.00 | 162.50 |
| 05/15/10 | Jeffrey J. Mordaunt | Document inventory, review and analysis; prepare for trial | 1.50 | 325.00 | 487.50 |
| 05/16/10 | Jeffrey J. Mordaunt | Call with counsel; preparation for trial | 3.00 | 325.00 | 975.00 |
| 05/17/10 | Jeffrey J. Mordaunt | Prepare for trial; calls with counsel | 5.00 | 325.00 | 1,625.00 |
| 05/18/10 | Jeffrey J. Mordaunt | Prepare for trial; attendance at trial; trial testimony | 4.50 | 325.00 | 1,462.50 |
| Total | | | 16.00 | | $5,143.75 |