

**Phone:** 216.696.1161  
**Fax:** 216.687.0973

# Cefaratti Group
### THE LITIGATION SUPPORT COMPANY

**Toll Free:** 1.800.694.4787  
www.cefgroup.com

AMANDA WILCOX  
HAHN LOESER & PARKS  
2800 BP TOWER  
200 PUBLIC SQUARE  
CLEVELAND, OH 44114  

## Invoice #96209

| Date | Terms |
|---|---|
| 07/30/2009 | Due on receipt |

*0008653.00368*

| Request | Number | Provider | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 07/08/2009 | 89018 | MIKE MOBLEY REPORTING | 07/30/2009 | US Mail |

| File | Case |
|---|---|
| 16419 | SNAP-ON BUSINESS SOLUTIONS, INC. vs. O.NEIL & ASSO |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Process Service of ROBERT J. HEILMAN** | | | |
| Mileage | $ 0.65 | 22.00 | $ 14.30 |
| RUSH Service of Subpoena(s) | $ 85.00 | 1.00 | $ 85.00 |
| | | | $ 99.30 |

Amount Due: $ 99.30  
Paid: $ 0.00

| Balance Due: | $ 99.30 |
|---|---|
| Payment Due: | Upon Receipt |

After 08/30/2009 Pay This Amount:: $ 100.79

*[handwritten annotations:]*  
— 40  
— 470  
REA — 0274  
— 9996  
— 008653.368  
— maw  
— 8/14/05

---

Court Reporting • Video Conferencing • Legal Video Production • Investigations • Claims Services • Process Service • Record Retrieval • Document Management • Trial Graphics

**Remit to: Cefaratti Record Retrieval**  
4608 St. Clair Avenue  
Cleveland, Ohio 44103  
Tax ID#: 34-1948214

**Method Of Payment:**  
☐ Check Enclosed  
☐ Charge my Credit Card:  
☐ VISA ☐ Master Card ☐ American Express  

Credit Card # _____ Exp. Date _____

Signature (as it appears on your credit card)  
Print Name (as it appears on your credit card)  
Telephone



Phone: 216.696.1161
Fax: 216.687.0973

Toll Free: 1.800.694.4787
www.cefgroup.com

AMANDA WILCOX
HAHN LOESER & PARKS
2800 BP TOWER
200 PUBLIC SQUARE
CLEVELAND, OH 44114

# Invoice #96211

| Date | Terms |
|---|---|
| 07/30/2009 | Due on receipt |

008653.00368

| Request | Number | Provider | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 07/08/2009 | 89021 | MIKE MOBLEY REPORTING | 07/30/2009 | US Mail |

| File | Case |
|---|---|
| 16419 | SNAP-ON BUSINESS SOLUTIONS, INC. vs. O.NEIL & ASSO |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Process Service of DAVID STACKHOUSE** Additional Service of Subpoena(s) at Same Address | $ 32.50 | 1.00 | $ 32.50 |
| | | | $ 32.50 |

Amount Due: $ 32.50
Paid: $ 0.00

| Balance Due: | $ 32.50 |
|---|---|
| Payment Due: | Upon Receipt |

After 08/30/2009 Pay This Amount:: $ 32.99

LOCATION 1
DEPARTMENT 40
PRAC 470
TIME 0774
ACC 12990
MATT 008653.368
APP mw
DATE 8/4/05

Court Reporting • Video Conferencing • Legal Video Production • Investigations • Claims Services • Process Service • Record Retrieval • Document Management • Trial Graphics

**Remit to: Cefaratti Record Retrieval**
4608 St. Clair Avenue
Cleveland, Ohio 44103
Tax ID#: 34-1948214

Method Of Payment:
☐ Check Enclosed
☐ Charge my Credit Card:
  ☐ VISA ☐ Master Card ☐ American Express

Credit Card # _____ Exp. Date ____

Signature (as it appears on your credit card)
Print Name (as it appears on your credit card)
Telephone



