# CLEVELAND CORPORATE CATERERS

# INVOICE

## № 02155

801 W. Superior Ave., 7th Floor
Cleveland, Ohio 44113

phone: 216.621.7610 ~ fax: 216.696.4445

COMPANY NAME: HAHN LOESAR - PARK
CONTACT PERSON: Theresa Stefanick
DELIVERY ADDRESS: Judge Gwin 18A
801 W. Superior Ave.
TELE: 216 274-2441     DATE: MAY 17+18
TIME:    A.M.   P.M.    DAY: M T W TH F S SU
BILL TO:                 PICK-UP: ☐

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| 10 | WRAP/SAND TRAY - MAC SALAD | |
| 2 | SALAD Lunch Boxes | |
| 5 | Fruit | |
| 6 | Cookie/Brownie | |
| 10 | Asst Pop | |
| | TOTAL 5/17/10 | 124.87 |
| 2 | SALAD Lunch Boxes | |
| 1 | WRAP | |
| 2 | Sandwiches | |
| 2 | Fruit cups + 6 Cookies | |
| 6 | Pop | |
| | TOTAL 5/18/10 | 49.45 |

| ORDER AMOUNT | THANK YOU FOR | 174.32 |
| DELIVERY CHARGE | YOUR BUSINESS :-) | N/C |
| TOTAL AMOUNT DUE | Izzy | 174.32 |

"We specialize in easy to eat food and last minute catering"

N. L. Parks
3/29
11:30 AM

3 Deli Comp
w/ chips.

1 Br. Bowl w/ lg. soup —

39.96

Thank You
Au Bon Pain

LOCATION
DEPARTMENT
TIMEKEEPER
ACCOUNT NO.  19990
MATTER NO.  8653.368
APPROVED BY  DAW
DATE  4·1·10

Theresa Stefanich
8653.368

185010

# Hahn Loeser + Parks LLP — Expense Report

| Employee Name | Report Period | Timekeeper Number | Office | Department | Practice Area - BFA only | Prepared by |
|---|---|---|---|---|---|---|
| Phillip G. Eckenrode | 11/12/2009 | 1039 | 02-Columbus | 10-Litigation | | SMP |

**Client and Other Firm Expenses** (interoffice travel, recruiting, seminars, other admin):

| # | Date | | Matter | Client | Description (Where, Why, Who) | Mileage $(AU) | Rate | (Car) | Meals (D) | Airfare (T) | Lodging (LO) | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/10/2009 | 19990-Client/Matter Charges | 008653.00368 | Snap-On Business Solutions | Document review | 142.56 | | | 22.00 | | | | | $ 100.41 |
| 2 | 11/11/2009 | 19990-Client/Matter Charges | 008653.00368 | Snap-On Business Solutions | Document review | 142.56 | | | 22.00 | | | | | $ 100.41 |
| 3 | | | | | | | | | | | | | | $ - |
| 4 | | | | | | | | | | | | | | $ - |
| 5 | | | | | | | | | | | | | | $ - |
| 6 | | | | | | | | | | | | | | $ - |
| 7 | | | | | | | | | | | | | | $ - |
| 8 | | | | | | | | | | | | | | $ - |
| 9 | | | | | | | | | | | | | | $ - |
| 10 | | | | | | | | | | | | | | $ - |
| | | | | | SUB-TOTAL | $156.82 | $ - | | $ 44.00 | $ - | $ - | $ - | $ - | $ 200.82 |

**Development Expenses:**

| # | Date | | City | | Company | Name(s) and Title or Conference/Organization Name | Mileage $(AU) | Rate | Purpose | Status | Activity | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | | | | | | | | | | | | | $ - |
| 52 | | | | | | | | | | | | | $ - |
| 53 | | | | | | | | | | | | | $ - |
| 54 | | | | | | | | | | | | | $ - |
| 55 | | | | | | | | | | | | | $ - |
| 56 | | | | | | | | | | | | | $ - |
| 57 | | | | | | | | | | | | | $ - |
| 58 | | | | | | | | | | | | | $ - |
| 59 | | | | | | | | | | | | | $ - |
| 60 | | | | | | | | | | | | | $ - |
| | | | | | | | $ - | | | | SUB-TOTAL | | $ - |

