BRUCE H WILSON
ATTORNEY AT LAW
789 West Market Street
Akron, Ohio 44303

March 29, 2010

R Eric Gaum
Hahn Loeser & Parks LLP
200 Public Square,
Suite 2800
Cleveland, Ohio 44114-2301

Alan B Parker
Reminger Co .LLP
1400 Midland Building
101 Prospect Avenue, W
Cleveland, Ohio 44115-1093

Re: Snap-on Business Solutions, Inc v O'Neil Associates, Inc.

Gentlemen,

    I devoted 61/2 hours on March 20 in preparation for and on March 22 in mediation of your clients' dispute(s). At $ 375.00 an hour I asking that you compensate me for that service in the amount of $2437.50.
    Thank you for the opportunity to be of service.

Bruce H Wilson

SS# 299 34 8252

Snap-On

File # 008653.00368

Voucher 184988

LOCATION
DEPARTMENT
TIMEKEEPER
ACCOUNT NO. 19990
MATTER NO. 008653.368
APPROVED BY
DATE 3·31·10