

| OUR PART NO. | DESCRIPTION | QTY ORD | QTY SHIP | QTY B/O | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 1321826 | LACIE RUGGED USB 2.0 250GB 5.4K HD<br>Manufacture Part Number: 301290<br>Serial Number: 1327907151743QR | 1 | 1 | 0 | $82.72 | $82.72 |

**INVOICE DATE:** 10/29/2009
**INVOICE NUMBER:** QRR3679
**INVOICE TERMS:** NET 30 Days
**DUE DATE:** 11/28/2009

*Handwritten:* THIS IS FOR AMANDA WILCOX CLIENT/MATTER # 008653-368

LOCATION: ~~[scribbled]~~
DEPARTMENT: ~~[scribbled]~~
AREA:
ACCOUNT NO. 19990
MATTER NO. 008653-368
APPROVED BY: DAW
DATE: 11/4/09

*Handwritten:* 180020

HAVE QUESTIONS ABOUT YOUR ACCOUNT? PLEASE EMAIL US AT: credit@cdw.com

| ORDER DATE | SHIP VIA | PURCHASE ORDER NO. | CUSTOMER NO. | | |
|---|---|---|---|---|---|
| 10/29/2009 | FEDEX Ground | JB102909-01 | 0574548 | PRODUCT SUBTOTAL | $82.72 |
| SALESPERSON<br>CHAD STROBACH<br>847-968-9984<br>chadstr@cdw.com | | SHIP TO:<br>HAHN LOESER + PARKS<br>ATTN:JOE BUDZ<br>200 PUBLIC SQ.<br>CLEVELAND OH 44114 | SALES ORDER NUMBER<br>1B0L0PC | SHIPPING | $14.03 |
| | | | | SALES TAX | $7.50 |
| | | | | INVOICE AMOUNT | $104.25 |
| | | | | AMOUNT DUE | $104.25 |

CDW DIRECT, LLC, AN ILLINOIS CORPORATION FEIN 36-4530079

652300H

---

**MAKE CHECKS PAYABLE TO:**

CDW Direct, LLC
PO Box 75723
Chicago, IL 60675-5723

RETURN SERVICE REQUESTED





0101

HAHN LOESER & PARKS
JOE BUDZ
200 PUBLIC SQ STE 2800
CLEVELAND, OH 44114-2303

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NUMBER |
|---|---|---|
| QRR3679 | 10/29/2009 | 0574548 |
| PRODUCT SUBTOTAL | SHIPPING | SALES TAX |
| $82.72 | $14.03 | $7.50 |
| INVOICE AMOUNT | | AMOUNT DUE |
| $104.25 | | $104.25 |

CDW DIRECT, LLC
PO BOX 75723
CHICAGO, IL 60675-5723

2S515NGZ1:1.1    PAGE: 1 of 1    16417-P07B*TS515K5KL001869