# HAHN LOESER

## Check Request Form

| | | | |
|---|---|---|---|
| Date Requested: **7/14/2009** | Request Time: **2:35** | Date Needed: **7/14/2009** | Time Needed: **4:45** |

| | | | |
|---|---|---|---|
| Requested By: **Tiffany Ballou** | TKP#: **0968** | Requested For: **Shannon McCue** | TKP#: **0950** |

Type of Expense?: **Client Chargeable**

Bank Account: **Operating Account**

Purpose of Check: **Copyright Application**

Description on Check Stub (Optional and 25 Character Limit): **special handling fee**

Return Check To:
- ☑ Requestor
- ☐ Mail
- ☐ Other (provide instructions below)

All Receipts/Invoices/Court Sheets Attached?
- ☐ Yes
- ☐ No (please state reason below)

Pay to the Order Of: **Register of Copy rights**

In the Amount Of: **$685.00**

Client Name: **Snap-On Business Solutions, Inc.**

Matter No: **008653.00001**

Location (For Firm Exp- Optional): **01 - Cleveland**

Area (For Firm Exp- Optional): **40 - Business Practice Area**

Acct No (For Firm Exp- Optional):

Approved By: (reimbursement approval sheet) [signature]

Accounting Review: DAW

### For Accounting Only

Vendor #:

Voucher/Trust Batch #: 175756

Account #: 19990

Amount: $685.00

# HAHN ⓗ LOESER

## Check Request Form

| Date Requested: | Request Time: | Date Needed: | Time Needed: |
|---|---|---|---|
| 7/14/2009 | 2:35 | 7/14/2009 | 4:45 |

| Requested By: | TKP#: | Requested For: | TKP#: |
|---|---|---|---|
| Tiffany Ballou | 0968 | Shannon McCue | 0950 |

| Type of Expense?: | Bank Account: |
|---|---|
| **Client Chargeable** | **Operating Account** |

Purpose of Check:
**Copyright Application**

Description on Check Stub (Optional and 25 Character Limit):
**Copy right filing fee**

Return Check To:
☑ Requestor
☐ Mail
☐ Other (provide instructions below)

All Receipts/Invoices/Court Sheets Attached?
☐ Yes
☐ No (please state reason below)

| Pay to the Order Of: | In the Amount Of: |
|---|---|
| **Register of Copy rights** | **$45.00** |

| Client Name: | Matter No: |
|---|---|
| **Snap-On Business Solutions, Inc.** | **008653.00001** |

| Location (For Firm Exp- Optional) | Area (For Firm Exp- Optional): | Acct No (For Firm Exp- Optional): |
|---|---|---|
| **01 - Cleveland** | **40 - Business Practice Area** | |

Approved By: (reimbursement approval sheet)   Accounting Review:

### For Accounting Only

| Vendor # | Voucher/Trust Batch #: |
|---|---|
| | 175757 |
| Account # 19970 | Amount $45.00 |