| CLIENT | USER NAME | USER ID | DATE | SERVICE | TYPE OF CHARGE | QUANTITY | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005803.00522 | ECKENRODE, PHILLIP G | ZVOXHNP | 07-Jul-2009 | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | 1.00 | $7.25 | ($6.63) | $0.62 | $0.00 | $0.00 | $0.62 | $0.04 | $0.66 |
| | | | | | ONLINE TIME | 00:01:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Sub-Total:** | 1039 | | | | | | **$305.75** | **($279.89)** | **$25.86** | **$0.00** | **$0.00** | **$25.86** | **$1.74** | **$27.60** |
| 005803.00523 | ECKENRODE, PHILLIP G | ZVOXHNP | 06-Jul-2009 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:15:34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 1.00 | $76.00 | ($69.57) | $6.43 | $0.00 | $0.00 | $6.43 | $0.44 | $6.87 |
| **Sub-Total:** | 1039 | | | | | | **$76.00** | **($69.57)** | **$6.43** | **$0.00** | **$0.00** | **$6.43** | **$0.44** | **$6.87** |
| 008653.00001 | SHEEHAN, MEGHAN E | PJFDG5D | 13-Jul-2009 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:23:06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 1.00 | $76.00 | ($69.58) | $6.42 | $0.00 | $0.00 | $6.42 | $0.43 | $6.85 |
| **Sub-Total:** | 1003 | | | | | | **$76.00** | **($69.58)** | **$6.42** | **$0.00** | **$0.00** | **$6.42** | **$0.43** | **$6.85** |
| | | | | | DOCUMENT PRINTING | 16.00 | $200.00 | ($183.09) | $16.91 | $0.00 | $0.00 | $16.91 | $1.31 | $18.22 |
| | | | | | ONLINE TIME | 01:36:08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 5.00 | $913.00 | ($835.80) | $77.20 | $0.00 | $0.00 | $77.20 | $5.98 | $83.18 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 4.00 | $50.00 | ($45.77) | $4.23 | $0.00 | $0.00 | $4.23 | $0.34 | $4.57 |
| | | | | | DOCUMENT PRINTING | 4.00 | $50.00 | ($45.77) | $4.23 | $0.00 | $0.00 | $4.23 | $0.32 | $4.55 |
| | | | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | 8.00 | $58.00 | ($53.10) | $4.90 | $0.00 | $0.00 | $4.90 | $0.38 | $5.28 |
| | | | | | ONLINE TIME | 00:22:20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 2.00 | $400.00 | ($366.18) | $33.82 | $0.00 | $0.00 | $33.82 | $2.60 | $36.42 |
| | | | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | 2.00 | $14.50 | ($13.28) | $1.22 | $0.00 | $0.00 | $1.22 | $0.10 | $1.32 |
| | | | | | ONLINE TIME | 00:15:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | COMBINED SEARCH SURCHARGES | 8.00 | $96.00 | ($87.88) | $8.12 | $0.00 | $0.00 | $8.12 | $0.53 | $8.65 |
| | | | | | COMPUTER CONECTN TIME | 00:08:04 | $8.07 | ($7.39) | $0.68 | $0.00 | $0.00 | $0.68 | $0.03 | $0.71 |
| | | | | | DOCUMENT PRINTING | 1.00 | $12.50 | ($11.45) | $1.05 | $0.00 | $0.00 | $1.05 | $0.06 | $1.11 |
| | | | | | OFFLINE PRINT | 00:00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | TIER 6 | 00:07:36 | $87.91 | ($80.46) | $7.45 | $0.00 | $0.00 | $7.45 | $0.49 | $7.94 |
| | | | | | TIER 9 | 00:00:27 | $3.73 | ($3.42) | $0.31 | $0.00 | $0.00 | $0.31 | $0.02 | $0.33 |
| | STROBEL, JASON | 05W92SJ | 13-Jul-2009 | LEXIS LEGAL SERVICES | COMPUTER CONECTN TIME | 00:42:25 | $42.41 | ($38.83) | $3.58 | $0.00 | $0.00 | $3.58 | $0.24 | $3.82 |
| | | | 14-Jul-2009 | LEXIS LEGAL SERVICES | DOCUMENT PRINTING | 1.00 | $12.50 | ($11.44) | $1.06 | $0.00 | $0.00 | $1.06 | $0.06 | $1.12 |

