```
                09-31943                              IMAGE130-0
02/01/2010  ILNBK                    10:45:12                    3      0.24
                09-31943                              IMAGE130-1
```

CUSTOMER NUMBER: HL0013
DATE RANGE:     02/01/2010 - 02/28/2010                    PAGE:        2

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|
| 02/01/2010 | ILNBK | 10:45:13 | | 10 | 0.80 |
| | 09-31943 | | | IMAGE130-2 | |
| 02/01/2010 | ILNBK | 10:45:13 | | 7 | 0.56 |
| | 09-31943 | | | IMAGE130-3 | |
| 02/01/2010 | ILNBK | 10:47:21 | | 13 | 1.04 |
| | 09-31943 DOCUMENT 131-0 | | | IMAGE131-0 | |
| 02/01/2010 | ILNBK | 10:47:46 | | 9 | 0.72 |
| | 09-31943 DOCUMENT 132-0 | | | IMAGE132-0 | |
| 02/01/2010 | ILNBK | 10:48:25 | | 29 | 2.32 |
| | 09-31943 DOCUMENT 132-1 | | | IMAGE132-1 | |
| 02/01/2010 | ILNBK | 10:48:56 | | 30 | 2.40 |
| | 09-31943 DOCUMENT 132-2 | | | IMAGE132-2 | |
| 02/01/2010 | ILNBK | 10:49:58 | | 19 | 1.52 |
| | 09-31943 DOCUMENT 134-0 | | | IMAGE134-0 | |
| 02/01/2010 | ILNBK | 10:50:39 | | 4 | 0.32 |
| | 09-31943 DOCUMENT 138-0 | | | IMAGE138-0 | |
| 02/01/2010 | ILNBK | 10:51:01 | | 1 | 0.08 |
| | 09-31943 DOCUMENT 138-1 | | | IMAGE138-1 | |
| 02/01/2010 | ILNBK | 10:51:38 | | 21 | 1.68 |
| | 09-31943 DOCUMENT 154-0 | | | IMAGE154-0 | |
| 02/01/2010 | ILNBK | 10:52:11 | | 1 | 0.08 |
| | 09-31943 | | | ASSOCIATED CASES | |
| 02/01/2010 | ILNBK | 10:52:27 | | 1 | 0.08 |
| | 09-00994 FIL OR ENT: FILED FROM: 10/2/20 | | | DOCKET REPORT | |
| 02/01/2010 | ILNBK | 10:52:40 | | 3 | 0.24 |
| | 09-00994 | | | IMAGE4-0 | |
| 02/01/2010 | ILNBK | 10:52:41 | | 18 | 1.44 |
| | 09-00994 | | | IMAGE4-1 | |
| 02/01/2010 | ILNBK | 10:53:59 | | 18 | 1.44 |
| | 09-00994 DOCUMENT 1-0 | | | IMAGE1-0 | |
| 02/01/2010 | ILNBK | 10:54:30 | | 30 | 2.40 |
| | 09-00994 DOCUMENT 1-1 | | | IMAGE1-1 | |

```
PACER-NET SUBTOTAL FOR  002267.00002                      476     38.08

                                                          ==============
SUBTOTAL FOR CLIENT CODE: 002267.00002                            38.08


CLIENT CODE: 008563.00368
02/15/2010  OHNDC                    17:58:44                    5      0.40
                5:09-CV-01547-JG                       DOCKET REPORT
02/15/2010  OHNDC                    17:59:00                    4      0.32
                5:09-CV-01547-JG DOCUMENT 47-1         IMAGE47-1
02/15/2010  OHNDC                    17:59:29                    4      0.32
                5:09-CV-01547-JG DOCUMENT 47-2         IMAGE47-2
02/15/2010  OHNDC                    18:00:00                    4      0.32
                5:09-CV-01547-JG DOCUMENT 47-3         IMAGE47-3
02/15/2010  OHNDC                    18:00:35                    1      0.08
```

```
              5:09-CV-01547-JG DOCUMENT 47-4          IMAGE47-4
02/15/2010   OHNDC                    18:00:54                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-5          IMAGE47-5
02/15/2010   OHNDC                    18:01:17                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-6          IMAGE47-6
02/15/2010   OHNDC                    18:01:36                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-7          IMAGE47-7
02/15/2010   OHNDC                    18:02:10                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-8          IMAGE47-8
```

```
CUSTOMER NUMBER: HL0013
DATE RANGE:    02/01/2010 - 02/28/2010                 PAGE:        3

DATE         COURT                 TIME IN    TIME OUT TIME/PAGES  AMOUNT
              SEARCH CRITERIA                           DESCRIPTION
---------------------------------------------------------------------------
02/15/2010   OHNDC                    18:02:37                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-9          IMAGE47-9
02/15/2010   OHNDC                    18:02:54                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-10         IMAGE47-10
02/15/2010   OHNDC                    18:03:10                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-11         IMAGE47-11
02/15/2010   OHNDC                    18:03:26                   3        0.24
              5:09-CV-01547-JG DOCUMENT 47-12         IMAGE47-12
02/15/2010   OHNDC                    18:03:50                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-13         IMAGE47-13
