| | | | |
|---|---|---|---|
| | FedEx Priority Overnight® (Code: ON)<br>799442956915<br>Mon, Feb 15 2010<br>Tue, Feb 16 2010 09:14 AM | 0774<br>Amanda H. Wilcox<br>Hahn Loeser Parks LLP<br>Amanda H Wilcox<br>200 Public Square Suite 2800<br>CLEVELAND, OH 44114 US | Snap-On Business Solutions, Inc. fka<br>ProQuest-Snap-on Business Solutions, Inc.<br>v. O'Neil & Assoc<br>008653-00368<br>Reminger Co, LPA<br>Alan B Parker, Esq<br>1400 Mildand Bldg<br>CLEVELAND, OH 44115 US |
| | | | $ 14.30 |
| 946848411 | | 008653 00368 | Snap-On Business Solutions, Inc. fka<br>ProQuest-Snap-on Business Solutions, Inc.<br>v. O'Neil & Assoc<br>008653-00368 |
| | FedEx Standard Overnight® (Code: ST)<br>793170316106<br>Mon, Jan 11 2010<br>Tue, Jan 12 2010 10:52 AM | 1039<br>Phillip G. Eckenrode<br>HAHN LOESER & PARKS LLP<br>Phillip G Eckenrode<br>65 E STATE STREET, SUITE 1400<br>COLUMBUS, OH 43215 US | Courtyard Houston Downtown<br>Guest Eric Gaum<br>916 DALLAS ST<br>HOUSTON, TX 77002 US |
| | | | $ 57.48 |
| 946848411 | | 008653 00368 | Snap-On Business Solutions, Inc. fka<br>ProQuest-Snap-on Business Solutions, Inc.<br>v. O'Neil & Assoc<br>008653-00368 |
| | FedEx Standard Overnight® (Code: ST)<br>798291401933<br>Mon, Jan 11 2010<br>Tue, Jan 12 2010 10:52 AM | 1039<br>Phillip G. Eckenrode<br>HAHN LOESER & PARKS LLP<br>Phillip G Eckenrode<br>65 E STATE STREET, SUITE 1400<br>COLUMBUS, OH 43215 US | Courtyard Houston Downtown<br>Guest Eric Gaum<br>916 DALLAS ST<br>HOUSTON, TX 77002 US |
| | | | $ 57.48 |

**Picked up: Oct 12, 2009**  **Cust. Ref.: 008653.00368-0774-Wilcox**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

* Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
* Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | WBUS | **Sender** | **Recipient** | |
| Tracking ID | 792184098816 | Amanda H. Wilcox | Alan B. Parker | |
| Service Type | FedEx Standard Overnight | Hahn Loeser + Parks LLP | Reminger & Co. LPA | |
| Package Type | FedEx Envelope | 200 Public Square Suite 2800 | 101 W Prospect Ave Ste 1400 | |
| Zone | 02 | CLEVELAND OH 44114 US | CLEVELAND OH 44115 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 13.95 |
| Delivered | Oct 13, 2009 09:05 | Direct Signature | | 2.75 |
| Svc Area | A1 | Discount | | -7.48 |
| Signed by | W.IRZARRY | Fuel Surcharge | | 0.49 |
| FedEx Use | 000000000/0000200/_ | **Total Charge** | USD | **$9.71** |

**008653.00368-0774-Wilcox Reference Subtotal**  USD  **$9.71**

**Picked up: Nov 03, 2009**  **Cust. Ref.: 008653.00368-0774-Wilcox**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

* Fuel Surcharge - FedEx has applied a fuel surcharge of 6.00% to this shipment.
* Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | WBUS | **Sender** | **Recipient** | |
| Tracking ID | 790193164733 | Amanda H. Wilcox | Greg Feezel | |
| Service Type | FedEx Standard Overnight | Hahn Loeser + Parks LLP | Snap-On Business Solutions, In | |
| Package Type | FedEx Pak | 200 Public Square Suite 2800 | 4025 Kinross Lakes Pkwy | |
| Zone | 02 | CLEVELAND OH 44114 US | RICHFIELD OH 44286 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 17.45 |
| Delivered | Nov 04, 2009 10:06 | Direct Signature | | 2.75 |
| Svc Area | A1 | Discount | | -8.29 |
| Signed by | K.ORR | Fuel Surcharge | | 0.55 |
| FedEx Use | 000000000/0001283/_ | **Total Charge** | USD | **$12.46** |