Phone: 216.696.1161  
Fax: 216.687.0973

Toll Free: 1.800.694.4787  
www.cefgroup.com

AMANDA WILCOX  
HAHN LOESER & PARKS  
2800 BP TOWER  
200 PUBLIC SQUARE  
CLEVELAND, OH 44114

# Invoice #96210

| Date | Terms |
|---|---|
| 07/30/2009 | Due on receipt |

008653.00368

| Request | Number | Provider | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 07/08/2009 | 89020 | MIKE MOBLEY REPORTING | 07/30/2009 | US Mail |

| File | Case |
|---|---|
| 16419 | SNAP-ON BUSINESS SOLUTIONS, INC. vs. O.NEIL & ASSO |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Process Service of JOHN STATEN** <br> Additional Service of Subpoena(s) at Same Address | $ 32.50 | 1.00 | $ 32.50 |
| | | | $ 32.50 |

Amount Due: $ 32.50  
Paid: $ 0.00

| Balance Due: | $ 32.50 |
|---|---|
| Payment Due: | Upon Receipt |

After 08/30/2009 Pay This Amount:: $ 32.99

LITIGATION — 40  
D... ENT — 470  
PR... — 
T... R — 6774  
AC... D. — 19990  
M... — 008653.368  
APP... — mav  
DATE — 8/14/09

Court Reporting • Video Conferencing • Legal Video Production • Investigations • Claims Services • Process Service • Record Retrieval • Document Management • Trial Graphics

**Remit to: Cefaratti Record Retrieval**  
4608 St. Clair Avenue  
Cleveland, Ohio 44103  
Tax ID#: 34-1948214

**Method Of Payment:**  
☐ Check Enclosed  
☐ Charge my Credit Card:  
☐ VISA  ☐ Master Card  ☐ American Express

Credit Card #                                          Exp. Date

Signature (as it appears on your credit card)  
Print Name (as it appears on your credit card)  
Telephone



*176209*

**Phone:** 216.696.1161  
**Fax:** 216.687.0973

# Cefaratti Group
THE LITIGATION SUPPORT COMPANY

**Toll Free:** 1.800.694.4787  
www.cefgroup.com

AMANDA WILCOX  
HAHN LOESER & PARKS  
2800 BP TOWER  
200 PUBLIC SQUARE  
CLEVELAND, OH 44114

## Invoice #96212

| Date | Terms |
|---|---|
| 07/30/2009 | Due on receipt |

008653.00368

| Request | Number | Provider | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 07/09/2009 | 89054 | MIKE MOBLEY REPORTING | 07/30/2009 | US Mail |

| File | Case |
|---|---|
| 16419 | SNAP-ON BUSINESS SOLUTIONS, INC. vs. O.NEIL & ASSO |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Process Service of RICHARD F. CARLILE, ESQ.** | | | |
| RUSH Service of Subpoena(s) | $ 85.00 | 1.00 | $ 85.00 |
| | | | $ 85.00 |

Amount Due: $ 85.00  
Paid: $ 0.00

| Balance Due: | $ 85.00 |
|---|---|
| Payment Due: | Upon Receipt |

After 08/30/2009 Pay This Amount:: $ 86.28

*handwritten notes:*  
40  
470  
0774  
14990  
008653.368  
mw  
8/14/09*

Court Reporting • Video Conferencing • Legal Video Production • Investigations • Claims Services • Process Service • Record Retrieval • Document Management • Trial Graphics

**Method Of Payment:**  
☐ Check Enclosed  
☐ Charge my Credit Card:  
☐ VISA ☐ Master Card ☐ American Express

**Remit to: Cefaratti Record Retrieval**  
4608 St. Clair Avenue  
Cleveland, Ohio 44103  
Tax ID#: 34-1948214

Credit Card # _____ Exp. Date _____

Signature (as it appears on your credit card)  
Print Name (as it appears on your credit card)  
Telephone