Comments:

Total Expenses $ 200.82
Less Advance
Net Due Employee $ 200.82

| This Space for Accounting | |
|---|---|
| Account Number | Amount |
| 9990 | 326.27 |

Employee/Partner Signature
Other Firm Expense Approval
Client Exp. > $150, Recruiting, Seminars, Subscriptions, Dues (See intranet)

Development Approval
(See intranet for approval contacts)

Accounting Review

Things to remember: Include all original receipts.
Receipts should not be over 30 days old
Use only active client numbers; Tape receipts to sheet of 8.5x11 paper

EPGE 1105

180141

#1950-01A·  $0.00 01-08-13:20 01-08-09:58  4 $12.50
69561           10-01-08 09:58

618-049

**200 PUBLIC SQUARE**
320 Superior Avenue • Cleveland, Ohio
(216) 589-9050
Garage Closes at 2:30 A.M.
Operated By
Standard Parking®

Please Do Not Park In Reserved
Or Preferred Areas.

A. WILCOX
Attorney

Bruce Branch
Client Name

Snap On
Client/Matter No.

1-8-10
Date

# Hahn Loeser + Parks LLP — Expense Report

| Employee Name | Report Period | Timekeeper Number | Office | Department | Practice Area - BFA only | Prepared by |
|---|---|---|---|---|---|---|
| Phillip G. Eckenrode | 11/12/2009 | 1039 | 02-Columbus | 10-Litigation | | SMP |

**Client and Other Firm Expenses** (interoffice travel, recruiting, seminars, other admin):

| # | Date | Service | Matter Number | Client Name | Description (Where, Why, Who) | Mileage (AU) | Rate | (CAR) | Tolls (TO) | Airfare (TK) | Lodging (LO) | Meals | Code | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/10/2009 | 19990-Client/Matter Charges | 008653.00368 | Snap-On Business Solutions | Document review | 142.56 | | | 22.00 | | | | | $ 100.41 |
| 2 | 11/11/2009 | 19990-Client/Matter Charges | 008653.00368 | Snap-On Business Solutions | Document review | 142.56 | | | 22.00 | | | | | $ 100.41 |
| 3 | | | | | | | | | | | | | | $ - |
| 4 | | | | | | | | | | | | | | $ - |
| 5 | | | | | | | | | | | | | | $ - |
| 6 | | | | | | | | | | | | | | $ - |
| 7 | | | | | | | | | | | | | | $ - |
| 8 | | | | | | | | | | | | | | $ - |
| 9 | | | | | | | | | | | | | | $ - |
| 10 | | | | | | | | | | | | | | $ - |

SUB-TOTAL  $156.82  $ -  $ 44.00  $ -  $ -  $ -  $ -  $ 200.82

**Development Expenses:**

| # | Date | City | Company | Names(s) and Title or Conference/Organization Name | Mileage (AU) | Rate | Purpose | Status | Activity | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | | | | | | | | | | | $ - |
| 52 | | | | | | | | | | | $ - |
| 53 | | | | | | | | | | | $ - |
| 54 | | | | | | | | | | | $ - |
| 55 | | | | | | | | | | | $ - |
| 56 | | | | | | | | | | | $ - |
| 57 | | | | | | | | | | | $ - |
| 58 | | | | | | | | | | | $ - |
| 59 | | | | | | | | | | | $ - |
| 60 | | | | | | | | | | | $ - |

SUB-TOTAL  $ -

Comments:

Total Expenses $ 200.82
Less Advance
Net Due Employee $ 200.82

| This Space for Accounting | |
|---|---|
| Account Number | Amount |
| 9990 | 326.27 |
| | |
| | |

Employee/Partner Signature

Other Firm Expense Approval
Client Exp. > $150, Recruiting, Seminars, Subscriptions, Dues (See intranet)

Development Approval
(See intranet for approval contacts)

Accounting Review

Things to remember: Include all original receipts.
Receipts should not be over 30 days old
Use only active client numbers; Tape receipts to sheet of 8.5x11 paper