| CLIENT | USER NAME | USER ID | DATE | SERVICE | TYPE OF CHARGE | QUANTITY | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WILCOX, AMANDA | BQGZN0U | 15-Jul-2009 | LEXIS LEGAL SERVICES | OFFLINE PRINT | 00:00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | TIER 6 | 00:42:24 | $671.55 | ($614.76) | $56.79 | $0.00 | $0.00 | $56.79 | $3.69 | $60.48 |
| | | | | | TIER 9 | 00:00:00 | $0.03 | ($0.02) | $0.01 | $0.00 | $0.00 | $0.01 | $0.00 | $0.01 |
| | | | | | COMPUTER CONECTN TIME | 00:00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | DOCUMENT PRINTING | 2.00 | $25.00 | ($22.89) | $2.11 | $0.00 | $0.00 | $2.11 | $0.14 | $2.25 |
| | | | 06-Jul-2009 | LEXIS LEGAL SERVICES | TIER 6 | 00:00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | TIER 9 | 00:00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | OFFLINE PRINT | 00:00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | DOCUMENT PRINTING | 1.00 | $12.50 | ($11.45) | $1.05 | $0.00 | $0.00 | $1.05 | $0.06 | $1.11 |
| | | | 13-Jul-2009 | LEXIS LEGAL SERVICES | COMPUTER CONECTN TIME | 00:13:27 | $13.46 | ($12.31) | $1.15 | $0.00 | $0.00 | $1.15 | $0.08 | $1.23 |
| | | | | | TIER 9 | 00:00:00 | $0.01 | ($0.01) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | OFFLINE PRINT | 00:00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | TIER 9 | 00:13:27 | $253.76 | ($232.30) | $21.46 | $0.00 | $0.00 | $21.46 | $1.39 | $22.85 |
| | | | | | COMPUTER CONECTN TIME | 00:13:58 | $13.97 | ($12.80) | $1.17 | $0.00 | $0.00 | $1.17 | $0.07 | $1.24 |
| | | | | | DOCUMENT PRINTING | 2.00 | $25.00 | ($22.88) | $2.12 | $0.00 | $0.00 | $2.12 | $0.14 | $2.26 |
| | | | | | OFFLINE PRINT | 00:00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Sub-Total:** | | | | | | | **$3,227.35** | **($2,954.46)** | **$272.89** | **$0.00** | **$0.00** | **$272.89** | **$19.47** | **$292.36** |
| 010000.00104 | PASCOE, MICHAEL | R440XTY | 06-Jul-2009 | LEXIS LEGAL SERVICES | DOCUMENT PRINTING | 3.00 | $37.50 | ($34.33) | $3.17 | $0.00 | $0.00 | $3.17 | $0.24 | $3.41 |
| | | | | | ONLINE TIME | 00:41:31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 1.00 | $143.00 | ($130.91) | $12.09 | $0.00 | $0.00 | $12.09 | $0.93 | $13.02 |
| **Sub-Total:** | | | | | | | **$180.50** | **($165.24)** | **$15.26** | **$0.00** | **$0.00** | **$15.26** | **$1.17** | **$16.43** |
| 01270.00005 | MEDINA, E. SEAN | ZGM5M1G | 07-Jul-2009 | LEXIS LEGAL SERVICES | DOCUMENT PRINTING | 2.00 | $219.00 | ($200.49) | $18.51 | $0.00 | $0.00 | $18.51 | $1.43 | $19.94 |
| | | | | | ONLINE TIME | 01:51:01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 1.00 | $12.50 | ($11.44) | $1.06 | $0.00 | $0.00 | $1.06 | $0.08 | $1.14 |
| | | | | | DOCUMENT PRINTING | 1.00 | $12.50 | ($11.45) | $1.05 | $0.00 | $0.00 | $1.05 | $0.08 | $1.13 |
| | | | 09-Jul-2009 | LEXIS LEGAL SERVICES | ONLINE TIME | 01:34:30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 4.00 | $438.00 | ($400.97) | $37.03 | $0.00 | $0.00 | $37.03 | $2.87 | $39.90 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 4.00 | $50.00 | ($45.78) | $4.22 | $0.00 | $0.00 | $4.22 | $0.31 | $4.53 |

**Date Range**
09/01/2009 – 09/30/2009

**Report Date**
06/02/2010

## SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| 008653.00368 | $190.84 | ($171.25) | $19.59 | $0.00 | $0.00 | $19.59 | $1.26 | $20.85 |
| Total: | $190.84 | ($171.25) | $19.59 | $0.00 | $0.00 | $19.59 | $1.26 | $20.85 |

**Currency**
US DOLLARS

## Exchange Rate to US DOLLARS

| Date | Rate | Base Currency |
| --- | --- | --- |
| Sep 2009 | 1.0000 | US DOLLARS |