02/15/2010   OHNDC                    18:04:25                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-14         IMAGE47-14
02/15/2010   OHNDC                    18:04:45                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-15         IMAGE47-15
02/15/2010   OHNDC                    18:05:11                   2        0.16
              5:09-CV-01547-JG DOCUMENT 47-16         IMAGE47-16
02/15/2010   OHNDC                    18:05:59                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-17         IMAGE47-17
02/15/2010   OHNDC                    18:06:20                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-18         IMAGE47-18
02/15/2010   OHNDC                    18:06:40                   3        0.24
              5:09-CV-01547-JG DOCUMENT 47-19         IMAGE47-19
02/15/2010   OHNDC                    18:06:58                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-20         IMAGE47-20
02/15/2010   OHNDC                    18:07:16                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-21         IMAGE47-21
02/15/2010   OHNDC                    18:07:39                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-22         IMAGE47-22
02/15/2010   OHNDC                    18:07:57                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-23         IMAGE47-23
02/15/2010   OHNDC                    18:08:17                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-24         IMAGE47-24
02/15/2010   OHNDC                    18:08:39                   6        0.48
              5:09-CV-01547-JG DOCUMENT 47-25         IMAGE47-25
02/15/2010   OHNDC                    18:08:57                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-26         IMAGE47-26
02/15/2010   OHNDC                    18:09:16                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-27         IMAGE47-27
02/15/2010   OHNDC                    18:09:33                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-28         IMAGE47-28
02/15/2010   OHNDC                    18:10:01                   1        0.08
              5:09-CV-01547-JG DOCUMENT 47-29         IMAGE47-29
```

```
PACER-NET SUBTOTAL FOR   008563.00368                    53        4.24


                                                        ==============
SUBTOTAL FOR CLIENT CODE: 008563.00368                     (4.24)


CLIENT CODE: 008653,00368
   02/18/2010   OHNDC                  11:38:25                    6        0.48
               5:09-CV-01547-JG                    DOCKET REPORT
   02/18/2010   OHNDC                  16:37:06                    6        0.48
               5:09-CV-01547-JG                    DOCKET REPORT
   02/18/2010   OHNDC                  16:37:29                    3        0.24
               5:09-CV-01547-JG DOCUMENT 19-0      IMAGE19-0
   02/18/2010   OHNDC                  16:39:17                    2        0.16
               5:09-CV-01547-JG DOCUMENT 20-0      IMAGE20-0
```

```
   CUSTOMER NUMBER: HL0013
   DATE RANGE:      02/01/2010 - 02/28/2010            PAGE:        4

   DATE        COURT                  TIME IN   TIME OUT TIME/PAGES  AMOUNT
               SEARCH CRITERIA                          DESCRIPTION
   ----------------------------------------------------------------------------
```

```
   02/18/2010   OHNDC                  16:39:39                    4        0.32
               5:09-CV-01547-JG DOCUMENT 21-0      IMAGE21-0
   02/18/2010   OHNDC                  16:41:20                    1        0.08
               5:09-CV-01547-JG DOCUMENT 22-0      IMAGE22-0
   02/18/2010   OHNDC                  16:41:40                    5        0.40
               5:09-CV-01547-JG DOCUMENT 23-0      IMAGE23-0
   02/18/2010   OHNDC                  16:42:04                   13        1.04
               5:09-CV-01547-JG DOCUMENT 24-0      IMAGE24-0
   02/18/2010   OHNDC                  16:42:24                    2        0.16
               5:09-CV-01547-JG DOCUMENT 25-0      IMAGE25-0
   02/18/2010   OHNDC                  16:42:52                    1        0.08
               5:09-CV-01547-JG DOCUMENT 26-0      IMAGE26-0