**008653.00368-0774-Wilcox Reference Subtotal**  USD  **$12.46**

| | | ProQuest-Snap-on Business Solutions, Inc. |
| | | v. O'Neil & Assoc |
| FedEx Standard Overnight® (Code: ST) | 0712 | 008653-00368 |
| 798505051428 | | Reminger Co , LPA |
| Wed, Mar 24 2010 | Hahn Loeser & Parks LLP | Alan B Parker |
| Thu, Mar 25 2010 08:46 AM | Theresa Stefanich | 1400 Midland Bldg |
| | 2800 BP Tower | CLEVELAND, OH 44115 US |
| | CLEVELAND, OH 44114 US | |

$ 7.33



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 9-273-78418 | Jul 24, 2009 | 0441-0897-6 | 6 of 20 |

**Dropped off:** Jul 14, 2009  **Cust. Ref.:** 008653.00001-0950-McCue  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 2.50% to this shipment.
- Incorrect recipient address.
- Distance Based Pricing, Zone 3
- 1st attempt Jul 15, 2009 at 07:51 AM.
- Recipient was unavailable; therefore delivery delayed.
- Original address - PO Box 71380/Washington, DC 20024-1380

| Automation | WBUS | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 791233710078 | Shannon V. McCue | Special Handling | |
| Service Type | FedEx First Overnight | Hahn Loeser + Parks LLP | Copyright RAC Division | |
| Package Type | FedEx Pak | 200 Public Square Suite 2800 | 101 INDEPENDENC AVE SE STE 100 | |
| Zone | 03 | CLEVELAND OH 44114 US | WASHINGTON DC 20540 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Declared Value | USD 1.00 | | | |
| Delivered | Jul 16, 2009 10:23 | Transportation Charge | | 50.95 |
| Svc Area | A2 | Declared Value Charge | | 0.00 |
| Signed by | R.WALKER | Address Correction | | 10.00 |
| FedEx Use | 000000000/0000008/24 | Fuel Surcharge | | 1.27 |
| | | Total Charge | USD | $62.22 |

**008653.00001-0950-McCue Reference Subtotal**  USD  **$62.22**

| 708116419 | 008653 00368 0774 Wilcox | Snap-On Business Solutions, Inc. fka |
| | | ProQuest-Snap-on Business Solutions, Inc. |
| | | v. O'Neil & Assoc |
| FedEx Priority Overnight® (Code: ON) | 0774 | 008653-00368 |
| 790211439940 | Amanda H. Wilcox | Reminger Co , LPA |
| Wed, Apr 28 2010 | Hahn Loeser Parks LLP | Alan B Parker |
| Thu, Apr 29 2010 09:01 AM | Amanda H Wilcox | 101 W Prospect Ave Ste 1400 |
| | 200 Public Square Suite 2800 | CLEVELAND, OH 44115 US |
| | CLEVELAND, OH 44114 US | |

$ 10.79

| 708116419 | 008653 00368 0774 Wilcox | Snap-On Business Solutions, Inc. fka |
| | | ProQuest-Snap-on Business Solutions, Inc. |
| | | v. O'Neil & Assoc |
| FedEx Priority Overnight® (Code: ON) | 0774 | 008653-00368 |
| 792826204573 | Amanda H. Wilcox | Reminger Co , LPA |
| Mon, May 03 2010 | Hahn Loeser Parks LLP | Alan B Parker |
| Tue, May 04 2010 08:52 AM | Amanda H Wilcox | 101 W Prospect Ave Ste 1400 |
| | 200 Public Square Suite 2800 | CLEVELAND, OH 44115 US |
| | CLEVELAND, OH 44114 US | |