EPGE 1105

180141



# thank you

| Last Name | First Name | | Folio | 2 | Page | 1 |
|---|---|---|---|---|---|---|
| ECKENRODE | PHILLIP | | | | | |

| Street |
|---|
| 65 EAST STATE STREET |

| Room | 709 |
|---|---|
| Rate | .00 |
| Arrival | 11/09/09 MON |
| Departure | 11/11/09 WED |

SUITE 1400

| City | State | Zip Code |
|---|---|---|
| COLUMBUS | OH | 44114 |

0/0

| Bonuses | | Type | CCARD |
|---|---|---|---|
| Account | | | |
| XXXXXXXXXXXX4673 | | XX/XX | |

| DATE | DESCRIPTION | CHARGE/CREDIT | DATE | DESCRIPTION | CHARGE/CREDIT |
|---|---|---|---|---|---|
| 11/09 | *VALET PARKING | 22.00 | | | |
| 11/10 | *VALET PARKING | 22.00 | | | |
| 11/11 | XXXXXXXXXXXX4673 ExXX/XX | -44.00 | | | |
| | Total Due | .00 | | | |

MASTERCARD          67041800012

No frequent traveler account has been credited for this stay.
To enroll in Gold Passport, call 1-800-51-HYATT

Thank You for choosing the Hyatt Regency Cleveland At the Arcade
Our goal is to exceed your expectations with your visit.
We welcome your comments to

Robert Kallmeyer, General Manager
robert.kallmeyer@hyatt.com

Signature

*I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.*

# Hahn Loeser + Parks LLP - Expense Report

| Employee Name | Report Period | Timekeeper Number | Office | Department | Practice Area - BFA only | Prepared by |
|---|---|---|---|---|---|---|
| R. Eric Gaum | 12/17-18/09 | 543 | 01-Cleveland | 10-Litigation | | Carol Laux |

**Client and Other Firm Expenses** *(interoffice travel, recruiting, seminars, other admin):*

| receipt | Date | Account | Matter Number | Client Name | Description (Where, What, Why) | Mileage (AU) | Mileage x Rate (.55) | Car Rental (CAR) | Parking (PRK), Tolls (TO) | Air fare (TR), Lodging (LO), Meals (ME) | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/17/2009 | 19990-Client/Matter Charges | 8653.368 | Snap-On | Columbus for depositions | 252 | 138.60 | ✓ | | | | $ 138.60 |
| 2 | 12/18/2009 | 19990-Client/Matter Charges | 8653.368 | Snap-On | Columbus for depositions | 252 | 138.60 | ✓ | | | | $ 138.60 |

SUB-TOTAL $277.20 ... $ 277.20

**Development Expenses:**

| Date | City | Company | Name(s) and Title or Conference/Organization Name | Mileage (AU) | Mileage x Rate (.55) | Purpose | Status | Activity | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|

SUB-TOTAL $ -

Comments:

Zero vouch - Things to remember:
Dec 31st - Include all original receipts.
Receipts should not be over 30 days old
Use only active client numbers. Tape receipts to sheet of 8.5x11 paper

| Account Number | This Space for Accounting | Amount |
|---|---|---|
| 19990 | | $ 277.20 |

Employee/Partner Signature: R. Eric Gaum

Other Firm Expense Approval
Client Exp. > $150, Recruiting, Seminars, Subscriptions, Dues (See intranet)

Development Approval
(See intranet for approval contacts)

Accounting Review: DAW

| Total Expenses | $ 277.20 |
| Less Advance | |
| Net Due Employee | $ 277.20 |

REG12239
181514

# Hahn Loeser + Parks LLP Expense Report

| Employee Name | Report Period | Timekeeper Number | Office | Department | Practice Area - BFA only | Prepared By |
|---|---|---|---|---|---|---|
| R. Eric Gaum | 1/7-14/10 | 543 | 01-Cleveland | 10-Litigation | | Carol Laux |