**Date Range**
10/01/2009 - 10/31/2009

**Report Date**
06/02/2010

## SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| 008653.00368 | $1,610.31 | ($1,468.39) | $141.92 | $0.00 | $0.00 | $141.92 | $9.44 | $151.36 |
| Total: | $1,610.31 | ($1,468.39) | $141.92 | $0.00 | $0.00 | $141.92 | $9.44 | $151.36 |

**Currency**
US DOLLARS

### Exchange Rate to US DOLLARS

| Date | Rate | Base Currency |
| --- | --- | --- |
| Oct 2009 | 1.0000 | US DOLLARS |

**Date Range**
11/01/2009 – 11/30/2009

**Report Date**
06/02/2010

## SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| 008653.00368 | $3,699.90 | ($3,347.32) | $352.58 | $0.00 | $0.00 | $352.58 | $23.71 | $376.29 |
| Total: | $3,699.90 | ($3,347.32) | $352.58 | $0.00 | $0.00 | $352.58 | $23.71 | $376.29 |

**Currency**
US DOLLARS

### Exchange Rate to US DOLLARS

| Date | Rate | Base Currency |
|---|---|---|
| Nov 2009 | 1.0000 | US DOLLARS |

**Date Range**
12/01/2009 - 12/31/2009

**Report Date**
06/02/2010

## SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| 008653.00368 | $1,366.91 | ($1,230.97) | $135.94 | $0.00 | $0.00 | $135.94 | $8.98 | $144.92 |
| Total: | $1,366.91 | ($1,230.97) | $135.94 | $0.00 | $0.00 | $135.94 | $8.98 | $144.92 |

**Currency**
US DOLLARS

### Exchange Rate to US DOLLARS

| Date | Rate | Base Currency |
| --- | --- | --- |
| Dec 2009 | 1.0000 | US DOLLARS |

**Date Range**
02/01/2010 – 02/28/2010

**Report Date**
06/02/2010

## SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| 008653.00368 | $2,964.98 | ($2,668.06) | $296.92 | $0.00 | $26.20 | $323.12 | $21.55 | $344.67 |
| Total: | $2,964.98 | ($2,668.06) | $296.92 | $0.00 | $26.20 | $323.12 | $21.55 | $344.67 |

**Currency**
US DOLLARS

### Exchange Rate to US DOLLARS

| Date | Rate | Base Currency |
|---|---|---|
| Feb 2010 | 1.0000 | US DOLLARS |

**Date Range**
03/01/2010 – 03/31/2010

**Report Date**
06/02/2010

## SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| 008653.00368 | $693.00 | ($643.34) | $49.66 | $0.00 | $0.00 | $49.66 | $3.34 | $53.00 |
| Total: | $693.00 | ($643.34) | $49.66 | $0.00 | $0.00 | $49.66 | $3.34 | $53.00 |

## Currency
US DOLLARS

### Exchange Rate to US DOLLARS

| Date | Rate | Base Currency |
|---|---|---|
| Mar 2010 | 1.0000 | US DOLLARS |

**Date Range**
04/01/2010 – 04/30/2010

**Report Date**
06/02/2010

## *SUMMARY BY CLIENT*

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| 008653.00368 | $3,548.50 | ($3,248.45) | $300.05 | $0.00 | $0.00 | $300.05 | $20.22 | $320.27 |
| Total: | $3,548.50 | ($3,248.45) | $300.05 | $0.00 | $0.00 | $300.05 | $20.22 | $320.27 |

**Currency**
US DOLLARS

*Exchange Rate to US DOLLARS*

| Date | Rate | Base Currency |
|---|---|---|
| Apr 2010 | 1.0000 | US DOLLARS |

**Date Range**
05/01/2010 – 05/31/2010

**Report Date**
06/02/2010

## SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| 008653.00368 | $9,497.73 | ($8,736.29) | $761.44 | $0.00 | $0.00 | $761.44 | $51.46 | $812.90 |
| Total: | $9,497.73 | ($8,736.29) | $761.44 | $0.00 | $0.00 | $761.44 | $51.46 | $812.90 |

**Currency**
US DOLLARS

### Exchange Rate to US DOLLARS

| Date | Rate | Base Currency |
|---|---|---|
| May 2010 | 1.0000 | US DOLLARS |

**Date Range**
06/01/2010 – 06/01/2010

**Report Date**
06/02/2010

## SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| 008653.00368 | $153.85 | ($139.27) | $14.58 | $0.00 | $0.00 | $14.58 | $0.95 | $15.53 |
| Total: | $153.85 | ($139.27) | $14.58 | $0.00 | $0.00 | $14.58 | $0.95 | $15.53 |

**Currency**
US DOLLARS

*Exchange Rate to US DOLLARS*

| Date | Rate | Base Currency |
|---|---|---|
| Jun 2010 | 1.0000 | US DOLLARS |