   02/18/2010   OHNDC                  16:43:39                   17        1.36
               5:09-CV-01547-JG DOCUMENT 27-0      IMAGE27-0
   02/18/2010   OHNDC                  16:50:17                    1        0.08
               5:09-CV-01547-JG DOCUMENT 28-0      IMAGE28-0
   02/18/2010   OHNDC                  16:56:21                    4        0.32
               5:09-CV-01547-JG DOCUMENT 29-0      IMAGE29-0
   02/18/2010   OHNDC                  16:56:43                    1        0.08
               5:09-CV-01547-JG DOCUMENT 29-1      IMAGE29-1
   02/18/2010   OHNDC                  16:57:15                    1        0.08
               5:09-CV-01547-JG DOCUMENT 29-2      IMAGE29-2
   02/18/2010   OHNDC                  16:57:52                    1        0.08
               5:09-CV-01547-JG DOCUMENT 30-0      IMAGE30-0
   PACER-NET SUBTOTAL FOR   008653,00368                   68        5.44


                                                        ==============
SUBTOTAL FOR CLIENT CODE: 008653,00368                     (5.44)


CLIENT CODE: 008653.00368
   02/01/2010   OHNDC                  15:24:13                    4        0.32
               5:09-CV-01547-JG                    DOCKET REPORT
   02/01/2010   OHNDC                  15:24:26                   19        1.52
               5:09-CV-01547-JG DOCUMENT 41-7      IMAGE41-7
   02/01/2010   OHNDC                  15:24:43                   16        1.28
```

```
                   5:09-CV-01547-JG DOCUMENT 41-8          IMAGE41-8
02/01/2010  OHNDC                     16:13:35                    1           0.08
            LAST NAME: GAUM FIRST NAME: RICHARD  TYP SEARCH
02/01/2010  OHNDC                     16:13:53                    4           0.32
            5:09-CV-01547-JG                        DOCKET REPORT
02/12/2010  00IDX                     09:44:33                    1           0.08
            O'NEIL                                  CIVIL SRCH PG 1
02/12/2010  OHNDC                     10:44:54                    5           0.40
            5:09-CV-01547-JG                        DOCKET REPORT
02/12/2010  OHNDC                     10:45:27                    2           0.16
            5:09-CV-01547-JG DOCUMENT 42-0          IMAGE42-0
02/12/2010  OHNDC                     10:50:06                    1           0.08
            5:09-CV-01547-JG DOCUMENT 43-0          IMAGE43-0
02/14/2010  OHNDC                     23:17:34                    5           0.40
            5:09-CV-01547-JG                        DOCKET REPORT
02/14/2010  OHNDC                     23:18:15                    1           0.08
            5:09-CV-01547-JG DOCUMENT 34-1          IMAGE34-1
02/15/2010  OHNDC                     09:44:03                    5           0.40
            5:09-CV-01547-JG                        DOCKET REPORT
02/15/2010  OHNDC                     09:51:31                    1           0.08
            5:09-CV-01547-JG DOCUMENT 43-0          IMAGE43-0


CUSTOMER NUMBER: HL0013
DATE RANGE:    02/01/2010 - 02/28/2010               PAGE:        5

DATE        COURT                 TIME IN    TIME OUT TIME/PAGES  AMOUNT
            SEARCH CRITERIA                           DESCRIPTION
--------------------------------------------------------------------------------
02/15/2010  OHNDC                     11:03:31                    1           0.08
            5:09-CV-01547-JG DOCUMENT 41-2          IMAGE41-2
02/15/2010  OHNDC                     17:56:05                   27           2.16
            5:09-CV-01547-JG DOCUMENT 47-0          IMAGE47-0
02/17/2010  OHNDC                     09:33:46                    5           0.40
            5:09-CV-01547-JG                        DOCKET REPORT
02/17/2010  OHNDC                     09:34:07                    2           0.16
            5:09-CV-01547-JG DOCUMENT 48-0          IMAGE48-0
02/17/2010  OHNDC                     10:29:13                    5           0.40
            5:09-CV-01547-JG                        DOCKET REPORT
02/17/2010  OHNDC                     12:58:31                    1           0.08
            LAST NAME: SNAP-ON                      SEARCH
02/17/2010  OHNDC                     12:59:03                    5           0.40
            5:09-CV-01547-JG                        DOCKET REPORT