$ 10.90

| 707352776 | Snap On 8653 368 | Snap-On Business Solutions, Inc. fka |
| | | ProQuest-Snap-on Business Solutions, Inc. |
| | | v. O'Neil & Assoc |
| FedEx Standard Overnight® (Code: ST) | 0712 | 008653-00368 |
| 798590957622 | | Rennillo |
| Wed, Apr 21 2010 | Hahn Loeser & Parks LLP | Detail Department |
| Thu, Apr 22 2010 08:35 AM | Theresa Stefanich | 1301 E 9TH ST |
| | 2800 BP Tower | CLEVELAND, OH 44114 US |
| | CLEVELAND, OH 44114 US | |

$ 7.30

| Tracking | Matter/Sender | Recipient | Amount |
|---|---|---|---|
| FedEx Priority Overnight® (Code: ON)<br>790703102777<br>Tue, Apr 27 2010<br>Wed, Apr 28 2010 10:17 AM | 0671<br>Susan L. Hartman<br>Hahn Loeser Parks LLP<br>Susan L Hartman<br>200 Public Square Suite 2800<br>CLEVELAND, OH 44114 US | Snap-On Business Solutions, Inc. fka<br>ProQuest-Snap-on Business Solutions, Inc.<br>v. O'Neil & Assoc<br>008653-00368<br>Snap On Business Solutions<br>Mr Brian Hendricks<br>4025 Kinross Lakes Pkwy<br>RICHFIELD, OH 44286 US | $ 10.79 |
| 707352776<br>FedEx Priority Overnight® (Code: ON)<br>791264075260<br>Tue, Apr 27 2010<br>Wed, Apr 28 2010 09:21 AM | 008653 00368 0671 Hartman<br>0671<br>Susan L. Hartman<br>Hahn Loeser Parks LLP<br>Susan L Hartman<br>200 Public Square Suite 2800<br>CLEVELAND, OH 44114 US | Snap-On Business Solutions, Inc. fka<br>ProQuest-Snap-on Business Solutions, Inc.<br>v. O'Neil & Assoc<br>008653-00368<br>Rennillo Deposition & Discover<br>Attention Detail Department<br>1301 E 9th St Ste 100<br>CLEVELAND, OH 44114 US | $ 10.79 |
| 702682875<br>FedEx Priority Overnight® (Code: ON)<br>790698846280<br>Tue, Mar 16 2010<br>Wed, Mar 17 2010 09:19 AM | 008653 00368 0712 Stefanich<br>0712<br>Hahn Loeser Parks LLP<br>Theresa K Stefanich<br>200 Public Square Suite 2800<br>CLEVELAND, OH 44114 US | Snap-On Business Solutions, Inc. fka<br>ProQuest-Snap-on Business Solutions, Inc.<br>v. O'Neil & Assoc<br>008653-00368<br>Reminger Co , LPA<br>Alan B Parker<br>101 W Prospect Ave Ste 1400<br>CLEVELAND, OH 44115 US | $ 7.83 |
| 702682875<br>FedEx Priority Overnight® (Code: ON)<br>791259825408<br>Tue, Mar 16 2010<br>Wed, Mar 17 2010 09:18 AM | 008653 00368 0712 Stefanich<br>0712<br>Hahn Loeser Parks LLP<br>Theresa K Stefanich<br>200 Public Square Suite 2800<br>CLEVELAND, OH 44114 US | Snap-On Business Solutions, Inc. fka<br>ProQuest-Snap-on Business Solutions, Inc.<br>v. O'Neil & Assoc<br>008653-00368<br>INFORMATION NOT SUPPLIED<br>Bruce H Wilson<br>789 W Market St<br>AKRON, OH 44303 US | $ 17.07 |
| 706576930<br>FedEx Priority Overnight® (Code: ON)<br>854446926271<br>Wed, Apr 14 2010<br>Thu, Apr 15 2010 08:59 AM | 008653 00368<br>0774<br>Amanda H. Wilcox<br>HAHN LOESER & PARKS LLP<br>AMANDA H WILCOX<br>200 PUBLIC SQ STE 2800<br>CLEVELAND, OH 441142303 US | Snap-On Business Solutions, Inc. fka<br>ProQuest-Snap-on Business Solutions, Inc.<br>v. O'Neil & Assoc<br>008653-00368<br>INFORMATION NOT SUPPLIED<br>JEWEL DRASS<br>1236 SIGNATURE DR<br>AUSTINTOWN, OH 44515 US | $ 12.20 |
| 706576930<br>FedEx Priority Overnight® (Code: ON)<br>854446926190<br>Thu, Apr 15 2010<br>Fri, Apr 16 2010 09:29 AM | 008653 00368<br>0774<br>Amanda H. Wilcox<br>HAHN LOESER & PARKS LLP<br>AMANDA H WILCOX<br>200 PUBLIC SQ STE 2800<br>CLEVELAND, OH 441142303 US | Snap-On Business Solutions, Inc. fka<br>ProQuest-Snap-on Business Solutions, Inc.<br>v. O'Neil & Assoc<br>008653-00368<br>INFORMATION NOT SUPPLIED<br>JONATHAN HARVEY<br>888 WILDWOOD DR<br>WOOSTER, OH 44691 US | $ 9.80 |
| 706576930<br>FedEx Priority Overnight® (Code: ON)<br>854446926205<br>Thu, Apr 15 2010<br>Fri, Apr 16 2010 08:59 AM | 008653 00368<br>0774<br>Amanda H. Wilcox<br>HAHN LOESER & PARKS LLP<br>AMANDA H WILCOX<br>200 PUBLIC SQ STE 2800<br>CLEVELAND, OH 441142303 US | Snap-On Business Solutions, Inc. fka<br>ProQuest-Snap-on Business Solutions, Inc.<br>v. O'Neil & Assoc<br>008653-00368<br>INFORMATION NOT SUPPLIED<br>ANTHONY COFFMAN<br>1758 SUNSET AVE<br>AKRON, OH 44301 US | $ 9.80 |