**Client and Other Firm Expenses** (interoffice travel, recruiting, seminars, other admin):

| rpt # | Date | Account | Matter Number | Client Name | Description (Where, Why, Who) | Mileage (AU) | Auto Transportation Fare (TR), Reg (RG), Tolls (TO) | Auto Rental (CR) | Airfare (TR), Lodging (LO), Meals (ME) | Other Code | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/7/2010 | 19990-Client/Matter Charges | 008653.00368 | Snap-On | to Columbus for depositions | 250 | 125.00 | | | | | $ 125.00 |
| 2 | 1/12/2010 | 19990-Client/Matter Charges | " | " | " | | | | 244.53 / 22.52 | | | $ 327.05 |
| 3 | 1/13/2010 | 19990-Client/Matter Charges | " | " | " | | 60.00 | | 244.53 / 68.05 | | | $ 312.58 |
| 4 | 1/14/2010 | 19990-Client/Matter Charges | " | " | " | | | | 13.30 | | | $ 13.30 |
| 5 | 1/12-14/201 | 19990-Client/Matter Charges | " | " | " | | PK 30.00 | | | | | $ 30.00 |
| 6 | | | | | | | | | | | | $ - |
| 7 | | | | | | | | | | | | $ - |
| 8 | | | | | | | | | | | | $ - |
| 9 | | | | | | | | | | | | $ - |
| 10 | | | | | | | | | | | | $ - |
| | | | | | SUB-TOTAL | | $ 125.00 | $ 90.00 | $ - | $ 489.06 | $ 103.87 | $ 807.93 |

**Development Expenses:**

| rpt # | Date | Account | Matter Number | Client Name | Name(s) and Title or Conference/Organization Name | Mileage (AU) | Mileage x Rate (.50) | Purpose | Status | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | | | | | | | | | | | $ - |
| 52 | | | | | | | | | | | $ - |
| 53 | | | | | | | | | | | $ - |
| 54 | | | | | | | | | | | $ - |
| 55 | | | | | | | | | | | $ - |
| 56 | | | | | | | | | | | $ - |
| 57 | | | | | | | | | | | $ - |
| 58 | | | | | | | | | | | $ - |
| 59 | | | | | | | | | | | $ - |
| 60 | | | | | | | | | | | $ - |
| | | | | | SUB-TOTAL | | $ - | | | | $ - |

**Comments:**

Zero Voucher
Jan 29, 2010

| This Space for Accounting | | |
|---|---|---|
| Account Number | Amount | |
| 19990 | $ 807.93 ✓ | |

Employee/Partner Signature: R. Eric Gaum

Other Firm Expense Approval: Client Expl > $150, Recruiting, Seminars, Subscriptions, Dues (See intranet)

Development Approval _____ (See intranet for approval contacts)

Accounting Review: DAW

| Total Expenses | $ 807.93 |
|---|---|
| Less Advance | |
| Net Due Employee | $ 807.93 |

EG012510
182656

Things to remember:
Include all original receipts.
Receipts should not be over 30 days old
Use only active client numbers. Tape receipts to sheet of 8.5x11 paper

R. Eric Gaum – Expense Report

Snap-on Business Solutions

008653.00368

Miles to and from Columbus for depositions:

12-17-2009    250 miles    Deposition of David Stackhouse of O'Neil & Associates in Columbus, Ohio.

12-18-2009    250 miles    Deposition of Robert Heilman of O'Neil & Associates in Columbus, Ohio.

1-7-2010    250 miles    Deposition of Dean Schuller of O'Neil & Associates in Columbus, Ohio.

Total:

2009    500 miles

2010    250 miles

SNAP-ON #008653-00368    (to Columbus for depositions)

| | | | |
|---|---|---|---|
| 1/7 | 250 miles to Columbus | | 125.00 |
| 1/12 | LO | | 244.53 |
| " | TX | | 60.00 |
| " | ME | 4.48 | |
| " | " | <u>18.04</u> | 22.52 |
| 1/13 | LO | | 244.53 |
| " | ME | | 68.05 |
| 1/14 | ME | | 13.30 |
| 1/12-14 | PK | | 30.00 |
| | | | <u>807.93</u> |