02/17/2010  OHNDC                     12:59:44                    1           0.08
            5:09-CV-01547-JG DOCUMENT 47-28         IMAGE47-28
02/17/2010  OHNDC                     15:36:13                    5           0.40
            5:09-CV-01547-JG                        DOCKET REPORT
02/17/2010  00IDX                     21:52:12                    1           0.08
            SNAP-ON                                 CIVIL SRCH PG 1
02/17/2010  OHNDC                     22:52:36                    5           0.40
            5:09-CV-01547-JG                        DOCKET REPORT
02/19/2010  OHNDC                     09:12:08                    1           0.08
            LAST NAME: SNAP-ON                      SEARCH
02/19/2010  OHNDC                     09:12:25                    6           0.48
            5:09-CV-01547-JG                        DOCKET REPORT
02/19/2010  06CA                      09:20:10                    1           0.08
            NAME: 111 DEBT (PTY)                    CASE SELECTION TABLE
02/19/2010  06CA                      09:20:15                    1           0.08
            09-4436                                 CASE QUERY
```

| 02/19/2010 | 06CA | 09:26:10 | | 1 | 0.08 |
| | CASE: 09-4436, DOCUMENT: 00618314249 | | PDF DOCUMENT | | |
| 02/19/2010 | OHNDC | 09:50:43 | | 6 | 0.48 |
| | 5:09-CV-01547-JG | | DOCKET REPORT | | |
| 02/19/2010 | OHNDC | 09:52:15 | | 4 | 0.32 |
| | 5:09-CV-01547-JG DOCUMENT 31-0 | | IMAGE31-0 | | |
| 02/19/2010 | OHNDC | 09:52:41 | | 14 | 1.12 |
| | 5:09-CV-01547-JG DOCUMENT 31-1 | | IMAGE31-1 | | |
| 02/19/2010 | OHNDC | 09:53:08 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 31-2 | | IMAGE31-2 | | |
| 02/19/2010 | OHNDC | 09:53:32 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 32-0 | | IMAGE32-0 | | |
| 02/19/2010 | OHNDC | 09:54:01 | | 14 | 1.12 |
| | 5:09-CV-01547-JG DOCUMENT 33-0 | | IMAGE33-0 | | |
| 02/19/2010 | OHNDC | 09:54:27 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 33-1 | | IMAGE33-1 | | |
| 02/19/2010 | OHNDC | 09:55:05 | | 14 | 1.12 |
| | 5:09-CV-01547-JG DOCUMENT 34-0 | | IMAGE34-0 | | |
| 02/19/2010 | OHNDC | 09:55:30 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 34-1 | | IMAGE34-1 | | |
| 02/19/2010 | OHNDC | 09:55:57 | | 9 | 0.72 |
| | 5:09-CV-01547-JG DOCUMENT 35-0 | | IMAGE35-0 | | |
| 02/19/2010 | OHNDC | 09:56:15 | | 3 | 0.24 |
| | 5:09-CV-01547-JG DOCUMENT 36-0 | | IMAGE36-0 | | |
| 02/19/2010 | OHNDC | 09:56:58 | | 3 | 0.24 |
| | 5:09-CV-01547-JG DOCUMENT 37-0 | | IMAGE37-0 | | |
| 02/19/2010 | OHNDC | 09:57:17 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 37-1 | | IMAGE37-1 | | |

CUSTOMER NUMBER: HL0013
DATE RANGE:     02/01/2010 - 02/28/2010                    PAGE:        6

| DATE | COURT | TIME IN | TIME OUT | TIME/PAGES | AMOUNT |
| | SEARCH CRITERIA | | | DESCRIPTION | |
| --- | --- | --- | --- | --- | --- |
| 02/19/2010 | OHNDC | 09:57:42 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 38-0 | | IMAGE38-0 | | |
| 02/19/2010 | OHNDC | 09:58:04 | | 3 | 0.24 |
| | 5:09-CV-01547-JG DOCUMENT 39-0 | | IMAGE39-0 | | |
| 02/19/2010 | OHNDC | 09:58:17 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 39-1 | | IMAGE39-1 | | |
| 02/19/2010 | OHNDC | 09:58:41 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 40-0 | | IMAGE40-0 | | |
| 02/19/2010 | OHNDC | 09:59:08 | | 2 | 0.16 |
| | 5:09-CV-01547-JG DOCUMENT 41-0 | | IMAGE41-0 | | |
| 02/19/2010 | OHNDC | 09:59:24 | | 16 | 1.28 |
| | 5:09-CV-01547-JG DOCUMENT 41-1 | | IMAGE41-1 | | |
| 02/19/2010 | OHNDC | 09:59:45 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 41-2 | | IMAGE41-2 | | |
| 02/19/2010 | OHNDC | 10:00:15 | | 20 | 1.60 |
| | 5:09-CV-01547-JG DOCUMENT 41-3 | | IMAGE41-3 | | |
| 02/19/2010 | OHNDC | 10:00:44 | | 6 | 0.48 |
| | 5:09-CV-01547-JG DOCUMENT 41-4 | | IMAGE41-4 | | |
| 02/19/2010 | OHNDC | 10:01:07 | | 21 | 1.68 |
| | 5:09-CV-01547-JG DOCUMENT 41-5 | | IMAGE41-5 | | |
| 02/19/2010 | OHNDC | 10:01:39 | | 30 | 2.40 |
| | 5:09-CV-01547-JG DOCUMENT 41-6 | | IMAGE41-6 | | |
| 02/19/2010 | OHNDC | 10:02:00 | | 19 | 1.52 |
| | 5:09-CV-01547-JG DOCUMENT 41-7 | | IMAGE41-7 | | |

```
02/19/2010  OHNDC                  10:02:19               16      1.28
            5:09-CV-01547-JG DOCUMENT 41-8      IMAGE41-8
02/19/2010  OHNDC                  10:02:57                2      0.16