| | | | |
|---|---|---|---|
| FedEx Priority Overnight® (Code: ON)<br>854446926282<br>Wed, Apr 14 2010<br>Thu, Apr 15 2010 10:37 AM | 0774<br>Amanda H. Wilcox<br>HAHN LOESER & PARKS LLP<br>AMANDA H WILCOX<br>200 PUBLIC SQ STE 2800<br>CLEVELAND, OH 441142303 US | | ProQuest-Snap-on Business Solutions, Inc.<br>v. O'Neil & Assoc<br>008653-00368<br>INFORMATION NOT SUPPLIED<br>GREG FEEZEL<br>4602 EDGEWATER DR<br>STOW, OH 44224 US<br>$ 12.20 |
| 706576930 | 008653 00368 0774 Wilcox | | Snap-On Business Solutions, Inc. fka<br>ProQuest-Snap-on Business Solutions, Inc.<br>v. O'Neil & Assoc<br>008653-00368 |
| FedEx Priority Overnight® (Code: ON)<br>791526064410<br>Tue, Apr 20 2010<br>Wed, Apr 21 2010 09:15 AM | 0774<br>Amanda H. Wilcox<br>Hahn Loeser  Parks LLP<br>Amanda H  Wilcox<br>200 Public Square Suite 2800<br>CLEVELAND, OH 44114 US | | Reminger Co , LPA<br>Alan B  Parker<br>101 W Prospect Ave Ste 1400<br>CLEVELAND, OH 44115 US<br>$ 10.79 |
| 706576930 | 008653 00368 0774 Wilcox | | Snap-On Business Solutions, Inc. fka<br>ProQuest-Snap-on Business Solutions, Inc.<br>v. O'Neil & Assoc<br>008653-00368 |
| FedEx Priority Overnight® (Code: ON)<br>799448899865<br>Tue, Apr 20 2010<br>Wed, Apr 21 2010 09:48 AM | 0774<br>Amanda H. Wilcox<br>Hahn Loeser  Parks LLP<br>Amanda H  Wilcox<br>200 Public Square Suite 2800<br>CLEVELAND, OH 44114 US | | Snap on Business Solutions<br>Corey Roberts<br>4025 Kinross Lakes Pkwy<br>RICHFIELD, OH 44286 US<br>$ 10.79 |