**Courtyard by Marriott**  
Houston Downtown  
Convention Center

916 Dallas Street  
Houston Tx. 77002  
T 832.366.1600



R. Caum                                    Room: 315  
                                           Room Type: QENR  
                                           Number of Guests: 1  
                                           Rate: $209.00        Clerk:

| 12Jan10 | Restaurant Room Charge | 18.04 | mE |
| 12Jan10 | Room Charge | 209.00 | |
| 12Jan10 | State Occupancy Tax | 12.54 | |
| 12Jan10 | County Occupancy Tax | 8.36 | LC 244.53 |
| 12Jan10 | City Occupancy Tax | 14.63 | |
| 13Jan10 | Restaurant Room Charge | 17.50 | mE |
| 13Jan10 | Market Packaged Food | 1.39 | |
| 13Jan10 | Rst/Mkt Tax | 0.11 | |
| 13Jan10 | Market Beverage | 1.39 | mE 68.04 |
| 13Jan10 | Rst/Mkt Tax | 0.11 | |
| 13Jan10 | Market Beverage | 1.85 | |
| 13Jan10 | Rst/Mkt Tax | 0.15 | |
| 13Jan10 | Restaurant Room Charge | 45.55 | |
| 13Jan10 | Room Charge | 209.00 | |
| 13Jan10 | State Occupancy Tax | 12.54 | |
| 13Jan10 | County Occupancy Tax | 8.36 | LC 244.53 |
| 13Jan10 | City Occupancy Tax | 14.63 | |
| 14Jan10 | Visa | | 575.15 |

Card #: VIXXXXXXXXXXXX0427/XXXX  
Amount: 575.15 Auth: 101474 Signature on File  
This card was electronically swiped on 12Jan10

**Balance:  0.00**

As a Marriott Rewards member, you could have earned points towards your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk, MarriottRewards.com, or 801-468-4000.

The following hotel taxes are required by state and local laws to be collected on your room rental charges, unless you are otherwise exempt from some or all of these taxes. 6% State of Texas Occupancy Tax, 7% Houston General Occupancy Tax, 2% Harris County General Occupancy Tax, 2% Houston-Harris County Sports Authority Tax

Want your final hotel bill by email? Just ask the Front Desk! See "Internet Privacy Statement" on Marriott.com.

LC            mE  
489.06        86.09        489.06  
                           86.09  
                           ------  
                           575.15

```
HOPKINS AIRPORT
   CLEVELAND
LONG TERM PARKING

RECEIPT         H14

ENTRY TIME:
01/12/10        12:53
EXIT TIME:
01/14/10        20:17
PARK DUR.: HRS:MIN
              2:07:23
AMOUNT:       $ 30.00

KIND OF PAYMENT:
TRANSACTION 3168

THANK YOU FOR YOUR
       VISIT
```

```
              premAir of Cleveland
Great American Bagel Concourse C
Cleveland Airport - 216-265-7917

40040 Rashona
-----------------------------------
CHK 1893  JAN12'10  1:24PM
-----------------------------------

1 Bagel -CrmCh          2.49
1 Water Standard        1.99

Subtotal                4.48
Payment                 4.48
Cash                    5.00
Change Due              0.52

Your order number is: 1893
```

**WELCOME CAB CO.    FARE RECEIPT**

Tel: 713-480-9020
Date: 1-12-10
Received of ___
The Sum of $60.00
From: Airport
To: Marriott
I would appreciate your return business
Cab# ___   Driver ___

```
          SSP America
       Real Food Company
          Terminal C
       IAH Bush International
          281-233-3485

136 Krystle
-----------------------------------
Chk 3740   Jan14'10 02:26PM  Gst 0
-----------------------------------

   **TO GO**
1 Reg Fountain          2.29
1 CB Rueben             9.99
Cash                   20.00

Food/Soft Bv           12.28
Tax                     1.02
 ment                  13.30
 nge Due                6.70

           TalkToUs

We always welcome your comments.

Pleas  call us at 877-325-8777
Or, email:
TalkToUs@foodtravelexperts.com
```

Stops: 0  
Seats: 09B  
Equipment: Boeing 737-900 Jet  
DEPARTS IAH TERMINAL C  
Frequent Flyer Number: COHM793678 -  

Continental Airlines Confirmation number is AL4X2J  

Duration: 2 hour(s) 46 minute(s)  
Status: CONFIRMED  
MEAL: SNACK  

Miles: 1091  

........................................

EFFECTIVE JANUARY 23 2007 ALL PERSONS TRAVELING  
BY AIR BETWEEN THE U.S. AND CANADA/MEXICO/CENTRAL  
AND SOUTH AMERICA/CARIBBEAN/BERMUDA WILL BE  
REQUIRED TO PRESENT A VALID PASSPORT  

........................................