            5:09-CV-01547-JG DOCUMENT 42-0      IMAGE42-0
02/19/2010  OHNDC                  10:03:19                1      0.08
            5:09-CV-01547-JG DOCUMENT 43-0      IMAGE43-0
02/19/2010  OHNDC                  10:19:32                2      0.16
            5:09-CV-01547-JG DOCUMENT 45-0      IMAGE45-0
02/19/2010  OHNDC                  10:20:12                4      0.32
            5:09-CV-01547-JG DOCUMENT 46-0      IMAGE46-0
02/19/2010  OHNDC                  10:20:35                4      0.32
            5:09-CV-01547-JG DOCUMENT 46-1      IMAGE46-1
02/19/2010  OHNDC                  10:21:02                2      0.16
            5:09-CV-01547-JG DOCUMENT 46-2      IMAGE46-2
02/19/2010  OHNDC                  10:21:44               27      2.16
            5:09-CV-01547-JG DOCUMENT 47-0      IMAGE47-0
02/19/2010  OHNDC                  10:22:08                4      0.32
            5:09-CV-01547-JG DOCUMENT 47-1      IMAGE47-1
02/19/2010  OHNDC                  10:22:47                4      0.32
            5:09-CV-01547-JG DOCUMENT 47-2      IMAGE47-2
02/19/2010  OHNDC                  10:23:17                4      0.32
            5:09-CV-01547-JG DOCUMENT 47-3      IMAGE47-3
02/19/2010  OHNDC                  10:23:41                1      0.08
            5:09-CV-01547-JG DOCUMENT 47-4      IMAGE47-4
02/19/2010  OHNDC                  10:24:12                1      0.08
            5:09-CV-01547-JG DOCUMENT 47-5      IMAGE47-5
02/19/2010  OHNDC                  10:24:45                1      0.08
            5:09-CV-01547-JG DOCUMENT 47-6      IMAGE47-6
02/19/2010  OHNDC                  10:25:09                1      0.08
            5:09-CV-01547-JG DOCUMENT 47-7      IMAGE47-7
02/19/2010  OHNDC                  10:25:30                1      0.08
            5:09-CV-01547-JG DOCUMENT 47-8      IMAGE47-8
02/19/2010  OHNDC                  10:26:00                1      0.08
            5:09-CV-01547-JG DOCUMENT 47-9      IMAGE47-9


CUSTOMER NUMBER: HL0013
DATE RANGE:     02/01/2010 - 02/28/2010                  PAGE:         7

DATE        COURT              TIME IN   TIME OUT TIME/PAGES  AMOUNT
            SEARCH CRITERIA                       DESCRIPTION
--------------------------------------------------------------------------
02/19/2010  OHNDC                  10:26:21                1      0.08
            5:09-CV-01547-JG DOCUMENT 47-10     IMAGE47-10
02/19/2010  OHNDC                  10:26:55                1      0.08
            5:09-CV-01547-JG DOCUMENT 47-11     IMAGE47-11
02/19/2010  OHNDC                  10:27:17                3      0.24
            5:09-CV-01547-JG DOCUMENT 47-12     IMAGE47-12
02/19/2010  OHNDC                  10:27:57                1      0.08
            5:09-CV-01547-JG DOCUMENT 47-13     IMAGE47-13
02/19/2010  OHNDC                  10:28:16                1      0.08
            5:09-CV-01547-JG DOCUMENT 47-14     IMAGE47-14
02/19/2010  OHNDC                  10:28:36                1      0.08
            5:09-CV-01547-JG DOCUMENT 47-15     IMAGE47-15
02/19/2010  OHNDC                  10:29:08                2      0.16
            5:09-CV-01547-JG DOCUMENT 47-16     IMAGE47-16
02/19/2010  OHNDC                  10:29:34                1      0.08
            5:09-CV-01547-JG DOCUMENT 47-17     IMAGE47-17
02/19/2010  OHNDC                  10:29:59                1      0.08
            5:09-CV-01547-JG DOCUMENT 47-18     IMAGE47-18
```

| DATE | COURT | TIME IN | TIME OUT | TIME/PAGES | AMOUNT |
|------|-------|---------|----------|------------|--------|
| 02/19/2010 | OHNDC | 10:30:23 | | 3 | 0.24 |
| | 5:09-CV-01547-JG DOCUMENT 47-19 | | IMAGE47-19 | | |
| 02/19/2010 | OHNDC | 10:30:44 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 47-20 | | IMAGE47-20 | | |
| 02/19/2010 | OHNDC | 10:31:19 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 47-21 | | IMAGE47-21 | | |
| 02/19/2010 | OHNDC | 10:31:41 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 47-22 | | IMAGE47-22 | | |
| 02/19/2010 | OHNDC | 10:31:58 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 47-23 | | IMAGE47-23 | | |
| 02/19/2010 | OHNDC | 10:32:21 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 47-24 | | IMAGE47-24 | | |
| 02/19/2010 | OHNDC | 10:32:40 | | 6 | 0.48 |