FARE IS REFUNDABLE  
RESERVATION REQUESTED BY CAROL  
TRAVELINE CORPORATE TOLL-FREE RESERVATIONS: 888-740-TRIP (8747)  
EMERGENCY SERVICE ID CODE: A 6W4 Company Name  

**Ticket Information:**

Ticket for:      RERIC GAUM  
Date issued:   01/05/2010         Invoice nbr: 450035213  
Ticket Nbr:     0057836326618   Electronic: Yes         Amount: 1081.90 USD  
Charged to:    TP**********0017  

Svc fee for:    RERIC GAUM  
Date issued:   01/05/2010  
Document Nbr: 8900515064572                             Amount: 37.00 USD  

                          Total Tickets: 1081.90  
                          Total Fees:    37.00  
                          Total Amount: 1118.90  

Click here to get advance boarding passes on these carriers:  
Continental  

Any changes to your itinerary after ticket issuance may be subject to additional fees plus any fare difference.  
Ticket may have no exchange value after your scheduled departure flight.  

*** Important Security Information ***  
Check-in time varies by airport and carrier.  
Allow proper check-in time to ensure your reservation is not cancelled and seats released.  
FAA requires positive baggage match. All checked baggage must be unlocked for security screening.  
FAA also requires a government photo ID at check-in.  

1/22/2010

# Hahn Loeser + Parks LLP Expense Report

| Employee Name | Report Period | Timekeeper Number | Office | Department | Practice Area - BPA only | Prepared by |
|---|---|---|---|---|---|---|
| Amanda H. Wilcox | 12/15/2009 | 774 | 01-Cleveland | 40-Bus. Practice Area | 470-Intellectual Properties and Te | TLB |

Client and Other Firm Expenses (interoffice travel, recruiting, seminars, other admin):

| rpt# | Date | Account | Matter Number | Client Name | Description (Where, Why, Who) | Mileage | x Rate | Car Rental (CAR) | Taxi (TX)/ Parking (PK), Tolls (TO) | Airfare (TR) | Lodging (LO) | Meals (ME) | Code | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/7-12/8 | 19990-Client/Matter Charges | 008653.00368 | Snap-On Business Solutions | drive to Columbus for Depositions | 326 | 179.30 | | | | | | | | $ 179.30 |
| 2 | 12/14/2009 | 19990-Client/Matter Charges | 008653.00368 | Snap-On Business Solutions | drive to Columbus for Depositions | 326 | 179.30 | | | | | | | | $ 179.30 |
| 3 | | | | | | | | | | | | | | | $ - |
| 4 | | | | | | | | | | | | | | | $ - |
| 5 | | | | | | | | | | | | | | | $ - |
| 6 | | | | | | | | | | | | | | | $ - |
| 7 | | | | | | | | | | | | | | | $ - |
| 8 | | | | | | | | | | | | | | | $ - |
| 9 | | | | | | | | | | | | | | | $ - |
| 10 | | | | | | | | | | | | | | | $ - |
| | | | | | SUB-TOTAL | | $358.60 | $ - | $ - | $ - | $ - | $ - | | $ - | $ 358.60 |

Development Expenses:

| rpt# | Date | City | Company | Name(s) and Title or Conference/Organization Name | Mileage (AD) | x Rate | Purpose | Status | Activity | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | | | | | | | | | | | $ - |
| 52 | | | | | | | | | | | $ - |
| 53 | | | | | | | | | | | $ - |
| 54 | | | | | | | | | | | $ - |
| 55 | | | | | | | | | | | $ - |
| 56 | | | | | | | | | | | $ - |
| 57 | | | | | | | | | | | $ - |
| 58 | | | | | | | | | | | $ - |
| 59 | | | | | | | | | | | $ - |
| 60 | | | | | | | | | | | $ - |
| | | | | | | $ - | | | SUB-TOTAL | | $ - |

Comments:

| This Space for Accounting | |
|---|---|
| Account Number | Amount |
| 19990 | $ 358.60 |
| | |
| | |
| | |