| | 5:09-CV-01547-JG DOCUMENT 47-25 | | IMAGE47-25 | | |
| 02/19/2010 | OHNDC | 10:33:00 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 47-26 | | IMAGE47-26 | | |
| 02/19/2010 | OHNDC | 10:33:18 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 47-27 | | IMAGE47-27 | | |
| 02/19/2010 | OHNDC | 10:33:57 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 47-28 | | IMAGE47-28 | | |
| 02/19/2010 | OHNDC | 10:34:17 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 47-29 | | IMAGE47-29 | | |
| 02/19/2010 | OHNDC | 10:35:01 | | 2 | 0.16 |
| | 5:09-CV-01547-JG DOCUMENT 48-0 | | IMAGE48-0 | | |
| 02/19/2010 | OHNDC | 10:38:21 | | 3 | 0.24 |
| | 5:09-CV-01547-JG DOCUMENT 50-0 | | IMAGE50-0 | | |
| 02/19/2010 | OHNDC | 10:38:44 | | 2 | 0.16 |
| | 5:09-CV-01547-JG DOCUMENT 51-0 | | IMAGE51-0 | | |
| 02/19/2010 | OHNDC | 12:13:23 | | 6 | 0.48 |
| | 5:09-CV-01547-JG | | DOCKET REPORT | | |
| 02/19/2010 | OHNDC | 15:20:05 | | 6 | 0.48 |
| | 5:09-CV-01547-JG | | DOCKET REPORT | | |
| 02/19/2010 | OHNDC | 15:20:54 | | 3 | 0.24 |
| | 5:09-CV-01547-JG DOCUMENT 52-0 | | IMAGE52-0 | | |
| 02/19/2010 | OHNDC | 15:22:32 | | 2 | 0.16 |
| | 5:09-CV-01547-JG DOCUMENT 52-1 | | IMAGE52-1 | | |
| 02/19/2010 | OHNDC | 15:23:02 | | 3 | 0.24 |
| | 5:09-CV-01547-JG DOCUMENT 52-2 | | IMAGE52-2 | | |
| 02/19/2010 | OHNDC | 15:23:25 | | 2 | 0.16 |
| | 5:09-CV-01547-JG DOCUMENT 52-3 | | IMAGE52-3 | | |

```
CUSTOMER NUMBER: HL0013
DATE RANGE:    02/01/2010 - 02/28/2010              PAGE:        8
```

| DATE | COURT | TIME IN | TIME OUT | TIME/PAGES | AMOUNT |
|------|-------|---------|----------|------------|--------|
| | SEARCH CRITERIA | | | DESCRIPTION | |
| 02/22/2010 | OHNDC | 13:39:29 | | 6 | 0.48 |
| | 5:09-CV-01547-JG | | DOCKET REPORT | | |
| 02/22/2010 | OHNDC | 13:39:53 | | 3 | 0.24 |
| | 5:09-CV-01547-JG DOCUMENT 53-0 | | IMAGE53-0 | | |
| 02/22/2010 | OHNDC | 13:43:00 | | 6 | 0.48 |
| | 5:09-CV-01547-JG | | DOCKET REPORT | | |
| 02/22/2010 | OHNDC | 13:43:07 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 54-0 | | IMAGE54-0 | | |
| 02/22/2010 | OHNDC | 13:44:26 | | 1 | 0.08 |
| | 5:09-CV-01547-JG DOCUMENT 55-0 | | IMAGE55-0 | | |
| 02/22/2010 | OHNDC | 14:42:24 | | 6 | 0.48 |
| | 5:09-CV-01547-JG | | DOCKET REPORT | | |

| 02/22/2010 | OHNDC | 14:42:46 | | 2 | 0.16 |
|---|---|---|---|---|---|
| | 5:09-CV-01547-JG DOCUMENT 56-0 | | IMAGE56-0 | | |
| 02/22/2010 | OHNDC | 14:43:50 | | 3 | 0.24 |
| | 5:09-CV-01547-JG DOCUMENT 56-1 | | IMAGE56-1 | | |
| 02/22/2010 | OHNDC | 14:44:27 | | 2 | 0.16 |
| | 5:09-CV-01547-JG DOCUMENT 56-2 | | IMAGE56-2 | | |
| 02/25/2010 | OHNDC | 10:01:44 | | 6 | 0.48 |
| | 5:09-CV-01547-JG | | DOCKET REPORT | | |
| 02/25/2010 | OHNDC | 10:02:32 | | 16 | 1.28 |
| | 5:09-CV-01547-JG DOCUMENT 57-0 | | IMAGE57-0 | | |
| 02/25/2010 | OHNDC | 10:03:59 | | 6 | 0.48 |
| | 5:09-CV-01547-JG DOCUMENT 57-1 | | IMAGE57-1 | | |
| 02/25/2010 | OHNDC | 10:04:46 | | 8 | 0.64 |
| | 5:09-CV-01547-JG DOCUMENT 57-2 | | IMAGE57-2 | | |
| 02/25/2010 | OHNDC | 10:05:12 | | 5 | 0.40 |
| | 5:09-CV-01547-JG DOCUMENT 57-3 | | IMAGE57-3 | | |
| 02/25/2010 | OHNDC | 10:05:35 | | 12 | 0.96 |
| | 5:09-CV-01547-JG DOCUMENT 57-4 | | IMAGE57-4 | | |
| 02/25/2010 | OHNDC | 10:05:55 | | 3 | 0.24 |
| | 5:09-CV-01547-JG DOCUMENT 57-5 | | IMAGE57-5 | | |

```
     PACER-NET SUBTOTAL FOR  008653.00368                       547    43.76


                                                          ==============
     SUBTOTAL FOR CLIENT CODE: 008653.00368                        43.76

                                         pg.4 '        +        9.68
                                                                53.44

     CLIENT CODE: 022606.00513
       02/12/2010  NYSDC               12:17:01              30      2.40
          1:00-CV-01898-SAS-DCF                  DOCKET REPORT
     PACER-NET SUBTOTAL FOR  022606.00513                        30      2.40


                                                          ==============
     SUBTOTAL FOR CLIENT CODE: 022606.00513                         2.40


     CLIENT CODE: 023781.00590
       02/08/2010  OHSDC               10:24:43              23      1.84
          2:08-CV-00768-GLF-NMK                  DOCKET REPORT
       02/08/2010  OHSDC               10:25:20               3      0.24
          2:08-CV-00768-GLF-NMK DOCUMENT 285-0   IMAGE285-0