Zero Voucher
Jan 8th 2010

Employee/Partner Signature: A. Wilcox

Other Firm Expense Approval: _____
Client Exp > $150, Recruiting, Seminars, Subscriptions, Dues (See intranet)

Development Approval: _____
(See intranet for approval contacts)

Accounting Review: DAW

| Total Expenses | $ 358.60 |
| Less Advance | |
| Net Due Employee | $ 358.60 |

AW123009
181747

Things to remember: Include all original receipts.
Receipts should not be over 30 days old
Use only active client numbers; Tape receipts to sheet of 8.5x11 paper

**PETTY CASH VOUCHER**

AMOUNT $ 7.00
DATE: 5-18-10
REQUESTED BY: T. Stefanich
APPROVED BY: _____
MATTER # / OFFICE #: 8653-368
REASON: Parking for trial

PETTY CASH OFFICER / RECEIVED CASH

**USA PARKING SYSTEMS**

THIS CONTRACT LIMITS OUR LIABILITY—READ IT

This ticket licenses the holder to park one automobile in this area at holder's risk. Lock your car. The licensor hereby declares it is not responsible for fire, theft, damage to or loss of such automobile or any article left therein. Only a license is granted hereby and no bailment is created. PRINTED IN U.S.A.

Toledo Ticket Co., Toledo, OH
www.toledoticket.com

4-513

216-621-5550

---

**PETTY CASH VOUCHER**

AMOUNT $ 7.00
DATE: 5-19-10
REQUESTED BY: T. Stefanich
APPROVED BY: _____
MATTER # / OFFICE #: 8653-368
REASON: Parking for trial

PETTY CASH OFFICER / RECEIVED CASH

**USA PARKING SYSTEMS**

THIS CONTRACT LIMITS OUR LIABILITY—READ IT

This ticket licenses the holder to park one automobile in this area at holder's risk. Lock your car. The licensor hereby declares it is not responsible for fire, theft, damage to or loss of such automobile or any article left therein. Only a license is granted hereby and no bailment is created. PRINTED IN U.S.A.

Toledo Ticket Co., Toledo, OH
www.toledoticket.com

4-570

216-621-5550

---

**PETTY CASH VOUCHER**

AMOUNT $ 7.00
DATE: 5-17-10
REQUESTED BY: T. Stefanich
APPROVED BY: _____
MATTER # / OFFICE #: 8653-368
REASON: Parking for trial

PETTY CASH OFFICER / RECEIVED CASH

**USA PARKING SYSTEMS, INC. PARKING RECEIPT**

DATE: 5/17/10
AMOUNT: $ 7.00
LOCATION: UCH
COMMENTS:

## USA PARKING SYSTEMS

THIS CONTRACT LIMITS OUR
LIABILITY-READ IT

This ticket licenses the holder to park one automobile in this area at holder's risk. Lock your car. The licensor hereby declares it is not responsible for fire, theft, damage to or loss of such automobile or any article left therein. Only a license is granted hereby and no bailment is created.

Toledo Ticket Co., Toledo, OH
www.toledoticket.com
PRINTED IN U.S.A.

4-4475

216-621-5550

---

## USA PARKING SYSTEMS

THIS CONTRACT LIMITS OUR
LIABILITY-READ IT

This ticket licenses the holder to park one automobile in this area at holder's risk. Lock your car. The licensor hereby declares it is not responsible for fire, theft, damage to or loss of such automobile or any article left therein. Only a license is granted hereby and no bailment is created.

Toledo Ticket Co., Toledo, OH
www.toledoticket.com
PRINTED IN U.S.A.

4-396

216-621-5550

---

## USA PARKING SYSTEMS

THIS CONTRACT LIMITS OUR
LIABILITY-READ IT

This ticket licenses the holder to park one automobile in this area at holder's risk. Lock your car. The licensor hereby declares it is not responsible for fire, theft, damage to or loss of such automobile or any article left therein. Only a license is granted hereby and no bailment is created.

Toledo Ticket Co., Toledo, OH
www.toledoticket.com
PRINTED IN U.S.A.