       02/08/2010  OHSDC               10:26:16               5      0.40
          2:08-CV-00768-GLF-NMK DOCUMENT 259-0   IMAGE259-0
       02/08/2010  OHSDC               10:27:56               4      0.32
          2:08-CV-00768-GLF-NMK DOCUMENT 258-0   IMAGE258-0
       02/08/2010  OHSDC               10:28:34               6      0.48
          2:08-CV-00768-GLF-NMK DOCUMENT 247-0   IMAGE247-0
```

```
     CUSTOMER NUMBER: HL0013
     DATE RANGE:    02/01/2010 - 02/28/2010              PAGE:        9
```

| DATE | COURT | TIME IN | TIME OUT | TIME/PAGES | AMOUNT |
|---|---|---|---|---|---|
| | SEARCH CRITERIA | | | DESCRIPTION | |
| 02/15/2010 | OHSDC | 14:52:21 | | 23 | 1.84 |
| | 2:08-CV-00768-GLF-NMK | | | DOCKET REPORT | |
| 02/15/2010 | OHSDC | 14:56:09 | | 10 | 0.80 |
| | 2:08-CV-00768-GLF-NMK DOCUMENT 17-1 | | IMAGE17-1 | | |
| 02/16/2010 | OHSDC | 08:55:54 | | 23 | 1.84 |
| | 2:08-CV-00768-GLF-NMK | | | DOCKET REPORT | |

```
11/30/2009   00IDX                        10:18:28                          1        0.08
             NOS 820 01/01/2006 TO 10/29/2009        CIVIL SRCH PG 1
11/30/2009   00IDX                        10:19:37                          1        0.08
             1:2006CV00293                            OHNDCE PARTIES PG 1
11/30/2009   00IDX                        10:19:43                          1        0.08
             1:2006CV00297                            OHNDCE PARTIES PG 1
11/30/2009   00IDX                        10:24:49                          1        0.08
             NOS 820 01/01/2007 TO 10/29/2009        CIVIL SRCH PG 1
11/30/2009   00IDX                        10:26:03                          1        0.08
             NOS 820 07/01/2007 TO 10/29/2009        CIVIL SRCH PG 1
11/30/2009   00IDX                        10:27:30                          1        0.08
             3:2007CV03366                            OHNDCE PARTIES PG 1
11/30/2009   00IDX                        10:27:43                          1        0.08
             NOS 820 07/01/2007 TO 10/29/2009        CIVIL SRCH PG 2
11/30/2009   00IDX                        10:48:19                          1        0.08
             1:03-CV-51                               CIVIL SRCH PG 1
11/30/2009   00IDX                        10:51:06                          1        0.08
             02-CV-684                                CIVIL SRCH PG 1
11/30/2009   00IDX                        10:51:56                          1        0.08
             2:08-CV-390                              CIVIL SRCH PG 1
11/30/2009   00IDX                        10:54:36                          1        0.08
             1:05CV1519                               CIVIL SRCH PG 1


CUSTOMER NUMBER: HL0013
DATE RANGE:    11/01/2009 - 11/30/2009                     PAGE:       75

DATE         COURT                    TIME IN   TIME OUT TIME/PAGES  AMOUNT
             SEARCH CRITERIA                              DESCRIPTION
-----------------------------------------------------------------------------
11/30/2009   00IDX                        10:57:30                          1        0.08
             1:02-CV-1791                             CIVIL SRCH PG 1
11/30/2009   00IDX                        10:58:41                          1        0.08
             3:03-CV-7674                             CIVIL SRCH PG 1
11/30/2009   OHNDC                        11:18:51                          4        0.32
             5:06-CV-00047-JRA                        DOCKET REPORT
11/30/2009   OHNDC                        11:19:54                          2        0.16
             1:06-CV-00297-PAG                        DOCKET REPORT
11/30/2009   OHNDC                        11:20:30                          2        0.16
             5:06-CV-00372-JG                         DOCKET REPORT
11/30/2009   OHNDC                        11:20:58                          1        0.08
             3:06-CV-07052-JZ                         DOCKET REPORT
11/30/2009   OHNDC                        11:21:19                          4        0.32
             5:06-CV-00440-JG                         DOCKET REPORT
11/30/2009   OHNDC                        11:22:38                          3        0.24
             5:06-CV-00616-JRA                        DOCKET REPORT