4-4449

216-621-5550

---

### PETTY CASH VOUCHER

AMOUNT $ 21.00

DATE: 5/25/10

REQUESTED BY: Amy Allen

APPROVED BY: _____

MATTER # / OFFICE #: 8453.368

REASON: Parking

_____   _____
PETTY CASH OFFICER           RECEIVED CASH

# Hahn Loeser + Parks LLP Expense Report

| Employee Name | Report Period | Timekeeper Number | Office | Department | Practice Area - BFA only | Prepared by |
|---|---|---|---|---|---|---|
| Amy Allen | 5/17/2010 | 787 | 01-Cleveland | 10-Litigation | | |

## Client and Other Firm Expenses (interoffice travel, recruiting, seminars, other admin):

| rpt # | Date | Account | Matter Number | Client Name | Description (Where, Why, Who) | Auto/Transportation | | | | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Mileage (AU) | Mileage (AU) x Rate (.50) | Car Rental (CAR) | Taxi (TX), Pkg (PK), Tolls (TO) | Airfare (TR) | Lodging (LO) | Meals (ME) | Code | Amount | Total |
| 1 | 5/17/2010 | 19990-Client/Matter Charges | 008653.00368 | Snap-On Business Solutions | Parking at federal court - Trial | | $ - | $ - | $ - | $ - | $ - | $ - | | 7.00 | $ 7.00 |
| 2 | 5/18/2010 | 19990-Client/Matter Charges | 008653.00368 | Snap-On Business Solutions | Parking at federal court - Trial | | $ - | $ - | $ - | $ - | $ - | $ - | | 7.00 | $ 7.00 |
| 3 | 5/19/2010 | 19990-Client/Matter Charges | 008653.00368 | Snap-On Business Solutions | Parking at federal court - Trial | | $ - | $ - | $ - | $ - | $ - | $ - | | 7.00 | $ 7.00 |
| 4 | | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - |
| 5 | | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - |
| 6 | | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - |
| 7 | | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - |
| 8 | | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - |
| 9 | | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - |
| 10 | | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - |
| | | | | | SUB-TOTAL | | $ - | $ - | $ - | $ - | $ - | $ - | | $ 21.00 | $ 21.00 |

## Development Expenses:

| rpt # | Date | City | Company | Name(s) and Title or Conference/Organization Name | Mileage (AU) | Mileage (AU) x Rate (.50) | Purpose | Status | Activity | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | | | | | | $ - | | | | | $ - |
| 52 | | | | | | $ - | | | | | $ - |
| 53 | | | | | | $ - | | | | | $ - |
| 54 | | | | | | $ - | | | | | $ - |
| 55 | | | | | | $ - | | | | | $ - |
| 56 | | | | | | $ - | | | | | $ - |
| 57 | | | | | | $ - | | | | | $ - |
| 58 | | | | | | $ - | | | | | $ - |
| 59 | | | | | | $ - | | | | | $ - |
| 60 | | | | | | $ - | | | | | $ - |
| | | | | SUB-TOTAL | | $ - | | | | | $ - |

Comments:

Account Number: This Space for Accounting

Amount:

Employee/Partner Signature [signature]

Other Firm Expense Approval
Client Exp. > $150, Recruiting, Seminars, Subscriptions, Dues (See intranet)

Development Approval
(See intranet for approval contacts)

Accounting Review

| Total Expenses | $ 21.00 |
| Less Advance | |
| Net Due Employee | $ 21.00 |

*Things to remember:*
Include all original receipts.
Receipts should not be over 30 days old
Use only active client numbers. Tape receipts to sheet of 8.5x11 paper

AMOUNT $ 9.65
DATE: 4-6-10

## PETTY CASH VOUCHER

REQUESTED BY: T. Stefanich

APPROVED BY: _____

MATTER # / OFFICE #: 8653-368

REASON: Lunch for Client

_____          _____
PETTY CASH OFFICER                    RECEIVED CASH

```
          CRITICS CAFE INC
           200 PUBLIC SQ
          CLEVELAND OH 44114
            216-664-1352

Term ID: 79916315    Ref #: 0005
Clerk ID: 1
               Sale

************3576
MASTERCARD  Entry Method: Swiped

Amount:            $      9.65
Tip:
                   ----------------
Total:
                   ================

04/06/10                  12:03:47
Inv #: 000005   Appr Code: 720633
Batch#: 000082
Zip Code:

             Customer Copy
              THANK YOU!
```