11/30/2009   OHNDC                        11:23:02                          1        0.08
             5:06-CV-00616-JRA                        CASE SUMMARY
11/30/2009   OHNDC                        11:23:22                          3        0.24
             1:06-CV-00617-DAP                        DOCKET REPORT
11/30/2009   OHNDC                        11:24:09                         15        1.20
             5:06-CV-02204-GJL                        DOCKET REPORT
11/30/2009   OHNDC                        11:25:25                          3        0.24
             5:07-CV-00110-JG                         DOCKET REPORT
11/30/2009   OHNDC                        11:26:15                          6        0.48
             3:07-CV-02004-JGC                        DOCKET REPORT
11/30/2009   OHNDC                        11:26:56                          6        0.48
             1:07-CV-02003-KMO                        DOCKET REPORT
11/30/2009   OHNDC                        11:28:13                          4        0.32
             5:08-CV-03000-DDD                        DOCKET REPORT
```

```
11/30/2009   OHSDC              11:49:10                 9        0.72
             1:03-CV-00051-SSB-TSB                  DOCKET REPORT
11/30/2009   OHSDC              11:49:59                 8        0.64
             1:03-CV-00051-SSB-TSB DOCUMENT 30-1    IMAGE30-1
11/30/2009   OHSDC              11:51:31                 2        0.16
             2:02-CV-00684-ALM-TPK                  DOCKET REPORT
11/30/2009   OHSDC              11:52:01                10        0.80
             2:08-CV-00390-JDH-TPK                  DOCKET REPORT
11/30/2009   OHSDC              11:52:37                14        1.12
             2:08-CV-00390-JDH-TPK DOCUMENT 15-0    IMAGE15-0
11/30/2009   OHNDC              11:55:01                27        2.16
             1:05-CV-01519-LW                       DOCKET REPORT
11/30/2009   OHNDC              11:55:54                16        1.28
             1:05-CV-01519-LW DOCUMENT 5-0          IMAGE5-0
11/30/2009   OHNDC              11:56:28                 6        0.48
             1:05-CV-01519-LW DOCUMENT 15-0         IMAGE15-0
11/30/2009   OHNDC              11:57:38                 6        0.48
             1:02-CV-01791-KMO                      DOCKET REPORT
11/30/2009   OHNDC              11:58:08                 4        0.32
             1:02-CV-01791-KMO DOCUMENT 5-0         IMAGE5-0
11/30/2009   OHNDC              11:58:50                 4        0.32
             3:03-CV-07674-JGC                      DOCKET REPORT
11/30/2009   OHNDC              11:59:11                10        0.80
             3:03-CV-07674-JGC DOCUMENT 9-0         IMAGE9-0
   PACER-NET SUBTOTAL FOR  0774 008653.00368          183       14.64


  CUSTOMER NUMBER: HL0013
  DATE RANGE:    11/01/2009 - 11/30/2009                 PAGE:       76

  DATE         COURT             TIME IN   TIME OUT TIME/PAGES   AMOUNT
               SEARCH CRITERIA                      DESCRIPTION
  -----------------------------------------------------------------------
                                                       ==============
SUBTOTAL FOR CLIENT CODE: 0774 008653.00368                      14.64


CLIENT CODE: 0774 999998.00001
  11/17/2009   00IDX              09:05:26                 1        0.08
             KENT STATE                             CIVIL SRCH PG 1
  11/17/2009   OHNDC              10:06:03                10        0.80
             5:08-CV-00720-DDD                      DOCKET REPORT
   PACER-NET SUBTOTAL FOR  0774 999998.00001           11        0.88

                                                       ==============
SUBTOTAL FOR CLIENT CODE: 0774 999998.00001                       0.88


CLIENT CODE: 0821 200073.00020
  11/11/2009   CAEDC              10:07:12                13        1.04
             2:05-CV-01304-WBS-GGH                  DOCKET REPORT
  11/11/2009   CAEDC              10:18:15                 3        0.24
             2:05-CV-01304-WBS-GGH DOCUMENT 16-0    IMAGE 16-0
  11/11/2009   CAEDC              10:19:05                30        2.40
             2:05-CV-01304-WBS-GGH DOCUMENT 17-0    IMAGE 17-0
  11/11/2009   CAEDC              10:19:53                 4        0.32
             2:05-CV-01304-WBS-GGH DOCUMENT 27-0    IMAGE 27-0
```